| | POS-010 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Michael W Sobol,Esq | SBN:  Bar No.194857<br>LIEFF,CABRASER,HEIMANN & BERNSTEIN<br>275 Battery Street 29th Floor   San Francico, CA 94111<br>TELEPHONE NO.: (415) 956-1000 | FAX NO. (415) 956-1008 | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name)*: : | FOR COURT USE ONLY |

**US FEDERAL COURT**
STREET ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: NORTHERN DISTRICT

PLAINTIFF/PETITIONER: Michael Katz-Lacabae, et al.
DEFENDANT/RESPONDENT: Oracle America, Inc.

CASE NUMBER:
3:22-cv-04792

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
4195-0001

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement; Standing Order for Magistrate Judge Sallie Kim; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Consenting to the Jurisdiction of a Magistrate Judge; ECF Registration Information Electronic Case Filing**

3. a. Party served *(specify name of party as shown on documents served)*:
   **Oracle America, Inc.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **CSC-Lawyers Incorporating Service, Registered Agent by serving Koy Saechao - Customer Service Liaison & Authorized Agent**
   Age: 35 | Weight: 115 Lbs. | Hair: Black | Sex: Female | Height: 5'4" | Eyes: Brown | Race: Asian

4. Address where the party was served: **2710 Gateway Oaks Dr Ste 150N**
   **Sacramento, CA 95833-3502**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **8/23/2022**    (2) at *(time):* **10:55 AM**
   b. ☐ **by substituted service.** On *(date):*  at *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
      *(date):*  from *(city):*                                          or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/SF107162

| PETITIONER: Michael Katz-Lacabae, et al. | CASE NUMBER: |
|---|---|
| RESPONDENT: Oracle America, Inc. | 3:22-cv-04792 |

- c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    - (1) on *(date):*                                    (2) from *(city):*
    - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
    - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
- d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. ☐ as an individual defendant.
   - b. ☐ as the person sued under the fictitious name of *(specify):*
   - c. ☐ as occupant.
   - d. ☐ On behalf of
     under the following Code of Civil Procedure section:
     - ☐ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
     - ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
     - ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
     - ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
     - ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                             ☐ other:

7. **Person who served papers**
   - a. Name: **Michael Barber - Nationwide Legal, LLC REG: 12-234648**
   - b. Address: **1625 Clay Street 4th Floor  Oakland, CA 94612**
   - c. Telephone number: **(510) 444-4690**
   - d. **The fee** for service was: **$ .00**
   - e. I am:
     - (1) ☐ not a registered California process server.
     - (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     - (3) ☑ registered California process server:
       - (i) ☐ owner    ☐ employee    ☐ independent contractor.
       - (ii) Registration No.: **2022-028**
       - (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **8/23/2022**

**N** Nationwide Legal, LLC
1625 Clay Street 4th Floor
Oakland, CA 94612
(510) 444-4690
www.nationwideasap.com

_____                    ▶  *(signature)* Michael Barber
**Michael Barber**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)