| | |
|---|---|
| 1 | Michael W. Sobol (SBN 194857) |
| | msobol@lchb.com |
| 2 | David T. Rudolph (SBN 233457) |
| | drudolph@lchb.com |
| 3 | Jallé H. Dafa (SBN 290637) |
| | jdafa@lchb.com |
| 4 | LIEFF CABRASER HEIMANN |
| | & BERNSTEIN, LLP |
| 5 | 275 Battery Street, 29th Floor |
| | San Francisco, CA  94111 |
| 6 | Telephone:  415.956.1000 |
| | Facsimile:  415.956.1008 |

*Attorney for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Katz-Lacabe, Dr. Jennifer Golbeck and Dr. Johnny Ryan, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | Case No. 3:22-cv-04792-SK<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED PARTIES** |

2454617.1

PLAINTIFFS' CERTIFICATION OF INTERESTED
PARTIES; CASE NO. 3:22-CV-04792

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

4  Dated: August 24, 2022

*/s/ Michael W. Sobol*
Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Attorneys for Plaintiffs and the Class*