1  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
2  MICHAEL BURSHTEYN (CA SBN 295320)
   MBurshteyn@mofo.com
3  DANIELLE VALLONE (CA SBN 302497)
   DVallone@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  PURVI G. PATEL (CA SBN 270702)
   PPatel@mofo.com
8  ERIK MANUKYAN (CA SBN 340307)
   EManukyan@mofo.com
9  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
10 Los Angeles, California 90017
   Telephone: 213.892.5200
11 Facsimile: 213.892.5454

12 Attorneys for Defendant
   ORACLE AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL KATZ-LACABE, et al., | Case No.  3:22-cv-04792-SK |
| Plaintiffs, | **NOTICE OF APPEARANCE OF TIFFANY CHEUNG FOR DEFENDANT ORACLE AMERICA, INC.** |
| v. | |
| ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware, | Judge: Hon. Sallie Kim |
| Defendant. | Date Action Filed: August 19, 2022<br>Trial Date: N/A |

PLEASE TAKE NOTICE that Tiffany Cheung of Morrison & Foerster LLP appears as counsel of record for Defendant Oracle America, Inc. in the matter captioned above. Defendant does not intend to waive—and expressly preserves—any and all defenses it has in this matter.

Copies of all pleadings, papers, correspondence, and electric filing notices should be directed to:

Tiffany Cheung
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
TCheung@mofo.com

Dated: September 9, 2022          MORRISON & FOERSTER LLP

By:   */s/ Tiffany Cheung*
         Tiffany Cheung

***Attorneys for Defendant***
***ORACLE AMERICA, INC.***