| | |
|---|---|
| 1 | TIFFANY CHEUNG (CA SBN 211497) |
| | TCheung@mofo.com |
| 2 | MICHAEL BURSHTEYN (CA SBN 295320) |
| | MBurshteyn@mofo.com |
| 3 | DANIELLE VALLONE (CA SBN 302497) |
| | DVallone@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| | |
| 7 | PURVI G. PATEL (CA SBN 270702) |
| | PPatel@mofo.com |
| 8 | ERIK MANUKYAN (CA SBN 340307) |
| | EManukyan@mofo.com |
| 9 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard, Suite 6000 |
| 10 | Los Angeles, California 90017 |
| | Telephone: 213.892.5200 |
| 11 | Facsimile: 213.892.5454 |
| | |
| 12 | Attorneys for Defendant |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL KATZ-LACABE, et al., | Case No.   3:22-cv-04792-SK |
| Plaintiffs, | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware, | **(FRCP 7.1; L.R. 3-15)** |
| Defendant. | Judge: Hon. Sallie Kim |
| | Date Action Filed: August 19, 2022 |
| | Trial Date: N/A |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Oracle America, Inc. ("Oracle") through its undersigned attorneys, certifies that it is a nongovernmental corporation and is a wholly-owned subsidiary of publicly held Oracle Corporation. No other publicly held corporation holds 10% or more of Oracle's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, Oracle Corporation may have a financial interest in the subject matter in controversy or in a party to the proceeding, or any other kind of interest that could be substantially affected by the outcome of the proceeding.

Oracle is filing this statement as required by Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15, but in so doing, does not intend to waive—and expressly preserves—any and all defenses it has in this matter.

Dated: September 9, 2022

MORRISON & FOERSTER LLP

By: _/s/ Tiffany Cheung_
Tiffany Cheung

**_Attorneys for Defendant_**
**_ORACLE AMERICA, INC_**.