TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MICHAEL BURSHTEYN (CA SBN 295320)
MBurshteyn@mofo.com
DANIELLE VALLONE (CA SBN 302497)
DVallone@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
ERIK MANUKYAN (CA SBN 340307)
EManukyan@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
ORACLE AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL KATZ-LACABE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware, <br><br> Defendant. | Case No.   3:22-cv-04792-SK <br><br> **NOTICE OF APPEARANCE OF DANIELLE VALLONE FOR DEFENDANT ORACLE AMERICA, INC.** <br><br> Judge: Hon. Sallie Kim <br><br> Date Action Filed: August 19, 2022 <br> Trial Date: N/A |

PLEASE TAKE NOTICE that Danielle Vallone of Morrison & Foerster LLP appears as counsel of record for Defendant Oracle America, Inc. in the matter captioned above.  Defendant does not intend to waive—and expressly preserves—any and all defenses it has in this matter.

Copies of all pleadings, papers, correspondence, and electric filing notices should be directed to:

Danielle Vallone
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
DVallone@mofo.com

Dated:          September 9, 2022          MORRISON & FOERSTER LLP

By:      /s/ Danielle Vallone
         Danielle Vallone

*Attorneys for Defendant*
*ORACLE AMERICA, INC.*