TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MICHAEL BURSHTEYN (CA SBN 295320)
MBurshteyn@mofo.com
DANIELLE VALLONE (CA SBN 302497)
DVallone@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
ERIK MANUKYAN (CA SBN 340307)
EManukyan@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
ORACLE AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL KATZ-LACABE, et al., | Case No.   3:22-cv-04792-SK |
| Plaintiffs, | **NOTICE OF APPEARANCE OF ERIK MANUKYAN FOR DEFENDANT ORACLE AMERICA, INC.** |
| v. | |
| ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware, | |
| Defendant. | Judge: Hon. Sallie Kim |
| | Date Action Filed: August 19, 2022 |
| | Trial Date: N/A |

PLEASE TAKE NOTICE that Erik Manukyan of Morrison & Foerster LLP appears as counsel of record for Defendant Oracle America, Inc. in the matter captioned above.  Defendant does not intend to waive—and expressly preserves—any and all defenses it has in this matter.

Copies of all pleadings, papers, correspondence, and electric filing notices should be directed to:

Erik Manukyan
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone: 213.892.5200
Facsimile: 213.892.5454
EManukyan@mofo.com


Dated:        September 9, 2022            MORRISON & FOERSTER LLP


By:     _/s/ Erik Manukyan_____
        Erik Manukyan

**Attorneys for Defendant**
**ORACLE AMERICA, INC.**