TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MICHAEL BURSHTEYN (CA SBN 295320)
MBurshteyn@mofo.com
DANIELLE VALLONE (CA SBN 302497)
DVallone@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
ERIK MANUKYAN (CA SBN 340307)
EManukyan@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
ORACLE AMERICA, INC.

*Plaintiffs' counsel on signature page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL KATZ-LACABE, et al.,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | Case No. 3:22-cv-04792-RS<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT ORACLE AMERICA, INC.'S FORTHCOMING MOTION TO DISMISS**<br><br>Judge: Hon. Richard Seeborg<br><br>Date Action Filed: August 19, 2022 Trial Date: N/A |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Michael Katz-Lacabe, Dr. Jennifer Golbeck, and Dr. Johnny Ryan and Defendant Oracle America, Inc., by and through their attorneys of record, stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on August 19, 2022 asserting seven causes of action for: (1) invasion of privacy (California Constitution); (2) intrusion upon seclusion (California Common Law); (3) violations of the Unfair Competition Law; (4) violation of the California Invasion of Privacy Act; (5) violation of the Federal Wiretap Act; (6) unjust enrichment; and (7) declaratory judgment (ECF No. 1);

WHEREAS, Oracle agreed to waive service of summons on September 9, 2022 (ECF No. 15);

WHEREAS, pursuant to Rule 12(a)(1)(A)(ii), Oracle's deadline to respond to the Complaint is November 7, 2022;

WHEREAS, counsel for the parties met and conferred by email on September 7, 16, and 28, 2022 regarding a briefing schedule for Oracle's forthcoming motion to dismiss, taking into account the complexities of the issues and the intervening holidays;

WHEREAS, the parties' stipulation herein and the proposed briefing schedule regarding Oracle's anticipated motion to dismiss will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that:

1. Plaintiffs shall file their opposition to Oracle's motion to dismiss on or before December 16, 2022;

2. Oracle shall file its reply in support of its motion to dismiss on or before January 20, 2023;

///

///

///

///

3. Oracle shall notice its motion to dismiss for hearing on February 9, 2023, at 1:30 p.m., or on a date or time otherwise directed by the Court.

Dated: October 13, 2022

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ David T. Rudolph*

Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

***Attorneys for Plaintiffs Michael Katz-Lacabe, Dr. Jennifer Golbeck, and Dr. Johnny Ryan***

Dated: October 13, 2022

MORRISON & FOERSTER LLP

By: */s/ Purvi G. Patel*

Purvi G. Patel

***Attorneys for Defendant Oracle America, Inc.***

## ECF ATTESTATION

I, Purvi G. Patel, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT ORACLE AMERICA, INC.'S FORTHCOMING MOTION TO DISMISS**. In accordance with Civil L.R. 5-1(i)(3), concurrence in and authorization of the filing of this document has been obtained from David T. Rudolph, counsel for Plaintiffs, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: October 13, 2022

MORRISON & FOERSTER LLP

By: */s/ Purvi G. Patel*
Purvi G. Patel

***Attorneys for Defendant Oracle America, Inc.***

**ORDER**

Pursuant to the Parties' stipulation, the Court hereby orders as follows:

1. Plaintiffs shall file their opposition to Oracle's motion to dismiss on or before December 16, 2022;
2. Oracle shall file its reply in support of its motion to dismiss on or before January 20, 2023;
3. Oracle shall notice its motion to dismiss for hearing on February 9, 2023, at 1:30 p.m., or on a date or time otherwise directed by the Court.

**IT IS SO ORDERED.**

Dated: October 13, 2022

Honorable Richard Seeborg
United States District Court Judge