TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MICHAEL BURSHTEYN (CA SBN 295320)
MBurshteyn@mofo.com
DANIELLE VALLONE (CA SBN 302497)
DVallone@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
ERIK MANUKYAN (CA SBN 340307)
EManukyan@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

MICHAEL KATZ-LACABE, et al.,

Plaintiffs,

v.

ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,

Defendant.

Case No. 3:22-cv-04792-RS

**DECLARATION OF PURVI G. PATEL IN SUPPORT OF DEFENDANT ORACLE AMERICA, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT, OR ALTERNATIVELY STRIKE PORTIONS OF THE COMPLAINT**

Judge: Hon. Richard Seeborg

Date: February 9, 2023
Time: 1:30 p.m.
Courtroom: 3

Date Action Filed: August 19, 2022
Trial Date: Not set

I, Purvi G. Patel, declare as follows:

1. I am a partner in the law firm Morrison & Foerster LLP and counsel of record for Defendant Oracle America, Inc. in this matter. I am a member of good standing in the Bar of the State of California, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, I would testify competently to them.

2. Attached as **Exhibit A** is a true and correct copy of the webpage *Oracle Advertising* from Oracle's website, available at https://www.oracle.com/cx/advertising/. I last accessed this document on November 7, 2022.

3. Attached as **Exhibit B** is a true and correct copy of Oracle Advertising's Online Data Agreement with its customers, available at https://www.oracle.com/us/corporate/contracts/data-cloud-online-agreement-3087248.pdf. I last accessed this document on November 7, 2022.

4. Attached as **Exhibit C** is a true and correct copy of the webpage *Oracle Advertising: Request Access to My Offline Personal Data* from Oracle's website, available at https://datacloudoptout.oracle.com/request-your-data. I last accessed this document on November 7, 2022.

5. Attached as **Exhibit D** is a true and correct copy of the webpage *What is adtech?* from Oracle's website, available at https://www.oracle.com/cx/advertising/adtech/. I last accessed this document on November 7, 2022.

6. Attached as **Exhibit E** is a true and correct copy of the webpage *Oracle Products, Solutions, and Services* from Oracle's website, available at https://www.oracle.com/products/. I last accessed this document on November 7, 2022.

7. Attached as **Exhibit F** is a true and correct copy of the webpage *Oracle BlueKai Data Management Platform* from Oracle's website, available at https://www.oracle.com/cx/marketing/data-management-platform/#related-content. I last accessed this document on November 7, 2022.

8. Attached as **Exhibit G** is a true and correct copy of a press release titled *Oracle Buys Datalogix*, available at https://www.oracle.com/corporate/pressrelease/oracle-buys-datalogix-122214.html. I last accessed this document on November 7, 2022.

9. Attached as **Exhibit H** is a true and correct copy of the AddThis Privacy Policy, available at https://www.oracle.com/legal/privacy/addthis-privacy-policy.html. I last accessed this document on November 7, 2022.

10. Attached as **Exhibit I** is a true and correct copy of the webpage *What is Oracle Data Cloud?* From Oracle's website, available at https://www.oracle.com/cx/advertising/what-is-data-cloud/. I last accessed this document on November 7, 2022.

11. Attached as **Exhibit J** is a true and correct copy of the Oracle Advertising Privacy Policy, available at https://www.oracle.com/legal/privacy/advertising-privacy-policy.html. I last accessed this document on November 7, 2022.

12. Attached as **Exhibit K** is a true and correct copy of the webpage *About Moat Analytics* from Oracle's website, available at https://docs.oracle.com/en/cloud/saas/data-cloud-moat/about_moat/moat_analytics_how_it_works.html#usecases. I last accessed this document on November 7, 2022.

13. Attached as **Exhibit L** is a true and correct copy of the webpage *Identity in Digital Advertising* from Oracle's website, available at https://www.oracle.com/cx/advertising/identity/. I last accessed this document on November 7, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 7, 2022, in Los Angeles, California.

*/s/ Purvi G. Patel*
Purvi G. Patel

# EXHIBIT A

# Oracle Advertising

In an increasingly complex and connected world, you need to know who your best audiences are and be able to reach them in the right environment. You need to make sure that your ads are seen by real people. It's all about that age-old question: "Did my advertising achieve its objectives?" With Oracle Advertising (formerly Oracle Data Cloud), you can answer this question today and be ready for what's next.

See our products Contact us



See Oracle Advertising in action

Oracle CloudWorld

Keep up with the latest advances in marketing technology and best practices with our on-demand digital content and an in-person consultation.

Get on-demand access

## Oracle Advertising Summit highlights




### Why brand purpose is more important than ever

Discover the role advertising plays in developing and owning brand purpose and values and how that leads to a better customer experience.

Watch the video (2:52)




### Develop your brand purpose and value in the ad space

Discover why your brand's purpose is so important and discover how you can find your brand's purpose and values through advertising.

Watch the highlights (3:20)




### How to define and set responsible media best practices

Learn how to use advertising to help build awareness around what your brand stands for. It's not only responsible but also economically advantageous.

Watch the video (2:32)




### Expert guidance through the data ethics and brand safety landscape

Aaron Tabas, VP of content strategy and innovation at Vox Media, shares his recommendations and wishes for the advertising industry.

Watch the video (3:10)

# Explore Oracle Advertising solutions

Activation

# Activation

Get the returns you need on your first-party data and advertising spend with data onboarding, unique curated c
intelligence tools. Reach and engage both customers and prospects across digital channels, and do so in the rig
our category-leading brand safety and suitability solutions.

Explore activation

## Featured Products

Audiences

Contextual Intelligence

OnRamp

Measurement

## Explore Oracle's brand safety solution

Explore the solution



**Read Forrester's Total Economic Impact report of Oracle Contextual Intelligence**

See how using Oracle Contextual Intelligence boosts profits, improves ROI, and shortens payback periods.

Read the report



**The Outlook for Contextual Solutions in Data-Driven Advertising and Marketing**

Understand how contextual techniques are poised to play a central role in advertising and media monetization.

Download the report



**Read Forrester's Total Economic Impact report of Oracle Moat Analytics**

See how Oracle Moat Analytics customers improved budgeting efficiency, boosted ROI, and lowered costs.

Get the report

# Why choose Oracle Advertising?

1

**Optimize media with omnichannel measurement**

Master the complexity of the modern media landscape by measuring and managing performance across all elements of a campaign. Prove the impact of your investments with comprehensive cross-channel measurement.

Learn how to measure everywhere

2

**Protect your media investments**

Our verification solutions enable buyers and sellers of media to invest confidently, ensuring that every ad impression has a chance to be seen by real humans in brand suitable environments.

Learn how to protect your media

3

**Increase campaign effectiveness**

Oracle Advertising empowers advertisers to maximize campaign performance by ensuring their messages are delivered to relevant consumers in a brand suitable environment.

Learn more about activation

4

**Award-winning solutions for advertisers and publishers**

Oracle Advertising has won Adweek Readers' Choice Awards for brand safety, measurement and analytics, and fraud prevention. See why our customers gave us top honors for optimizing every stage of an advertising campaign.

Learn what customers said

# Disneyland Paris uses Contextual Intelligence to help families find fun

"Before using a contextual solution, the challenge that [we] were facing was a decrease in reach and an increase in cost per acquisition. From the moment we used custom and contextual segments, we saw great outcomes in our campaigns."
—Sebastien Mayer, Programmatic Audience Management Lead, Disneyland Paris

Watch the video (2:55)

## Oracle Advertising customer successes

View more customer successes

Learn how the biggest brands, agencies, and publishers use Oracle Advertising to deliver exceptional customer experiences that drive better business outcomes.

## Resources to improve digital advertising experiences

### TV and digital campaign measurement guide

Measuring TV and digital campaigns—beyond basic metrics—has always been a challenge, even for the most advanced advertisers and publishers. This guide shows you the formula you need to effectively measure cross-platform impact.
Get the guide

### Switched on: An essential guide to navigating the advanced TV and video landscape

Get tactical. Learn where to focus and how to successfully execute an advanced TV and video campaign.
Download the ebook

### Brand safety, suitability, and responsible media: A guide for digital advertisers

Protect your brand, intrigue your customers, and minimize risk. Learn to apply brand safety, suitability, and responsibility at every stage of the advertising lifecycle.
Download the guide

### Digital advertising guide: Build a data-driven digital ad strategy

To create a data-driven advertising strategy, focus on audience, context, and measurement. Read our guide to learn the who, where, and how of digital advertising.
Read the guide

MARCH 4, 2022

# Advertising industry accreditations and certifications solidify Oracle as an adtech leader

Chase Mathew, Product Marketing Manager, Measurement

The last 15 months have been big for Oracle. From our partnership with Red Bull Racing Honda, to announcing our acquisition of Cerner, there was a lot of growth and much to celebrate. Throughout all our accomplishments, one thing has remained consistent: Our commitment to building and maintaining effective ad measurement and brand safety solutions. Keep reading to discover Oracle's most recent adtech industry certifications.

Read the complete post

## Featured blogs

JULY 29, 2022

CTV ad fraud: 5 Questions with ad fraud expert Sam Mansour

JULY 20, 2022

How to improve your copywriting skills for digital advertising campaigns

JULY 14, 2022

7 inspiring advertising quotes from the father of advertising David Ogilvy

JULY 7, 2022

It's primetime! Why brands are fully embracing the Connected TV advertising market

View all

# Resources

See what's new



## See what's new in Oracle Advertising

See how the Oracle Advertising and CX team is working to make every customer interaction matter. Catch up on the latest in blogs, videos, product demos, events, and more.

- Explore what's new
- Watch our latest videos
- Read our advertising blog
- Register for upcoming events
- Catch up on recent headlines
- See where analysts rank Oracle
- Explore our digital advertising guide
- See our award-winning solutions

### Already a customer?

### Build your skills

### Get help and support

### FAQ

## Get Started

Join us
Attend an event
Request a demo
Contact us

**Resources for**

Careers
Developers
Investors
Partners
Researchers
Students and Educators

**Why Oracle**

Analyst Reports
Best cloud-based ERP
Cloud Economics
Corporate Responsibility
Diversity and Inclusion
Security Practices

**Learn**

What is cloud computing?
What is CRM?
What is Docker?
What is Kubernetes?
What is Python?
What is SaaS?

**What's New**

News
Oracle CloudWorld
Oracle Supports Ukraine
Oracle Red Bull Racing
Oracle Sustainability
Employee Experience Platform

**Contact Us**

US Sales: +1.800.633.0738
How can we help?
Subscribe to emails
Events
Blogs
Give feedback

Country/Region
© 2022 Oracle
Privacy / Do Not Sell My Info
Cookie Preferences
Ad Choices
Careers

# EXHIBIT B

ORACLE

# ORACLE ONLINE DATA AGREEMENT

This Oracle Online Data Agreement (this "Agreement") is between Oracle America, Inc. ("Oracle" "we," "us," or "our") and the entity identified in the order ("You"). This Agreement sets forth the terms and conditions that govern orders placed under this Agreement.

## 1. USE OF THE SERVICES

1.1. Oracle will make the Oracle services listed in Your order (the "Services") available to You pursuant to this Agreement and Your order. Except as otherwise stated in this Agreement or Your order, You have the non-exclusive, limited right to use the Services during the period defined in Your order, unless earlier terminated in accordance with this Agreement or the order (the "Services Period"), solely for the purposes of Your marketing and advertising activities or as otherwise specified in Your order (the "Purpose"). You may allow Your Users to use the Services for the Purpose, and You are responsible for their compliance with this Agreement and Your order. If You are an Agent, You may order and use the Services on behalf of Your Client identified in Your order solely for Your Client's Purpose, and You are responsible for Your Client's compliance with this Agreement and applicable order.

1.2. The Service Specifications describe and govern the Services. During the Services Period, we may update the Services and Service Specifications to reflect changes in, among other things, laws, regulations, rules, technology, industry practices, patterns of system use, and availability of Oracle Data; however, our changes to the Service Specifications will not result in a material reduction in the level of security of the applicable Services provided to You for the duration of the Services Period.

## 2. FEES AND PAYMENT

2.1. All fees payable are due within 30 days from the invoice date. Once placed, Your order is non-cancelable and the sums paid nonrefundable, except as provided in this Agreement or Your order. You will pay any sales, value-added or other similar taxes imposed by applicable law that we must pay based on the Services You ordered, except for taxes based on our income. Fees for Services listed in an order are exclusive of taxes and expenses.

2.2. If You exceed the quantity of Services ordered, then You promptly must purchase and pay fees for the excess quantity.

2.3. You understand that You may receive multiple invoices for the Services ordered. Invoices will be submitted to You pursuant to Oracle's Invoicing Standards Policy, which may be accessed at http://oracle.com/contracts.

## 3. OWNERSHIP RIGHTS AND RESTRICTIONS

3.1. You or Your Client retains all ownership and intellectual property rights in and to Your Content. We or our licensors retain all ownership and intellectual property rights in and to the Services, derivative works thereof, and anything developed or delivered by or on behalf of us under this Agreement.

3.2. You grant us the right to host, use, process, display, and transmit Your Content to provide the Services pursuant to and in accordance with this Agreement and Your order. You have sole responsibility for the accuracy, quality, integrity, legality, reliability, and appropriateness of Your Content, and for obtaining all rights related to Your Content required by Oracle to perform the Services.

3.3. Except as may be permitted in this Agreement or in an order, You may not, and may not cause or permit others to: (a) remove or modify any program or service markings or any notice of Oracle's or its licensors' proprietary rights or use Oracle's logo or trademarks without prior written consent; (b) modify, make derivative works of, disassemble, decompile, reverse engineer, reproduce, republish or copy any part of the Services (including, but not limited to, data structures or similar materials); (c) access or use the Services to build or support or assist a third party in building or supporting, directly or indirectly, products or services competitive to Oracle; (d) license, sell, transfer, assign, distribute, outsource, permit timesharing or service bureau use of, commercially exploit, or make available the Services, including the results of the Services, to any third party; or (e) perform or disclose network discovery, port

and service identification, vulnerability scanning, password cracking, remote access or penetration testing of the Services. You may not use the Services in violation of or outside the scope of this Agreement and Your order.

3.4. If requested by Oracle, You will cooperate with Oracle in any legal action to prevent or stop use of the Services in violation of the terms of this Agreement, or Your order, or in violation of a Rule, or that may subject Oracle or any individuals to harm or liability.

**4. TECHNICAL REQUIREMENTS, REPORTING AND PROVISIONING**

4.1. You are responsible for complying with the technical requirements and reporting requirements set forth in Your order or the applicable Service Specifications.

4.2. You may receive the Services, or any portion thereof, including Oracle Data, from or through one or more third parties. You, not such third party, will be liable to Oracle for any damages resulting from misuse of the Services, including but not limited to, the combination of Oracle Data with any other data source.

4.3. Availability of the Services may depend on the continuing supply of Oracle Data from third-party data providers, and if access to such Oracle Data becomes unavailable on reasonable terms for the Services, as determined by Oracle in its sole discretion, then Oracle may stop providing the applicable Oracle Data without any liability to You and any Services materially relying on such Oracle Data may end at such time. You are responsible for all payments prior to when Oracle ceased making the applicable Oracle Data available to You.

**5. NONDISCLOSURE**

5.1. By virtue of this Agreement, the parties may disclose to each other information that is confidential ("Confidential Information"). Confidential Information shall be limited to the Services, the terms and pricing under this Agreement, Your Content residing in the Services, and all information clearly identified as confidential at the time of disclosure.

5.2. A party's Confidential Information shall not include information that: (a) is or becomes a part of the public domain through no act or omission of the other party; (b) was in the other party's lawful possession prior to the disclosure and had not been obtained by the other party either directly or indirectly from the disclosing party; (c) is lawfully disclosed to the other party by a third party without restriction on the disclosure; or (d) is independently developed by the other party.

5.3. Each party agrees not to disclose the other party's Confidential Information to any third party other than as set forth in the following sentence for a period of five years from the date of the disclosing party's disclosure of the Confidential Information to the receiving party; however, we will protect the confidentiality of Your Content residing in the Services for as long as such information resides in the Services. Each party may disclose Confidential Information only to those employees, Clients, agents or subcontractors who are required to protect it against unauthorized disclosure in a manner no less protective than required under this Agreement, and each party may disclose the other party's Confidential Information in any legal proceeding or to a governmental entity as required by law. We will protect the confidentiality of Your Content residing in the Services in accordance with the Oracle security practices defined as part of the Service Specifications applicable to Your order.

**6. PRIVACY**

6.1. Compliance with Rules. Oracle will comply with all Rules directly applicable to Oracle in its role of providing the Services to You. You will comply with all Rules applicable to Your use of the Services and the collection, use or provision to Oracle of Your Content. You and Oracle agree to negotiate in good faith with each other to make any amendments to this Master Agreement as are reasonably necessary to comply with the Rules. In the event of any change in the Rules or in the regulatory or self-regulatory environment in any applicable jurisdiction, Oracle may, in its discretion, restrict Your use of or access to the Services in such jurisdiction, without liability to You or any third party.

As used herein, "Rules" means all applicable privacy, electronic communications and data protection laws, rules, regulations, and regulatory guidelines, as well as any applicable self-regulatory guidelines, including, without limitation, each of the Self-Regulatory Principles of the Digital Advertising Alliance ("DAA") (currently available at http://www.aboutads.info/principles), the Code of Conduct of the Network Advertising Initiative ("NAI") (currently available at http://www.networkadvertising.org/code-enforcement/code) and the NAI Mobile Application Code (currently available at http://www.networkadvertising.org/mobile/NAI_Mobile_Application_Code.pdf), the Direct Marketing

Association's Guidelines for Ethical Business Practices ("DMA") (currently available at http://thedma.org/accountability/ethics-and-compliance/dma-ethical-guidelines/), and the Principles of the European Interactive Digital Advertising Alliance (“EDAA”) (currently available at http://www.edaa.eu/european-principles/), as each set of the foregoing may be amended from time to time.

