United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KATZ-LACABE, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ORACLE AMERICA, INC.,<br><br>   Defendant. | Case No. 22-cv-04792-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended an Initial virtual Case Management Conference on December 22, 2022.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.   AMENDING THE PLEADINGS.

The deadline to amend the pleadings without seeking leave from the Court shall be February 24, 2023.  After that date, any amendment of the pleadings shall be governed by Rule 15 of the Federal Rules of Civil Procedure.

2.   DISCOVERY.

Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

To the extent that a dispute arises regarding entitlement to discovery or as to the particular discovery sought, the issue will be referred to a Magistrate Judge.

3. DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4. CLASS CERTIFICATION.
   a. On or before December 15, 2023, Plaintiff will file a motion for class certification and class expert reports.
   b. On or before February 8, 2024, Defendant will file its opposition to class certification and class expert reports.
   c. On or before March 7, 2024, Plaintiff will file any reply to defendant's opposition and rebuttal class expert reports, if any.
   d. Plaintiff's motion for class certification shall be heard on March 28, 2024.

5. CLASS ACTION SETTLEMENTS.

In putative class actions, prior to submitting any motion for approval of a class settlement, the parties shall review the guidelines at http://cand.uscourts.gov/ClassActionSettlementGuidance and tailor the motion appropriately.

6. PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court.

**IT IS SO ORDERED**.

Dated: December 22, 2022

_____
RICHARD SEEBORG
Chief United States District Judge