| | |
|---|---|
| 1 | TIFFANY CHEUNG (CA SBN 211497) |
| | TCheung@mofo.com |
| 2 | DANIELLE VALLONE (CA SBN 302497) |
| | DVallone@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | PURVI G. PATEL (CA SBN 270702) |
| | PPatel@mofo.com |
| 7 | WHITNEY O'BYRNE (CA SBN 325698) |
| | WOByrne@mofo.com |
| 8 | ERIK MANUKYAN (CA SBN 340307) |
| | EManukyan@mofo.com |
| 9 | EMMA BURGOON (CA SBN 348097) |
| | EBurgoon@mofo.com |
| 10 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard, Suite 6000 |
| 11 | Los Angeles, California 90017 |
| | Telephone: 213.892.5200 |
| 12 | Facsimile: 213.892.5454 |
| 13 | Attorneys for Defendant |
| | ORACLE AMERICA, INC. |
| 14 | |
| | *Plaintiffs' counsel on signature page* |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| 20 | MICHAEL KATZ-LACABE, et al., | | Case No.   3:22-cv-04792-RS |
| 21 | Plaintiffs, | | **STIPULATION AND ORDER TO EXTEND DEFENDANT ORACLE AMERICA, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND ANTICIPATED MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AS MODIFIED BY THE COURT** |
| 22 | v. | | |
| 23 | ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware, | | |
| 24 | Defendant. | | |
| 25 | | | |
| 26 | | | Judge:   Hon. Richard Seeborg |
| 27 | | | Date Action Filed:   August 19, 2022 |
| 28 | | | Trial Date:   Not set |

|  |  |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-2(a), Plaintiffs Michael Katz-Lacabe, Dr. Jennifer |
| 2 | Golbeck, and Dr. Johnny Ryan and Defendant Oracle America, Inc., by and through their |
| 3 | attorneys of record, stipulate as follows: |
| 4 | WHEREAS, Plaintiffs Michael Katz-Lacabe, Dr. Jennifer Golbeck, and Dr. Johnny Ryan |
| 5 | filed a Complaint against Oracle on August 19, 2022 (ECF No. 1); |
| 6 | WHEREAS, this Court granted in part and denied in part Defendant Oracle's Motion to |
| 7 | Dismiss on April 6, 2023 (ECF No. 49), ordering Plaintiffs' UCL, ECPA, unjust enrichment, and |
| 8 | intrusion upon seclusion (on behalf of the Worldwide and United States sub-classes) claims |
| 9 | dismissed without prejudice and with leave to amend; |
| 10 | WHEREAS, pursuant to the order of the Court (ECF No. 49), Plaintiffs' deadline to file |
| 11 | an amended Complaint is May 8, 2023 (*id.*); |
| 12 | WHEREAS, pursuant to Rule 12(a)(1)(A)(i), Oracle's deadline to respond to the amended |
| 13 | Complaint is May 29, 2023; |
| 14 | WHEREAS, counsel for the parties met and conferred by email and/or videoconference |
| 15 | on April 11, 13, 14, and 17, 2023 regarding an extension for Oracle to respond to Plaintiffs' |
| 16 | remaining claims and, if Plaintiffs file an amended Complaint, a briefing schedule for Oracle's |
| 17 | anticipated motion to dismiss, taking into account the complexities of the issues; |
| 18 | WHEREAS, the parties previously stipulated to modify the briefing schedule for Oracle's |
| 19 | initial Motion to Dismiss (ECF No. 23) in light of the intervening holidays (*see* ECF No. 22, |
| 20 | Order granting stipulation to extend briefing schedule); |
| 21 | WHEREAS, the parties' stipulation herein and the proposed briefing schedule regarding |
| 22 | Oracle's anticipated motion to dismiss will not alter the date of any event or any deadline already |
| 23 | fixed by Court order; |
| 24 | NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the |
| 25 | Court, that: |
| 26 | 1.   Oracle shall file its motion to dismiss Plaintiffs' amended Complaint or, if |
| 27 | Plaintiffs do not file an amended Complaint, respond to the Complaint on or before June 14, |
| 28 | 2023; |

1  2. Plaintiffs shall file their opposition to Oracle's motion to dismiss on or before July 21, 2023;

3. Oracle shall file its reply in support of its motion to dismiss on or before August 15, 2023;

4. Oracle shall notice its motion to dismiss for hearing on August 31, 2023 at 1:30 p.m., or on a date or time otherwise directed by the Court.

Dated:  April 19, 2023                              LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ David T. Rudolph*
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

**Attorneys for Plaintiffs
Michael Katz-Lacabe, Dr. Jennifer Golbeck, and Dr. Johnny Ryan**

Dated:  April 19, 2023                              MORRISON & FOERSTER LLP

By: */s/ Purvi G. Patel*
Purvi G. Patel

**Attorneys for Defendant
Oracle America, Inc.**

**ECF ATTESTATION**

I, Purvi G. Patel, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT ORACLE AMERICA, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND ANTICIPATED MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**. In accordance with Civil L.R. 5-1(i)(3), concurrence in and authorization of the filing of this document has been obtained from David T. Rudolph, counsel for Plaintiffs, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: April 19, 2023                         MORRISON & FOERSTER LLP

By:  */s/ Purvi G. Patel*
     Purvi G. Patel

*Attorneys for Defendant*
*Oracle America, Inc.*

**ORDER**

Pursuant to the parties' stipulation, the Court hereby orders as follows:

1. Oracle shall file its motion to dismiss Plaintiffs' first amended Complaint or, if Plaintiffs do not file an amended Complaint, respond to the Complaint on or before June 14, 2023;

2. Plaintiffs shall file their opposition to Oracle's motion to dismiss on or before July 21, 2023;

3. Oracle shall file its reply in support of its motion to dismiss on or before August 15, 2023;

4. Oracle shall notice its motion to dismiss for hearing on September 21, 2023 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: 4/20/2023

_____
Honorable Richard Seeborg
United States District Court Judge