TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
DANIELLE VALLONE (CA SBN 302497)
DVallone@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
WHITNEY O'BYRNE (CA SBN 325698)
WOByrne@mofo.com
ERIK MANUKYAN (CA SBN 340307)
EManukyan@mofo.com
EMMA BURGOON (CA SBN 348097)
EBurgoon@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
ORACLE AMERICA, INC.

*Plaintiffs' counsel on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL KATZ-LACABE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | Case No.   3:22-cv-04792-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFFS' TIME TO AMEND THEIR COMPLAINT AND DEFENDANT ORACLE AMERICA, INC.'S TIME TO RESPOND OR OTHERWISE MOVE TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Judge:   Hon. Richard Seeborg<br><br>Date Action Filed:   August 19, 2022<br>Trial Date:   Not set |

1    Pursuant to Civil Local Rule 6-2(a), Plaintiffs Michael Katz-Lacabe, Dr. Jennifer
2  Golbeck, and Dr. Johnny Ryan and Defendant Oracle America, Inc., by and through their
3  attorneys of record, stipulate as follows:
4    WHEREAS, this Court granted in part and denied in part Oracle's Motion to Dismiss the
5  Complaint on April 6, 2023 (ECF No. 49) and ordered Plaintiffs to file an amended Complaint by
6  May 8, 2023 (*id.*);
7    WHEREAS, on April 20, 2023, the Court approved the parties' stipulated briefing
8  schedule for Oracle's anticipated motion to dismiss Plaintiffs' amended Complaint (ECF No. 51);
9    WHEREAS, on April 24, 2023, Oracle requested a two-week extension to respond to
10 Plaintiffs' Interrogatories (Set One), which response is currently due May 1, 2023;
11   WHEREAS, on April 26, 2023, Plaintiffs, as a professional courtesy and in order to
12 accommodate Oracle's request, agreed to extend Oracle's interrogatory response deadline from
13 May 1, 2023 to May 15, 2023, subject to a reciprocal extension on Plaintiffs' deadline to file an
14 amended Complaint, currently due on May 8, 2023, given the potential relevance of Oracle's
15 interrogatory responses to Plaintiffs' allegations in the amended Complaint;
16   WHEREAS, the parties further agreed to a corresponding adjustment to Oracle's deadline
17 to respond to Plaintiffs' remaining claims and, if Plaintiffs file an amended Complaint, the
18 briefing schedule for Oracle's anticipated motion to dismiss, by two weeks:

| Filing Event | Current Deadline | Extended Deadline |
|---|---|---|
| Amended Complaint | May 8, 2023 | May 22, 2023 |
| Motion to Dismiss | June 14, 2023 | June 28, 2023 |
| Opposition | July 21, 2023 | August 4, 2023 |
| Reply | August 15, 2023 | August 29, 2023 |
| Hearing | September 21, 2023 at 1:30 p.m. | October 5, 2023 at 1:30 p.m. |

   NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that:
   1.   Plaintiffs shall file an amended Complaint, if any, on or before May 22, 2023;

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME
sf-5545183.6

1

Case No. 3:22-cv-04792-RS

2. Oracle shall file its motion to dismiss Plaintiffs' amended Complaint or, if Plaintiffs do not file an amended Complaint, respond to the Complaint on or before June 28, 2023;

3. Plaintiffs shall file their opposition to Oracle's motion to dismiss on or before August 4, 2023;

4. Oracle shall file its reply in support of its motion to dismiss on or before August 29, 2023;

5. Oracle shall notice its motion to dismiss for hearing on October 5, 2023 at 1:30 p.m., or on a date or time otherwise directed by the Court.

Dated: April 27, 2023

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ David T. Rudolph*
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

**Attorneys for Plaintiffs
Michael Katz-Lacabe, Dr. Jennifer Golbeck, and Dr. Johnny Ryan**

Dated: April 27, 2023

MORRISON & FOERSTER LLP

By: */s/ Purvi G. Patel*
Purvi G. Patel

**Attorneys for Defendant
Oracle America, Inc.**

# ECF ATTESTATION

I, Purvi G. Patel, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFFS' TIME TO AMEND THEIR COMPLAINT AND DEFENDANT ORACLE AMERICA, INC.'S TIME TO RESPOND OR OTHERWISE MOVE TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**.  In accordance with Civil L.R. 5-1(i)(3), concurrence in and authorization of the filing of this document has been obtained from David T. Rudolph, counsel for Plaintiffs, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated:  April 27, 2023                         MORRISON & FOERSTER LLP


                                                By:  */s/ Purvi G. Patel*
                                                       Purvi G. Patel

                                                ***Attorneys for Defendant***
                                                ***Oracle America, Inc.***

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court hereby orders as follows:

1. Plaintiffs shall file their amended Complaint, if any, on or before May 22, 2023;

2. Oracle shall file its motion to dismiss Plaintiffs' first amended Complaint or, if Plaintiffs do not file an amended Complaint, respond to the Complaint on or before June 28, 2023;

3. Plaintiffs shall file their opposition to Oracle's motion to dismiss on or before August 4, 2023;

4. Oracle shall file its reply in support of its motion to dismiss on or before August 29, 2023;

5. Oracle shall notice its motion to dismiss for hearing on October 5, 2023 at 1:30 p.m., or on a date or time otherwise directed by the Court.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Richard Seeborg
United States District Court Judge