1   TIFFANY CHEUNG (CA SBN 211497)
    TCheung@mofo.com
2   DANIELLE VALLONE (CA SBN 302497)
    DVallone@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California 94105-2482
    Telephone: 415.268.7000
5   Facsimile: 415.268.7522

6   PURVI G. PATEL (CA SBN 270702)
    PPatel@mofo.com
7   WHITNEY O'BYRNE (CA SBN 325698)
    WOByrne@mofo.com
8   ERIK MANUKYAN (CA SBN 340307)
    EManukyan@mofo.com
9   EMMA BURGOON (CA SBN 348097)
    EBurgoon@mofo.com
10  MORRISON & FOERSTER LLP
    707 Wilshire Boulevard, Suite 6000
11  Los Angeles, California 90017
    Telephone: 213.892.5200
12  Facsimile: 213.892.5454

13  Attorneys for Defendant
    ORACLE AMERICA, INC.
14
    *Plaintiffs' counsel on signature page*
15

16              UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18                 SAN FRANCISCO DIVISION

19

20  MICHAEL KATZ-LACABE, et al.,          Case No.   3:22-cv-04792-RS

21                Plaintiffs,             **STIPULATION AND
                                          ORDER TO EXTEND
22        v.                              PLAINTIFFS' TIME TO AMEND
                                          THEIR COMPLAINT AND
23  ORACLE AMERICA, INC., a corporation   DEFENDANT ORACLE
    organized under the laws of the State of Delaware,   AMERICA, INC.'S TIME TO
24                                        RESPOND OR OTHERWISE
                  Defendant.              MOVE TO DISMISS
25                                        PLAINTIFFS' FIRST AMENDED
                                          COMPLAINT**
26
                                          Judge:   Hon. Richard Seeborg
27
                                          Date Action Filed:   August 19, 2022
28                                        Trial Date:   Not set

Pursuant to Civil Local Rule 6-2(a), Plaintiffs Michael Katz-Lacabe, Dr. Jennifer Golbeck, and Dr. Johnny Ryan and Defendant Oracle America, Inc., by and through their attorneys of record, stipulate as follows:

WHEREAS, this Court granted in part and denied in part Oracle's Motion to Dismiss the Complaint on April 6, 2023 (ECF No. 49) and ordered Plaintiffs to file an amended Complaint by May 8, 2023 (*id.*);

WHEREAS, on April 20, 2023, the Court approved the parties' stipulated briefing schedule for Oracle's anticipated motion to dismiss Plaintiffs' amended Complaint (ECF No. 51);

WHEREAS, on April 24, 2023, Oracle requested a two-week extension to respond to Plaintiffs' Interrogatories (Set One), which response is currently due May 1, 2023;

WHEREAS, on April 26, 2023, Plaintiffs, as a professional courtesy and in order to accommodate Oracle's request, agreed to extend Oracle's interrogatory response deadline from May 1, 2023 to May 15, 2023, subject to a reciprocal extension on Plaintiffs' deadline to file an amended Complaint, currently due on May 8, 2023, given the potential relevance of Oracle's interrogatory responses to Plaintiffs' allegations in the amended Complaint;

WHEREAS, the parties further agreed to a corresponding adjustment to Oracle's deadline to respond to Plaintiffs' remaining claims and, if Plaintiffs file an amended Complaint, the briefing schedule for Oracle's anticipated motion to dismiss, by two weeks:

| Filing Event | Current Deadline | Extended Deadline |
|---|---|---|
| Amended Complaint | May 8, 2023 | May 22, 2023 |
| Motion to Dismiss | June 14, 2023 | June 28, 2023 |
| Opposition | July 21, 2023 | August 4, 2023 |
| Reply | August 15, 2023 | August 29, 2023 |
| Hearing | September 21, 2023 at 1:30 p.m. | October 5, 2023 at 1:30 p.m. |

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that:

1.      Plaintiffs shall file an amended Complaint, if any, on or before May 22, 2023;

1    2.    Oracle shall file its motion to dismiss Plaintiffs' amended Complaint or, if

2 Plaintiffs do not file an amended Complaint, respond to the Complaint on or before June 28,

3 2023;

4    3.    Plaintiffs shall file their opposition to Oracle's motion to dismiss on or before

5 August 4, 2023;

6    4.    Oracle shall file its reply in support of its motion to dismiss on or before August

7 29, 2023;

8    5.    Oracle shall notice its motion to dismiss for hearing on October 5, 2023 at 1:30

9 p.m., or on a date or time otherwise directed by the Court.

10

11 Dated:  April 27, 2023

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

12

13

By:  */s/ David T. Rudolph*

14
David T. Rudolph (SBN 233457)
drudolph@lchb.com

15
Michael W. Sobol (SBN 194857)
msobol@lchb.com

16
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com

17
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com

18
275 Battery Street, 29th Floor
San Francisco, CA 94111

19
Telephone: 415.956.1000
Facsimile: 415.956.1008

20
***Attorneys for Plaintiffs***

21
***Michael Katz-Lacabe, Dr. Jennifer***
***Golbeck, and Dr. Johnny Ryan***

22

23 Dated:  April 27, 2023

MORRISON & FOERSTER LLP

24

By:  */s/ Purvi G. Patel*

25
Purvi G. Patel

26
***Attorneys for Defendant***
***Oracle America, Inc.***

27

28

2

1                                           **ECF ATTESTATION**

2         I, Purvi G. Patel, am the ECF User whose ID and password are being used to file this

3 **STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFFS' TIME TO**

4 **AMEND THEIR COMPLAINT AND DEFENDANT ORACLE AMERICA, INC.'S TIME**

5 **TO RESPOND OR OTHERWISE MOVE TO DISMISS PLAINTIFF'S FIRST AMENDED**

6 **COMPLAINT**.  In accordance with Civil L.R. 5-1(i)(3), concurrence in and authorization of the

7 filing of this document has been obtained from David T. Rudolph, counsel for Plaintiffs, and I

8 shall maintain records to support this concurrence for subsequent production for the Court if so

9 ordered or for inspection upon request by a party.

10

11 Dated:  April 27, 2023                  MORRISON & FOERSTER LLP

12

13                                      By:  */s/ Purvi G. Patel*

14                                          Purvi G. Patel

15                                          ***Attorneys for Defendant***
                                       ***Oracle America, Inc.***

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **<u>ORDER</u>**

2

Pursuant to the parties' stipulation, the Court hereby orders as follows:

3

1.  Plaintiffs shall file their amended Complaint, if any, on or before May 22, 2023;

4

2.  Oracle shall file its motion to dismiss Plaintiffs' first amended Complaint or, if Plaintiffs do not file an amended Complaint, respond to the Complaint on or before June 28, 2023;

5

6

3.  Plaintiffs shall file their opposition to Oracle's motion to dismiss on or before August 4, 2023;

7

8

4.  Oracle shall file its reply in support of its motion to dismiss on or before August 29, 2023;

9

5.  Oracle shall notice its motion to dismiss for hearing on October 5, 2023 at 1:30 p.m., or on a date or time otherwise directed by the Court.

10

11

**IT IS SO ORDERED.**

12

13

Dated: ___April 28, 2023___        _____

14

Honorable Richard Seeborg
United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28