TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
DANIELLE VALLONE (CA SBN 302497)
DVallone@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
WHITNEY O'BYRNE (CA SBN 325698)
WOByrne@mofo.com
ERIK MANUKYAN (CA SBN 340307)
EManukyan@mofo.com
EMMA BURGOON (CA SBN 348097)
EBurgoon@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:    213.892.5200
Facsimile:    213.892.5454

Attorneys for Defendant
ORACLE AMERICA, INC.

*Additional counsel on next page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | Case No.    3:22-cv-04792-RS<br><br>**NOTICE OF APPEARANCE OF NARGUES M. EDER FOR DEFENDANT ORACLE AMERICA, INC.**<br><br>Judge: Hon. Richard Seeborg<br><br>Date Action Filed:  August 19, 2022<br>Trial Date:  Not Set |

KYLE ZIPES (CA SBN 251814)
Kyle.Zipes@oracle.com
NARGUES M. EDER (CA SBN 260289)
Nargues.M.Eder@oracle.com
ORACLE AMERICA, INC.
500 Oracle Parkway
Redwood Shores, CA 94065
Telephone:    650.506.7000

Attorneys for Defendant
ORACLE AMERICA, INC.

PLEASE TAKE NOTICE that Nargues Eder of Oracle America, Inc. appears as counsel of record for Defendant Oracle America, Inc. in the matter captioned above.  Copies of all pleadings, papers, correspondence, and electric filing notices should be directed to:

Nargues M. Eder
Oracle America, Inc.
500 Oracle Parkway 5op764
Redwood Shores, California 94065
Telephone:  650.506.8855
Nargues.M.Eder@oracle.com

Dated: June 30, 2023                              MORRISON & FOERSTER LLP


By:      /s/ Nargues M. Eder
                Nargues M. Eder

**Attorneys for Defendant
Oracle America, Inc.**