Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorney for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL KATZ-LACABE, et al., | Case No.: 3:22-cv-04792-RS |
| Plaintiffs, | **NOTICE OF APPEARANCE OF JOHN D. MAHER FOR PLAINTIFFS** |
| vs. | |
| ORACLE AMERICA, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that John D. Maher of Lieff Cabraser Heimann & Bernstein LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111, hereby appears in the above-captioned case on behalf of Plaintiffs Michael Katz-Lacabe, and Dr. Jennifer Golbeck.

Dated: September 15, 2023

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

*/s/ John D. Maher*
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorneys for Plaintiffs and the Class*