# EXHIBIT C

## [REDACTED VERSION]



ORACLE
Data Cloud



# Offline Access Request
# Response Report







CONFIDENTIAL

ORCL_KATZ000000037

## Oracle Data Cloud:

### Offline Access Request Response Report

Oracle Data Cloud scanned our data and found the following data elements associated with the personal information you provided:

| | Data Element Description | Your Data |
|---|---|---|
| 1 | First and Last Name | |
| 2 | Physical Address | |
| 3 | All email addresses associated with your profile (all but the email you provided with your request have been partially masked) | |
| 4 | All phone numbers associated with your profile (all but the phone number you provided with your request have been partially masked) | |
| 5 | Mail Preference option from Direct Marketing Association (DMA). DMA is an industry group that tracks mails preferences option from consumer and alerts members when individual opt out | |

CONFIDENTIAL                                                                 ORCL_KATZ000000038

**Oracle Data Cloud has collected the following demographic attributes associated with your individual profile or household profile:**

| | Demographic Category | Demographic Detail | Value |
|---|---|---|---|
| 6 | Individual | Age | |
| 7 | Individual | Age Code | |
| 8 | Individual | Age Range | |
| 9 | Individual | Birth Year | |
| 10 | Individual | Census Tract* Avg Education Level | |
| 11 | Individual | Ethnic Code | |
| 12 | Individual | Ethnic Group | |
| 13 | Individual | Ethnicity | |
| 14 | Individual | Family Position Code | |
| 15 | Individual | Gender | |
| 16 | Individual | Generation | |
| 17 | Individual | Language | |
| 18 | Individual | Language Preference | |
| 19 | Individual | Race | |
| 20 | Household | Adults | |
| 21 | Household | Age | |
| 22 | Household | Age Code | |
| 23 | Household | Age Range | |
| 24 | Household | | |
| 25 | Household | | |
| 26 | Household | Birth Year | |
| 27 | Household | Buyer Continuity | |
| 28 | Household | Buyer Score Category | |
| 29 | Household | Buyer Score Percentile | |
| 30 | Household | Census Tract* Avg Education Level | |
| 31 | Household | Census Tract* Avg Household Income Dollars | |
| 32 | Household | Census Tract* Avg Householder Age | |

CONFIDENTIAL

ORCL_KATZ000000039

| | | |
|---|---|---|
| 33 | Household | Census Tract* Income Percentile |
| 34 | Household | Census Tract* Median Household Effective Buy Dollar |
| 35 | Household | Census Tract* Percent Black |
| 36 | Household | Census Tract* Percent Blue Collar |
| 37 | Household | Census Tract* Percent Built 2000 |
| 38 | Household | Census Tract* Percent Divorce |
| 39 | Household | Census Tract* Percent Hispanic |
| 40 | Household | Census Tract* Percent Homeowner |
| 41 | Household | Census Tract* Percent Household with Children |
| 42 | Household | Census Tract* Percent Married |
| 43 | Household | Census Tract* Percent Mobile |
| 44 | Household | Census Tract* Percent Motor Vehicle Owned |
| 45 | Household | Census Tract* Percent Moved 2000 |
| 46 | Household | Census Tract* Percent Single Family Home |
| 47 | Household | Census Tract* Percent White |
| 48 | Household | Census Tract* Percent White Collar |
| 49 | Household | Census Tract* Socio Economic Score |
| 50 | Household | |
| 51 | Household | |
| 52 | Household | CPG Score Category |
| 53 | Household | CPG Score Percentile |
| 54 | Household | Dollar Home Value |
| 55 | Household | Dollar Zip4 Avg Home Value |
| 56 | Household | Dwelling Type |
| 57 | Household | |

CONFIDENTIAL

ORCL_KATZ000000040

| 58 | Household | Ethnic Code |  |
| 59 | Household | Ethnic Group |  |
| 60 | Household | Ethnicity |  |
| 61 | Household |  |  |
| 62 | Household |  |  |
| 63 | Household |  |  |
| 64 | Household | Gender |  |
| 65 | Household | Generation |  |
| 66 | Household |  |  |
| 67 | Household | Homeowner |  |
| 68 | Household | Household Composition |  |
| 69 | Household | Income |  |
| 70 | Household | Language |  |
| 71 | Household | Language Preference |  |
| 72 | Household | Length Residence |  |
| 73 | Household | Mail Order Responder |  |
| 74 | Household |  |  |
| 75 | Household | Net Worth New |  |
| 76 | Household | New Monthly Buyer |  |
| 77 | Household | Nielson County Size |  |
| 78 | Household |  |  |
| 79 | Household |  |  |
| 80 | Household |  |  |
| 81 | Household |  |  |
| 82 | Household |  |  |
| 83 | Household | People In Household |  |
| 84 | Household | Race |  |
| 85 | Household |  |  |
| 86 | Household | State |  |
| 87 | Household | Zip Plus4 |  |

*Census Tract Data refers to information about your neighborhood as established by the Bureau of Census for analyzing populations.

