# EXHIBIT D

## [REDACTED VERSION]



ORACLE
Data Cloud



# Offline Access Request
# Response Report







CONFIDENTIAL

# Oracle Data Cloud:

## Offline Access Request Response Report

Oracle Data Cloud scanned our data and found the following data elements associated with the personal information you provided:

| Data Element Description | Your Data |
|---|---|
| 1 | **First and Last Name** | |
| 2 | **Physical Address** | |
| 3 | All email addresses associated with your profile (all but the email you provided with your request have been partially masked) | |
| 4 | All phone numbers associated with your profile (all but the phone number you provided with your request have been partially masked) | |
| 5 | **Mail Preference option from Direct Marketing Association (DMA). DMA is an industry group that tracks mails preferences option from consumer and alerts members when individual opt out** | |

CONFIDENTIAL                                              ORCL_KATZ000000006

**Oracle Data Cloud has collected the following demographic attributes associated with your individual profile or household profile:**

| | Demographic Category | Demographic Detail | Value |
|---|---|---|---|
| 6 | Household | Adults | |
| 7 | Household | Age | |
| 8 | Household | Age Code | |
| 9 | Household | Age Range | |
| 10 | Household | | |
| 11 | Household | Birth Year | |
| 12 | Household | Buyer Continuity | |
| 13 | Household | Buyer Score Category | |
| 14 | Household | Buyer Score Percentile | |
| 15 | Household | Census Tract* Avg Education Level | |
| 16 | Household | Census Tract* Avg Household Income Dollars | |
| 17 | Household | Census Tract* Avg Householder Age | |
| 18 | Household | Census Tract* Income Percentile | |
| 19 | Household | Census Tract* Median Household Effective Buy Dollar | |
| 20 | Household | Census Tract* Percent Black | |
| 21 | Household | Census Tract* Percent Blue Collar | |
| 22 | Household | Census Tract* Percent Built 2000 | |
| 23 | Household | Census Tract* Percent Divorce | |
| 24 | Household | Census Tract* Percent Hispanic | |
| 25 | Household | Census Tract* Percent Homeowner | |
| 26 | Household | Census Tract* Percent Household with Children | |
| 27 | Household | Census Tract* Percent Married | |
| 28 | Household | Census Tract* Percent Motor Vehicle Owned | |

Offline Access **Request** Response **Report**

3

CONFIDENTIAL

ORCL_KATZ000000007

| 29 | Household | Census Tract* Percent Moved 2000 | |
| 30 | Household | Census Tract* Percent Single Family Home | |
| 31 | Household | Census Tract* Percent White | |
| 32 | Household | Census Tract* Percent White Collar | |
| 33 | Household | Census Tract* Socio Economic Score | |
| 34 | Household | Census Tract* State Population Density Percentile | |
| 35 | Household | Census Tract* US Population Density Percentile | |
| 36 | Household | CPG Score Category | |
| 37 | Household | CPG Score Percentile | |
| 38 | Household | Dollar Home Value | |
| 39 | Household | Dwelling Type | |
| 40 | Household | Ethnic Code | |
| 41 | Household | Ethnic Group | |
| 42 | Household | Ethnicity | |
| 43 | Household | | |
| 44 | Household | Gender | |
| 45 | Household | Generation | |
| 46 | Household | Homeowner | |
| 47 | Household | Household Composition | |
| 48 | Household | Income | |
| 49 | Household | Language | |
| 50 | Household | Language Preference | |
| 51 | Household | Mail Order Responder | |
| 52 | Household | | |
| 53 | Household | Net Worth New | |
| 54 | Household | New Monthly Buyer | |
| 55 | Household | Nielson County Size | |
| 56 | Household | | |

Offline Access **Request** Response **Report**

4

CONFIDENTIAL

ORCL_KATZ000000008

| 57 | Household | People In Household | |
| 58 | Household | State | |
| 59 | Household | Zip Plus4 | |

*Census Tract Data refers to information about your neighborhood as established by the Bureau of Census for analyzing populations.

