TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
CHRISTIN HILL (CA SBN 247522)
CHill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
WHITNEY O'BYRNE (CA SBN 325698)
WOByrne@mofo.com
ERIK MANUKYAN (CA SBN 340307)
EManukyan@mofo.com
EMMA BURGOON (CA SBN 348097)
EBurgoon@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
ORACLE AMERICA, INC.

*Additional counsel on next page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated, | Case No.   3:22-cv-04792-RS |
| Plaintiffs, | **NOTICE OF APPEARANCE OF CHRISTIN HILL FOR DEFENDANT ORACLE AMERICA, INC.** |
| vs. | |
| ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware, | Judge:   Hon. Richard Seeborg |
| Defendant. | Date Action Filed:   August 19, 2022<br>Trial Date:   Not set |

KYLE ZIPES (CA SBN 251814)
Kyle.Zipes@oracle.com
NARGUES M. EDER (CA SBN 260289)
Nargues.M.Eder@oracle.com
ORACLE AMERICA, INC.
500 Oracle Parkway
Redwood Shores, CA 94065
Telephone:  650.506.7000

Attorneys for Defendant
ORACLE AMERICA, INC.

NOTICE OF APPEARANCE OF
CHRISTIN HILL

Case No. 3:22-cv-04792-RS

PLEASE TAKE NOTICE that Christin Hill of Morrison & Foerster LLP appears as counsel of record for Defendant Oracle America, Inc. in the matter captioned above.

Copies of all pleadings, papers, correspondence, and electric filing notices should be directed to:

Christin Hill
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
CHill@mofo.com

Dated:        October 3, 2023              MORRISON & FOERSTER LLP


                                           By:    /s/ Christin Hill
                                                  Christin Hill

                                           **Attorneys for Defendant
                                           ORACLE AMERICA, INC.**

NOTICE OF APPEARANCE OF
CHRISTIN HILL                         1                    Case No. 3:22-cv-04792-RS