TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
CHRISTIN HILL (CA SBN 247522)
CHill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
WHITNEY O'BYRNE (CA SBN 325698)
WOByrne@mofo.com
ERIK MANUKYAN (CA SBN 340307)
EManukyan@mofo.com
EMMA BURGOON (CA SBN 348097)
EBurgoon@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
ORACLE AMERICA, INC.

*Additional counsel on next page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | Case No.    3:22-cv-04792-RS<br><br>**APPLICATION FOR ADMISSON OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3)<br><br>Judge:    Hon. Richard Seeborg<br><br>Date Action Filed:    August 19, 2022<br>Trial Date:    Not set |

APPLICATION FOR ADMISSION OF ATTORNEY
PRO HAC VICE
sf-5646077

Case No. 3:22-cv-04792-RS

KYLE ZIPES (CA SBN 251814)
Kyle.Zipes@oracle.com
NARGUES M. EDER (CA SBN 260289)
Nargues.M.Eder@oracle.com
ORACLE AMERICA, INC.
500 Oracle Parkway
Redwood Shores, CA 94065
Telephone:  650.506.7000

Attorneys for Defendant
ORACLE AMERICA, INC.

I, Zachary S. Newman, an active member of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District Court of California representing defendant Oracle America, Inc. in the above-entitled action. My local co-counsel in this case is Tiffany Cheung, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is 211497.

Morrison & Foerster LLP
250 West, 55th Street
New York, New York 10019
**MY ADDRESS OF RECORD**

Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
**LOCAL CO-COUNSEL'S ADDRESS OF RECORD**

212. 468.8000
**MY TELEPHONE # OF RECORD**

415. 268.7000
**LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD**

ZNewman@mofo.com
**MY EMAIL ADDRESS OF RECORD**

TCheung@mofo.com
**LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD**

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above, and my bar number is: 5651518.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have not been granted pro hac vice admission by the Court in the past 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2023

MORRISON & FOERSTER LLP

By:   _s/ Zachary S. Newman_
          APPLICANT

**ORDER GRANTING FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Zachary S. Newman is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance pro hac vice.  Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

DATED: 10/10/2023

_____
UNITED STATES DISTRICT JUDGE