# EXHIBIT A

**[REDACTED]**

# ORACLE
Data Cloud



# Offline Access Request
# Response Report





# Oracle Data Cloud:

## Offline Access Request Response Report

Oracle Data Cloud scanned our data and found the following data elements associated with the personal information you provided:

| Data Element Description | Your Data |
|---|---|
| **First and Last Name** | |
| **Physical Address** | |
| **All email addresses associated with your profile** (all but the email you provided with your request have been partially masked) | |
| **All phone numbers associated with your profile** (all but the phone number you provided with your request have been partially masked) | |
| **Mail Preference option from Direct Marketing Association (DMA). DMA is an industry group that tracks mails preferences option from consumer and alerts members when individual opt out** | |

CONFIDENTIAL     ORCL_KATZ000000038

| Demographic Category | Demographic Detail | Value |
|---|---|---|
| **Oracle Data Cloud has collected the following demographic attributes associated with your individual profile or household profile:** | | |
| Individual | Age | |
| Individual | Age Code | |
| Individual | Age Range | |
| Individual | Birth Year | |
| Individual | Census Tract* Avg Education Level | |
| Individual | Ethnic Code | |
| Individual | Ethnic Group | |
| Individual | Ethnicity | |
| Individual | Family Position Code | |
| Individual | Gender | |
| Individual | Generation | |
| Individual | Language | |
| Individual | Language Preference | |
| Individual | Race | |
| Household | Adults | |
| Household | Age | |
| Household | Age Code | |
| Household | Age Range | |
| Household | | |
| Household | | |
| Household | Birth Year | |
| Household | Buyer Continuity | |
| Household | Buyer Score Category | |
| Household | Buyer Score Percentile | |
| Household | Census Tract* Avg Education Level | |
| Household | Census Tract* Avg Household Income Dollars | |
| Household | Census Tract* Avg Householder Age | |

| | | |
|---|---|---|
| Household | Census Tract* Income Percentile | |
| Household | Census Tract* Median Household Effective Buy Dollar | |
| Household | Census Tract* Percent Black | |
| Household | Census Tract* Percent Blue Collar | |
| Household | Census Tract* Percent Built 2000 | |
| Household | Census Tract* Percent Divorce | |
| Household | Census Tract* Percent Hispanic | |
| Household | Census Tract* Percent Homeowner | |
| Household | Census Tract* Percent Household with Children | |
| Household | Census Tract* Percent Married | |
| Household | Census Tract* Percent Mobile | |
| Household | Census Tract* Percent Motor Vehicle Owned | |
| Household | Census Tract* Percent Moved 2000 | |
| Household | Census Tract* Percent Single Family Home | |
| Household | Census Tract* Percent White | |
| Household | Census Tract* Percent White Collar | |
| Household | Census Tract* Socio Economic Score | |
| Household | | |
| Household | | |
| Household | CPG Score Category | |
| Household | CPG Score Percentile | |
| Household | Dollar Home Value | |
| Household | Dollar Zip4 Avg Home Value | |
| Household | Dwelling Type | |
| Household | | |

CONFIDENTIAL     ORCL_KATZ000000040

| | |
|---|---|
| Household | Ethnic Code |
| Household | Ethnic Group |
| Household | Ethnicity |
| Household | |
| Household | |
| Household | |
| Household | Gender |
| Household | Generation |
| Household | |
| Household | Homeowner |
| Household | Household Composition |
| Household | Income |
| Household | Language |
| Household | Language Preference |
| Household | Length Residence |
| Household | Mail Order Responder |
| Household | |
| Household | Net Worth New |
| Household | New Monthly Buyer |
| Household | Nielson County Size |
| Household | |
| Household | |
| Household | |
| Household | |
| Household | |
| Household | People In Household |
| Household | Race |
| Household | |
| Household | State |
| Household | Zip Plus4 |

*Census Tract Data refers to information about your neighborhood as established by the Bureau of Census for analyzing populations.

CONFIDENTIAL                                                                          ORCL_KATZ000000041

| Oracle Data Cloud has used partner data to associate your profile with the following interest-based segments: | |
|---|---|
| **Segment Category** | **Segment Detail** |
| Ability to Pay | |
| Ability to Pay | |
| | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |

CONFIDENTIAL     ORCL_KATZ000000042



Ad Occurrence
Ad Occurrence
Ad Occurrence

B2B
B2B
B2B
B2B
B2B
B2B
B2B
B2B
B2B
B2B
B2B
B2B

CONFIDENTIAL



CONFIDENTIAL

ORCL_KATZ000000044



| Business (B2B) |
| Business Type |
| Business Type |
| Business Type |
| |
| Business Type |
| Business Type |
| Business Type |
| Buyer Score |
| Buying Styles |
| Buying Styles |
| Buying Styles |
| Buying Styles |
| Buying Styles |

