TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
CHRISTIN HILL (CA SBN 247522)
CHill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone:    415.268.7000
Facsimile:    415.268.7522

PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
WHITNEY O'BYRNE (CA SBN 325698)
WOByrne@mofo.com
ERIK MANUKYAN (CA SBN 340307)
EManukyan@mofo.com
EMMA BURGOON (CA SBN 348097)
EBurgoon@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone:    213.892.5200
Facsimile:    213.892.5454

*Additional counsel on next page*

*Plaintiffs' counsel on signature page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendants. | Case No. 3-22-cv-04792-RS<br><br>**DECLARATION OF PURVI G. PATEL IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES**<br><br>**[N.D. CAL. L.R. 6-2]**<br><br>Judge:  Hon. Richard Seeborg<br><br>Date Action Filed:  August 19, 2022<br>FAC Filed:  May 22, 2023<br>Trial Date:  Not set |

PATEL DECL. ISO STIP AND [PROPOSED]
ORDER TO EXTEND CASE DEADLINES
sf-5652226

Case No. 3-22-cv-04792-RS

ZACHARY S. NEWMAN (NY SBN 5651518)
Admitted *pro hac vice*
ZNewman@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone:     212.468.8000
Facsimile:     212.468.7900

KYLE ZIPES (CA SBN 251814)
Kyle.Zipes@oracle.com
NARGUES M. EDER (CA SBN 260289)
Nargues.M.Eder@oracle.com
ORACLE AMERICA, INC.
500 Oracle Parkway
Redwood Shores, California 94065
Telephone:     650.506.7000

Attorneys for Defendant
ORACLE AMERICA, INC.

I, Purvi G. Patel, hereby declare as follows:

1.    I am a partner in the law firm of Morrison & Foerster LLP and counsel of record for Defendant Oracle America, Inc. in this action.  I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

2.    I met and conferred with Plaintiffs' counsel on October 16 and 17, 2023 to discuss the extension of relevant case deadlines.  The parties agreed that it would conserve judicial and party resources for Oracle to answer in a single pleading any and all claims that survive Oracle's anticipated motion to dismiss Plaintiffs' anticipated Second Amended Complaint ("SAC") 30 days after a ruling on Oracle's motion to dismiss the SAC.

3.    The parties also agreed, in light of the complexities of the issues and in light of Plaintiffs' forthcoming Motion to Reconsider, to extend Plaintiffs' deadline to file the SAC, and agreed to a briefing schedule for Oracle's anticipated motion to dismiss.

4.    In light of the current posture of the case, the parties additionally agreed to extend the deadline for Plaintiffs to file their motion for class certification and agreed to a briefing schedule for the motion.

5.    The parties have previously stipulated four times to extend deadlines in this case (ECF Nos. 21, 50, 52, 59), each of which the Court approved (ECF Nos. 22, 51, 53, 60).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of October, 2023, at Los Angeles, California.

/s/ Purvi G. Patel
Purvi G. Patel