Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Attorney for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware, <br><br> Defendant. | Case No. 3:22-cv-04792-RS <br><br> **PUBLIC REDACTED VERSIONS OF EXHIBITS A AND B TO THE FIRST AMENDED COMPLAINT REFILED PURSUANT TO THE COURT'S SEALING ORDER (DKT. 77)** <br><br> Judge: Hon. Richard Seeborg <br><br><br> Date Action Filed: August 19, 2022 <br> Trial Date: None set |

# EXHIBIT A

## [REDACTED]



**ORACLE**
Data Cloud



# Offline Access Request Response Report





CONFIDENTIAL

ORCL_KATZ000000037

# Oracle Data Cloud:

## Offline Access Request Response Report

Oracle Data Cloud scanned our data and found the following data elements associated with the personal information you provided:

| Data Element Description | Your Data |
|---|---|
| **First and Last Name** | |
| **Physical Address** | |
| **All email addresses associated with your profile** (all but the email you provided with your request have been partially masked) | |
| **All phone numbers associated with your profile** (all but the phone number you provided with your request have been partially masked) | |
| **Mail Preference option from Direct Marketing Association (DMA). DMA is an industry group that tracks mails preferences option from consumer and alerts members when individual opt out** | |

CONFIDENTIAL    ORCL_KATZ000000038

| Oracle Data Cloud has collected the following demographic attributes associated with your individual profile or household profile: | | |
|---|---|---|
| **Demographic Category** | **Demographic Detail** | **Value** |
| Individual | Age | |
| Individual | Age Code | |
| Individual | Age Range | |
| Individual | Birth Year | |
| Individual | Census Tract* Avg Education Level | |
| Individual | Ethnic Code | |
| Individual | Ethnic Group | |
| Individual | Ethnicity | |
| Individual | Family Position Code | |
| Individual | Gender | |
| Individual | Generation | |
| Individual | Language | |
| Individual | Language Preference | |
| Individual | Race | |
| Household | Adults | |
| Household | Age | |
| Household | Age Code | |
| Household | Age Range | |
| Household | | |
| Household | | |
| Household | Birth Year | |
| Household | Buyer Continuity | |
| Household | Buyer Score Category | |
| Household | Buyer Score Percentile | |
| Household | Census Tract* Avg Education Level | |
| Household | Census Tract* Avg Household Income Dollars | |
| Household | Census Tract* Avg Householder Age | |

Offline Access Request Response Report                                                                 3

CONFIDENTIAL                                                                                              ORCL_KATZ000000039

| Household | Census Tract* Income Percentile | |
|---|---|---|
| Household | Census Tract* Median Household Effective Buy Dollar | |
| Household | Census Tract* Percent Black | |
| Household | Census Tract* Percent Blue Collar | |
| Household | Census Tract* Percent Built 2000 | |
| Household | Census Tract* Percent Divorce | |
| Household | Census Tract* Percent Hispanic | |
| Household | Census Tract* Percent Homeowner | |
| Household | Census Tract* Percent Household with Children | |
| Household | Census Tract* Percent Married | |
| Household | Census Tract* Percent Mobile | |
| Household | Census Tract* Percent Motor Vehicle Owned | |
| Household | Census Tract* Percent Moved 2000 | |
| Household | Census Tract* Percent Single Family Home | |
| Household | Census Tract* Percent White | |
| Household | Census Tract* Percent White Collar | |
| Household | Census Tract* Socio Economic Score | |
| Household | | |
| Household | | |
| Household | CPG Score Category | |
| Household | CPG Score Percentile | |
| Household | Dollar Home Value | |
| Household | Dollar Zip4 Avg Home Value | |
| Household | Dwelling Type | |
| Household | | |

Offline Access Request Response Report                                        4

CONFIDENTIAL                                                                    ORCL_KATZ000000040

| | | |
|---|---|---|
| Household | Ethnic Code | |
| Household | Ethnic Group | |
| Household | Ethnicity | |
| Household | | |
| Household | | |
| Household | | |
| Household | Gender | |
| Household | Generation | |
| Household | | |
| Household | Homeowner | |
| Household | Household Composition | |
| Household | Income | |
| Household | Language | |
| Household | Language Preference | |
| Household | Length Residence | |
| Household | Mail Order Responder | |
| Household | | |
| Household | Net Worth New | |
| Household | New Monthly Buyer | |
| Household | Nielson County Size | |
| Household | | |
| Household | | |
| Household | | |
| Household | | |
| Household | | |
| Household | People In Household | |
| Household | Race | |
| Household | | |
| Household | State | |
| Household | Zip Plus4 | |

*Census Tract Data refers to information about your neighborhood as established by the Bureau of Census for analyzing populations.

