Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Attorney for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | Case No. 3:22-cv-04792-RS<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Judge: Hon. Richard Seeborg<br><br>Date Action Filed: August 19, 2022<br>Trial Date: None set |

## [PROPOSED] ORDER

Before the Court is Plaintiffs' Motion for Leave to File a Motion for Reconsideration, of the Court's October 3, 2023 Order Granting in Part and Denying in Part Defendant's Motion to Dismiss (Dkt. 77). Having considered the Motion, the Court finds that it satisfies the standard set forth in Civil Local Rule 7-9.

Plaintiffs' Motion for Leave to File a Motion for Reconsideration is hereby **GRANTED.**

Plaintiffs' accompanying Memorandum of Points and Authorities in support of the Motion for Leave is deemed Plaintiffs' Memorandum of Points and Authorities in support of Plaintiffs' Motion for Reconsideration.

Defendant shall file a Response by _____. Plaintiffs shall file a Reply by _____.


**IT IS SO ORDERED**


Dated:_____                    _____

                                               Honorable Richard Seeborg
                                               United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION FOR
LEAVE TO FILE A MOTION FOR
RECONSIDERATION CASE NO. 22-CV-04792-RS