# EXHIBIT A

## [REDACTED]



ORACLE
Data Cloud



# Offline Access Request Response Report





# Oracle Data Cloud:

## Offline Access Request Response Report

Oracle Data Cloud scanned our data and found the following data elements associated with the personal information you provided:

| Data Element Description | Your Data |
|---|---|
| **First and Last Name** | |
| **Physical Address** | |
| **All email addresses associated with your profile (all but the email you provided with your request have been partially masked)** | |
| **All phone numbers associated with your profile (all but the phone number you provided with your request have been partially masked)** | |
| **Mail Preference option from Direct Marketing Association (DMA). DMA is an industry group that tracks mails preferences option from consumer and alerts members when individual opt out** | |

CONFIDENTIAL

ORCL_KATZ000000038

| Oracle Data Cloud has collected the following demographic attributes associated with your individual profile or household profile: | | |
|---|---|---|
| **Demographic Category** | **Demographic Detail** | **Value** |
| Individual | Age | |
| Individual | Age Code | |
| Individual | Age Range | |
| Individual | Birth Year | |
| Individual | Census Tract* Avg Education Level | |
| Individual | Ethnic Code | |
| Individual | Ethnic Group | |
| Individual | Ethnicity | |
| Individual | Family Position Code | |
| Individual | Gender | |
| Individual | Generation | |
| Individual | Language | |
| Individual | Language Preference | |
| Individual | Race | |
| Household | Adults | |
| Household | Age | |
| Household | Age Code | |
| Household | Age Range | |
| Household | | |
| Household | | |
| Household | Birth Year | |
| Household | Buyer Continuity | |
| Household | Buyer Score Category | |
| Household | Buyer Score Percentile | |
| Household | Census Tract* Avg Education Level | |
| Household | Census Tract* Avg Household Income Dollars | |
| Household | Census Tract* Avg Householder Age | |

CONFIDENTIAL

ORCL_KATZ000000039

| | | |
|---|---|---|
| Household | Census Tract* Income Percentile | |
| Household | Census Tract* Median Household Effective Buy Dollar | |
| Household | Census Tract* Percent Black | |
| Household | Census Tract* Percent Blue Collar | |
| Household | Census Tract* Percent Built 2000 | |
| Household | Census Tract* Percent Divorce | |
| Household | Census Tract* Percent Hispanic | |
| Household | Census Tract* Percent Homeowner | |
| Household | Census Tract* Percent Household with Children | |
| Household | Census Tract* Percent Married | |
| Household | Census Tract* Percent Mobile | |
| Household | Census Tract* Percent Motor Vehicle Owned | |
| Household | Census Tract* Percent Moved 2000 | |
| Household | Census Tract* Percent Single Family Home | |
| Household | Census Tract* Percent White | |
| Household | Census Tract* Percent White Collar | |
| Household | Census Tract* Socio Economic Score | |
| Household | | |
| Household | | |
| Household | CPG Score Category | |
| Household | CPG Score Percentile | |
| Household | Dollar Home Value | |
| Household | Dollar Zip4 Avg Home Value | |
| Household | Dwelling Type | |
| Household | | |

CONFIDENTIAL                                                                ORCL_KATZ000000040

| | | |
|---|---|---|
| Household | Ethnic Code | |
| Household | Ethnic Group | |
| Household | Ethnicity | |
| Household | | |
| Household | | |
| Household | | |
| Household | Gender | |
| Household | Generation | |
| Household | | |
| Household | Homeowner | |
| Household | Household Composition | |
| Household | Income | |
| Household | Language | |
| Household | Language Preference | |
| Household | Length Residence | |
| Household | Mail Order Responder | |
| Household | | |
| Household | Net Worth New | |
| Household | New Monthly Buyer | |
| Household | Nielson County Size | |
| Household | | |
| Household | | |
| Household | | |
| Household | | |
| Household | | |
| Household | People In Household | |
| Household | Race | |
| Household | | |
| Household | State | |
| Household | Zip Plus4 | |

*Census Tract Data refers to information about your neighborhood as established by the Bureau of Census for analyzing populations.

CONFIDENTIAL                                    ORCL_KATZ000000041

| Oracle Data Cloud has used partner data to associate your profile with the following interest-based segments: | |
|---|---|
| **Segment Category** | **Segment Detail** |
| Ability to Pay | |
| Ability to Pay | |
| | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |
| Ad Occurrence | |

Offline Access Request Response Report                                          6

ORCL_KATZ000000042



CONFIDENTIAL

ORCL_KATZ000000043



CONFIDENTIAL                                        ORCL_KATZ000000044



Business (B2B)

Business Type

Business Type

Business Type

Business Type

Business Type

Business Type

Buyer Score

Buying Styles

Buying Styles

Buying Styles

Buying Styles

Buying Styles

CONFIDENTIAL

ORCL_KATZ000000045



| | |
|---|---|
| Company Age | |
| Company Age | |
| Company Industry | |
| Company Industry | |
| Company Industry | |
| Company Industry | |
| Company Industry | |
| Company revenue | |
| Company Sales Volume | |
| Company Sales Volume | |
| Company Sales Volume | |
| Company Size | |
| Company Size | |
| Company Size | |

