# EXHIBIT B

## [REDACTED]



ORACLE
Data Cloud



# Offline Access Request Response Report





CONFIDENTIAL

ORCL_KATZ000000005

# Oracle Data Cloud:

## Offline Access Request Response Report

Oracle Data Cloud scanned our data and found the following data elements associated with the personal information you provided:

| Data Element Description | Your Data |
|---|---|
| **First and Last Name** | |
| **Physical Address** | |
| **All email addresses associated with your profile** (all but the email you provided with your request have been partially masked) | |
| **All phone numbers associated with your profile** (all but the phone number you provided with your request have been partially masked) | |
| **Mail Preference option from Direct Marketing Association (DMA). DMA is an industry group that tracks mails preferences option from consumer and alerts members when individual opt out** | |

CONFIDENTIAL                                                                                    ORCL_KATZ000000006

| Oracle Data Cloud has collected the following demographic attributes associated with your individual profile or household profile: | | |
|---|---|---|
| **Demographic Category** | **Demographic Detail** | **Value** |
| Household | Adults | |
| Household | Age | |
| Household | Age Code | |
| Household | Age Range | |
| Household | | |
| Household | Birth Year | |
| Household | Buyer Continuity | |
| Household | Buyer Score Category | |
| Household | Buyer Score Percentile | |
| Household | Census Tract* Avg Education Level | |
| Household | Census Tract* Avg Household Income Dollars | |
| Household | Census Tract* Avg Householder Age | |
| Household | Census Tract* Income Percentile | |
| Household | Census Tract* Median Household Effective Buy Dollar | |
| Household | Census Tract* Percent Black | |
| Household | Census Tract* Percent Blue Collar | |
| Household | Census Tract* Percent Built 2000 | |
| Household | Census Tract* Percent Divorce | |
| Household | Census Tract* Percent Hispanic | |
| Household | Census Tract* Percent Homeowner | |
| Household | Census Tract* Percent Household with Children | |
| Household | Census Tract* Percent Married | |
| Household | Census Tract* Percent Motor Vehicle Owned | |

CONFIDENTIAL                                          ORCL_KATZ000000007

| Household | Census Tract* Percent Moved 2000 | |
| --- | --- | --- |
| Household | Census Tract* Percent Single Family Home | |
| Household | Census Tract* Percent White | |
| Household | Census Tract* Percent White Collar | |
| Household | Census Tract* Socio Economic Score | |
| Household | Census Tract* State Population Density Percentile | |
| Household | Census Tract* US Population Density Percentile | |
| Household | CPG Score Category | |
| Household | CPG Score Percentile | |
| Household | Dollar Home Value | |
| Household | Dwelling Type | |
| Household | Ethnic Code | |
| Household | Ethnic Group | |
| Household | Ethnicity | |
| Household | | |
| Household | Gender | |
| Household | Generation | |
| Household | Homeowner | |
| Household | Household Composition | |
| Household | Income | |
| Household | Language | |
| Household | Language Preference | |
| Household | Mail Order Responder | |
| Household | | |
| Household | Net Worth New | |
| Household | New Monthly Buyer | |
| Household | Nielson County Size | |
| Household | | |

CONFIDENTIAL                                        ORCL_KATZ000000008

| Household | People In Household | |
|-----------|---------------------|---|
| Household | State | |
| Household | Zip Plus4 | |

*Census Tract Data refers to information about your neighborhood as established by the Bureau of Census for analyzing populations.

CONFIDENTIAL                                                                                          ORCL_KATZ000000009



| Oracle Data Cloud has used partner data to associate your profile with the following interest-based segments: | |
| --- | --- |
| **Segment Category** | **Segment Detail** |

CONFIDENTIAL                                                                                        ORCL_KATZ000000010



| | |
|---|---|
| Company Age | |
| Company Industry | |
| Company Industry | |
| Company revenue | |
| Company Sales Volume | |
| Company Size | |

CONFIDENTIAL                                                                                                        ORCL_KATZ000000011



Education

Employee Management Level

Food Attitudes

Food Attitudes

Food Attitudes

CONFIDENTIAL                                    ORCL_KATZ000000012



Offline Access Request Response Report                                                                                    9

CONFIDENTIAL                                                                         ORCL_KATZ000000013



Offline Access Request Response Report                                                          10



Offline Access Request Response Report                                                          11

CONFIDENTIAL                                                                      ORCL_KATZ000000015



Offline Access Request Response Report                                                  12



Offline Access Request Response Report                                                    13

                                                    ORCL_KATZ000000017



Offline Access Request Response Report                                                                    14

CONFIDENTIAL                                                                  ORCL_KATZ000000018



Offline Access Request Response Report                                                      15

CONFIDENTIAL                                                      ORCL_KATZ000000019



Offline Access Request Response Report                                                    16

CONFIDENTIAL                                                    ORCL_KATZ000000020



Offline Access Request Response Report                                                                17



Offline Access Request Response Report                                        18

CONFIDENTIAL                                        ORCL_KATZ000000022



Offline Access Request Response Report                                                19



Offline Access Request Response Report                                                              20

CONFIDENTIAL                                                              ORCL_KATZ000000024



Offline Access Request Response Report                                                    21

CONFIDENTIAL



CONFIDENTIAL                                                                ORCL_KATZ000000026



CONFIDENTIAL                                                    ORCL_KATZ000000027



Offline Access Request Response Report                                    24

ORCL_KATZ000000028



| Merchant Category Audiences |
| --- |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |
| Merchant Category Audiences |

CONFIDENTIAL

ORCL_KATZ000000029



Offline Access Request Response Report                                           26

CONFIDENTIAL                                                      ORCL_KATZ000000030



Offline Access Request Response Report                                                    27

ORCL_KATZ000000031



Offline Access Request Response Report                                                                        28

ORCL_KATZ000000032



Offline Access Request Response Report                                                                                    29



Offline Access Request Response Report                                                    30

CONFIDENTIAL                                                    ORCL_KATZ000000034



CONFIDENTIAL

ORCL_KATZ000000035



CONFIDENTIAL                                        ORCL_KATZ000000036