6.2. Privacy Disclosures and Consent. Oracle will post and maintain a privacy policy that discloses its practices with respect to the collection and use of information in connection with interest-based advertising and ad delivery and reporting. The Oracle privacy policy applicable to the services You have ordered is identified in the Service Descriptions and subject to change at Oracle’s discretion. Oracle requires that all third parties who provide Oracle Data provide notices to and obtain consents from individuals as necessary for the provision of that data to Oracle. Oracle will, as required by the Rules or otherwise at its discretion (but without having an obligation to collect additional information to identify an individual for the sole purpose of complying with this provision), provide an individual with access to, or the ability to correct, modify or delete, any information about or connected to an individual, computer or device (including Segments or source information).

You will ensure that any notices and consents required by the Rules for the provision of Your Content to Oracle for the performance of the Services have been provided and obtained, including without limitation any required opt-in consents for sensitive personal data or geo-location data. You (and/or Your Client, as applicable) will have an easily accessible privacy policy that contains the word "Privacy" (or equivalent terminology in the applicable jurisdiction) and which will be linked to conspicuously from the applicable home page and other relevant pages of the applicable websites or within the applicable applications. The privacy policy must comply with the requirements of the Rules for notices to or consents from individuals whose data is provided to Oracle and third parties for use as contemplated in this Agreement. The privacy policy must enable individuals to opt out of the use of their data by You and/or Your Client and: (1) for U.S. properties, include a link to the DAA opt-out program (currently available at http://www.aboutads.info/choices/) or the NAI opt out program (currently available at http://www.networkadvertising.org/choices/); (2) for EU/EEA properties, insert a link to the EDAA opt-out program (currently available at http://www.youronlinechoices.eu/); or (3) in any other global region, provide a link to the applicable Oracle privacy policy referenced above. If You or Your Client collect information from, deliver advertising to, or otherwise interact with mobile devices, Your privacy policy must also provide the disclosures and notices and obtain the consents required by the Rules for mobile devices, and include a link to the AppChoices program for opting-out (currently available at http://www.aboutads.info/appchoices).

6.3. Adherence to Privacy Standards. You will not (i) use the Services for the purposes of making decisions about an individual's eligibility for employment, health care, credit or insurance, or for making decisions solely by automatic means where the decision has a significant effect on the individual, or in any way that does or can be used to discriminate against any person or promote bigotry, racism or harm, (ii) provide to Oracle any data that falls under any of the sensitive data definitions contained in the DAA Principles or the NAI Code of Conduct, as they may be revised from time to time; or (iii) provide to Oracle any data collected from sites directed to children under the age of 13 or from individuals whose age You know to be under 13. Oracle may at its sole discretion decline to receive or remove specific data, categories or interest Segments.

6.4. Personal Data. You will not derive, or attempt to derive, either directly or indirectly, the identity of an individual from any Oracle Data, and will promptly notify Oracle if You discover that You have done so. You will provide individuals whose Personal Data You are processing for Your own use with the rights to receive a copy of their Personal Data, to amend, modify, or delete their Personal Data, and/or to otherwise exercise their rights under the Rules with regard to their Personal Data, including the right to opt-out. If any individual requests to exercise such a right with respect to Personal Data transferred to Oracle, You will notify Oracle and provide detailed instructions to Oracle regarding the actions necessary to comply with such request, or at Oracle’s election provide a new version of the applicable data set that conforms to the individual’s request. As used herein, “Personal Data” means information defined as personally identifiable or personal information by the applicable Rules (as defined above) of the jurisdiction in which the relevant individual resides.

6.5. Transfers of Personal Data. To the extent that the provision of Services involves any transfers of Personal Data (i) subject to data transfer restrictions or requirements under Directive 95/46/EC or any successor legislation; (ii) to countries, jurisdictions or recipients outside the EEA or Switzerland not recognized by the European Commission as ensuring an adequate level of protection pursuant to Directive 95/46/EC or any successor legislation; and (iii) not otherwise subject to an approved transfer mechanism that provides an adequate level of protection pursuant to Directive 95/46/EC or any successor legislation, such transfers between You and Oracle are made subject to the terms of the EU Standard Contractual Clauses for Controllers (“Clauses”), as entered into between Oracle (acting in its own name and in the name and on behalf of the Oracle affiliates) and You (acting in Your own name and in the name and on behalf of Your affiliates). You and Oracle agree that incorporation of the Clauses into this Agreement shall act as a legally-binding execution of the Clauses.

**7. DATA PROTECTION**

7.1. Data Security. You will implement and maintain appropriate administrative, technical and physical safeguards to: (a) protect the security, confidentiality and integrity of the Services, and (b) protect the Services against accidental or unlawful destruction or accidental loss, alteration, unauthorized disclosure or access, and against all other unlawful forms of processing. Such safeguards shall be no less stringent than (a) those You use to protect Your own data of a similar nature and (b) industry standard practices.

7.2. Protection of Your Content. Oracle will protect Your Content as described in the Oracle Hosting and Delivery Policies available at http://www.oracle.com/us/corporate/contracts/cloud-services/index.html (or other such applicable policy) incorporated into Your order, which define the administrative, physical, technical and other safeguards applied to Your Content residing in the Services and describe other aspects of system management applicable to the Services. We and our affiliates may perform certain aspects of the Services (e.g., administration, maintenance, support, disaster recovery, data processing, etc.) from locations and/or through use of subcontractors, worldwide.

7.3. Breach Notification. Each party shall notify the other within 72 hours of determining there has been a Security Breach unless prohibited by law. For purposes of this section, "Security Breach" means the unauthorized disclosure or use of the Services or Your Content, as the term relates to You or Oracle, that compromises the security, confidentiality or integrity of such information. Each party shall reasonably cooperate with the other in the event of such Security Breach and take reasonable measures to limit the unauthorized disclosure or use.

**8. WARRANTIES, DISCLAIMERS AND EXCLUSIVE REMEDIES**

8.1. Each party represents that it has validly entered into this Agreement and that it has the power and authority to do so. We warrant that during the Services Period, we will perform the Services using commercially reasonable care and skill in all material respects as described in Your order. If the Services provided to You were not performed as warranted, You must promptly provide us with a written notice that describes the deficiency in the Services (including, as applicable, the service request number notifying us of the deficiency in the Services).

8.2. ORACLE CANNOT GUARANTEE THE PROVISION, ACCURACY, QUALITY, AVAILABILITY, INTEGRITY, OR RELIABILITY OF ANY ORACLE DATA PROVIDED TO YOU. WE DO NOT WARRANT THAT THE SERVICES WILL BE PERFORMED ERROR-FREE OR UNINTERRUPTED, THAT WE WILL CORRECT ALL SERVICES ERRORS, OR THAT THE SERVICES WILL MEET YOUR REQUIREMENTS OR EXPECTATIONS. WE ARE NOT RESPONSIBLE FOR ANY ISSUES RELATED TO THE PERFORMANCE, OPERATION OR SECURITY OF THE SERVICES THAT ARISE FROM YOUR CONTENT OR SERVICES PROVIDED BY THIRD PARTIES.

8.3. FOR ANY BREACH OF THE SERVICES WARRANTY, YOUR EXCLUSIVE REMEDY AND OUR ENTIRE LIABILITY SHALL BE THE CORRECTION OF THE DEFICIENT SERVICES THAT CAUSED THE BREACH OF WARRANTY, OR, IF WE CANNOT SUBSTANTIALLY CORRECT THE DEFICIENCY IN A COMMERCIALLY REASONABLE MANNER, YOU MAY END THE DEFICIENT SERVICES.

8.4. TO THE EXTENT NOT PROHIBITED BY LAW, THESE WARRANTIES ARE EXCLUSIVE AND THERE ARE NO OTHER EXPRESS OR IMPLIED WARRANTIES OR CONDITIONS OR FOR MERCHANTABILITY, SATISFACTORY QUALITY AND FITNESS FOR A PARTICULAR PURPOSE.

**9. LIMITATION OF LIABILITY**

9.1. **IN NO EVENT WILL EITHER PARTY OR ITS AFFILIATES BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, INCIDENTAL, SPECIAL, PUNITIVE, OR EXEMPLARY DAMAGES, OR ANY LOSS OF REVENUE, PROFITS (EXCLUDING FEES UNDER THIS AGREEMENT), SALES, DATA, DATA USE, GOODWILL, OR REPUTATION.**

9.2. **IN NO EVENT SHALL THE AGGREGATE LIABILITY OF ORACLE AND OUR AFFILIATES ARISING OUT OF OR RELATED TO THIS AGREEMENT, WHETHER IN CONTRACT, TORT, OR OTHERWISE, EXCEED THE TOTAL AMOUNTS ACTUALLY PAID FOR THE SERVICES UNDER THE ORDER GIVING RISE TO THE LIABILITY DURING THE TWELVE (12) MONTHS IMMEDIATELY PRECEDING THE EVENT GIVING RISE TO SUCH LIABILITY UNDER SUCH ORDER.**

**10. INDEMNIFICATION**

10.1. Subject to the terms of this Section 10, if a third party makes a claim against You claiming that (i) the Oracle Materials infringe the third party's intellectual property rights or (ii) Oracle failed to obtain the appropriate rights and licenses necessary to make the Oracle Data available to You, then Oracle will, at Oracle's sole cost and expense, defend You against the claim and indemnify You from the damages, liabilities, costs and expenses awarded by the court to the third party claimant or settlement agreed to by Oracle, provided that You comply with the obligations set forth in Section 10.3. Oracle does not agree to indemnify You to the extent that (i) use of the Oracle Data or Oracle Materials is outside the scope of the rights granted to You or otherwise in violation of any term in this Master Agreement or Your order, (ii) You have modified or used the Oracle Materials or Oracle Data in a way not authorized in Your Order or (iii) the Oracle Materials from which the claim arises has been replaced by Oracle with non-infringing Oracle Materials. If such a third party claim materially affects Oracle's ability to meet its obligations under the applicable Order, then Oracle may, at its option and upon 30 days prior written notice, terminate the applicable Order.

10.2. Subject to the terms of this Section 10, if a third party makes a claim against Oracle claiming that (i) Your Content infringes a third party's intellectual property rights or (ii) use of the Services (including the provision of Your Content to Oracle) is in violation of the privacy obligations in this Master Agreement or Your Order, then You will, at Your sole cost and expense, defend Oracle against the claim and indemnify Oracle from the damages, liabilities, costs and expenses awarded by the court to the third party or the settlement agreed to by You, provided that Oracle complies with the obligations set forth in Section 10.3. You do not agree to indemnify Oracle to the extent a claim arises out of Oracle's use of Your Content outside the scope of use or rights granted identified in this Master Agreement or in Your order.

10.3. If a party seeks indemnification (the "Indemnitee") from the other party (the "Indemnitor") pursuant to this Section 10, the Indemnitee must comply with the following obligations:

a. Notify the Indemnitor promptly in writing, not later than 30 days after the Indemnitee receives notice of the claim (or sooner if required by applicable law);
b. give the Indemnitor sole control of the defense and any settlement negotiations; and
c. give the Indemnitor the information, authority and assistance the Indemnitor needs to defend against or settle the claim.

10.4. This Section 10 provides the Indemnitee's exclusive remedy for any such third party claims or damages.

**11. TERM AND TERMINATION**

11.1. This Agreement is valid for the order which this Agreement accompanies.

11.2. Services provided under this Agreement shall be provided for the Services Period defined in Your order, unless earlier suspended or terminated in accordance with this Agreement or Your order. This Agreement will continue to govern any order for the duration of the Services Period of such order.

11.3. We may suspend Your, Your Client's, or Your Users' access to, or use of, the Services if we believe that (a) there is a significant threat to the functionality, security, integrity, or availability of the Services or any content, data, or applications in the Services; (b) You, Your Client, or Your Users are accessing or using the Services to commit an illegal act or in violation of applicable Rules; (c) if You, Your Client, or Users use the Services in a particular country or region that is restricted or otherwise becomes subject to any laws or regulations restricting the provision or use of the Services; or (d) there is a violation of Your reporting obligations. When reasonably practicable and lawfully permitted, we will provide You with advance notice of any such suspension. We will use reasonable efforts to re-establish the Services promptly after we determine that the issue causing the suspension has been resolved. Any suspension under this paragraph shall not excuse You from Your obligation to make payments due and owing under this Agreement.

11.4. If either of us breaches a material term of this Agreement or the order and fails to correct the breach within 30 days of written specification of the breach, then the breaching party is in default and the non-breaching party may terminate the order under which the breach occurred. If we terminate the order as specified in the preceding sentence, You must pay within 30 days all amounts that have accrued prior to such termination, as well as all sums remaining unpaid for the Services under such order plus related taxes and expenses. Except for nonpayment of fees, the nonbreaching party may agree in its sole discretion to extend the 30 day period for so long as the breaching party continues reasonable efforts to cure the breach. You agree that if You are in default under this Agreement, You may not use those Services ordered.

11.5. Provisions that survive termination or expiration of this Agreement are those relating to limitation of liability, indemnification, privacy, data protection, payment, and others which by their nature are intended to survive.

**12. SERVICE MONITORING, ANALYSES AND ORACLE SOFTWARE**

12.1. We continuously monitor the Services to facilitate Oracle's operation of the Services; to detect and address threats to the functionality, security, integrity, and availability of the Services as well as any content, data, or applications in the Services; and to detect and address illegal acts. Information collected by Oracle monitoring tools (excluding Your Content) may also be used to assist in managing Oracle's product and service portfolio, to help Oracle address deficiencies in its product and service offerings, and for license management purposes.

12.2. We may (i) compile statistical and other information related to the performance, operation and use of the Services, and (ii) use data from the Services in aggregated form for security and operations management, to create statistical analyses, and for research and development purposes (clauses i and ii are collectively referred to as "Service Analyses"). Service Analyses may include aggregated and anonymized results of reports that measure the impact of offline or online advertising across media partner and other publisher sites, and contain results, data, correlations, conclusions, effectiveness, or other information relevant to comparing advertising strategy or effectiveness. We may make Service Analyses publicly available; however, Service Analyses will not incorporate Your Content or Confidential Information in a form that could serve to identify You or any individual. We retain all intellectual property rights in Service Analyses.

**13. EXPORT**

13.1. Export laws and regulations of the United States and any other relevant local export laws and regulations apply to the Services. Such export laws govern use of the Services (including technical data) and any Services deliverables provided under this Agreement, and the parties each agree to comply with all such export laws and regulations (including "deemed export" and "deemed re-export" regulations). We each agree that no data, information, software programs and/or materials resulting from Services (or direct product thereof) will be exported, directly or indirectly, in violation of these laws, or will be used for any purpose prohibited by these laws.

13.2. You acknowledge that the Services are designed with capabilities for You, Your Clients, and Your Users to access the Services without regard to geographic location and to transfer or otherwise move Your Content between the Services and other locations such as User workstations. You are solely responsible for the authorization and management of User accounts across geographic locations, as well as export control and geographic transfer of Your Content.

**14. FORCE MAJEURE**

Neither of us shall be responsible for failure or delay of performance if caused by: an act of war, hostility, or sabotage; act of God; pandemic; electrical, internet, or telecommunication outage that is not caused by the obligated party; government restrictions (including the denial or cancelation of any export, import or other license); change to the Rules, or other event outside the reasonable control of the obligated party. We both will use reasonable efforts to mitigate the effect of a force majeure event. If such event continues for more than 30 days, either of us may cancel unperformed Services and affected orders upon written notice. This Section does not excuse either party's obligation to take reasonable steps to follow its normal disaster recovery procedures or Your obligation to pay for the Services.

**15. GOVERNING LAW AND JURISDICTION**

This Agreement is governed by the substantive and procedural laws of the State of California and each party agrees to submit to the exclusive jurisdiction of, and venue in, the courts in San Francisco or Santa Clara counties in California in any dispute arising out of or relating to this Agreement. The Uniform Computer Information Transactions Act does not apply to this Agreement or to orders placed under it.

**16. NOTICE**

16.1. Any notice required under this Agreement shall be provided to the other party in writing. If You have a legal dispute with us or if You wish to provide a notice under the Indemnification Section of this Agreement, or if You become subject to insolvency or other similar legal proceedings, You will promptly send written notice to: Oracle America, Inc., 500 Oracle Parkway Redwood Shores, CA 94065, Attention: General Counsel, Legal Department.

16.2. We may give notices applicable to our Services customers by means of a general notice on the Oracle portal for the Services, and notices specific to You by electronic mail to Your e-mail address on record in our account

information or by written communication sent by first class mail or pre-paid post to Your address on record in our account information.

**17. ASSIGNMENT**

You may not assign this Agreement or give or transfer the Services, or any interest in the Services, to another individual or entity.

**18. OTHER**

18.1. We are an independent contractor, and each party agrees that no partnership, joint venture, or agency relationship exists between the parties.

18.2. Our business partners and other third parties, including any third parties with which the Services have integrations or that are retained by You to provide consulting services, implementation services or applications that interact with the Services, are independent of Oracle and are not Oracle's agents. We are not liable for, bound by, or responsible for any problems with the Services or Your Content arising due to any acts of any such business partner or third party, unless the business partner or third party is providing Services as our subcontractor on an engagement ordered under this Agreement and, if so, then only to the same extent as we would be responsible for our resources under this Agreement. The Services may enable You to link to, transmit Your Content to, or otherwise access third parties' websites, platforms, content, products, services, and information. We do not control and are not responsible for such third parties' websites, platforms, content, products, services, and information.

18.3. If any term of this Agreement is found to be invalid or unenforceable, the remaining provisions will remain effective and such term shall be replaced with another term consistent with the purpose and intent of this Agreement.

18.4. Except for actions for nonpayment or breach of Oracle's proprietary rights, no action, regardless of form, arising out of or relating to this Agreement may be brought by either party more than two years after the cause of action has accrued.

18.5. Prior to entering into an order governed by this Agreement, You are solely responsible for determining whether the Services meet Your technical, business or regulatory requirements. Oracle will cooperate with Your efforts to determine whether use of the standard Services are consistent with those requirements. Additional fees may apply to any additional work performed by Oracle or changes to the Services. You remain solely responsible for Your regulatory compliance in connection with Your use of the Services.