CONFIDENTIAL

ORCL_KATZ000000041



| Oracle Data Cloud has used partner data to associate your profile with the following interest-based segments: | |
|---|---|
| **Segment Category** | **Segment Detail** |

CONFIDENTIAL

ORCL_KATZ000000042



116
117
118
119
120
121
122
123
124
125
126
127
128
129
130
131
132
133
134
135
136
137
138
139
140
141
142
143
144
145

CONFIDENTIAL

ORCL_KATZ000000043

146
147
148
149
150

151
152
153
154
155
156
157
158
159
160
161
162
163
164
165
166
167
168
169
170
171
172
173
174
175
176
177



CONFIDENTIAL

178
179
180
181
182
183
184
185
186
187
188
189
190
191
192
193
194
195
196
197
198
199
200
201
202
203
204
205

CONFIDENTIAL

ORCL_KATZ000000045



206
207
208
209
210
211
212
213
214
215
216
217
218
219
220
221
222
223
224
225
226
227
228
229
230
231
232
233
234
235
236
237

Offline Access Request Response Report

10

CONFIDENTIAL

ORCL_KATZ000000046

238
239
240
241
242
243
244
245
246
247
248
249
250
251
252
253
254
255
256
257
258
259
260
261
262



Offline Access Request Response Report                                                                11

CONFIDENTIAL                                                                 ORCL_KATZ000000047

263
264
265
266
267
268
269
270
271
272
273
274
275
276
277
278
279
280
281
282
283
284
285
286
287
288
289
290
291
292



CONFIDENTIAL

ORCL_KATZ000000048

293
294
295
296
297
298
299
300
301
302
303
304
305
306
307
308
309
310
311
312
313
314
315
316
317
318
319
320
321
322
323
324
325

Offline Access Request Response Report

13

CONFIDENTIAL

ORCL_KATZ000000049



Offline Access Request Response Report

14

CONFIDENTIAL

ORCL_KATZ000000050

358
359
360
361
362
363
364
365
366

367
368
369
370

371
372
373
374
375
376
377
378
379
380
381
382
383
384
385
386
387
388
389



Offline Access Request Response Report                                    15

CONFIDENTIAL                                                                    ORCL_KATZ000000051

390
391
392
393
394
395
396
397
398
399
400
401
402
403
404
405
406
407
408
409
410
411
412
413
414
415
416

417
418
419
420
421



CONFIDENTIAL

ORCL_KATZ000000052



Offline Access Request Response Report                                                17

CONFIDENTIAL
ORCL_KATZ000000053

447
448
449
450
451

452
453
454
455
456
457

458
459
460
461
462
463
464



Offline Access Request Response Report

18

CONFIDENTIAL

ORCL_KATZ000000054

465
466
467
468
469
470
471
472
473
474
475
476
477
478
479
480
481
482



CONFIDENTIAL

ORCL_KATZ000000055



483
484
485
486
487
488
489
490
491
492
493
494
495
496
497
498
499
500

CONFIDENTIAL

ORCL_KATZ000000056

501
502
503
504
505
506
507
508
509
510
511
512
513
514
515
516
517
518



Offline Access Request Response Report

21

CONFIDENTIAL

ORCL_KATZ000000057

519
520
521
522
523
524
525
526
527
528
529
530
531
532
533
534
535
536
537



CONFIDENTIAL                                                                                    ORCL_KATZ000000058

538
539
540
541
542
543
544
545
546
547
548
549
550
551
552
553
554
555



Offline Access Request Response Report                                    23

CONFIDENTIAL

ORCL_KATZ000000059



556
557
558
559
560
561
562
563
564
565
566
567
568
569
570
571
572
573

Offline Access Request Response Report

24

CONFIDENTIAL

ORCL_KATZ000000060

574
575
576
577
578
579
580
581
582
583
584
585
586
587
588
589
590
591
592
593
594