CONFIDENTIAL                                                               ORCL_KATZ000000009



| Segment Category | Segment Detail |
|---|---|
| | |

CONFIDENTIAL

ORCL_KATZ000000010

87
88
89
90
91
92
93
94

95
96
97
98
99
100

101
102
103
104
105
106
107
108
109
110
111
112
113
114
115
116



Offline Access Request Response Report                                      7

CONFIDENTIAL                                      ORCL_KATZ000000011

117
118
119
120
121
122
123
124
125
126
127
128
129
130
131
132
133
134
135
136
137
138
139
140
141
142
143
144
145
146
147
148
149



CONFIDENTIAL

ORCL_KATZ000000012



150
151
152
153
154
155
156
157
158
159
160
161
162
163
164
165
166
167
168
169
170
171
172

Offline Access **Request** Response **Report**

9

CONFIDENTIAL

173
174
175
176
177
178
179
180
181
182
183
184
185
186
187
188
189
190



Offline Access Request Response Report                                                                                    |0

CONFIDENTIAL                                                                          ORCL_KATZ000000014

191
192
193
194
195
196
197
198
199
200
201
202
203
204
205
206
207
208
209



CONFIDENTIAL                                                    ORCL_KATZ000000015

210
211
212
213
214
215
216
217
218
219
220
221
222
223
224
225
226
227
228



CONFIDENTIAL                                                    ORCL_KATZ000000016



229
230
231
232
233
234
235
236
237
238
239
240
241
242
243
244
245
246

CONFIDENTIAL

ORCL_KATZ000000017

247
248
249
250
251
252
253
254
255
256
257
258
259
260
261
262
263
264



CONFIDENTIAL                                                    ORCL_KATZ000000018

265
266
267
268
269
270
271
272
273
274
275
276
277
278
279
280
281
282
283
284



Offline Access **Request** Response Report                                             15

CONFIDENTIAL

285
286
287
288
289
290
291
292
293
294
295
296
297
298
299
300
301
302
303
304
305
306



CONFIDENTIAL

ORCL_KATZ000000020

307
308
309
310
311
312
313
314
315
316
317
318
319
320
321
322
323
324
325
326



CONFIDENTIAL

ORCL_KATZ000000021

327
328
329
330
331
332
333
334
335
336
337
338
339
340
341
342
343
344
345
346



CONFIDENTIAL

347
348
349
350
351
352
353
354
355
356
357
358
359
360
361
362
363
364
365
366



CONFIDENTIAL                                                                      ORCL_KATZ000000023

367
368
369
370
371
372
373
374
375
376
377
378
379
380
381
382
383
384
385
386
387
388
389



Offline Access **Request** Response **Report**
20

CONFIDENTIAL

ORCL_KATZ000000024

390
391
392
393
394
395
396
397
398
399
400
401
402
403
404
405
406
407
408
409
410
411
412
413
414



CONFIDENTIAL

ORCL_KATZ000000025

415
416
417
418
419
420
421
422
423
424
425
426
427
428
429
430
431
432
433
434
435
436
437



Offline Access Request Response Report                                                                      22

CONFIDENTIAL



CONFIDENTIAL

ORCL_KATZ000000027

459
460
461
462
463
464
465
466
467
468
469
470
471
472
473
474
475
476
477



Offline Access Request Response Report

24

CONFIDENTIAL

ORCL_KATZ000000028

478
479
480
481
482
483
484
485
486
487
488
489
490
491
492
493
494
495
496
497
498
499
500
501
502
503
504
505



CONFIDENTIAL                                                              ORCL_KATZ000000029

506
507
508
509
510
511
512
513
514
515
516
517
518
519
520
521
522
523
524
525
526
527
528
529
530
531
532
533
534
535
536
537
538



CONFIDENTIAL

ORCL_KATZ000000030

539
540
541
542
543
544
545
546
547
548
549
550
551
552
553
554
555
556
557
558
559
560
561
562
563
564
565
566
567
568
569



Offline Access Request Response Report                                                    27

ORCL_KATZ000000031



Offline Access **Request** Response **Report**                                                        26

CONFIDENTIAL                                                                    ORCL_KATZ000000032



CONFIDENTIAL

ORCL_KATZ000000033

634
635
636
637
638
639
640
641
642
643
644
645
646
647
648
649
650
651
652
653
654
655
656
657
658
659
660
661
662
663
664
665
666



CONFIDENTIAL                                                                ORCL_KATZ000000034



Offline Access Request Response Report

CONFIDENTIAL

ORCL_KATZ000000035

699
700
701
702
703
704
705
706
707
708



CONFIDENTIAL

ORCL_KATZ000000036