CONFIDENTIAL                                                                ORCL_KATZ000000045



Company Age
Company Age
Company Industry
Company Industry
Company Industry
Company Industry
Company Industry

Company revenue
Company Sales Volume
Company Sales Volume
Company Sales Volume
Company Size
Company Size
Company Size

CONFIDENTIAL                                              ORCL_KATZ000000046



CONFIDENTIAL

ORCL_KATZ000000047



CONFIDENTIAL

ORCL_KATZ000000048



Demo

Education
Employee Management Level
Employee Management Level
Employee Management Level
Employee Management Level
Employee Management Level
Employee Management Level
Employee Management Level
Employee Management Level
Employee Occupations and Job Functions
Employee Occupations and Job Functions
Employee Occupations and Job Functions

CONFIDENTIAL

ORCL_KATZ000000049



Employee Occupations and Job Functions

Fashion & Style Attitudes
Fashion & Style Attitudes
Fashion & Style Attitudes
Fashion & Style Attitudes

Finance Attitudes
Finance Attitudes

Financial Mobility
Food Attitudes
Food Attitudes
Food Attitudes
Food Attitudes
Food Attitudes

CONFIDENTIAL



CONFIDENTIAL



Household Income (HHI)

CONFIDENTIAL



Income, Age, Demo

CONFIDENTIAL

ORCL_KATZ000000053



CONFIDENTIAL                                                    ORCL_KATZ000000054



CONFIDENTIAL                                                          ORCL_KATZ000000055



CONFIDENTIAL



CONFIDENTIAL                                                                ORCL_KATZ000000057



Offline Access Request Response Report                                          22

CONFIDENTIAL                                                    ORCL_KATZ000000058



CONFIDENTIAL                                                                          ORCL_KATZ000000059



CONFIDENTIAL

ORCL_KATZ000000060



CONFIDENTIAL                                                                    ORCL_KATZ000000061



CONFIDENTIAL                                                                              ORCL_KATZ000000062



CONFIDENTIAL ORCL_KATZ000000063



CONFIDENTIAL ORCL_KATZ000000064



CONFIDENTIAL

ORCL_KATZ000000065



CONFIDENTIAL
ORCL_KATZ000000066



CONFIDENTIAL



Lifestyle Segmentation

Lifestyles

Lifestyles

CONFIDENTIAL

ORCL_KATZ000000068



CONFIDENTIAL



CONFIDENTIAL                                                    ORCL_KATZ000000070



| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |

CONFIDENTIAL

ORCL_KATZ000000071



| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |

CONFIDENTIAL ORCL_KATZ000000072

| Merchant Category Audiences | |
|---|---|
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |

CONFIDENTIAL ORCL_KATZ000000073

| Merchant Category Audiences | |
|---|---|
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |



CONFIDENTIAL                                    ORCL_KATZ000000074



| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |

CONFIDENTIAL                                                                                          ORCL_KATZ000000075



| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |

Offline Access Request Response Report                    40



CONFIDENTIAL                                                    ORCL_KATZ000000077



CONFIDENTIAL                                                                          ORCL_KATZ000000078



Offline Access Request Response Report                    43

                    ORCL_KATZ000000079



CONFIDENTIAL



| Purchase-Based |
| Purchase-Based |
| Purchase-Based |
| Purchase-Based |
| Purchase-Based |

| Restaurants & Dining |
| Restaurants & Dining |
| Retail |
| Retail |

CONFIDENTIAL

ORCL_KATZ000000081



| |
| --- |
| Seasonal |
| Seasonal |
| Seasonal |
| Seasonal |
| Seasonal |
| Seasonal |
| Seasonal |
| Seasonal |
| Seasonal |
| Seasonal |
| Small Business |
| Small Business |
| Small Business |
| Small Business |
| Small Business |

| |
| --- |
| Spend Characteristics |
| Spending Range |
| Spending Range |

CONFIDENTIAL



CONFIDENTIAL                                                              ORCL_KATZ000000083



| TV |
| TV Categories |
| TV Viewership |

| Vehicle Price or Age |
| Vehicle Price or Age |
| Vehicle Price or Age |
| Vehicle Price or Age |

CONFIDENTIAL                                                                ORCL_KATZ000000084

Oracle Data Cloud collected purchase-related retail data associated with your profile, indicating that you spent the following amounts at retail businesses in the last 12 months:

| Date of Transaction | Purchase Type | SKU | Description | Amount |
|---|---|---|---|---|
| | | | | |

CONFIDENTIAL

# EXHIBIT B

## [REDACTED]



# Offline Access Request
# Response Report





# Oracle Data Cloud:

## Offline Access Request Response Report

Oracle Data Cloud scanned our data and found the following data elements associated with the personal information you provided:

| Data Element Description | Your Data |
|---|---|
| **First and Last Name** | |
| **Physical Address** | |
| **All email addresses associated with your profile** (all but the email you provided with your request have been partially masked) | |
| **All phone numbers associated with your profile** (all but the phone number you provided with your request have been partially masked) | |
| **Mail Preference option from Direct Marketing Association (DMA). DMA is an industry group that tracks mails preferences option from consumer and alerts members when individual opt out** | |