CONFIDENTIAL                                                                                 ORCL_KATZ000000041

| Oracle Data Cloud has used partner data to associate your profile with the following interest-based segments: | |
|---|---|
| **Segment Category** | **Segment Detail** |
| Ability to Pay | |
| Ability to Pay | |
| | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |

CONFIDENTIAL                                                                 ORCL_KATZ000000042



CONFIDENTIAL                                                    ORCL_KATZ000000043



CONFIDENTIAL

ORCL_KATZ000000044



| |
|---|
| Business (B2B) |
| Business Type |
| Business Type |
| Business Type |
| |
| Business Type |
| Business Type |
| Business Type |
| Buyer Score |
| Buying Styles |
| Buying Styles |
| Buying Styles |
| Buying Styles |
| Buying Styles |

CONFIDENTIAL                                            ORCL_KATZ000000045



CONFIDENTIAL

ORCL_KATZ000000046



Offline Access Request Response Report                                                                11

CONFIDENTIAL                                                                ORCL_KATZ000000047



CONFIDENTIAL

ORCL_KATZ000000048



Demo

Education

Employee Management Level

Employee Management Level

Employee Management Level

Employee Management Level

Employee Management Level

Employee Management Level

Employee Management Level

Employee Management Level

Employee Occupations and Job Functions

Employee Occupations and Job Functions

Employee Occupations and Job Functions

CONFIDENTIAL                                                            ORCL_KATZ000000049



Employee Occupations and Job Functions

Fashion & Style Attitudes
Fashion & Style Attitudes
Fashion & Style Attitudes
Fashion & Style Attitudes

Finance Attitudes
Finance Attitudes

Financial Mobility
Food Attitudes
Food Attitudes
Food Attitudes
Food Attitudes
Food Attitudes

CONFIDENTIAL



Offline Access Request Response Report                                                                          15

CONFIDENTIAL                                                                          ORCL_KATZ000000051



Household Income (HHI)

Offline Access Request Response Report

CONFIDENTIAL

ORCL_KATZ000000052



Income, Age, Demo

CONFIDENTIAL                                                                                ORCL_KATZ000000053



Offline Access Request Response Report                                                                18

CONFIDENTIAL                                                                                    ORCL_KATZ000000054



Offline Access Request Response Report                                                                19

CONFIDENTIAL                                                                ORCL_KATZ000000055



Offline Access Request Response Report                                                     20

CONFIDENTIAL                                                      ORCL_KATZ000000056



Offline Access Request Response Report                                            21

ORCL_KATZ000000057



Offline Access Request Response Report                                                22

CONFIDENTIAL                                                          ORCL_KATZ000000058



Offline Access Request Response Report

23

CONFIDENTIAL

ORCL_KATZ000000059



Offline Access Request Response Report                                                                   24

CONFIDENTIAL                                                                   ORCL_KATZ000000060



Offline Access Request Response Report

25

CONFIDENTIAL

ORCL_KATZ000000061



Offline Access Request Response Report                                              26

CONFIDENTIAL                                                                    ORCL_KATZ000000062



Offline Access Request Response Report

27

CONFIDENTIAL

ORCL_KATZ000000063



Offline Access Request Response Report                                                28

CONFIDENTIAL

ORCL_KATZ000000064



Offline Access Request Response Report

29

CONFIDENTIAL

ORCL_KATZ000000065



Offline Access Request Response Report                                    30

CONFIDENTIAL



CONFIDENTIAL                                                                                    ORCL_KATZ000000067



CONFIDENTIAL                                                                                                    ORCL_KATZ000000068



Offline Access Request Response Report                                                                33

CONFIDENTIAL                                                                ORCL_KATZ000000069



Offline Access Request Response Report                                                      34

CONFIDENTIAL                                                      ORCL_KATZ000000070



| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |

Offline Access Request Response Report                                    35

CONFIDENTIAL

ORCL_KATZ000000071



| Merchant Category Audiences |  |
| --- | --- |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |
| Merchant Category Audiences |  |