CONFIDENTIAL

ORCL_KATZ000000046



Offline Access Request Response Report                                                    11

CONFIDENTIAL                                    ORCL_KATZ000000047



Offline Access Request Response Report                                          12

CONFIDENTIAL



CONFIDENTIAL                                                                                                ORCL_KATZ000000049



| Employee Occupations and Job Functions |
| --- |
| Fashion & Style Attitudes |
| Fashion & Style Attitudes |
| Fashion & Style Attitudes |
| Fashion & Style Attitudes |
| Finance Attitudes |
| Finance Attitudes |
| Financial Mobility |
| Food Attitudes |
| Food Attitudes |
| Food Attitudes |
| Food Attitudes |
| Food Attitudes |

CONFIDENTIAL

ORCL_KATZ000000050



Offline Access Request Response Report                                                          15

CONFIDENTIAL                                                          ORCL_KATZ000000051



Household Income (HHI)

CONFIDENTIAL                                                                    ORCL_KATZ000000052



Income, Age, Demo

CONFIDENTIAL                                                                              ORCL_KATZ000000053



Offline Access Request Response Report                                      18

CONFIDENTIAL



CONFIDENTIAL                                                                                    ORCL_KATZ000000055



Offline Access Request Response Report                                    20

CONFIDENTIAL                                    ORCL_KATZ000000056



Offline Access Request Response Report                                                    21

CONFIDENTIAL



CONFIDENTIAL                                                                ORCL_KATZ000000058



Offline Access Request Response Report                                                    23

CONFIDENTIAL



Offline Access Request Response Report

24

CONFIDENTIAL

ORCL_KATZ000000060



Offline Access Request Response Report                                                                         25

CONFIDENTIAL                                                          ORCL_KATZ000000061



Offline Access Request Response Report                                          26

CONFIDENTIAL                                          ORCL_KATZ000000062



Offline Access Request Response Report                                                                27

CONFIDENTIAL                                                                ORCL_KATZ000000063



Offline Access Request Response Report                                                                28

CONFIDENTIAL                                                                ORCL_KATZ000000064



Offline Access Request Response Report                                                    29

CONFIDENTIAL                                                    ORCL_KATZ000000065



Offline Access Request Response Report                                                30

CONFIDENTIAL                                                ORCL_KATZ000000066



CONFIDENTIAL

ORCL_KATZ000000067



Lifestyle Segmentation

Lifestyles

Lifestyles

CONFIDENTIAL                                                    ORCL_KATZ000000068



Offline Access Request Response Report                                          33

CONFIDENTIAL                                          ORCL_KATZ000000069



Offline Access Request Response Report                                                    34

CONFIDENTIAL                                                                    ORCL_KATZ000000070



| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |

CONFIDENTIAL                                                                                              ORCL_KATZ000000071

| Merchant Category Audiences | |
|---|---|
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |

CONFIDENTIAL                                                                                              ORCL_KATZ000000072



CONFIDENTIAL                                                              ORCL_KATZ000000073

| Merchant Category Audiences | |
|---|---|
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |

CONFIDENTIAL                                                                                           ORCL_KATZ000000074

| Merchant Category Audiences | |
|---|---|
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |
| Merchant Category Audiences | |

CONFIDENTIAL                                                                                      ORCL_KATZ000000075



CONFIDENTIAL

ORCL_KATZ000000076



Offline Access Request Response Report                                                                 41

CONFIDENTIAL                                                                 ORCL_KATZ000000077



Offline Access Request Response Report                                          42

CONFIDENTIAL                                                            ORCL_KATZ000000078



Offline Access Request Response Report                                              43

CONFIDENTIAL                                                    ORCL_KATZ000000079



Offline Access Request Response Report                                                    44

CONFIDENTIAL                                                      ORCL_KATZ000000080



CONFIDENTIAL                                                      ORCL_KATZ000000081



| | |
|---|---|
| Seasonal | |
| Seasonal | |
| Seasonal | |
| Seasonal | |
| Seasonal | |
| Seasonal | |
| Seasonal | |
| Seasonal | |
| Seasonal | |
| Seasonal | |
| Small Business | |
| Small Business | |
| Small Business | |
| Small Business | |
| Small Business | |

| | |
|---|---|
| Spend Characteristics | |
| Spending Range | |
| Spending Range | |

CONFIDENTIAL                                    ORCL_KATZ000000082



Offline Access Request Response Report 47



TV
TV Categories
TV Viewership

Vehicle Price or Age
Vehicle Price or Age
Vehicle Price or Age
Vehicle Price or Age

CONFIDENTIAL                                                              ORCL_KATZ000000084

| Oracle Data Cloud collected purchase-related retail data associated with your profile, indicating that you spent the following amounts at retail businesses in the last 12 months: | | | | |
|---|---|---|---|---|
| Date of Transaction | Purchase Type | SKU | Description | Amount |
| | | | | |
| | | | | |

CONFIDENTIAL                                                                            ORCL_KATZ000000085