18.6. Upon forty-five (45) days written notice and no more than once every twelve (12) months, Oracle may audit Your compliance with the terms of this Agreement and Your order. You agree to cooperate with Oracle's audit and to provide reasonable assistance and access to information. Any such audit shall not unreasonably interfere with Your normal business operations.

**19. ENTIRE AGREEMENT**

19.1. You agree that this Agreement and the information which is incorporated into this Agreement by written reference (including reference to information contained in a URL or referenced policy), together with the applicable order, is the complete agreement for the Services ordered by You and supersedes all prior or contemporaneous agreements or representations, written or oral, regarding such Services.

19.2. It is expressly agreed that the terms of this Agreement and any Oracle order shall supersede the terms in any purchase order, procurement internet portal, or other similar non-Oracle document and no terms included in any such purchase order, portal, or other non-Oracle document shall apply to the Services ordered. In the event of any inconsistencies between the terms of an order and the Agreement, the order shall take precedence. This Agreement and orders hereunder may not be modified and the rights and restrictions may not be altered or waived except in a writing signed or accepted online by authorized representatives of You and of Oracle; however, Oracle may update the Service Specifications, including by posting updated documents on Oracle's websites. No third party beneficiary relationships are created by this Agreement.

**20. AGREEMENT DEFINITIONS**

20.1. **"Agent**" means the authorized agent of the Client with legal authority to bind the Client pursuant to a written agreement with Client.

20.2. "**Client**" means Your client, if any, identified in Your order who wishes to use, or have You use on its behalf, the Services.

20.3. **"Identity Persistence Mechanism**" means cookie identifiers, statistical identifiers, mobile device identifiers, hashed identifiers, tags, pixels or other identifiers.

20.4. "**Oracle Data**" means third party data, consumer data collected by Oracle, and derivatives thereof, licensed or made available to You, by or on behalf of Oracle pursuant to this Agreement. Oracle Data includes, but is not limited to, data analytics, Segments, Identity Persistence Mechanisms and audience data.

20.5. "**Oracle Materials**" means all materials, software, technology, services, platform, and any work products, and any enhancements to the foregoing, that Oracle makes available to You in connection with this Agreement.

20.6. "**Ordering Document**" or "**order**" means a document that is expressly governed by the terms and conditions of this Agreement by which, when accepted by Oracle, You order Services from Oracle.

20.7. "**Segment**" means a non-personally identifiable classification of data, of an individual, or of an individual's behavior.

20.8. "**Service Specifications**" means the descriptions on www.oracle.com/contracts, or at such other address specified by Oracle, that are applicable to the Services under Your order, as well as other descriptions that are referenced in or incorporated into Your order.

20.9. "**Users**" means those employees, contractors, agents, service providers, and end users, as applicable, authorized by You or on Your behalf to use the Services in accordance with this Agreement and Your order.

20.10. "**Your Content**" means all text, files, images, graphics, illustrations, information, data (including Personal Data), audio, video, photographs, and other content and material, in any format, provided by You or on behalf of any of Your Users or Client to Oracle pursuant to this Agreement and Your order.

# EXHIBIT C

# Oracle Advertising
# Request Access to My Offline Personal Data

Complete this form to request a copy of your third-party offline personal data used by Oracle Advertising for offline direct mail campaigns and for online interest-based advertising by Oracle Advertising customers and partners, facilitated by Oracle Advertising.

Upon completing this form, you will be asked a series of challenge questions to verify your identity. While the majority of offline data access requests can be handled quickly, complex requests may take more research and time. In such cases, you will be contacted regarding the nature of the request and appropriate next steps within one month from the date of receipt of your request.

Verify your identity and request your data



# Want to see your data?

Oracle empowers you to view the online third-party, interest data associated with your browser, computer, or device.

Oracle also provides a way to request a copy of your third-party offline personal data used by Oracle Advertising.

Download PDF

For information about opting out and for other information about our practices, please see the Oracle Marketing Cloud & Oracle Advertising Privacy Policy.

**ABOUT ORACLE**

Oracle Advertising

**RESOURCES**

Opt Out
Request Your Data
Privacy Policy

Copyright © 2020, Oracle and/or its affiliates. All rights reserved. Oracle and Java are registered trademarks of Oracle and/or its affiliates. Other names may be trademarks of their respective owners.

Cookie Preferences

# EXHIBIT D

# What is adtech?

Adtech is a broad term that categorizes the software and tools that agencies, brands, publishers, and platforms use to target, deliver, and measure their digital advertising efforts.

Adtech software platforms help brands and agencies purchase advertising space. They also help publishers price and sell their ad space.

**Oracle Advertising**

Make the best first impression and build on it.

Explore Oracle Advertising

## Why adtech is important

**$646B**

**will be spent worldwide on digital advertising by 2024**

Source: Worldwide Digital Ad Spending, 2021

Adtech is important because of the large amounts of money that is spent on digital advertising. With that amount of volume, adtech helps buyers optimize their budgets and sellers maximize their revenue stream. The goal is to get better ad placements, deliver the right content to the right person, and reduce the

amount of wasteful spending. Ad tech also provides comprehensive behavioral data that can be used to target potential audiences better and measure campaign success. Thanks to data-driven insights from billions of consumers' device interactions, it's become more popular as companies discover how cost-effective these solutions are.

## Types of adtech

### DSP and SSP

A demand side platform (DSP) is used to buy online advertising space through real-time bidding auctions. DSPs connect advertisers with ad networks, assess available inventory, and ensure ads are aimed at the right audience. With a DSP, advertisements can be distributed across multiple websites, saving a lot of time and money and maximizing campaign effectiveness.

Publishers use a supply side platform (SSP) to sell ads programmatically. An SSP can focus on one type of advertising or can provide buyers access to a wide variety of formats. The SSP will connect to the ad exchange and make the publisher's inventory available for DSPs to bid on. A DSP can submit multiple bids to an SSP. The SSP then selects the highest price bid as the winner and sends the creative (banner ad, video ad, native ad, etc.) to the publisher.

### Ad exchange

An ad exchange is a marketplace whose participants include demand side platforms and supply side platforms that facilitate the automated buying and selling of digital advertising spots. Run as a real-time auction, it supports the buying and selling of all forms of digital advertising, including display, video, and native advertisements across all device types.

### Search engine marketing (SEM) platform

Search engines, such as Google, let advertisers purchase ad space for specific high-value (or high traffic) keywords that they think will attract new customers. For example, a lawn service in Austin, Texas, might place ads that appear in the search results for "best lawn care Austin."

### Data management platforms

A data management platform (DMP) straddles both adtech and martech, serving as a unifying platform to collect and organize all types of audience data from any source. Using this data, people can be grouped into audience segments according to behaviors.

### Native advertising platforms

Native advertising platforms help advertisers nonintrusively distribute web content to help with content discovery. A native ad does not look like an ad; it appears to be part of the web content that the person is viewing. Types of native advertising include:

- Content recommendations

### Ad networks

Advertising networks connect brands and agencies (demand side buyers) with publishers (supply side sellers). For example, an ad network will sometimes sell inventory directly to agencies or brands, and at other times, it will buy unsold or remnant ad inventory from SSPs or ad exchanges and sell it for a lower price.

### Ad server platform

An ad server is used by publishers, agencies, and ad networks to house their creative assets and then deliver those assets to purchased advertising spots on websites/apps. Its role is to dictate which ad to display, what time to display it, and what website/mobile app it should appear on.

### Ad forecasting software

Instead of arbitrarily throwing money at expensive ad space, it's now possible to accurately and efficiently budget for ad buys. Ad forecasting software provides companies with insights into people's media consumption habits and the approximate costs of ad space to optimize their spending based on their goals and objectives.

Learn more about DMPs

## Other adtech related terms

### Programmatic advertising

Programmatic advertising is the automatic buying and selling of digital advertising space. Publishers, advertisers, and brands can automatically buy and sell ad spots using DSPs and SSPs.

### Programmatic direct

Programmatic direct is a type of programmatic advertising where a publisher bypasses auctions and reserves some (or all) of their ad inventory for a buyer at a fixed cost. The purchase is still done automatically and ad placement is done programmatically.

### Real-time bidding

Real-time bidding uses programmatic advertising and adtech to automate the trading of digital advertising spots. Advertisers need to purchase ad space. Media organizations and/or publishers need to sell their available inventory. With real-time bidding, companies programmatically submit bids to compete for the right to display ads on a publisher's website or app. Advertisers and publishers use ad exchanges to run auctions using demand side and supply side platforms.

Millions of advertising spots can be sold and/or bought in seconds, and if a company wins a bid, their ad is instantly loaded onto the publisher's site.

## Adtech vs. martech



Adtech at work: Discover viewability measurement

Adtech software is designed to help companies and agencies create, run, measure, and manage digital advertising campaigns. It also lets publishers (websites and apps) sell their available ad space to the largest number of advertisers possible. There are even specialized adtech platforms that deal with audience profiling, activation, verification, viewability, and measurement.

Martech software lets marketers create, run, optimize, and manage online marketing campaigns through email marketing, A/B testing, personalization, customer loyalty programs, and web analytics. Martech systems include:

- CRM systems
- Marketing automation
- Email marketing
- Social media management platforms

Both martech and adtech ecosystems are made up of many different platforms. While some exist in both industries—data management platforms (DMPs), for example—most are unique and specific to their respective field.

## Adtech, martech and customer data platforms (CDPs)

A customer data platform (CDP) can power next-generation adtech strategies and help marketers unify customer data for segmentation and campaign creation, deployment, and measurement support. Given that third-party cookie-enabled identifiers are eventually going away, first-party data will have an outsized role if marketers have the right strategy and have made the right technology investments. A customer data platform can provide that central location to ingest and house all first-party datasources—from demographic and transactional data—that resides within a CRM system or data lake to online behavioral data collected from websites and mobile apps.

Learn more about CDPs

Explore Oracle's CDP

## Adtech benefits

**Automation for efficiency and scale**

For decades, the business of advertising remained largely unchanged—until just recently. Today, the way advertisers place ads, how they pay for them, and the physical nature of the ads themselves has completely changed. But the goal is always the same—to reach a target market of consumers and capture their attention.

Adtech's growth was driven by a need for efficiency and scale in the realm of (now) billions of online interactions. The buying and selling of advertising spots is still done in a marketplace, but the advent of digital advertising has made the entire process more complex. Automated platforms (DSPs and SSPs) are needed to handle the actual buying and selling at scale. Plus, adtech and martech tools are becoming increasingly connected to get brands and/or companies to achieve their monetization and marketing goals.

## Benefits of integrated adtech and martech






Adtech and martech do overlap but have primarily remained as two distinct solution sets with a common goal—to provide better customer experiences. Disconnected systems add unnecessary complexity making it hard for companies to know their audience/customers well. Integrating adtech and martech can help with that. More importantly, it helps companies design the right journey for each person, convert more customers, and build stronger, longer-lasting relationships. Additionally, an integrated adtech and martech system helps advertisers in the following ways:

**Optimize your advertising investments.** With the right data and context you can get to know your prospects, including what channels they prefer to hear your message on. This, in turn, will help you realize a higher return from each impression.

**Create a customer 360 view.** A single view of the customer across business functions lets you create real-time, personalized experiences that can meet rapidly changing customer expectations. With it, you'll have the most comprehensive customer profiles possible to leverage in your customer interactions.

**Improve targeting.** Companies can leverage post-conversion data (from their martech systems) to improve their ad targeting initiatives. Combining previously siloed data points across systems helps with audience targeting and segmentation—much more than with when martech and adtech work separately.

**Make every interaction with your brand matter.** Make each customer's experience simple through intelligent, in-the-moment interactions that occur across advertising, marketing, sales, and service touchpoints.

**Add AI to your tech stack.** Reducing complexity will pave the way for the advancement of AI technologies to simplify work processes and tools, creating more efficiencies for your company.

## Additional information about adtech

Why lasting customer relationships require adtech and martech to come together

How adtech and martech work best together

The complete guide to digital advertising

Viewability and attention 101

Oracle Advertising blog

Oracle Marketing blog

**Adtech topics**

Why adtech is important

Types of adtech

Types of adtech
Adtech vs. martech
Adtech, martech, and customer data platforms (CDP)
Adtech benefits
Benefits of integrated adtech and martech
Additional information about adtech


© 2022 Oracle

# EXHIBIT E

# Oracle Products, Solutions, and Services

Oracle is the only technology provider with a complete suite of integrated cloud applications and a cloud infrastructure platform. The Oracle Cloud offers all the services you need to migrate, build, and run your IT, from existing enterprise workloads to new cloud-native applications and data platforms. Oracle Cloud Applications is built on top of our cloud infrastructure with front and back-office modules to support consistent processes and a single source of truth across the most critical business functions.

### Oracle Product Navigator

Oracle's comprehensive suite of fully integrated cloud applications and cloud platform services.

See Oracle Product Navigator

### Oracle Software Products

Featured Oracle software products and solutions.

View software products

### Oracle Products A to Z

Listing of all Oracle software and cloud products.

View products A-Z

### Oracle Acquired Products

Listing of all Oracle acquired software and cloud products.

View acquired products A-Z

## Oracle Products

From the most comprehensive portfolio of cloud solutions to the world's #1 enterprise database, C offers the choice and flexibility to meet your business requirements.

## Oracle Cloud Infrastructure

## Cloud Applications

## Industries

## Oracle Hardware and Engineered Systems

## Enterprise Applications

## Oracle Featured Software

# Oracle Services

Oracle Consulting

Oracle Premier Support

Oracle University

Oracle Financing

Advanced Customer Services

Cloud Customer Success

## Get started

**Try Oracle Cloud Free Tier**

Build, test, and deploy applications on Oracle Cloud for free.

Try it for free

**Contact sales**

Interested in learning more? Contact one of our industry-leading experts.

Get in touch

Country/Region

© 2022 Oracle

Privacy / Do Not Sell My Info

Cookie Preferences

Ad Choices

Careers

# EXHIBIT F

# Oracle BlueKai Data Management Platform

Unify and activate your data to execute campaigns across digital advertising channels. Use data to drive personalized and contextual advertising that engages and wins over relevant audiences. Optimize spend across programmatic advertising through open web and social channels.

Request a demo

## Learn more about Oracle BlueKai Data Management Platform

Contact us

# Explore Oracle BlueKai

Unify advertising data

## Bring in all the data you need

Assemble data from many different sources and make it useable.

Ingest first-party online (across desktop and mobile) and offline data.

Classify and organize data into targetable user segments.

Use Oracle Data Marketplace to increase your audience reach.

Enhance your data with second- and/or third-party datasets.

Monitor data ingest with reports that help diagnose and troubleshoot issues.

Show how many times user profiles are found and classified correctly.

Show how inventory is trending over time.

Build effective audiences

Connect across devices

Analyze audiences

Activate digital campaigns

## Data management platform customer successes

View more customer successes

Learn how companies across different industries and in different geographies use Oracle BlueKai Data Management Platform to optimize experiences across websites and mobile apps. Click on each logo to learn more.

Banco de Bogotá

easynvest

france•tv

KUNMAP

LUTRIJA BOSNE I HERCEGOVINE

mazda

NCBA

## Oracle Data Management Platform key benefits

### Get a full view of customers

Identify customer activity
Is there a future for third-party audiences without cookies

### Unify your data

Use Oracle ID Graph to have a single view of each customer
How to use a data management platform to build a powerful custom data strategy

### Roll out ad campaigns set up for success

Use data to drive your advertising decisions
Why marketers should rely on data instead of their gut

NOVEMBER 12, 2021

# CDP vs. CRM vs. DMP: Their differences, capabilities, and how they work together

Michael McNichols, Senior Content Manager, Oracle

Customer data platforms (CDP), CRM systems, and data management platforms (DMPs) are all vit... a digital marketer's arsenal. They help them use data to inform their campaigns, personalize their messaging, and gauge the effectiveness of their efforts. Let's read how they do this, and how they together.

Read the complete post

## Featured blogs

OCTOBER 27, 2022

BIMI: The carrot to get email marketers to fully authenticate

OCTOBER 19, 2022

7 Types of Customer Attributes for Segmentation & Personalization

OCTOBER 13, 2022

One Year Later: How Mail Privacy Protection Has Impacted Marketers

OCTOBER 6, 2022

Message Prioritization: How to Emphasize the Right Messages

View all

# Resources

Documentation

Training

Best practices

Related content

**News and opinions**

Oracle Marketing news

Oracle Advertising news

Oracle CX analyst reports

Oracle Advertising blog

Oracle Marketing blog

**Events and replays**

Oracle Advertising and CX Innovation Showcase

Oracle Cloud CX Virtual Summits

Oracle Live: The Time Is Now (CX sessions)

Oracle Customer Spotlight Series

**Compare solutions:**

- Oracle CX vs. Salesforce
- Oracle CX vs. Adobe

## You may also be interested in

**Oracle Contextual Intelligence**

**Drive scale**

**Oracle Infinity Behavioral Intelligence**

**Oracle Measurement**

**Measure attention**

**Oracle Unity Custom Data Platfo**

**scale while maintaining brand safety**

**Real-time personalizati**

**to drive outcomes**

**Intelligent customer data platform**

See product details

See product details

See product details

See product details

Get Started

Request a demo

Take a tour

Contact sales

**Resources for**

Careers
Developers
Investors
Partners
Researchers
Students and Educators

**Why Oracle**

Analyst Reports
Best cloud-based ERP
Cloud Economics
Corporate Responsibility
Diversity and Inclusion
Security Practices

**Learn**

What is cloud computing?
What is CRM?
What is Docker?
What is Kubernetes?
What is Python?
What is SaaS?