Offline Access Request Response Report                                        25

CONFIDENTIAL
ORCL_KATZ000000061



595
596
597
598
599
600
601
602
603
604
605
606
607
608
609
610
611
612
613
614

CONFIDENTIAL

ORCL_KATZ000000062

615
616
617
618
619
620
621
622
623
624
625
626
627
628
629
630
631
632
633
634



CONFIDENTIAL                                                                    ORCL_KATZ000000063

635
636
637
638
639
640
641
642
643
644
645
646
647
648
649
650
651
652
653
654
655



CONFIDENTIAL

ORCL_KATZ000000064



656
657
658
659
660
661
662
663
664
665
666
667
668
669
670
671
672
673
674
675
676
677
678
679

CONFIDENTIAL

ORCL_KATZ000000065



Offline Access Request Response Report

30

CONFIDENTIAL

ORCL_KATZ000000066



Offline Access Request Response Report

31

CONFIDENTIAL

ORCL_KATZ000000067



721
722
723
724
725

726
727
728
729
730
731
732
733
734
735
736
737

738
739
740
741

742
743

744

745
746
747
748
749

Offline Access Request Response Report

52

ORCL_KATZ000000068



750
751
752
753
754
755
756
757
758
759
760
761
762
763
764
765
766
767
768
769

CONFIDENTIAL                                                                      ORCL_KATZ000000069



770
771
772
773
774
775
776
777
778
779
780
781
782
783
784
785
786
787
788
789

CONFIDENTIAL

ORCL_KATZ000000070



790
791
792
793
794
795
796
797
798
799
800
801
802
803
804
805
806
807
808
809
810
811
812
813
814
815
816
817

CONFIDENTIAL

ORCL_KATZ000000071

818
819
820
821
822
823
824
825
826
827
828
829
830
831
832
833
834
835
836
837
838
839
840
841
842
843
844
845
846
847



CONFIDENTIAL



848
849
850
851
852
853
854
855
856
857
858
859
860
861
862
863
864
865
866
867
868
869
870
871
872
873
874
875
876

CONFIDENTIAL

ORCL_KATZ000000073



877
878
879
880
881
882
883
884
885
886
887
888
889
890
891
892
893
894
895
896
897
898
899
900
901
902
903
904
905
906
907
908

CONFIDENTIAL                                                      ORCL_KATZ000000074



909
910
911
912
913
914
915

916
917
918
919
920
921
922
923
924
925
926
927
928
929
930
931
932
933
934
935
936
937
938

CONFIDENTIAL

ORCL_KATZ000000075



Offline Access Request Response Report                                        40

CONFIDENTIAL                                        ORCL_KATZ000000076

971
972
973
974
975
976
977
978
979
980
981
982
983
984
985
986
987
988
989
990
991
992
993
994
995
996
997
998



CONFIDENTIAL

ORCL_KATZ000000077



Offline Access Request Response Report

42

CONFIDENTIAL

ORCL_KATZ000000078



CONFIDENTIAL

ORCL_KATZ000000079



Offline Access Request Response Report                                    44

ORCL_KATZ000000080



1091
1092
1093
1094
1095
1096
1097
1098
1099
1100
1101
1102
1103
1104
1105
1106
1107
1108
1109
1110
1111
1112
1113
1114
1115
1116
1117
1118
1119
1120

CONFIDENTIAL                                                ORCL_KATZ000000081



Offline Access Request Response Report                                                46

CONFIDENTIAL

ORCL_KATZ000000082



Offline Access Request Response Report                                                    47

CONFIDENTIAL                                                                          ORCL_KATZ000000083

1176
1177
1178
1179
1180

1181
1182
1183
1184
1185
1186
1187
1188
1189

1190
1191

1192
1193
1194
1195
1196
1197
1198
1199
1200
1201



CONFIDENTIAL                                                        ORCL_KATZ000000084

| Oracle Data Cloud collected purchase-related retail data associated with your profile, indicating that you spent the following amounts at retail businesses in the last 12 months: | | | | |
|---|---|---|---|---|
| Date of Transaction | Purchase Type | SKU | Description | Amount |
| | | | | |
| | | | | |

1202

CONFIDENTIAL                                                                                                          ORCL_KATZ000000085