CONFIDENTIAL                    ORCL_KATZ000000006

| Oracle Data Cloud has collected the following demographic attributes associated with your individual profile or household profile: | | |
|---|---|---|
| **Demographic Category** | **Demographic Detail** | **Value** |
| Household | Adults | |
| Household | Age | |
| Household | Age Code | |
| Household | Age Range | |
| Household | | |
| Household | Birth Year | |
| Household | Buyer Continuity | |
| Household | Buyer Score Category | |
| Household | Buyer Score Percentile | |
| Household | Census Tract* Avg Education Level | |
| Household | Census Tract* Avg Household Income Dollars | |
| Household | Census Tract* Avg Householder Age | |
| Household | Census Tract* Income Percentile | |
| Household | Census Tract* Median Household Effective Buy Dollar | |
| Household | Census Tract* Percent Black | |
| Household | Census Tract* Percent Blue Collar | |
| Household | Census Tract* Percent Built 2000 | |
| Household | Census Tract* Percent Divorce | |
| Household | Census Tract* Percent Hispanic | |
| Household | Census Tract* Percent Homeowner | |
| Household | Census Tract* Percent Household with Children | |
| Household | Census Tract* Percent Married | |
| Household | Census Tract* Percent Motor Vehicle Owned | |

| | | |
|---|---|---|
| Household | Census Tract* Percent Moved 2000 | |
| Household | Census Tract* Percent Single Family Home | |
| Household | Census Tract* Percent White | |
| Household | Census Tract* Percent White Collar | |
| Household | Census Tract* Socio Economic Score | |
| Household | Census Tract* State Population Density Percentile | |
| Household | Census Tract* US Population Density Percentile | |
| Household | CPG Score Category | |
| Household | CPG Score Percentile | |
| Household | Dollar Home Value | |
| Household | Dwelling Type | |
| Household | Ethnic Code | |
| Household | Ethnic Group | |
| Household | Ethnicity | |
| Household | | |
| Household | Gender | |
| Household | Generation | |
| Household | Homeowner | |
| Household | Household Composition | |
| Household | Income | |
| Household | Language | |
| Household | Language Preference | |
| Household | Mail Order Responder | |
| Household | | |
| Household | Net Worth New | |
| Household | New Monthly Buyer | |
| Household | Nielson County Size | |
| Household | | |

CONFIDENTIAL

| Household | People In Household | |
|-----------|---------------------|---|
| Household | State | |
| Household | Zip Plus4 | |

*Census Tract Data refers to information about your neighborhood as established by the Bureau of Census for analyzing populations.

CONFIDENTIAL

| Oracle Data Cloud has used partner data to associate your profile with the following interest-based segments: | |
|---|---|
| **Segment Category** | **Segment Detail** |



CONFIDENTIAL ORCL_KATZ000000010



| | |
|---|---|
| Company Age | |
| Company Industry | |
| Company Industry | |
| | |
| Company revenue | |
| Company Sales Volume | |
| Company Size | |

CONFIDENTIAL



Education

Employee Management Level

Food Attitudes

Food Attitudes

Food Attitudes

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL                                                                    ORCL_KATZ000000014



CONFIDENTIAL ORCL_KATZ000000015



CONFIDENTIAL                                                    ORCL_KATZ000000016



CONFIDENTIAL                                          ORCL_KATZ000000017



CONFIDENTIAL ORCL_KATZ000000018



CONFIDENTIAL                                                        ORCL_KATZ000000019



CONFIDENTIAL                                                  ORCL_KATZ000000020



CONFIDENTIAL                                                                    ORCL_KATZ000000021



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL                                                    ORCL_KATZ000000024



CONFIDENTIAL

ORCL_KATZ000000025



CONFIDENTIAL

ORCL_KATZ000000026



CONFIDENTIAL



CONFIDENTIAL

ORCL_KATZ000000028



Merchant Category Audiences
Merchant Category Audiences
Merchant Category Audiences
Merchant Category Audiences
Merchant Category Audiences
Merchant Category Audiences
Merchant Category Audiences

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL ORCL_KATZ000000032



CONFIDENTIAL



CONFIDENTIAL                                                                                      ORCL_KATZ000000034



Spend Characteristics

Spend Characteristics

State

TV

TV Categories

TV Categories

TV Viewership

Vehicle Price or Age

Vehicle Price or Age

Vehicle Price or Age

Vehicle Price or Age

Vehicle Price or Age

Vehicle Price or Age

Vehicle Price or Age

CONFIDENTIAL



CONFIDENTIAL

ORCL_KATZ000000036