CONFIDENTIAL

ORCL_KATZ000000072



CONFIDENTIAL                                              ORCL_KATZ000000073



CONFIDENTIAL                                                                ORCL_KATZ000000074



CONFIDENTIAL                                                                                   ORCL_KATZ000000075



Merchant Category Audiences
Merchant Category Audiences
Merchant Category Audiences
Merchant Category Audiences
Merchant Category Audiences
Merchant Category Audiences
Merchant Category Audiences
Merchant Category Audiences
Merchant Category Audiences
Merchant Category Audiences
Merchant Category Audiences
Merchant Category Audiences

Offline Access Request Response Report

40

CONFIDENTIAL

ORCL_KATZ000000076



Offline Access Request Response Report                                                          41

CONFIDENTIAL                                                          ORCL_KATZ000000077



Offline Access Request Response Report

42

CONFIDENTIAL

ORCL_KATZ000000078



Offline Access Request Response Report                                                43

CONFIDENTIAL                                                                    ORCL_KATZ000000079



Offline Access Request Response Report                                                            44

CONFIDENTIAL                                                          ORCL_KATZ000000080



CONFIDENTIAL

ORCL_KATZ000000081



| Seasonal |
| Seasonal |
| Seasonal |
| Seasonal |
| Seasonal |
| Seasonal |
| Seasonal |
| Seasonal |
| Seasonal |
| Seasonal |
| Small Business |
| Small Business |
| Small Business |
| Small Business |
| Small Business |
| Spend Characteristics |
| Spending Range |
| Spending Range |

CONFIDENTIAL                                    ORCL_KATZ000000082



CONFIDENTIAL

ORCL_KATZ000000083



CONFIDENTIAL                                                      ORCL_KATZ000000084

| Oracle Data Cloud collected purchase-related retail data associated with your profile, indicating that you spent the following amounts at retail businesses in the last 12 months: | | | | |
|---|---|---|---|---|
| Date of Transaction | Purchase Type | SKU | Description | Amount |
| | | | | |
| | | | | |

CONFIDENTIAL                                                                ORCL_KATZ000000085

# EXHIBIT B

## [REDACTED]



**ORACLE**
Data Cloud



# Offline Access Request Response Report





# Oracle Data Cloud:

## Offline Access Request Response Report

Oracle Data Cloud scanned our data and found the following data elements associated with the personal information you provided:

| Data Element Description | Your Data |
|---|---|
| First and Last Name | |
| Physical Address | |
| All email addresses associated with your profile (all but the email you provided with your request have been partially masked) | |
| All phone numbers associated with your profile (all but the phone number you provided with your request have been partially masked) | |
| Mail Preference option from Direct Marketing Association (DMA). DMA is an industry group that tracks mails preferences option from consumer and alerts members when individual opt out | |

CONFIDENTIAL                                                                                          ORCL_KATZ000000006

| Oracle Data Cloud has collected the following demographic attributes associated with your individual profile or household profile: | | |
|---|---|---|
| **Demographic Category** | **Demographic Detail** | **Value** |
| Household | Adults | |
| Household | Age | |
| Household | Age Code | |
| Household | Age Range | |
| Household | | |
| Household | Birth Year | |
| Household | Buyer Continuity | |
| Household | Buyer Score Category | |
| Household | Buyer Score Percentile | |
| Household | Census Tract* Avg Education Level | |
| Household | Census Tract* Avg Household Income Dollars | |
| Household | Census Tract* Avg Householder Age | |
| Household | Census Tract* Income Percentile | |
| Household | Census Tract* Median Household Effective Buy Dollar | |
| Household | Census Tract* Percent Black | |
| Household | Census Tract* Percent Blue Collar | |
| Household | Census Tract* Percent Built 2000 | |
| Household | Census Tract* Percent Divorce | |
| Household | Census Tract* Percent Hispanic | |
| Household | Census Tract* Percent Homeowner | |
| Household | Census Tract* Percent Household with Children | |
| Household | Census Tract* Percent Married | |
| Household | Census Tract* Percent Motor Vehicle Owned | |