**What's New**

News
Oracle CloudWorld
Oracle Supports Ukraine
Oracle Red Bull Racing
Oracle Sustainability
Employee Experience Platform

**Contact Us**

US Sales: +1.800.633.0738
How can we help?
Subscribe to emails
Events
Blogs
Give feedback

Country/Region

2022 Oracle

Not Sell My Info

Preferences

Choices

# EXHIBIT G

**Press Release**

# Oracle Buys Datalogix

## Creates the World's Most Valuable Data Cloud to Maximize the Power of Digital Marketing

Redwood Shores, Calif.—Dec 22, 2014

## News Facts

Oracle today announced that it has signed an agreement to acquire Datalogix, the industry-recognized leader at connecting offline consumer spending to digital marketing that helps marketers increase the effectiveness and measurability of their advertising.

Datalogix aggregates and provides insights on over $2 trillion in consumer spending from 1,500 data partners across 110 million households to provide purchase-based targeting and drive more sales.

Over 650 customers, including 82 of the top 100 US advertisers such as Ford and Kraft, as well as 7 of the top 8 digital media publishers such as Facebook and Twitter use Datalogix to enhance their media.

Oracle and Datalogix's Data as a Service cloud solutions will provide marketers and publishers with the richest understanding of consumers across both digital and traditional channels based on what they do, what they say

enable leading brands to personalize and measure every customer interaction and maximize the value of their digital marketing.

The combination fundamentally transforms marketing automation from executing campaigns to being able to correctly identify consumers, target them accurately with digital campaigns, allow marketers to measure which campaigns and channels are effective, and optimize how they reach consumers and spend their campaign resources.

The addition of Datalogix represents a further extension of Oracle's Public Cloud strategy to combine IaaS, PaaS, SaaS and Data as a Service on a common cloud and to transform SaaS business applications and processes by integrating data within these applications.

More information can be found at http://www.oracle.com/datalogix.

### Supporting Resources

About Oracle and Datalogix

General Presentation

Customer and Partner Letter

FAQ

## Contact Info

**Deborah Hellinger**
Oracle Corporate Communications
+1.212.508.7935
deborah.hellinger@oracle.com

**Ken Bond**
Oracle Investor Relations
+1.650.607.0349
ken.bond@oracle.com

## About Oracle

Oracle engineers hardware and software to work together in the cloud and in your data center. For more information about Oracle (NYSE:ORCL), visit www.oracle.com.

## Trademarks

Oracle and Java are registered trademarks of Oracle and/or its affiliates. Other names may be trademarks of their respective owners.

This document is for informational purposes only and may not be incorporated into a contract or agreement.

Oracle is currently reviewing the existing Datalogix product roadmap and will be providing guidance to customers in accordance with Oracle's standard product communication policies. Any resulting features and timing of release of such features as determined by Oracle's review of Datalogix's product roadmap are at the sole discretion of Oracle. All product roadmap information, whether communicated by Datalogix or by Oracle, does not represent a commitment to deliver any material, code, or functionality, and should not be relied upon in making purchasing decisions. It is intended for information purposes only, and may not be incorporated into any contract.

## Cautionary Statement Regarding Forward-Looking Statements

This document contains certain forward-looking statements about Oracle and Datalogix, including statements that involve risks and uncertainties concerning Oracle's proposed acquisition of Datalogix, anticipated customer benefits and general business outlook. When used in this document, the words "anticipates", "can", "will", "look forward to", "expected" and similar expressions and any other statements that are not historical facts are intended to identify those assertions as forward-looking statements. Any such statement may be influenced by a variety of factors, many of which are beyond the control of Oracle or Datalogix, that could cause actual outcomes and results to be materially different from those projected, described, expressed or implied in this document due to a number of risks and uncertainties. Potential risks and uncertainties include, among others, the possibility that the transaction will not close or that the closing may be delayed, the anticipated synergies of the combined companies may not be achieved after closing, the combined operations may not be successfully integrated in a timely manner, if at all, general economic conditions in regions in which either company does business may deteriorate and/or Oracle or Datalogix may be adversely affected by other economic, b

factors. Accordingly, no assurances can be given that any of the events anticipated by the forward-looking statements will transpire or occur, or if any of them do so, what impact they will have on the results of operations or financial condition of Oracle or Datalogix. You are cautioned to not place undue reliance on forward-looking statements, which speak only as of the date of this document. Neither Oracle nor Datalogix is under any duty to update any of the information in this document.



© 2022 Oracle

# EXHIBIT H

# Privacy @ Oracle
# AddThis Privacy Policy

## 1. INTRODUCTION

This AddThis Privacy Policy (also referred to as the "**Privacy Policy**") informs consumers about the collection, use, sharing, and selling (collectively referred to as "**processing**" or "**process**") of your personal information in connection with Oracle's provision of the AddThis Tools. It also explains the privacy rights you have in relation to these processing activities.

Oracle ("**Oracle**", "**we**", "**us**", "**Oracle Advertising**") provides an AddThis suite of technologies to publishers for use on their websites ("**AddThis Tools**"). AddThis Tools provide website owners with the capability to enable users of their websites to share webpages, blogs, news, photos, videos, and other content with social networks and other destinations via a browser plug-in or website plug-in. With AddThis Tools, publishers can (i) enable users to share, follow, view, recommend and interact with the publisher's content, and (ii) collect information from those users as a result of their visit. The AddThis Tools are available for download through AddThis.com or through selected third party sites.

When you interact with a website on which a publisher has installed AddThis Tools, your direct interactions are primarily with that publisher as a data controller. In our AddThis Terms of Service with the publisher, we require that the publisher informs you directly of how it collects and uses your personal information in this context, and gets your consent where appropriate. Oracle may then also receive information about you via your interactions with the publisher's AddThis Tools, so this Privacy Policy informs you how we process that personal information.

This Privacy Policy was last updated on May 5, 2022. However, the Privacy Policy can change over time, for example to meet changing business or legal requirements. The most up-to-date version can be found on this website. In case there is an important change that we want to highlight to you, we will also inform you in another appropriate way (for example, via a pop-up notice or statement of changes on our website).

## SCOPE OF THE PRIVACY POLICY

See More

This Privacy Policy applies to information received via the AddThis Tools available on a publisher's website, as well as information collected via those Tools.

## WHO IS RESPONSIBLE FOR PROCESSING YOUR PERSONAL INFORMATION?

See More

Oracle America, Inc. is responsible for the processing of your personal information collected via the AddThis Tools as described in this Privacy Policy.

## WHICH CATEGORIES OF PERSONAL INFORMATION DO WE PROCESS?

See More

The AddThis Tools collect personal information from the device used by you to interact with Publisher Sites.

## WHERE DO WE SOURCE YOUR PERSONAL INFORMATION?

See More

Oracle receives personal information when you interact with a website on which a publisher has installed AddThis Tools. The publishers share your personal information with Oracle per our AddThis Terms of Service.

## WHY AND HOW DO WE USE YOUR PERSONAL INFORMATION?

See More

We use personal information about you to enable Oracle customers and partners to market products and services to you, to provide personalized recommendations and messages, to link browsers and apps across devices, to sync unique identifiers with our partners, to develop and improve Oracle products and services, and for security and compliance purposes.

## HOW CAN WE SHARE OR SELL YOUR PERSONAL INFORMATION?

See More

Your personal information is shared throughout Oracle's organization and sold to, or shared with, third parties such as Oracle Advertising customers and partners, and service providers.

WHAT ARE YOUR PRIVACY RIGHTS? See More

You have privacy rights for the information we process about you. You can choose to opt-out of third party sharing or selling and object to our use of your personal information, delete your personal information, or access your personal information.

HOW TO CONTACT ORACLE IF YOU HAVE ANY QUESTIONS, COMMENTS OR COMPLAINTS? See More

If you believe your personal information has been used in a way that is not consistent with the Privacy Policy, please contact the Global Data Protection Officer.

## 2. SCOPE

As described above, this Privacy Policy applies to information received by Oracle via AddThis Tools installed on a publisher's website ("**Publisher Site**"). "**Publisher**" means the owner or operator of a Publisher Site that incorporates and displays the AddThis Tools and makes the AddThis Tools available to you.

Oracle also provides publishers with a platform where they can perform analytics and customize their websites and/or applications to provide users with more relevant advertising ("**AddThis Platform**"). This Privacy Policy does not govern the use of the AddThis Platform by the Publisher (or any individual working for the Publisher). In addition, this Privacy Policy does not apply to personal information Oracle collects from Publishers on www.addthis.com ("**AddThis Site**") in order to register and administer a Publisher's account on the AddThis Site and provide the Publisher with access to the AddThis Platform. Oracle's Privacy Policy on https://www.oracle.com/legal/privacy/privacy-policy.html describes how we process such Publisher personal information.

## 3. WHO IS RESPONSIBLE FOR PROCESSING YOUR PERSONAL INFORMATION?

Oracle America Inc., is responsible for processing AddThis Data described in this Privacy Policy.

## 4. WHICH CATEGORIES AND SPECIFIC PIECES OF PERSONAL INFORMATION DO WE PROCESS AND FROM WHAT SOURCES?

The AddThis Tools collect information from the device used by you to interact with Publisher Sites ("**AddThis Data**"). Note that the AddThis Tools only collect limited information from users located in the EU/EEA, Switzerland or the UK (collectively referred to in this Privacy Policy as "Europe") and only for legal compliance and data minimization purposes (i.e., to prevent ingestion of information from users in Europe for commercial purposes) as described below in Section 5 of this Policy.

AddThis Data is collected online and may indirectly identify you. It includes, for example:

unique IDs such as a cookie ID on your browser;

IP addresses and information derived from IP addresses, such as geographic location;

information about your device, such as browser, device type, operating system, the presence or use of 'apps', screen resolution, or the preferred language;

the date and time you visited a Publisher Site; and

the referring URL and the web search you used to locate and navigate to a Publisher Site.

For personal information collected outside Europe, we may associate such information with interest segments or profiles as part of the provision of AddThis services to our customers and partners. "**Interest segments**" are a specific group of consumers that share a common behavior or preference used for marketing by our customers. "**Profiles**" are a set of attributes about a specific consumer or device, or a set of multiple consumers or devices sharing common attributes used for marketing by our customers.

Oracle may also collect email addresses on behalf of a Publisher to assist the Publisher in creating email lists as part of our AddThis List Building Tools service. More information about this service is available here. Oracle is not responsible for the use and processing of your email address in connection with the AddThis List Building Tools service. We encourage you to read the privacy policies of the Publishers to understand how such Publishers use and share your email addresses.

## 5. FOR WHAT COMMERCIAL OR BUSINESS PURPOSE DO WE USE YOUR PERSONAL INFORMATION?

For personal information collected outside Europe, we use personal information for the following commercial purposes:

a) to enable AddThis Tools functionality;

b) to enable AddThis Publishers and Oracle Advertising customers and partners to market products and services to you;

c) to provide personalized recommendations and messages;

d) to link browsers and apps across devices;

e) to sync unique identifiers; and

f) to analyze, develop, and improve the AddThis Tools and Oracle products and services.

For personal information collected outside Europe, we use personal information for the following business purposes:

g) to manage the security of our sites, networks, and systems; and

h) to comply with applicable laws and regulations and to operate our business.

These purposes are further specified below.

Please note that with respect to Europe, AddThis collects only limited information from users located in Europe and other regions solely to comply with applicable laws and regulations by deleting information about these users for the legitimate interests of preventing the ingestion of personal information from users in Europe and other

regions for commercial purposes. These users in Europe can still avail themselves of the AddThis functionality but AddThis Data will not be collected from such users and used for Oracle's own commercial purposes.

**a) Enable AddThis Tools functionality.**

We use AddThis Data to process your request to share content via the AddThis Tools. We also use AddThis Data to customize the AddThis Tools to your usage patterns.

**Example: You visit a website and use the AddThis sharing tool on the website to share an article to Facebook.**

**b) Enable AddThis Publishers and Oracle Advertising customers and partners to market products and services to you.**

Publishers provide us with AddThis Data so that we can build Segments and Profiles to facilitate personalized interest-based advertising for you by Oracle and our Oracle Marketing & Data Cloud customers and partners.

**Example: A marketing professional working for a travel company wants to reach a group of individuals (also known as an audience) who may be interested in its travel specials to Hawaii. The marketing professional uses AddThis Tools to create an audience interested in travel to Hawaii. If you have visited a travel website previously and have expressed an interest in Hawaiian vacations, you may subsequently see advertisements for a vacation to Hawaii because a cookie has been placed on your device that made you part of that travel company's audience.**

**c) Provide personalized recommendations and messages.**

Publishers can use AddThis Data and insights provided by AddThis to personalize the Publisher Site.

**Example: You visit a site and see content on the site that you find relevant to your interests. Using the example above, if you visit the travel company's site, you may see specials to Hawaii on the travel company's homepage. You decide you want to receive additional information from the travel company via email communications and provide your email address to the travel company so they can send you offers and specials directly to your inbox.**

**d) Link browsers and apps across devices.**

For linking Profiles and Segments to enable Oracle Advertising customers and partners to connect your interest segments across the various browsers and/or devices you may use for the purposes described in this section.

**Example: You are interested in vacations offered by a travel company and have clicked on their online advertising. You are logged into several devices (your desktop, smartphone, and tablet) using the same login. Oracle partners have indicated that you are likely the same user across those same devices. The travel company is able to send vacation offers to you (via de-identified cookie ID) to these different devices.**

**e) Sync unique identifiers.**

The AddThis Tools also incorporate Cookies and Pixels from Oracle partners to enable the synchronization of unique identifiers between Oracle and our third party partners to facilitate online behavioral advertising across the online advertising ecosystem. For a list of those third party partners, please visit: http://www.addthis.com/privacy/pixel-partners. The 'Opt-Out' tool available below will opt you out of data

collection by Oracle and cease the syncing of unique identifiers with our third party partners. Please see the "**What are your choices?**" section below for more information.

**f) To analyze, develop, improve, and improve the AddThis Tools and Oracle products and services.**

We can process AddThis Data for Oracle's own research and development purposes. For example, to enhance data quality, develop new features and functionality and for statistical analyses related to the performance and operation of Oracle Advertising.

**g) To manage the security of our sites, networks, and systems.**

We can collect usage and systems operations data from the AddThis Tools for security and operations management to help keep Oracle, customer, and partner networks and systems, as well as our products and services, secure. We may also collect usage and systems operations data from the AddThis Tools to investigate and prevent cyber-attacks, malicious activity, or potential fraud, including ad fraud and to detect bots.

**h) To comply with applicable laws and regulations and to operate our business.**

In some cases, we may process AddThis Data to comply with applicable laws and regulations. For example, to respond to a request from a regulator or to defend a legal claim. We may also process AddThis Data in the operation of our business. For example, to conduct audits and investigations, for finance and accounting, archiving and insurance purposes.

## 6. WHAT COOKIES, PIXEL TAGS AND OTHER SIMILAR TECHNOLOGIES DOES ADDTHIS USE?

Cookies and similar technologies (e.g., pixels tags and device identifiers) are used by Oracle and our advertising technology partners to recognize you and/or your device(s) on, off and across different services and devices for the purposes specified in Section 5 above.

**Cookies** are small text files that contain a string of characters and uniquely identify a browser on a connected device. We or our partners use cookies to, among other things, track user trends and collect information about how you use Publishers' Sites or interact with advertising. Most browsers are initially configured to accept cookies by default. You may, however, be able to change your browser settings to cause your browser to refuse third-party cookies or to indicate when a third-party cookie is being sent. Check your browser's 'help' files to learn more about handling cookies.

**Pixel Tags** (also called web beacons or clear GIFs) are invisible 1 x 1 pixels that are placed on webpages that use this technology for marketing and measurement purposes. When you access these webpages, pixel tags generate a generic notice of the visit. Pixel tags can be used with cookies or alone. When used with cookies, pixel tags can track activity on a site by a particular device and provide relevant online advertising to you. When you turn off cookies or have opted out of cookies, pixel tags simply detect a unique website visit and how you interacted with the advertising but do not track an individual to provide relevant online advertising.

**Redirect notice.** When you use the AddThis Tools on a Publisher Site to share information and content the Publisher makes available on the Publisher Site ("**Publisher Content**"), you are redirected through the AddThis Site before you are directed to your destination website where you want to publish or share the Publisher Content (e.g., to share Publisher Content to a social media site such as Facebook).

## 7. WHAT ARE YOUR PRIVACY RIGHTS?

Pursuant to the California Consumer Privacy Act (CCPA), and other applicable laws and regulations, individuals in certain jurisdictions may have data subject rights enabling them to opt-out of third party sharing or selling, or request deletion of, or access to, their personal information in Oracle's possession or for which Oracle is otherwise responsible.

**Opt-out and object to our use of personal information.** Oracle offers multiple ways for you to opt out of third party sharing or selling and object to our use of your personal information as described in this Privacy Policy.

**AddThis Opt-out.** If you prefer that Oracle and our third party partners do not receive your personal information via Cookies and Pixels for the purposes outlined in this Privacy Policy, you may opt out of collection at any time via the Oracle Advertising opt-out, available at https://datacloudoptout.oracle.com/#optout. Upon opting out, we will place an opt-out Cookie on your device. The opt-out Cookie tells the AddThis Tools not to include information from that device in AddThis Data.

**AdTech Industry Opt-out.** You may also opt out of third party sharing or selling by Oracle Advertising by using the opt-out tools provided by the following industry groups:

Digital Advertising Alliance ('DAA'): http://www.aboutads.info/choices/

Network Advertising Initiative ('NAI'): http://optout.networkadvertising.org

European Interactive Digital Adverting Alliance ('EDAA'): http://www.youronlinechoices.eu/ and http://www.edaa.eu/

**Do Not Track.** Oracle honors "Do Not Track" browser settings, meaning we will not track your browser for marketing purposes while you have "Do Not Track" turned on in your browser settings.

Please note that if you opt out using the first two opt out tools, you may still temporarily receive marketing due to marketing campaigns already underway. However, you will be opted-out of all future marketing campaigns that use Oracle Advertising.

Also note that the first two opt out tools are currently cookie-based and prevent Oracle from using, sharing, or selling your personal information for interest-based advertising on the browser on which they are installed. As a result, the opt out will only function if your browser is set to accept third-party cookies and may not function where cookies are sometimes automatically disabled or removed (e.g., certain mobile devices and operating systems). If you delete cookies, change your browser settings, switch browsers or computers, or use another operating system, you will need to opt out again. Oracle does not use persistent, unique identifiers to revive a previously opted-out profile or deleted cookie.