CONFIDENTIAL                                                                                    ORCL_KATZ000000007

| Household | Census Tract* Percent Moved 2000 | |
|---|---|---|
| Household | Census Tract* Percent Single Family Home | |
| Household | Census Tract* Percent White | |
| Household | Census Tract* Percent White Collar | |
| Household | Census Tract* Socio Economic Score | |
| Household | Census Tract* State Population Density Percentile | |
| Household | Census Tract* US Population Density Percentile | |
| Household | CPG Score Category | |
| Household | CPG Score Percentile | |
| Household | Dollar Home Value | |
| Household | Dwelling Type | |
| Household | Ethnic Code | |
| Household | Ethnic Group | |
| Household | Ethnicity | |
| Household | | |
| Household | Gender | |
| Household | Generation | |
| Household | Homeowner | |
| Household | Household Composition | |
| Household | Income | |
| Household | Language | |
| Household | Language Preference | |
| Household | Mail Order Responder | |
| Household | | |
| Household | Net Worth New | |
| Household | New Monthly Buyer | |
| Household | Nielson County Size | |
| Household | | |

CONFIDENTIAL    ORCL_KATZ000000008

| Household | People In Household | ███████████ |
|-----------|---------------------|-------------|
| Household | State | ███████████ |
| Household | Zip Plus4 | ███████████ |

\*Census Tract Data refers to information about your neighborhood as established by the Bureau of Census for analyzing populations.

Offline Access Request Response Report                                                                 5

CONFIDENTIAL                                                                 ORCL_KATZ000000009

| Oracle Data Cloud has used partner data to associate your profile with the following interest-based segments: | |
|---|---|
| **Segment Category** | **Segment Detail** |



CONFIDENTIAL

ORCL_KATZ000000010



CONFIDENTIAL                                                                           ORCL_KATZ000000011



CONFIDENTIAL                                    ORCL_KATZ000000012



Offline Access Request Response Report                                                                9

CONFIDENTIAL                                                                ORCL_KATZ000000013



Offline Access Request Response Report                                                                                    10

CONFIDENTIAL                                                                                    ORCL_KATZ000000014



Offline Access Request Response Report                                    11

CONFIDENTIAL                                                      ORCL_KATZ000000015



Offline Access Request Response Report

12

CONFIDENTIAL

ORCL_KATZ000000016



Offline Access Request Response Report                                                            13

CONFIDENTIAL                                                                          ORCL_KATZ000000017



Offline Access Request Response Report                                                                              14

CONFIDENTIAL                                                                              ORCL_KATZ000000018



Offline Access Request Response Report                                                                                              15

CONFIDENTIAL                                                                   ORCL_KATZ000000019



Offline Access Request Response Report

16

CONFIDENTIAL



Offline Access Request Response Report                                                        17

CONFIDENTIAL                                                                   ORCL_KATZ000000021



Offline Access Request Response Report                                                           18

CONFIDENTIAL                                                                    ORCL_KATZ000000022



Offline Access Request Response Report

19

CONFIDENTIAL

ORCL_KATZ000000023



Offline Access Request Response Report                                                                                      20

CONFIDENTIAL                                                                                      ORCL_KATZ000000024



Offline Access Request Response Report    21

CONFIDENTIAL    ORCL_KATZ000000025



Offline Access Request Response Report

22

CONFIDENTIAL

ORCL_KATZ000000026



Offline Access Request Response Report                                                                                          23

CONFIDENTIAL                                                                                          ORCL_KATZ000000027



Offline Access Request Response Report

24

CONFIDENTIAL



CONFIDENTIAL                                                                ORCL_KATZ000000029



Offline Access Request Response Report                                                    26

CONFIDENTIAL                                                    ORCL_KATZ000000030



Offline Access Request Response Report

27

CONFIDENTIAL

ORCL_KATZ000000031



Offline Access Request Response Report                                                    28

CONFIDENTIAL                                                    ORCL_KATZ000000032



Offline Access Request Response Report

29

CONFIDENTIAL

ORCL_KATZ000000033



Offline Access Request Response Report                                                      30

CONFIDENTIAL                                                      ORCL_KATZ000000034



| |
|---|
| Spend Characteristics |
| Spend Characteristics |

| |
|---|
| State |

| |
|---|
| TV |
| TV Categories |
| TV Categories |
| TV Viewership |
| Vehicle Price or Age |
| Vehicle Price or Age |
| Vehicle Price or Age |
| Vehicle Price or Age |
| Vehicle Price or Age |
| Vehicle Price or Age |
| Vehicle Price or Age |

CONFIDENTIAL    ORCL_KATZ000000035



CONFIDENTIAL                                                    ORCL_KATZ000000036