**Blocking Emails Shared via AddThis Tools.** You may opt of sharing content (with other users for example) by email using the AddThis Tools. By using the AddThis Tools, You agree to abide by the general rules of conduct in the AddThis Terms of Service. Oracle does not verify the email address you provide to share content via email. Oracle will delete the email address within 90 days of collection. To opt out of emails sent by you using AddThis Tools, please use the opt-out tool available at: http://www.addthis.com/privacy/email-opt-out.

**Access personal information**

In order to exercise your right to access your online information, you can use the Oracle Advertising Registry ("**Registry**") to view the online segments Oracle has associated with your device. Information available in the Registry is not limited to the preceding 12 months, rather the Registry provides the entire view of online segments associated with the cookie on your browser. By accessing this Registry, you can view the types of third-party interest segments that are shared with or sold to Oracle Advertising customers. Please note that the interest segments you see within the Registry is information about you from the profile associated with the specific browser, computer or device that you are using to visit the Registry. You may see different segments when viewing the Registry from a different browser, computer or device. We therefore recommend using different browsers and devices when accessing the Registry.

**Delete personal information**
You can erase or delete the AddThis Data Oracle is processing about your device or remove segments in the Registry by opting out of AddThis services using the opt-out tool.

# 8. WHAT ARE YOUR RIGHTS UNDER THE CALIFORNIA CONSUMER PRIVACY ACT (CCPA)?

If you are a California resident, you may request that we:

1. disclose to you the following information covering the 12 months preceding your request:

    the categories and specific pieces of personal information we collected about you and the categories of personal information we sold (see Section 4);

    the categories of sources from which we collected such personal information (see Section 4);

    the business or commercial purpose for collecting or selling Personal Information about you (see Section 5); and

    the categories of third parties to whom we sold or otherwise disclosed personal information (see Section 9).

2. delete personal information we collected from you (see Section 7); or
3. opt-out of any future sale of personal information about you (see Section 7).

We will respond to your request consistent with applicable law.

If you are a California resident, you may obtain information about exercising your rights, as described above, by contacting us at 1-800-633-0748. For information on the CCPA requests Oracle received, complied with, or denied for the previous calendar year, please visit Oracle's Annual Consumer Privacy Reporting page, available here.

# 9. WHEN AND HOW CAN WE SHARE ADDTHIS DATA?

**Sharing within Oracle**
As a global corporation, AddThis Data can be shared globally throughout Oracle's worldwide organization for business purposes, as specified in Section 4. A list of Oracle entities is available here. Please select a region and country to view the registered address and contact details of the Oracle entity or entities located in each country. Oracle employees are authorized to access personal information only to the extent necessary to perform their job functions.

**Sharing or selling with third parties**

We may share or sell AddThis Data with the following third parties for a commercial purpose:

Oracle Advertising customers and partners, including digital marketers, ad agencies, web publishers, demand side platforms, data management platforms, supply-side platforms and social media networks. Oracle's use of AddThis Data by our Oracle Advertising customers and partners is described in the Oracle Advertising Privacy Policy; and

third-party service providers as necessary to perform Oracle Advertising services on behalf of Oracle.

We may share or sell AddThis Data with the following third parties for a business purpose:

relevant third parties in the event of a reorganization, merger, sale, joint venture, assignment, transfer or other disposition of all or any portion of our business, assets or stock, including in connection with any bankruptcy or similar proceedings; and

relevant third parties to protect our rights, protect your safety or the safety of others; investigate or prevent fraud or malicious activity; or respond to government requests, including public and government authorities outside your country of residence, for national security and/or law enforcement purposes.

## 10. FOR HOW LONG DO WE RETAIN ADDTHIS DATA?

Oracle maintains personal information for the following retention periods:

We retain AddThis Data for **13 months** as of collection. A 1% sample of AddThis Data ("**Sample Dataset**") is retained for a maximum of 24 months for business continuity purposes. Oracle hashes the direct and indirect identifiers (such as IP address and cookie ID) in the Sample Dataset. 'Hashing' means the personal information cannot be associated with an individual without the use of additional information.

## 11. HOW IS ADDTHIS DATA SECURED?

Oracle has implemented appropriate technical, physical and organizational measures designed to protect personal information against accidental or unlawful destruction or accidental loss, damage, alteration, unauthorized disclosure or access as well as all other forms of unlawful processing.

## 12. DO WE PROCESS SENSITIVE PERSONAL INFORMATION?

Oracle does not create any online interest segments that reflect personal information that we consider sensitive. While the types of personal information considered sensitive may vary among consumers and applicable law, we consider the following types of personal information to be sensitive:

precise health, biometric, or genetic information, such as a certain medical condition like cancer or diabetes;

certain aspects linked to personal life, such as religious, political, or sexual orientation;

interest in "adult" activities, such as drug use, gambling, an interest in weapon(s), or pornographic material; and

information considered sensitive based on applicable law.

We do not allow AddThis Data to be used for employment, credit, healthcare, or insurance eligibility purposes.

## 13. DOES ORACLE PROCESS ADDTHIS DATA FROM CHILDREN?

We do not intentionally collect or share AddThis Data of children under 16 years of age. Further, we prohibit our Publishers from providing Oracle with personal information from sites directed to children under the age of 16 or from consumers whose age these companies know to be under the age of 16.

## 14. IS ORACLE A MEMBER OF ANY INDUSTRY ORGANIZATIONS?

Oracle is a member of, and adheres to the regulatory principles of, several industry groups including the Network Advertising Initiative ('NAI'), the Digital Advertising Alliance ('DAA'), European Digital Advertising Alliance ('EDAA') and the Interactive Advertising Bureau ('IAB'). Please visit these industry groups for more information on the advertising industry and for more opt-out choices.

## 15. LINKS TO OTHER SITES

AddThis Platform and AddThis Tools contain links to, and allow you to share content on, third party websites and services. By providing such links to third party websites or services or allowing sharing of content, we are not endorsing, authorizing or representing that we are affiliated with that third party, nor are we endorsing the third party's privacy or information security policies or practices. We encourage you to read the privacy policies of these third party websites and services to understand how such third parties collect, use and share information.

## 16. HOW IS ADDTHIS DATA HANDLED GLOBALLY?

Oracle is a global corporation with operations in over 80 countries and personal information is processed globally. If personal information is transferred to an Oracle recipient in a country that does not provide an adequate level of protection for personal information, Oracle will take measures designed to adequately protect information about you.

## 17. HOW DO I CONTACT ORACLE IF I HAVE QUESTIONS, COMMENTS OR COMPLAINTS?

For inquiries or complaints regarding this Privacy Policy, please contact Oracle's Data Protection Officer by filling out our inquiry form and providing sufficient detail to allow us to properly understand and respond to your request. Or you can contact us at the address below:

Oracle Corporation
Global Data Protection Officer
Willis Tower
233 South Wacker Drive
45th Floor
Chicago, IL 60606
U.S.A.

## 18. FILING A COMPLAINT

If you have any complaints regarding our compliance with this Privacy Policy, please contact us first. We will investigate and attempt to resolve complaints and disputes regarding use and disclosure of personal information in accordance with this Privacy Policy and in accordance with applicable law. You also have the right to file a complaint with a competent data protection authority if you are a resident of a European Union member state.

## 19. ORACLE CORPORATE HEADQUARTERS

Oracle's corporate headquarters are located at:

2300 Oracle Way
Austin, TX 78741
USA
Tel: +1.737.867.1000

Previous version: 1/5/22 | 1/4/21 | 3/20/20

# Learn More

Privacy Inquiries


**Resources for**

- Careers
- Developers
- Investors
- Partners
- Researchers
- Students and Educators

**Why Oracle**

- Analyst Reports
- Best cloud-based ERP
- Cloud Economics
- Corporate Responsibility
- Diversity and Inclusion
- Security Practices

**Learn**

- What is cloud computing?
- What is CRM?
- What is Docker?
- What is Kubernetes?
- What is Python?
- What is SaaS?

**What's New**

- News
- Oracle CloudWorld
- Oracle Supports Ukraine
- Oracle Red Bull Racing
- Oracle Sustainability
- Employee Experience Platform

**Contact Us**

- US Sales: +1.800.633.0738
- How can we help?
- Subscribe to emails
- Events
- Blogs
- Give feedback

© 2022 Oracle Privacy / Do Not Sell My Info Cookie Preferences Ad Choices Careers

Country/Region

# EXHIBIT I

# What is Oracle Data Cloud?

## Oracle Advertising provides award-winning solutions

Protect your ad spend, reach your ideal buyers and prospects, and ensure you measure the metrics that matter to quantify the impact of your online advertising campaigns.

Oracle Advertising

## Data Cloud Resources

Top 7 Trends in Adtech (1:49)

Disneyland Paris and Oracle Help Families Find Fun (2:55)

Adtech and Martech Come Together

## Data Cloud is now Oracle Advertising

Oracle Data Cloud began with the drive to make advertising more effective by putting data, measurement capabilities, and powerful contextual intelligence to work. From the beginning, Oracle Data Cloud brought digital marketing into the future by leveraging the technologies of BlueKai Data Management Platform; Grapeshot, the pioneer in privacy-friendly contextual targeting and brand safety solutions; Moat, the award-winning attention measurement platform; Datalogix, which closed the loop connecting offline purchase signals to digital platforms for audience targeting and campaign measurement; AddThis, a leader in global audience segment quality, scale, and insight; and Crosswise, experts at refining omnichannel connections.

Today there is a greater focus on experiences and digital content, forcing adtech and martech to converge.

Today there is a greater focus on experiences and content, forcing adtech and martech to converge. To lead this convergence, Oracle brought together Oracle Data Cloud and Oracle Cloud CX into one organization: Oracle Advertising and Customer Experience (CX). With marketing and advertising together, marketers can optimize their advertising investments and create seamless, personalized customer experiences across the entire customer journey.

# Advertising activation

### Activate advertising audiences

Oracle Audiences empower you to engage your most relevant audiences, and maximize campaign efficiency, eliminate wasted spend, and achieve better business outcomes.




### Leverage your CRM data

Oracle OnRamp takes your offline first-party data assets online so you can plan and budget appropriately, whether engaging active customers and prospects, reactivating lapsed customers, or reducing spend on existing customers.

# Understand data and the advertising environment

### Protect your brand

Oracle Contextual Intelligence helps advertisers and publishers understand the underlying meaning of the environment where ads are served. This mitigates brand safety risks and identifies content that represent opportunities to make your message more impactful without relying on personal identifiers.

### Insights to Plan

Oracle Data Management Platform (formerly Bluekai) unlocks data-driven, customer-first advertising possibilities for quicker acquisition of higher-value customers while achieving greater ad-spend efficiencies. Personalize online, offline, and mobile marketing campaigns with richer data sets about relevant audiences with both scale and accuracy.

# Advertising measurement

### Measure to make decisions

Oracle Moat is a comprehensive analytics and measurement platform that provides a suite of solutions across ad verification, attention analytics, cross-platform reach and frequency, ROI outcomes, and marketing and ad intelligence. Moat helps reach prospective customers, capture consumer attention, and measure the outcomes to unlock business potential.

- Moat Analytics helps you verify your ads are valid, viewable, and brand safe, and provides advanced media attention metrics across platforms and devices
- Moat Reach provides deduplicated reach and frequency by audience across TV and digital to improve efficiency
- Moat Outcomes delivers ROI outcomes with turnkey campaign sales lift measurement





## Understand how data cloud has become Oracle Advertising Cloud

Data Cloud Insights

**Resources for**

- Careers
- Developers
- Investors
- Partners
- Researchers
- Students and Educators

**Why Oracle**

- Analyst Reports
- Best cloud-based ERP
- Cloud Economics
- Corporate Responsibility
- Diversity and Inclusion
- Security Practices

**Learn**

- What is cloud computing?
- What is CRM?
- What is Docker?
- What is Kubernetes?
- What is Python?
- What is SaaS?

**What's New**

- News
- Oracle CloudWorld
- Oracle Supports Ukraine
- Oracle Red Bull Racing
- Oracle Sustainability
- Employee Experience Platform

**Contact Us**

- US Sales: +1.800.633.0738
- How can we help?
- Subscribe to emails
- Events
- Blogs
- Give feedback

Country/Region

© 2022 Oracle

Privacy / Do Not Sell My Info

Cookie Preferences

Ad Choices

Careers

# EXHIBIT J

# Privacy @ Oracle
# Oracle Advertising Privacy Policy

## 1. INTRODUCTION

This **Oracle Advertising Privacy Policy** (also referred to as the '**Privacy Policy**' or the '**Oracle Data Cloud Privacy Policy**') informs consumers ('**you**' or '**your**') on the collection, use, sharing, and selling (collectively referred to as '**processing**' or '**process**') of your personal information in connection with Oracle's provision of Oracle Advertising services designed to help Oracle's customers' and partners' online and offline marketing activities ('**Oracle Advertising**'). This Privacy Policy also explains your privacy rights in relation to these processing activities.

This Privacy Policy was last updated on September 23, 2022. However, the Privacy Policy can change over time, for example to comply with legal requirements or to meet changing business needs. The most up-to-date version can be found on this website. In case there is an important change that we want to highlight to you, we will also inform you in another way (for example, via a pop-up notice or statement of changes on our website). View a previous version of this Privacy Policy.

As used in this Privacy Policy, 'personal information' or 'personal data' means information that relates to an identified individual or to an identifiable individual. For example, this could include among other things your name, address, email address, past purchase behavior or information regarding your online interests. Personal information about you that Oracle may process is also referred to as '**information about you**.' For more detail about the types of information about you that Oracle Advertising may process, please refer to Section 4 below.

## SCOPE OF THE PRIVACY POLICY

See More

The Privacy Policy applies to Oracle's processing of information about you that has been provided to Oracle Advertising by our data suppliers.

## WHO IS RESPONSIBLE FOR PROCESSING YOUR PERSONAL INFORMATION?

See More

Oracle Corporation and Oracle America, Inc. are responsible for the processing of information about you as described in this privacy policy.

## WHICH CATEGORIES OF PERSONAL INFORMATION DO WE PROCESS?

See More

Oracle may process online personal information that may indirectly identify you, as well as offline information that may directly identify you.

## WHERE DO WE SOURCE YOUR PERSONAL INFORMATION?

See More

Oracle obtains data from third party sources, including from advertising agencies, website operators, retail stores, and third party data providers.

## WHY AND HOW DO WE USE YOUR PERSONAL INFORMATION?

See More

We use personal information about you to enable Oracle Advertising customers and partners to market products and services to you, to develop and improve Oracle products and services, and for security and compliance purposes.

## HOW CAN WE SHARE OR SELL YOUR PERSONAL INFORMATION?

See More

Your personal information is shared throughout Oracle's organization and sold or shared to third parties such as Oracle Advertising customers and partners, service providers, and others as described in **Section 9**.

## WHAT ARE YOUR PRIVACY RIGHTS?

See More

You have privacy rights for the information we process about you. You can request to opt-out of third party sharing or selling, and object to our use of your personal information for online behavioral marketing and advertising purposes, delete your personal information, or access your personal information (See **Section 13**)

HOW TO CONTACT ORACLE IF YOU HAVE ANY QUESTIONS, COMMENTS OR COMPLAINTS? See More

If you believe your personal information has been used in a way that is not consistent with the Privacy Policy, please contact the Global Data Protection Officer at the address below.

## 2. SCOPE

The Privacy Policy **applies** to Oracle's **processing of information about you provided to Oracle Advertising by our third-party data suppliers** to help enable Oracle Advertising customers and partners to market products and services to you based on your interests.

The Privacy Policy does **not apply** to the following activities:

**Data collected in connection with the Oracle AddThis tools.** In some regions, Oracle may also process information about you provided to Oracle Advertising by website publisher partners using the Oracle AddThis tools. For information about Oracle's data collection and use practices in connection with the Oracle AddThis tools, please refer to https://www.oracle.com/legal/privacy/addthis-privacy-policy.html.

**First-party information collected about you by Oracle customers.** Our customers are responsible for their own personal information collection practices and their use of the personal information for marketing and other purposes, including when they use Oracle Advertising services to send you online advertising. This includes any personal information processed through Oracle Advertising's Moat or Grapeshot products on behalf of Oracle customers. To find out more about our customers' use of first-party information about you, you are encouraged to review the relevant privacy policy of the company who collected your information from you or is sending you advertising. Please consult that company if you have any further questions about its use of information about you.

**Data collected for Oracle's own direct marketing purposes.** For information about Oracle's processing activities with regard to your personal information collected on Oracle websites and applications, and used for Oracle's own direct marketing purposes, please refer to https://www.oracle.com/legal/privacy/privacy-policy.

## 3. WHO IS RESPONSIBLE FOR PROCESSING YOUR PERSONAL INFORMATION?

Oracle Corporation and Oracle America, Inc., having their registered address at 2300 Oracle Way, Austin, TX, 78741, USA, are responsible for processing your personal information in scope of this Privacy Policy.

## 4. WHICH CATEGORIES AND SPECIFIC PIECES OF PERSONAL INFORMATION DO WE PROCESS?

Information about you may in some cases directly identify you, while in other cases it may only indirectly identify you. Personal information that is collected **offline** and that can **directly** identify you may include, for example:

- name, physical address, email addresses, and telephone numbers;

demographic attributes, when tied to other information that identifies you;

transactional data based on your purchases, when tied to other information that identifies you;

company data such as the name, size, and location of the company you work for and your role within the company;

data from marketing opt-in lists, consumer surveys, or publicly available information;

derived latitude/longitude from a physical address.

Oracle Advertising only processes offline personal information about individuals located in the United States.

Personal information that is collected **online** and that may **indirectly** identify you may include, for example:

unique IDs such as your mobile device identifier, or a cookie ID on your browser;

a connected device identifier such as an ID from a smart television or streaming device (US only);

IP addresses and information derived from IP addresses, such as geographic location;

information about your device, such as browser, device type, operating system, the presence or use of “apps”, screen resolution, or the preferred language;

obfuscated personal information such as hashed email addresses (direct identifiers are removed);

demographic information such as gender, age, and income range when not tied to information that directly identifies you;

behavioral data of the internet connected computer or device you use when interacting with websites, applications, or other connected devices, such as advertisements clicked or viewed, websites and content areas, date and time of these activities, or the web search used to locate and navigate to a website.

We may associate personal information about you with interest segments or profiles as part of the provision of Oracle Advertising services to our customers and partners:

**Interest Segments** are a specific group of consumers that share a common behavior or preference used for direct marketing by our customers. For example: in market for travel specials to Hawaii.

**Profiles** are a set of attributes about a specific consumer or device, or a set of multiple consumers or devices sharing common attributes used for marketing by our customers. For example: age bracket 25-55; adventurous traveler; surfing enthusiast; in market for travel specials to Hawaii.

## 5. FOR WHAT COMMERCIAL OR BUSINESS PURPOSE DO WE USE YOUR PERSONAL INFORMATION?

We use personal information for the following commercial purposes:

a) to help enable Oracle Advertising customers and partners to market products and services to you based on your interests;
b) to analyze, develop, improve, and optimize the use, function and performance of Oracle products and services;

We use personal information for the following business purposes:

c) to manage the security of our sites, networks and systems;

d) to comply with applicable laws and regulations and to operate our business.

These purposes are described below in further detail.

**a) To help enable Oracle Advertising customers and partners to market products and services to you based on your interests**

We process personal information about you for marketing purposes to help enable Oracle Advertising customers and partners to advertise products and services to you via online and offline marketing activities based on your interests. “Marketing purposes” means the processing of offline and online personal information, as defined in Section 4: (i) to solicit or induce a purchase, rental, lease, or exchange of products or services directly to consumers or businesses via offline and online advertising campaigns; (ii) to develop market research or market surveys or to provide verification services to marketers; (iii) to create, communicate, deliver, and exchange offerings that have value for customers, clients, partners, and society at large; or (iv) to encourage safe practices and trends and the provision of factual information, including, by way of example, providing product or automotive recall notices.

More specifically, Oracle can process information about you:

i. For online interest-based advertising delivered through Oracle Advertising partners that display online advertising to you on behalf of Oracle Advertising customers.

Example: a marketing professional working for a travel company wants to market the company’s travel specials to Hawaii to a specific group of individuals (also known as an **audience**) that may be interested in those specials. The marketing professional uses Oracle Advertising services to create an audience interested in travel to Hawaii. If you have visited a travel website previously and have expressed an interest in Hawaiian vacations, you may be placed in the travel company’s audience and subsequently see advertisements for a vacation to Hawaii on other websites (because a cookie has been placed on your browser) or, in the United States, via a connected device (due to an association between your IP address and device identifier).

ii. For offline and online campaign measurement, analytics, and development of insights on behalf of our Oracle Advertising customers.

Example: a marketing professional working for a travel company wants to better understand if the company’s marketing campaign for travel specials to Hawaii contributed to an increase in their product sales. The marketing professional uses Oracle Advertising services to see how many display or videos ads were viewed, and whether the ads were clicked on and a purchase was made.

iii. For enabling our Oracle Advertising customers to personalize their products and services, including site optimization, email personalization, and dynamic marketing and advertising optimization.

Example: if you have previously indicated an interest in travel to Hawaii, when you visit a travel company’s website it can display tailored offers for Hawaiian vacations on their homepage.

iv. For linking Profiles and Interest Segments to enable Oracle Advertising customers and partners to connect your Interest Segments across the various browsers and/or devices you may use for the purposes described in this section.

Example: you are interested in vacations offered by a travel company and have clicked on their online advertising. You are logged into several devices (your desktop, smartphone, and tablet) using the same login. Oracle Advertising partners have indicated that you are likely the same user across those same devices. The travel company is able to display vacation offers to you (via a de-identified cookie ID) on these different devices.

v. For creating modelled online and offline "lookalike" audiences for Oracle Advertising customers' products and services.

Example: a marketing professional working for a travel company wants to find new potential customers who are, like you, likely to be interested in travel to Hawaii. Oracle Advertising services can help the travel company by looking for key characteristics between Profiles that have expressed an interest in traveling to Hawaii and other Profiles where a similar interest can be inferred based on these characteristics, such as an interest in travel to tropical islands.

vi. For enabling our Oracle Advertising customers to associate first-party information to certain Oracle Advertising identifiers in order to deliver marketing and advertising services to you.

Example: A travel company has its own lists of customers who have purchased travel arrangements with them, with names, emails, and addresses. The travel company wants to be able to reach out to these customers with online advertising. The Oracle Advertising services can help the travel company by converting the company's own customer lists from identified names, emails, and addresses, to de-identified groups of cookie and device IDs provided by Oracle Advertising, in a process known in the advertising industry as "onboarding".

vii. For the United States only: to allow our customers to deliver catalogues to your physical address that may be of interest to you based on your previous offline purchase behavior.

**b) For personal information collected outside the EU/EEA, to analyze, develop, improve, and optimize the use, function and performance of Oracle products and services**

We may process personal information for Oracle's own research and development purposes.

For example: to enhance data quality, develop new features and functionality, and for statistical analyses related to the performance and operation of Oracle Advertising services.

**c) to manage the security of our sites, networks and systems**

We can collect usage and systems operations data from Oracle Advertising services for security and operations management to help keep Oracle, customer, and partner networks and systems, as well as our products and services, secure. We may also collect usage and systems operations data to investigate and prevent cyber-attacks, malicious activity, or potential fraud, including ad fraud and to detect bots.

**d) to comply with applicable laws and regulations and to operate our business**

In some cases, we may process personal information to comply with applicable laws and regulations. For example, to respond to a request from a regulator or to defend a legal claim. We may also process personal information in the operation of our business. For example, to conduct audits and investigations, for finance and accounting, archiving, and insurance purposes.

## 6. CATEGORIES OF SOURCES OF PERSONAL INFORMATION

Oracle may process both offline and online information about you, including information from publicly available sources or third party data providers.

**Offline information** about you is obtained by Oracle from its offline partners such as brick-and-mortar retail stores, grocery stores and their associated loyalty card programs, payment card brands, catalog orders and consumer survey programs, and third parties who may not have a relationship with you and collect offline information from their offline partners.

**Online information** about you originates from your activities on sites operated by our online partners, such as advertising agencies and website operators (for example, online retail stores or travel sites). Oracle also obtains online information from third parties who may not have a direct relationship with you and who collect online information using cookies or similar technologies, such as pixels tags and device identifiers, as you browse the Internet and interact with websites. For more information on cookies and similar technologies used in connection with Oracle Advertising services, please refer to Section 12 below.

Our online Oracle Advertising branded data partners are listed in our catalogue. Please note that some of these partners only provide information about individuals in specific regions.

## 7. FOR INFORMATION ABOUT YOU COLLECTED IN THE EU/EEA, WHAT IS OUR LEGAL BASIS?

Oracle Advertising only collects limited third party data about users located in the EU/EEA, Switzerland, or the UK and only for legal compliance purposes, including for data minimization and to avoid using data from these regions. Specifically, upon initial collection, Oracle Advertising segregates, obfuscates, and purges the data from users in these regions so as to prevent using the data for the commercial purposes described above in Section 5 of this Policy. Customers are responsible for their own first-party data collection and processing practices. Please see "First-party information collected about you by Oracle customers" under Section 2 for more information.

## 8. FOR WHAT PERIOD DO WE RETAIN INFORMATION ABOUT YOU?

Oracle maintains information about you for the following retention periods:

a) **Online information** about you is retained for up to **13 months**.

Certain online information may be retained up to **18 months**. For example, Oracle customers' seasonal or cyclical interest-based advertising campaigns or internal analytics and model development may be retained for up to 18 months.

b) **Online information** about you for **linkage** purposes (cross device/cross-context technology) is retained for up to **12 months**.

c) **Offline information** about you may be retained for as long as relevant for the purposes for which it was collected (see Section 5 above).

Personal information necessary to preserve opt-out preferences is retained for 20 years, unless you delete it or otherwise prevent its collection as further described in Section 13 below.

## 9. WHEN AND HOW CAN WE SHARE YOUR PERSONAL INFORMATION?

**Sharing within Oracle**

As a global organization, information about you can be shared globally throughout Oracle's worldwide organization for a business purpose(s). See a list of Oracle entities. Please select a region and country to view the registered address and contact details of the Oracle entity or entities located in each country.

Oracle employees are authorized to access personal information only to the extent necessary to serve the applicable purpose(s) and to perform their job functions.

**Sharing with or selling with third parties**

We may share personal information with or sell personal information to the following third parties for a commercial purpose:

- Oracle Advertising customers and partners, including digital marketers, ad agencies, web publishers, connected TV providers, demand side platforms, data management platforms, supply-side platforms, and social media networks; and
- third-party service providers as necessary to perform Oracle Advertising services on behalf of Oracle.

We may share personal information with the following third parties for a business purpose:

- relevant third parties in the event of a reorganization, merger, sale, joint venture, assignment, transfer, or other disposition of all or any portion of our business, assets or stock, including in connection with any bankruptcy or similar proceedings; and
- public and government authorities, including public and government authorities outside your country of residence (to the extent legally required to respond to their mandatory requests in connection with national security and/or law enforcement purposes).

When third parties are given access to personal information, we will take appropriate contractual, technical, and organizational measures designed to ensure that personal information is processed only to the extent that such processing is necessary, consistent with this Privacy Policy and in accordance with applicable law.

## 10. HOW IS PERSONAL INFORMATION HANDLED GLOBALLY?

Oracle is a global corporation with operations in over 80 countries, and personal information is processed globally as necessary in accordance with this policy. If personal information is transferred to an Oracle recipient in a country that does not provide an adequate level of protection for personal information, Oracle will take adequate measures designed to protect the personal information, such as ensuring that such transfers are subject to the terms of the EU Model Clauses or other adequate transfer mechanism as required under relevant data protection laws.

## 11. HOW IS INFORMATION ABOUT YOU SECURED?

Oracle has implemented appropriate technical, physical, and organizational measures designed to protect personal information against accidental or unlawful destruction or accidental loss, damage, alteration, unauthorized disclosure or access, as well as other forms of unlawful processing.

## 12. WHAT COOKIES, PIXEL TAGS AND OTHER SIMILAR TECHNOLOGIES DO WE USE?

Cookies and similar technologies (e.g., pixel tags and device identifiers) are used by Oracle and our advertising technology partners to recognize you and/or your device(s) on, off, and across different services and devices for the purposes specified in Section 5 above.

**Cookies** are small text files that contain a string of characters and uniquely identify a browser on a connected device. We or our Oracle Advertising partners may use cookies to, among other things, track user trends and collect information about how you use our customers' sites or interact with advertising. Most browsers are initially configured to accept cookies by default. You may, however, be able to change your browser settings to cause your browser to refuse third-party cookies or to indicate when a third-party cookie is being sent. Check your browser's "help" files to learn more about handling cookies.

**Pixel Tags** (also called web beacons or clear GIFs) are invisible 1 x 1 pixels that are placed on webpages that use this technology for marketing and measurement purposes. When you access these webpages, pixel tags generate a generic notice of the visit. Pixel tags can be used with cookies or alone. When used with cookies, pixel tags can track activity on a site by a particular device and provide relevant online advertising to you. When you turn off cookies or have opted out of cookies, pixel tags simply detect a unique website visit and how you interacted with the advertising, but do not track an individual to provide relevant online advertising.

You can opt out of cookies using the opt-out tools in the next section.

## 13. WHAT ARE YOUR PRIVACY RIGHTS?

Pursuant to the E.U. General Data Protection Regulation (GDPR), the California Consumer Privacy Act (CCPA), and other applicable laws and regulations, individuals in certain jurisdictions may have data subject rights enabling them to request to opt-out of third party sharing or selling, delete or remove, or request to access and receive a copy of their personal information in Oracle's possession or for which Oracle is otherwise responsible.

**Opt-out and object to our use of information about you**

Oracle offers multiple ways for you to opt out of third party sharing or selling and object to our use of information about you:

**Oracle Advertising Opt-out.** Access the Oracle Advertising opt-out tool.

Please note that if you use this opt-out tool, Oracle will opt you out of Oracle's use of information about you for Oracle Advertising services involving both first-party use of your information as well as any third-party sharing or selling of your information. See Section 2 above for more information on the distinction between first-party and third-party information.

The Oracle Advertising opt-out will prevent Oracle from delivering third-party audiences to connected devices such as smart televisions or streaming devices; however, you can also visit your device's settings menu or privacy policy for information on how to opt-out directly with your connected devices.

**AdTech Industry Opt-Out.** You may also opt-out of third-party sharing or selling by Oracle Advertising services by using the opt-out tools provided by the following industry groups:

Digital Advertising Alliance (DAA): http://www.aboutads.info/choices/

Network Advertising Initiative (NAI): http://optout.networkadvertising.org

European Interactive Digital Adverting Alliance (EDAA): http://www.youronlinechoices.eu/ and http://www.edaa.eu/

**Mobile Opt-Out.** While the opt-out methods described above often also work for mobile web browsing, mobile 'app' environments do not accept cookies. You may want to consider installing the AppChoices App provided by the Digital Advertising Alliance (DAA) to exercise opt-out control for specific companies, including Oracle, when in a mobile app environment. See more information on how to download and configure the AppChoices App relevant for your mobile platform. You can also visit the NAI's website for more information and instructions on opting out on mobile devices.

**Audience Matched Advertising Opt-Out.** Oracle Advertising provides "Audience Matched Advertising" where Oracle Advertising uses hashed emails to create tailored digital advertising to provide Oracle Advertising online services. The NAI provides an email-based opt-out to opt-out of this activity. Please visit the NAI's website for more information and instructions on opting out of Audience Matched Advertising.

**Do Not Track.** Oracle honors "Do Not Track" browser settings, meaning we will not track your browser for marketing purposes while you have "Do Not Track" turned on in your browser settings.

Please note that if you opt-out using any of the first three opt-out tools, you may still temporarily see interest-based advertising from Oracle Advertising customers due to advertising campaigns from those customers already underway. However, you will be opted-out of all future advertising campaigns from customers that use Oracle Advertising services.

Also note that the first three opt-out tools are currently cookie-based and prevent Oracle from using, sharing, or selling your personal information for interest-based advertising on the browser on which they are installed. As a result, these opt out tools will only function if your browser is set to accept third-party cookies and may not function where cookies are sometimes automatically disabled or removed (e.g., certain mobile devices and operating systems). If you delete cookies, change your browser settings, switch browsers or computers, or use another operating system, you will need to opt out again. Oracle does not use persistent, unique identifiers to revive a previously opted-out profile or deleted cookie.

If you want to opt-out of Oracle's use of information about you for Oracle Advertising services, and do not want to receive third-party cookies, you can also change your browser settings on your computer or other device you are using to connect to the internet. Most browsers also provide functionality that lets you opt-out of all advertising cookies, including Oracle cookies.

**Delete information about you**

You can erase or delete all **online information** about you by opting out of Oracle Advertising services using the Oracle Advertising opt-out tool above.

If you would like to submit a request to have **offline information** about you, if any, erased or deleted, you can use this form.

**Access information about you**

In order to exercise your right to access your **online information** processed by Oracle Advertising, you can use the Oracle Advertising Registry ('Registry') to view the online segments Oracle has associated with your device. By accessing this Registry, you can view the types of third-party interest segments that are shared with or sold to Oracle Advertising customers. Please note that the interest segments you see within the Registry is information from the profile associated with the specific browser, computer, or device that you are using to visit the Registry. You may see different segments when viewing the Registry from a different browser, computer, or device. For a complete picture of the segments associated with all of your browsers and devices, we therefore recommend using these different browsers and devices when accessing the Registry.

To request access to your **offline** information, please visit the Oracle Advertising access site, available at https://datacloudoptout.oracle.com/request-your-data. While the majority of offline access requests can be handled quickly, complex requests may take more research and time. In such cases, you will be contacted regarding the nature of the request and appropriate next steps within 45 days from the date of receipt of your request. Upon visiting the Oracle Advertising access site, you will be asked to verify your identity to submit your request. If you cannot verify your request via the online portal, you can submit a written request via postal mail to the Oracle Global Data Protection Officer at the address below with a copy of a government-issued ID or other proof of identity for verification purposes. We cannot provide access to offline data unless Oracle can verify the identity of the individual making the request. Oracle Advertising only processes offline data on residents within the United States.

We cannot provide offline first-party information that is collected and maintained by our customers. If you have questions in regards to first-party information, Oracle recommends that you contact directly the company that

collected it from you.

We will respond to your request consistent with applicable law. Oracle will not discriminate against consumers who have exercised the deletion, opt-out, or access rights provided to them in this Privacy Policy.

**Deceased Do Not Contact Registration with the DMA.** We recognize that receiving mail for a deceased loved one can be difficult for family members, friends, or caretakers. You can opt-out your loved one using the Oracle Advertising opt-out tool; however, Oracle's opt-out tool is limited to only Oracle's use and sharing of your loved one's personal information. We recommend using the DMA Deceased Do Not Contact Registration to remove the names of your deceased loved ones from commercial marketing lists for all companies that ingest this list, available here: https://www.ims-dm.com/cgi/ddnc.php.

## 14. DOES ORACLE ADVERTISING COLLECT SENSITIVE PERSONAL INFORMATION?

Oracle does not create any online interest segments that reflect personal information that we consider sensitive. We also have operational procedures in our platform designed to prevent our partners and customers from using personal information provided to them by Oracle to create interest segments that we consider sensitive. While the types of personal information considered sensitive may vary among consumers and applicable law, we treat the following types of personal information as sensitive:

- precise health, biometric, or genetic information, such as a certain sensitive medical condition like cancer or diabetes;
- pregnancy, such as pregnancy choices, pregnancy termination, reproductive rights, and traveling to exercise reproductive rights;
- certain aspects linked to personal life, such as religious, political, or sexual orientation;
- interest in "adult" activities, such as drug use, an interest in weapons, or pornographic material; and
- information considered sensitive based on applicable law.

In addition, Oracle prohibits all segments in the EU/EEA, Switzerland, and the UK that fall into any of the following categories: health/biometric/genetic, sex life or sexual orientation, race or ethnicity, religious /philosophical beliefs, political affiliations and opinions, any information related to children under 16, criminal offenses or convictions, or membership in a union. Similar or additional restrictions may apply in other regions.

We do not allow Oracle Advertising customers or partners to use data provided to them by Oracle: (i) to make decisions related to an individual's eligibility for employment, credit, healthcare, insurance, tenancy, or education purposes; (ii) to make decisions solely by automatic means where the decision has a significant effect on the individual; or (iii) in any way that may or does discriminate against any person or promote bigotry, racism, or harm. For these purposes, Oracle considers harm to be inclusive of the use of data provided by Oracle to target vulnerable individuals or groups with fraudulent or deceptive marketing campaigns or to be used in any manner that causes vulnerable individuals harm.

As noted above, Oracle Advertising does not created interest segments that reflect sensitive medical conditions. For a list of Oracle Data Cloud's non-sensitive health and wellness segments, please see this link (PDF).

## 15. DOES ORACLE ADVERTISING COLLECT PERSONAL INFORMATION FROM CHILDREN?

We do not intentionally collect or share personal information of children under 16 years of age or allow the creation of segments targeting children under 16 years of age. Further, we prohibit our Oracle Advertising partners from providing Oracle with personal information from sites directed to children under the age of 16 or from consumers whose age these companies know to be under the age of 16.

## 16. IS ORACLE A MEMBER OF ANY INDUSTRY ORGANIZATIONS?

Oracle is a member of, and adheres to, the self-regulatory principles of the following industry organizations:

- the Data Marketing & Analytics (ANA)
- the Direct Marketing Association UK (DMA UK);
- the Network Advertising Initiative (NAI);
- the Interactive Advertising Bureau (IAB);
- the Digital Advertising Alliance (DAA);
- the Digital Advertising Alliance of Canada (DAAC); and
- the European Digital Advertising Alliance (EDAA).

As a member of these organizations, Oracle works with industry-leading companies to address important privacy and consumer protection issues in offline direct marketing and online advertising.

The NAI has created a compliance program that incorporates attestation reviews, a consumer complaint process, sanctions and annual reporting to help ensure that member companies keep their promises to you and abide by the NAI's Self-Regulatory Code of Conduct.

## 17. WHAT ARE YOUR RIGHTS UNDER THE CALIFORNIA CONSUMER PRIVACY ACT (CCPA)?

If you are a California resident, you may request that we:

1. disclose to you the following information covering the 12 months preceding your request:
    - the categories and specific pieces of personal information we collected about you and the categories of personal information we sold (see Section 4);
    - the categories of sources from which we collected such personal information (see Section 6);
    - the business or commercial purpose for collecting or selling personal information about you (see Section 5); and
    - the categories of third parties to whom we sold or otherwise disclosed personal information (see Section 9).
2. delete personal information we collected from you (see Section 13); or
3. opt-out of any future sale of personal information about you (see Section 13).

Oracle will not discriminate against you if you exercise these rights under the CCPA.

We will respond to your request consistent with applicable law. If you are an authorized agent making an access or deletion request on behalf of a Californian resident, please reach out to us via the inquiry form and indicate that

you are an authorized agent. We will provide you with instructions on how to submit a request as an authorized agent on behalf of a Californian resident.

If you are a California resident, you may obtain information about exercising your rights, as described above, by contacting us at 1-800-633-0748. For information on the CCPA requests Oracle received, complied with, or denied for the previous calendar year, please visit Oracle's Annual Consumer Privacy Reporting page, available here.

## 18. HOW TO CONTACT ORACLE IF YOU HAVE QUESTIONS, COMMENTS, OR COMPLAINTS?

Oracle has appointed a **Global Data Protection Officer**. If you believe your personal information has been used in a way that is not consistent with the Privacy Policy or your choices, or if you have further questions, comments, or suggestions related to this Privacy Policy, or if you wish to exercise your right to access to your offline personal information as described in Section 13 above, please contact the Global Data Protection Officer by filling out an inquiry form.

Written inquiries to the Data Protection Officer may be addressed to:

Oracle Corporation
Global Data Protection Officer
Willis Tower
233 South Wacker Drive
45th Floor
Chicago, IL 60606
U.S.A.

## 19. FILING A COMPLAINT

If you have any complaints regarding our compliance with this Privacy Policy, please contact us. We will investigate and attempt to resolve complaints and disputes regarding use and disclosure of personal information in accordance with this Privacy Policy and in accordance with applicable law. You also have the right to file a complaint with a competent data protection authority if you are a resident of a European Union member state.

## 20. ORACLE CORPORATE HEADQUARTERS

Oracle's corporate headquarters are located at:

2300 Oracle Way
Austin, TX 78741
USA

Tel: +1.737.867.1000

Previous versions: 5/5/22 | 10/31/21 | 4/13/21 | 1/4/21 | 10/20/20 | 6/11/20 | 12/24/19 | 7/26/19 | 1/17/19 | 5/25/18 | 2/13/18

---

# Learn More

Privacy Inquiries


**Resources for**

- Careers
- Developers
- Investors
- Partners
- Researchers
- Students and Educators

**Why Oracle**

- Analyst Reports
- Best cloud-based ERP
- Cloud Economics
- Corporate Responsibility
- Diversity and Inclusion
- Security Practices

**Learn**

- What is cloud computing?
- What is CRM?
- What is Docker?
- What is Kubernetes?
- What is Python?
- What is SaaS?

**What's New**

- News
- Oracle CloudWorld
- Oracle Supports Ukraine
- Oracle Red Bull Racing
- Oracle Sustainability
- Employee Experience Platform

**Contact Us**

- US Sales: +1.800.633.0738
- How can we help?
- Subscribe to emails
- Events
- Blogs
- Give feedback

© 2022 Oracle Privacy / Do Not Sell My Info Cookie Preferences Ad Choices Careers

Country/Region

# EXHIBIT K

# About Moat Analytics

Moat scans and analyzes billions of advertising impressions daily to provide analytics to publishers and advertisers, and to those working on their behalf.

Moat Analytics helps advertisers and publishers confirm that ads are shown to real people in environments that are brand safe and measure the attention paid to the ads.

In this topic:


- Primary Users
- Pre-Requisite(s)
- Use Cases
- How Moat Analytics Works
  - Display Ad and Content Measurement
  - Video and Audio Measurement
  - Connected TV Measurement
  - Impression Counting
  - Data Logging
  - Viewability Standards and Methodology
  - Invalid Traffic & Traffic Filtration Methodology
  - Data Reporting
  - Measurement Limitations
  - Autoplay Video
  - Incentivized Viewing


## Primary Users

Moat Analytics is primarily used by:

- **Advertisers** (which may also be referred to as "brands") and their agencies.
- **Publishers and platforms** on which advertising messages are run.
- **Technology partners** that work with advertisers and publishers, such as demand-side platforms

(DSPs) and supply-side platforms (SSPs).

Oracle Advertising

Moat Analytics Home Page

About Moat Analytics

Moat Analytics User Guide

## Pre-Requisite(s)

Oracle conducts periodic reviews, known as a Business Partner Qualification reviews (or "BPQ"), of companies purchasing Moat Outcomes, Moat Reach, Moat Analytics, and Context products. The Oracle Advertising Privacy & Compliance team reviews these companies against Oracle and industry standards (e.g., Media Ratings Council "MRC" accreditation guidelines). Any new customer purchasing the aforementioned Moat or Context products must successfully complete the BPQ review before contract execution. Existing customers are audited randomly and re-evaluated as part of the ongoing BPQ audit program as needed.

Below are some of the many criteria Oracle evaluates while performing a BPQ review:

1. Functional Crunchbase page.
2. Functional LinkedIn page.
3. Business listed on the Better Business Bureau.
4. Alexa search results of the account's primary domain (sites linking to the domain are analyzed for fraudulent or suspicious traffic).
5. Whether the account has been involved in any negative press, particularly related to ad trafficking fraud or spam and scams.
6. Instances of plagiarized content.
7. Pop-ups or instances detracting from an individual's experience with the domain.
8. Number of ads found on the website (anything past the ten count usually clutters and detracts from the user experience with the domain).
9. Quality of the account's domain (e.g., Are the site links working perfectly? Do the pages load properly, and does the experience of scrolling through the various content appear to be fluid?)
10. Social media presence.

Please note this list is non-exhaustive. Oracle does not provide legal advice or guidance and recommends that each customer consult its own counsel for guidance concerning

their compliance with the requirements in the BPQ review and any contract terms.

Oracle Advertising

Moat Analytics Home Page

About Moat Analytics

Moat Analytics User Guide

## Use Cases

You can use Moat Analytics to help understand the environments in which advertisements are being served and to analyze the effectiveness of the ads. We focus on a few key areas:

- **Verification:**
  - **Valid:** Is the ad shown to a real person?
  - **Viewability:** How much of the ad is in view, and for how long?
  - **Brand Safety:** Is the ad shown in a contextual environment perceived as safe for the brand?
- **Attention:** How is the ad seen and interacted with, and by whom?

Moat can be used to monitor and measure advertising for placements in:

- Desktop web environments.
- Mobile web and app environments.
- Video environments, including full-episode players and connected TV (CTV).

Moat Analytics helps:

- Verify that ads are shown as intended — on screen, to a real person, on brand-suitable websites and desired device types.
- Measure attention, such as how many people see an ad, how much of the ad is seen, for what period of time, and ways in which one can interact with the ad.
- Analyze the effectiveness of ads, including comparisons with industry benchmarks.
- Detect and avoid placements found to involve fraudulent or Invalid Traffic (IVT), whether

considered General IVT (GIVT) or Sophisticated IVT (SIVT), as defined by industry bodies such as the IAB and MRC.

- Ensure advertisements appear only in so-called "brand-safe" or "brand-suitable" environments, enabling advertisers to block bidding on advertising impressions and avoid serving ads into locations that may be fraudulent or inappropriate.
- Optimize advertising with viewable, fraud-free and effective placements.

## How Moat Analytics Works

Moat uses a combination of pixels, JavaScript, and browser signals to count ad impressions; detect, measure and filter invalid (non-human) traffic; measure attention; and determine the context of the environment in which an ad is placed.

Moat detects, analyzes and filters impressions and handles data according to MRC guidelines. Moat is accredited by the MRC for Display and Video Ad Viewability Metrics and Sophisticated Invalid Traffic Detection and Filtration for desktop, mobile web, and mobile in-app impressions, and for video ad impressions within connected TV (CTV) and over-the-top (OTT) environments. More than 50 metrics have been included in the MRC accreditation.

Moat Analytics activates its measurement through display ad tags, VPAID tags for video, VAST tags for CTV, and direct integrations with many popular platforms — such as Facebook, Instagram, YouTube, Twitter, and LinkedIn.

### Display Ad and Content Measurement

To measure display ads, our Integrations team provides a JavaScript Tag to be attached to the creative and provided to the ad server or partner. The tag will fire 1x1 pixels, each of which is used for distinct measurement. Other tag options

exist. For example, Moat can measure content page-level insights through the implementation of a Moat header tag.

Oracle Advertising

Moat Analytics Home Page

About Moat Analytics

Moat Analytics User Guide

### Video and Audio Measurement

Moat measures video ad placements via several integrations, ranging from direct integrations with a player to a VPAID wrapper integrated with VAST and OMID, as described below.

**VAST (Video Ad Serving Template)** is a standardized XML response used for the delivery and measurement of video ads across the open web. This template contains ad asset(s), tracking pixels required by an ad server, and any other metadata to be passed to the player. The VAST spec is managed by the IAB and has been updated several times since its creation to allow for the ever-changing measurement needs of advertisers, platforms, and publishers.

**VPAID (Video Player Ad Interface Definition)** is a standardized API that enables JavaScript tags like Moat to "listen" for video events (such as start, midpoint, and pause) from VPAID-compliant video players. These events allow Moat to know when an ad has started and ended, in addition to those with quartiles (a quarter of a video's length) in between.

VPAID, initially designed as a standard for interactive video ads, had been adopted as the preferred method to provide accurate viewability measurement. However, with the rollout of VAST 4.1 in 2018, VPAID was slated by the IAB for deprecation in favor of OMID (Open Measurement Interface Definition). OM for web video was released in late 2020.

**OMID (Open Measurement Interface Definition)** is an API that enables websites and apps (via the Open Measurement SDK) to send standardized measurement signals and report events to JavaScript tags such as Moat's. Unlike VPAID, which is served as a wrapper for the video asset, the VAST 4.1 spec allows for verification partners to deliver their JavaScript tags separately from a video or audio ad file,

Oracle Advertising

Moat Analytics Home Page

About Moat Analytics

Moat Analytics User Guide

giving a player more control without losing third-party verification and measurement. The underlying OMID API uses an open-source license, whereas the OM SDK for both in-app and web video are licensed with the IAB Tech Lab.

### Connected TV Measurement

To measure Connected Television (CTV) and over-the-top (OTT) ad placements, Moat utilizes a pixel-based technology that allows us to capture impression, video start, and completion data, and to detect and report on Invalid Traffic. We also can detect and report on creative and ad-placement identifiers on CTV and on over-the-top OTT devices.

### Impression Counting

The metrics we report are based on all impression activity, subject to the filtration procedures described in the sections below. In most integrations, a Moat tag is served with every ad impression. The Moat tag is designed to be cached by the browser for up to one hour to minimize network usage.

Moat waits for the ad to render on the page before counting an impression. (This is different from impression-counting systems that count an impression as soon as a request for the ad is received by the server.) Any difference between the Moat count of impressions and an ad server count usually represents impressions for which a request for an ad was initiated but the page was abandoned before the ad could be rendered.

### Data Logging

Moat uses the industry-standard method of firing 1x1 image pixels for measurement and logging of data. To ensure each request is sent and received successfully, we include cache-busters, among them timestamps and random numbers. A measurement is typically logged upon the loading of the Moat tag, upon the rendering of the ad asset, or upon the confirmation of an in-view impression, and periodically

Oracle Advertising

Moat Analytics Home Page

About Moat Analytics

Moat Analytics User Guide

throughout the duration of the session to update time-based metrics, including video quartile and completion metrics.

Metrics tracked by our pixels include binary events (in-view impression, interaction, scroll, etc.); up-to-date values of time-based metrics (total in-view time, page dwell time, etc.); ad and session identifiers (campaign, line item, start time, etc.); and page and browser information (URL, referrer, user agent, etc.). Moat neither tracks any personally identifiable information (PII), nor employs cookies for measurement.

Moat processes and updates metrics in real time, providing the most recently available information through the Moat Dashboard.

Certain partner accounts have elected to enable throttling. In such cases, the Moat tag runs on every impression served but may send data to us for only a selected portion of impressions. In such cases, we use the monthly volume of all campaigns under the account to determine the appropriate level of throttling so that reported metrics are not materially affected and to ensure a tight confidence interval.

Moat reports data we collect that are integrated with that of partners such as ad servers, audience measurement platforms, data-management platforms, DSPs, SSPs, and our own DMP and Contextual Intelligence services, as well as on benchmarks derived from industry-wide data. Our data are provided on dashboards in aggregate, for specific campaigns, and in visual representations such as heatmaps.

## Viewability Standards and Methodology

Moat follows the IAB guidelines for counting in-view impressions:

- For display advertisements, 50% or more of the pixels of an ad must be visible onscreen for at least one second, or 30% or more for ads of 242,500 pixels or larger, such as the 970x250 and 300x1050 formats. The browser window must be active/in-

Oracle Advertising

Moat Analytics Home Page

About Moat Analytics

Moat Analytics User Guide

focus, meaning that it is not minimized and not in a background tab. If the browser and another application are side-by-side, the page in the browser is still considered in-focus. Moat does not use "strong user interaction" as a proxy for viewability measurement.

- Moat tracks the ad itself when checking for viewability, not the container of the ad, except in rare instances in which a rich media ad consists of multiple individual assets. In such cases, Moat will track the ad container instead.
- For video, at least 50% of the pixels of the player must be visible on-screen, the page must be focused, and the ad must be playing for at least two continuous seconds.

To determine whether an ad meets the in-view time requirement, we check (or "poll") every 200ms, considering the ad in view if consecutive checks show it for the required time span. (While the MRC recommends polling at 100ms intervals for display ads, we have shown through empirical evidence that the 200ms methodology is equivalent in accuracy.)

Moat uses JavaScript to determine the position of an ad. If the Moat tag is on the page or inside one or more same-domain ("friendly") iFrames, viewability is measured in all browsers, including mobile browsers. If the tag is inside one or more cross-domain (or "hostile") iFrames, viewability is measured in all browsers and devices using the IAB-standard SafeFrame (implemented by the page or a Moat tag outside the iFrame via an API). If SafeFrame is not available, viewability is measured in the browser using browser-resource techniques or browser APIs such as Intersection Observer. Because Moat Analytics runs from within the browser and does not interface with external applications, it does not take into account non-browser applications when determining the viewability of an ad.

For mobile in-app measurement an SDK is typically used to determine the position of the ad container or WebView within the app; the Moat JavaScript tag determines the position of the ad within the WebView. Partners may need to update the integration of the SDK when they update their apps.

## Invalid Traffic and Traffic Filtration Methodology

Moat identifies and provides alerts about dozens of forms of Invalid Traffic (IVT), as described below. Moat employs techniques based on identifiers, activity, and patterns, using data in log files to identify and filter (exclude) invalid activity, including but not limited to known and suspected non-human activity and suspected invalid human activity. However, because user identification and intent cannot always be known or discerned by a publisher or advertiser, or by their respective agents, it is unlikely that all invalid activity can be identified and excluded from reporting results.

IVT analytics can be enabled for web display inventory, for video, mobile, and native advertising, and for content, by using a Moat tag. Moat IVT data are available through the Moat Analytics API and the dashboard UI.

### GIVT

For General Invalid Traffic (GIVT), we report impressions that were determined to be delivered to what is called a General IVT end point. Categories for GIVT include spiders, excessive activity, and data center traffic. Further definitions and explanations are given below. Any of these individual categorizations also count toward the overall IVT rate.

**Data Center Traffic Rate.** This is the percentage of measurable impressions that were determined to originate from a data center and are therefore considered in the GIVT category.

Moat has an extensive database of known non-human data-center IP addresses. We curate it through both our own first-

party analysis and through partnerships. It is worth noting that traffic from such non-human sources is part of the fabric of the internet, as data denters can commonly be used to host search engine crawlers and other automated services. These legitimate-use cases are not human and are therefore designated as invalid end points for ad impressions.

For GIVT that falls below our quarterly benchmarks, these are quite possibly valid impressions caused by legitimate non-human traffic. Clients can work with their partners to avoid paying for these impressions.

When Moat begins to detect data center traffic rates in excess of our quarterly benchmarks, it warrants a deeper look, as there is a higher likelihood of fraudulent activity. This can be revealed by looking at the sub-metrics of SIVT, as discussed below.

In general, Moat recommends not targeting high-IVT environments. For an advertiser the easiest way to do this is by employing Pre-Bid by Moat; for publishers by using our Yield Intelligence offering.

**Excessive Activity Rate.** This is the percentage of impressions determined to have been delivered to users with overly high and therefore invalid levels of activity. Moat collects "hashed" or anonymized user data that track activity. If Moat deems a user's activity invalid, the user is blacklisted and impressions are categorized as "excessive activity."

**Spider Rate.** This is the percentage of impressions determined to have originated from known spiders according to the IAB/ABC International Spiders and Bots List.

### SIVT

For Sophisticated Invalid Traffic (SIVT), we report impressions that were determined to be delivered to an SIVT end point. Categories for SIVT include automated browser, hidden ads, incongruous browser, invalid proxy, invalid source, and session hijacked. These all count toward the overall IVT rate.

Oracle Advertising

Moat Analytics Home Page

About Moat Analytics

Moat Analytics User Guide

**Automated Browser Rate.** This is the percentage of measurable impressions that were determined to originate from an automated browser. Automated browsers are detected via "information leaks" in browser automation software that reveal when a browser is being driven by software rather than by a human user's mouse, keyboard, or touch screen.

**Hidden Ads Rate.** This is the percentage of impressions for which an ad was hidden from the user's view for the duration of the impression.

**Incongruous Browser Rate.** This is the percentage of measurable impressions that were determined to originate from a browser with an incongruous feature set. An incongruous browser is a browser that is typically run through a botnet and has been modified both to avoid alerting the user of a PC that their computer is part of a botnet and to avoid detection by standard ad-verification techniques. Incongruous browsers, by nature, are adulterated and therefore are not genuine versions of Chrome, Firefox, or other commonly used browsers that they might purport to be. We detect them by scanning for subtle "incongruities" in the operating environment that would rule out their authenticity.

**Invalid Proxy Rate.** This is the percentage of measurable impressions that were determined to use a proxy, excluding corporate proxies. Moat uses three methods to identify Invalid Proxies: using a list curated by Digital Envoy; checking if the browser is sending an X-forwarded-for header; or using Flash, when available, to ascertain the real IP of a user (a process described in this Wired article).

**Invalid Source Rate.** This is the percentage of unfiltered impressions that were served on a domain or app identified by Moat as invalid, meaning the inventory source exhibits invalid characteristics for the site or app which has been flagged.

Oracle Advertising

Moat Analytics
Home Page

About Moat
Analytics

Moat Analytics
User Guide

**Session Hijacked Rate.** This is the percentage of impressions triggered when a user's session has been forcibly redirected to another site, tab, or app store. This indicates illegitimate activity from a legitimate device and a real user, generating low-quality impressions. Examples might be when, unknown to a user, multiple browser windows open, or when unseen pop-under ads are served to a browser. Per MRC guidelines, this is categorized as SIVT.

Additionally, several tools provided by Moat Analytics (which are not necessarily specific to Invalid Traffic detection) can be used to further identify SIVT. For example, we by default report domains based on where an ad is served, even within multiple hostile iFrames. This reporting can be used to identify domain spoofing, ad tag hijacking, and creative hijacking. SIVT is filtered from all metrics that aren't explicitly unfiltered.

Moat works with several industry-leading partners, including Oracle's Contextual Intelligence (formerly Grapeshot), to extend its coverage of the SIVT spectrum and to identify and analyze environments not considered brand-safe.

There are further definitions of IVT (including GIVT and SIVT) and specifications of our methodologies in the Moat User Guide.

**Further Notes and Safeguards**

Our JavaScript communicates with our internal servers throughout the lifetime of an impression, enabling real-time decisions about IVT. We also use several back-end processes to analyze IVT.

Moat analyzes all traffic on an impression-level basis. To determine whether an impression is invalid, we do not use probabilities, confidence thresholds, reputation scores, or cookies. We detect pre-fetched impressions and do not count them as in-view until a page becomes visible.

We update all lists used for IVT detection daily. Signatures of major browsers are re-evaluated with every version's release.

Oracle Advertising

Moat Analytics Home Page

About Moat Analytics

Moat Analytics User Guide

Checks are in place to ensure all systems and data used for IVT analytics are the latest available. We also perform quarterly audits of all our IVT systems to ensure that our monitoring and processes remain up-to-date.

Moat vets all business partners to make sure they are legitimate operators and share a mutual interest in detecting, filtering, and reducing Invalid Traffic. We do not conduct business with actors found to use or promote IVT. We periodically reevaluate partners for IVT, and if high levels are detected will work with them to reestablish appropriate levels.

Moat excludes all our internal office traffic from reporting by filtering out our office IP addresses. We also use a robots.txt file on our pixel servers to prevent legitimate crawlers from sending invalid data.

Because we report on the number of ad impressions served and rendered, we do not filter impressions generated through auto-refreshes. We recommend publishers provide an auto-refresh identifier in order to provide auto-play level reporting within a dashboard. Moat account managers can help clients identify pages or sites where metrics are below benchmarks due to auto-refreshes.

Impressions that occur when a page is not focused (e.g., in a background tab or minimized) are not counted as in-view unless the user switches that window and tab into an active state, per IAB guidelines.

Data might be excluded if a pixel fire sends corrupted data. However, Moat data are sent redundantly in each message, so corruption or loss of a single pixel does not adversely affect measurement.

## Data Reporting

**Real Time**
Moat reports metrics in real time as data are gathered.

**Categorization**

For in-view impressions, we report the number of impressions analyzed; the percentage of impressions for which viewability was measurable; the number and percentage of measurable impressions; and the number and percentage that were found to be In-View.

Unless stated otherwise, all metrics are presented net of both GIVT and SIVT (that is, with GIVT or SIVT removed).

The GIVT and SIVT rate, and metrics associated with them, are presented as percentages of total unfiltered impressions. Some impressions may be flagged for multiple Invalid Traffic categories (for example, both "data center" and "spider") but will only be reported once. If Moat flags the impression for both GIVT and SIVT, it will be counted as GIVT.

In addition to our accredited methods, we use additional SIVT filtration techniques to enhance the accuracy of our reports. Moat is applying for accreditation of SIVT filtration techniques.

Data are categorized according to identifiers passed to the Moat tag when the impression is measured, such as advertiser, campaign, line item, creative, site, and placement.

**Time Spans**

We provide the data for date ranges chosen by the client.

**Revisions**

Situations requiring a reissuance or reprocessing of data are exceptionally rare. In such cases, Moat will notify the client prior to changing the data and will discuss the estimated impact.

We sunset raw event data after 550 days. Aggregate reporting is available indefinitely.

**Quality Assurance and Checks**

For new integrations, Moat will vet the incoming data stream for correct implementation and accuracy. Before activating an account, we check to confirm the data appear to be accurate

Oracle Advertising

Moat Analytics Home Page

About Moat Analytics

Moat Analytics User Guide

and within reasonable ranges. We have automated checks in place to make sure tags function correctly.

After an account is activated and data made live on a client's dashboard, we run periodic checks of the data to verify ongoing accuracy.

## Measurement Limitations

There are a number of instances in which we may report an impression as unmeasurable. We also have techniques to mitigate such circumstances, as described below.

Cross-domain (a.k.a. hostile) iFrames limit what our tag can measure. If a Moat tag loads in a hostile iFrame, our geometric approach — which measures pixel percentages and relative placements to report viewability — will not work unless further techniques are available as described below.

There are circumstances in which we can provide measurement despite hostile iFrames. If an additional Moat tag is present on a page outside the iFrame; the page implements the SafeFrame AP; the browser has Flash available; or the browser supports the intersection observer API (or similar browser-specific APIs), the Moat tag can use alternative approaches to determine viewability with the same accuracy as the geometric approach. If none of these alternatives is available, then the impression will be reported as being unmeasurable.

Scroll rate is not measurable if the Moat tag loads inside a hostile iFrame.

If the user has enabled ad-blocking technology or has disabled JavaScript, Moat will not measure the impression.

If an ad is an image and the user has disabled image rendering, Moat will not measure the impression.

If an integration partner has not gone through Moatâ€™s vetting process or IAB Tech Lab certification, traffic measured

via the OM SDK will be considered unmeasurable for viewability and all viewability-related metrics will be recorded as zero.

Oracle Advertising

Moat Analytics Home Page

About Moat Analytics

Moat Analytics User Guide

## Autoplay Video

We use the IAB Video Ad Impression Guidelines to estimate the percentage of video impressions that play as a result of auto-play. Moat recommends clients provide an auto-play identifier in order to provide auto-play-level reporting within their dashboards.

## Incentivized Viewing

Moat reports on Incentivized Viewing Rate, which represents the percentage of unfiltered impressions resulting from referrals via domains offering incentivized viewing services, e.g., giving rewards for users who view an ad. This metric can be a useful tool for diagnosing traffic sources and initiating discussions between publishers and advertisers with data to support actionable steps to improve traffic quality.

## Third Party Subprocesses

Moat utilizes the services of Akamai Technologies, Inc. to deliver the Moat JavaScript, VAST tags, and other measurement assets and send measurement pixels. Akamai does not interact with the impression transaction in any other way.



Copyright ©2021, Oracle and/or its affiliates. All rights reserved.

# EXHIBIT L

# Identity in digital advertising

## Why is identity so important in advertising?

Evolving privacy regulations and industry disruption are driving significant shifts throughout the world of digital advertising. The need for consumer trust and transparency is emphasized, and the use of identifiers for targeting is being restricted.

**Succeeding in a consumer-centered landscape**

## The future of identity

Identity is key to the success of digital advertising campaigns. At its most basic level, identity is the ability to identify a person online. Once identified, advertisers can reach those people who may be interested in their products or services and attribute the success of their efforts accordingly. Identity in digital advertising is essential for several reasons, but mainly because of its ability to:

1. Monetize publisher inventory
2. Drive revenue for advertisers
3. Enhance customer experience (CX)

Previously, the way digital advertisers reached people revolved primarily around browser-based identifiers, such as cookies and mobile advertising IDs (MAIDs).

### What is a cookie?

A cookie is a small piece of stored data—specific to a device and browser—that helps advertisers identify specific users. Cookies have been used on the web since 1994.

### What is a mobile advertising ID (MAID)?

A MAID is similar to a browser cookie in that it helps advertisers identify the person behind a device. Using these identifiers connected to certain devices, marketers can reach users based on the data sent by mobile applications. MAIDs cannot be accessed from pages in a mobile browser.

Until recently, cookies and MAIDs had been the de facto delivery method for audience data and the basis of audience targeting. But the digital advertising industry is relying less and less on these methods. Which means that how we build and deliver solutions to address identity is becoming increasingly important.

How to prepare for changes to cookie targeting

**The future of identity**

## What's driving the change in digital advertising?

Three forces are shaping the future of identity in digital and programmatic advertising.

1. Global and regional regulations, such as the General Data Protection Regulation (GDPR) in Europe and the California Consumer Privacy Act (CCPA) in the United States.
2. Restrictions on advertising identifiers imposed by top consumer platforms, such as Google and Apple.
3. Shifting consumer attitudes about the collection and use of their personal data online.

Continue reading

**The future of identity**

## How Oracle Advertising is approaching the future of identity

As mentioned above, advertisers primarily focused on device and browser-based identifiers—cookies and MAIDs being the two most common. There likely won't be one replacement for those universal identifiers. Instead, there will be a combination of solutions and approaches so that advertisers continue to get the most from their investments while also delivering relevant messages to consumers in appropriate environments.

The future of identity will include both known and anonymous approaches to audiences.




**Known identity**
Includes data that known consumers have willingly or knowingly offered for marketing purposes, such as registration-based IDs.

**Anonymous**
Refers to data signals available in the absence of third-party cookies, such as those provided by Oracle Contextual Intelligence, but that lack personal identifiers.

Read the story

## The "portfolio approach" to identity in advertising

Without a catch-all solution, advertisers will diversify their approach to data-driven targeting and measurement. This means deploying a portfolio of solutions that collectively deliver the scale, fidelity, reach, and insights demanded by marketing teams while also focusing on consumer choice.

The portfolio approach includes:

1. **Audience identifiers** attached to real people that are designed to operate in a consumer-centric ecosystem.

2. **Contextual intelligence** that provides anonymous targeting capabilities based on on-page content and the consumer mindset.

3. **Objective measurement solutions** are built with a privacy-first approach to measure real people across platforms.

" Advertisers need to diversify their approach to data-driven targeting

and measurement."

**Derek Wise**
Chief Product Officer, Oracle Advertising

## Audience identifiers

Because Oracle Audiences has been closely connected with third-party cookies, any shift away sparks questions around the viability of Audiences. However, it's important to note that third-party cookies and third-party audiences are two different things.

**What's the difference between third-party cookies and third-party audiences?**

Third-party cookies are set by a domain, other than the website you are visiting, via a code placed on the website, while first-party cookies are created, published, and controlled by the website you are visiting. Third-party cookies help predominantly with cross-site tracking, profiling, retargeting, and ad serving.

Because marketers require a variety of data and identifiers to support their activities, third-party cookies, on their own, tend to be a poor representation of an individual and shouldn't be relied upon as a sole identifier.

Third-party audiences encompass a variety of audience types and datasets. Many marketers create third-party audiences by combining available offline and online data from various sources, including retail purchases, automotive purchases, loyalty card information, demographics, and cookie IDs.

**Potential changes to audience delivery**

Removing third-party cookies from the audience creation and delivery mix means marketers will have to rely on other identity data signals, such as:

- Email addresses
- Phone numbers
- Identifier for advertising and over-the-top ID (IFA/TV ID)
- A brand's unique consumer ID

The added benefit of using multiple identity signals is that marketers can carry on seamless conversations with consumers across any channel, device, or platform.

More on privacy and ad targeting with Oracle

## Contextual intelligence and identity

Context has always played a significant role in how advertisers reach people in a consumer-centric capacity, and there's a lot of innovation happening in context-based targeting.

In addition to contextual tactics, the future of digital advertising will have a larger focus on broader, data-informed contextual targeting, which will bring added intelligence and a deeper understanding of which content is most likely to reach the target audience.

Watch to learn more

## Identity and measurement

Identity measurement must involve objective solutions built to measure real people across platforms.

The Oracle Moat measurement solutions suite leverages the best science available to connect ads back to real people. Our verification offering, Moat Analytics, functions without identifiers today and will offer the same, privacy-friendly functionality in the future.

We also see a future dependent on registration-based integrations and panel data. We will continue to invest in technology that provides this and work with cookie-based partners to transition the remaining third-party cookie linkages to person-based matches in the future.

Learn more about Oracle Moat Measurement

## Collaboration around identity in digital advertising

By collaborating with digital industry organizations, our customers, and others, we're helping support industry growth and evolution. We do so by remaining committed to rigorously testing our solutions, strategy, and the broader processes we deploy.

Some of our notable collaborative identity initiatives include:

**IAB Tech Lab's Project Rearc**, an industry collaboration to rearchitect digital marketing in a privacy-conscious manner.

**Partnership for Responsible and Addressable Media (PRAM)**, a collaborative effort of the leading advertising trade associations and companies. Their objective looks to advance and protect critical functions, such as customization and analytics for digital media and advertising, while safeguarding privacy and improving the customer experience (CX).

**MediaMath's SOURCE**, bringing addressability, accountability, and alignment throughout the entire digital media supply chain.




## Why Oracle for identity?

The top 50 global advertisers, agency-holding companies, platforms, and publishers choose to work with Oracle. Here's why:

### Deep subject matter and industry expertise

With solutions serving the needs of agencies, brands, publishers, and platforms, and broad relationships that span the breadth of the digital advertising ecosystem, Oracle possesses extensive, industry-wide subject matter experience.

### Our independent position in the industry

We aim to facilitate neutral, effective, and safe marketing activity for brands, agencies, publishers, and platforms while supporting the consumers' right to privacy and control over their information.

### Trusted industry leadership

Our leading cloud infrastructure that spans both adtech and martech puts us in a unique position to deliver privacy-conscious identity solutions across first- and third-party data.

To learn more about our industry-leading portfolio, contact your client partner for more information.

## Related Topics

Oracle Advertising

Oracle Advertising and CX

The Future of Identity: A Comprehensive Glossary

Oracle privacy policy

Building a 360-degree customer view to thrive in post-cookie publishing

Four questions to ask about your first-party data strategy

**On-demand webinar: Be Prepared: Navigating the Future of Audience Activation**

View this on-demand webinar to hear leaders from Oracle Advertising, Pinterest, and Reckitt discuss how to solve targeting challenges.

Watch now

**Identity topics**

Why is identity so important in advertising?
The future of identity
What's driving the change in digital advertising?
The "portfolio approach" to identity in advertising
Collaboration around identity in digital advertising
Why Oracle for identity?

Diversity and Inclusion

Security Practices

What is SaaS?

Employee Experience Platform

Country/Region

© 2022 Oracle

Privacy / Do Not Sell My Info

Cookie Preferences

Ad Choices

Careers