# EXHIBIT C

| Data Provider Name | Data Provider ID | Segment ID | Segment Name |
|---|---|---|---|
| Oracle Customs (1st, BlueKai, Datalogix, AddThis) | 1781 | 1497569 | i360 - Private > Social Positions > Economic Conservative_i360 - Private > Social Positions > Economic Conservative |
| Oracle Customs (1st, BlueKai, Datalogix, AddThis) | 1781 | 1497580 | i360 - Private > Republican Voters > Republican High Income_i360 - Private > Social Positions > Economic Conservative |
| Oracle Customs (1st, BlueKai, Datalogix, AddThis) | 1781 | 1497581 | i360 - Private > Republican Voters > Republican Investor_i360 - Private > Republican Voters > Republican Investor |
| Oracle Customs (1st, BlueKai, Datalogix, AddThis) | 1781 | 1497587 | i360 - Private > Republican Voters > Republican High Income_i360 - Private > Republican Voters > Republican High Income |
| Oracle Customs (1st, BlueKai, Datalogix, AddThis) | 1781 | 1856586 | Low Propensity Conservative Political Campaign_Low Propensity/Conservative |
| Oracle Customs (1st, BlueKai, Datalogix, AddThis) | 1781 | 1856970 | Soft Democrat_Soft Democrat |
| Oracle Customs (1st, BlueKai, Datalogix, AddThis) | 1781 | 1856977 | Independents_Independents-Political |
| Oracle Customs (1st, BlueKai, Datalogix, AddThis) | 1781 | 1856978 | Republicans_Republicans |
| Oracle Customs (1st, BlueKai, Datalogix, AddThis) | 1781 | 1857036 | Conservatives_Conservatives 25-45 |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 1880407 | Branded Data > Experian UK > Mosaic Household > D Small Town Diversity > D19 Innate Conservatives (BlueKai) |
| Oracle Customs (1st, BlueKai, Datalogix, AddThis) | 1781 | 2060642 | i360 - Private > Undecided Voter Tiers > Likely Undecided Voters Tier 3 (Dem)_i360 - Private > Undecided Voter Tiers > Likely Undecided Voters Tier 3 (Dem) |
| Oracle Customs (1st, BlueKai, Datalogix, AddThis) | 1781 | 2060643 | i360 - Private > Undecided Voter Tiers > Likely Undecided Voters Tier 2 (GOP)_ i360 - Private > Undecided Voter Tiers > Likely Undecided Voters Tier 2 (GOP) |
| Oracle Customs (1st, BlueKai, Datalogix, AddThis) | 1781 | 2060644 | i360 - Private > Undecided Voter Tiers > Likely Undecided Voters Tier 1_i360 - Private > Undecided Voter Tiers > Likely Undecided Voters Tier 1 |
| Oracle Customs (1st, BlueKai, Datalogix, AddThis) | 1781 | 2060646 | i360 - Private > Obamacare Voter Propensity > Undecided on Obamacare Voters_i360 - Private > Obamacare Voter Propensity > Undecided on Obamacare Voters |
| Oracle Customs (1st, BlueKai, Datalogix, AddThis) | 1781 | 2060647 | i360 - Private > Obamacare Voter Propensity > Pro Obamacare Voters_i360 - Private > Obamacare Voter Propensity > Pro Obamacare Voters |
| Oracle Customs (1st, BlueKai, Datalogix, AddThis) | 1781 | 2060653 | i360 - Private > Obamacare Voter Propensity > Oppose Obamacare Voters_i360 - Private > Obamacare Voter Propensity > Oppose Obamacare Voters |
| Oracle Customs (1st, BlueKai, Datalogix, AddThis) | 1781 | 2060655 | i360 - Private > Fiscal Propensity > Fiscally Liberal - Tax_i360 - Private > Fiscal Propensity > Fiscally Liberal - Tax |

| Data Provider Name | Data Provider ID | Segment ID | Segment Name |
|---|---|---|---|
| Oracle Customs (1st, BlueKai, Datalogix, AddThis) | 1781 | 2060656 | i360 - Private > Fiscal Propensity > Fiscally Liberal - Spending & Debt_i360 - Private > Fiscal Propensity > Fiscally Liberal - Spending & Debt |
| Oracle Customs (1st, BlueKai, Datalogix, AddThis) | 1781 | 2060660 | 360 - Private > Fiscal Propensity > Fiscally Conservative - Tax_i360 - Private > Fiscal Propensity > Fiscally Conservative - Tax |
| Oracle Customs (1st, BlueKai, Datalogix, AddThis) | 1781 | 2060687 | i360 - Private --> Fiscal Propensity --> Fiscally Conservative - Spending & Debt_i360 - Private --> Fiscal Propensity --> Fiscally Conservative - Spending & Debt |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3170316 | Oracle DLX (Datalogix) > DLX Politics > Financial Donors > Conservative Causes (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3170318 | Oracle DLX (Datalogix) > DLX Politics > Financial Donors > Progressive Causes (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3170319 | Oracle DLX (Datalogix) > DLX Politics > Political Views (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3170321 | Oracle DLX (Datalogix) > DLX Politics > Political Views > Independent (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3170322 | Oracle DLX (Datalogix) > DLX Politics > Registered Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3170323 | Oracle DLX (Datalogix) > DLX Politics > Registered Voters > Democrat (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3170325 | Oracle DLX (Datalogix) > DLX Politics > Registered Voters > Republican (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3171088 | Branded Data > Webbula > Politics > Conservative (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3171089 | Branded Data > Webbula > Politics > Leaning Democrat (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3171090 | Branded Data > Webbula > Politics > Leaning Independent (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3171091 | Branded Data > Webbula > Politics > Leaning Republican (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3171092 | Branded Data > Webbula > Politics > Liberal (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3171093 | Branded Data > Webbula > Politics > Swing Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3171094 | Branded Data > Webbula > Politics > Undecided (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3339452 | Branded Data > Experian > Politics > PoliticalPersonas (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3339453 | Branded Data > Experian > Politics > PoliticalPersonas > Conservative Democrats (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3339454 | Branded Data > Experian > Politics > PoliticalPersonas > Green Traditionalists (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3339455 | Branded Data > Experian > Politics > PoliticalPersonas > Informed But Unregistered (BlueKai) |

| Data Provider Name | Data Provider ID | Segment ID | Segment Name |
|---|---|---|---|
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3339456 | Branded Data > Experian > Politics > PoliticalPersonas > Left Out Democrats (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3339457 | Branded Data > Experian > Politics > PoliticalPersonas > Mild Republicans (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3339458 | Branded Data > Experian > Politics > PoliticalPersonas > On-the-Fence Liberals (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3339459 | Branded Data > Experian > Politics > PoliticalPersonas > Super Democrats (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3339460 | Branded Data > Experian > Politics > PoliticalPersonas > Ultra Conservatives (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3339461 | Branded Data > Experian > Politics > PoliticalPersonas > Unconnected; Unregistered (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3339462 | Branded Data > Experian > Politics > PoliticalPersonas > Uninvolved Conservatives (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3451397 | Branded Data > Affinity Answers > US Politics > Conservative News Outlets (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3451398 | Branded Data > Affinity Answers > US Politics > Liberal News Outlets (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3451399 | Branded Data > Affinity Answers > Brands > Organizations > Animal Rights Advocacy (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3451400 | Branded Data > Affinity Answers > US Politics > Issues & Causes > US Conservative Causes & Agenda (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3451401 | Branded Data > Affinity Answers > US Politics > Issues & Causes > US Liberal Causes & Agenda (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3451402 | Branded Data > Affinity Answers > US Politics > Conservative Media Personalities (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3451403 | Branded Data > Affinity Answers > US Politics > Liberal Media Personalities (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3559744 | Branded Data > Experian > Lifestyle and Interests > Television > Watches Political TV-Conservative - Expanded (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3559745 | Branded Data > Experian > Lifestyle and Interests > Television > Watches Political TV-Conservative - Precision (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3559747 | Branded Data > Experian > Lifestyle and Interests > Television > Watches Political TV-Liberal - Expanded (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3559748 | Branded Data > Experian > Lifestyle and Interests > Television > Watches Political TV-Liberal - Precision (BlueKai) |

| Data Provider Name | Data Provider ID | Segment ID | Segment Name |
|---|---|---|---|
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3559749 | Branded Data > Experian > Lifestyle and Interests > Television > Watches Political TV-Liberal Comedy - Expanded (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3559750 | Branded Data > Experian > Lifestyle and Interests > Television > Watches Political TV-Liberal Comedy - Precision (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3602756 | Branded Data > Cross Pixel > Audience Profiles > Politics > Bible Belt Conservative (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3602757 | Branded Data > Cross Pixel > Audience Profiles > Politics > Conservative Outdoorsman (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3602763 | Branded Data > Cross Pixel > Audience Profiles > Politics > Democratic Donor (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3602764 | Branded Data > Cross Pixel > Audience Profiles > Politics > Democratic Voter (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3602765 | Branded Data > Cross Pixel > Audience Profiles > Politics > Female Democratic Supporter (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3602766 | Branded Data > Cross Pixel > Audience Profiles > Politics > Giving For Green Democrat (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3602767 | Branded Data > Cross Pixel > Audience Profiles > Politics > Independent Donor (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3602773 | Branded Data > Cross Pixel > Audience Profiles > Politics > Independent Voter (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3602774 | Branded Data > Cross Pixel > Audience Profiles > Politics > Opportunity Seeking Democrat (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3602775 | Branded Data > Cross Pixel > Audience Profiles > Politics > Professional Democrat (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3602776 | Branded Data > Cross Pixel > Audience Profiles > Politics > Republican Donor (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3602777 | Branded Data > Cross Pixel > Audience Profiles > Politics > Republican Voter (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3602783 | Branded Data > Cross Pixel > Audience Profiles > Politics > Swing State Voter (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3602784 | Branded Data > Cross Pixel > Audience Profiles > Politics > Traditional Republican (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 3602785 | Branded Data > Cross Pixel > Audience Profiles > Politics > Young Republican (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4471305 | Branded Data > Ranker > Psychographic Interests > Conservative Culture (BlueKai) |

| Data Provider Name | Data Provider ID | Segment ID | Segment Name |
|---|---|---|---|
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4471311 | Branded Data > Ranker > Psychographic Interests > Conservative Culture > Military Culture (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4471347 | Branded Data > Ranker > Psychographic Interests > Liberal Culture (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4664321 | Branded Data > AcquireWeb - Claritas > Behavior Model > Active/Interest In > Political TV Viewer > Conservative (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4664322 | Branded Data > AcquireWeb - Claritas > Behavior Model > Active/Interest In > Political TV Viewer > Liberal (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4664324 | Branded Data > AcquireWeb - Claritas > Behavior Model > Active/Interest In > Political TV Viewer > Liberal Comedy (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4666703 | Branded Data > AcquireWeb - Claritas > Demographics > Political Affiliation > Democrats (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4666705 | Branded Data > AcquireWeb - Claritas > Demographics > Political Affiliation > Independent/Other (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4666710 | Branded Data > AcquireWeb - Claritas > Demographics > Political Affiliation > Non-registered (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4666711 | Branded Data > AcquireWeb - Claritas > Demographics > Political Affiliation > Republicans (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4666713 | Branded Data > AcquireWeb - Claritas > Demographics > Political Personas > Conservative Democrats (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4666714 | Branded Data > AcquireWeb - Claritas > Demographics > Political Personas > Green Traditionalists (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4666715 | Branded Data > AcquireWeb - Claritas > Demographics > Political Personas > Informed But Unregistered (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4666717 | Branded Data > AcquireWeb - Claritas > Demographics > Political Personas > Left Out Democrats (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4666718 | Branded Data > AcquireWeb - Claritas > Demographics > Political Personas > Mild Republicans (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4666721 | Branded Data > AcquireWeb - Claritas > Demographics > Political Personas > On-the-Fence Liberals (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4666725 | Branded Data > AcquireWeb - Claritas > Demographics > Political Personas > Super Democrats (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4666726 | Branded Data > AcquireWeb - Claritas > Demographics > Political Personas > Ultra Conservatives (BlueKai) |

| Data Provider Name | Data Provider ID | Segment ID | Segment Name |
|---|---|---|---|
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4666727 | Branded Data > AcquireWeb - Claritas > Demographics > Political Personas > Unconnected & Unregistered (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4666728 | Branded Data > AcquireWeb - Claritas > Demographics > Political Personas > Uninvolved Conservatives (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726297 | Branded Data > ALC > Aristotle Political Precision (US) > Social Profiles by Type > Military Supporters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726298 | Branded Data > ALC > Aristotle Political Precision (US) > Social Profiles by Type > Socially Conservative (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726300 | Branded Data > ALC > Aristotle Political Precision (US) > Social Profiles by Type > Socially Liberal (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726301 | Branded Data > ALC > Aristotle Political Precision (US) > Social Profiles by Type > Socially Moderate (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726321 | Branded Data > TruSignal > Politics > General > Donors > Conservative Causes (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726322 | Branded Data > TruSignal > Politics > General > Donors > FEC (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726325 | Branded Data > TruSignal > Politics > General > Donors > Liberal Causes (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726326 | Branded Data > TruSignal > Politics > General > Interest (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726327 | Branded Data > TruSignal > Politics > General > Interest > Social Issues (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726328 | Branded Data > TruSignal > Politics > General > Low Voter Turnout (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726329 | Branded Data > TruSignal > Politics > General > Low Voter Turnout > General (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726330 | Branded Data > TruSignal > Politics > General > Low Voter Turnout > General > All Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726331 | Branded Data > TruSignal > Politics > General > Low Voter Turnout > General > Democrat (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726332 | Branded Data > TruSignal > Politics > General > Low Voter Turnout > General > Republican (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726334 | Branded Data > TruSignal > Politics > General > Low Voter Turnout > Primary (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726335 | Branded Data > TruSignal > Politics > General > Low Voter Turnout > Primary > All Voters (BlueKai) |

| Data Provider Name | Data Provider ID | Segment ID | Segment Name |
|---|---|---|---|
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726336 | Branded Data > TruSignal > Politics > General > Low Voter Turnout > Primary > Democrat (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726337 | Branded Data > TruSignal > Politics > General > Low Voter Turnout > Primary > Republican (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726338 | Branded Data > TruSignal > Politics > General > Voter Status (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726339 | Branded Data > TruSignal > Politics > General > Voter Status > Undecided Swing Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726340 | Branded Data > TruSignal > Politics > General > Voter Type (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726341 | Branded Data > TruSignal > Politics > General > Voter Type > Green Party Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726342 | Branded Data > TruSignal > Politics > General > Voter Type > Libertarian Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4726344 | Branded Data > TruSignal > Politics > General > Voter Type > Tea Party Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4875434 | Branded Data > Cuebiq > Geo-behavioral Audience > Political (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4875435 | Branded Data > Cuebiq > Geo-behavioral Audience > Political > Democrats (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4875436 | Branded Data > Cuebiq > Geo-behavioral Audience > Political > Democrats > Liberal Activists (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4875440 | Branded Data > Cuebiq > Geo-behavioral Audience > Political > Democrats > Liberal Professions (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4875441 | Branded Data > Cuebiq > Geo-behavioral Audience > Political > Republicans (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4875442 | Branded Data > Cuebiq > Geo-behavioral Audience > Political > Republicans > Conservative Activists (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4875443 | Branded Data > Cuebiq > Geo-behavioral Audience > Political > Republicans > Conservative Professions (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4875444 | Branded Data > Cuebiq > Geo-behavioral Audience > Political > Swing State Constituents (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936952 | Branded Data > GfK/MRI > US Voters > Civic/Political Engagement (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936954 | Branded Data > GfK/MRI > US Voters > Civic/Political Engagement > Local Participants (BlueKai) |

| Data Provider Name | Data Provider ID | Segment ID | Segment Name |
|---|---|---|---|
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936955 | Branded Data > GfK/MRI > US Voters > Civic/Political Engagement > Political Influentials, Activists and debate (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936956 | Branded Data > GfK/MRI > US Voters > Civic/Political Engagement > Strictly Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936957 | Branded Data > GfK/MRI > US Voters > Civic/Political Engagement > Vote and Sign (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936958 | Branded Data > GfK/MRI > US Voters > Contacted State or Local Politician (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936959 | Branded Data > GfK/MRI > US Voters > Light voter (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936960 | Branded Data > GfK/MRI > US Voters > Moderately-Likely voter (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936961 | Branded Data > GfK/MRI > US Voters > Political Attitudes (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936962 | Branded Data > GfK/MRI > US Voters > Political Attitudes > Advise others on politics (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936963 | Branded Data > GfK/MRI > US Voters > Political Attitudes > Knowledgeable/Experience in Politics (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936964 | Branded Data > GfK/MRI > US Voters > Political Ideology (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936965 | Branded Data > GfK/MRI > US Voters > Political Ideology > Middle of the Road (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936966 | Branded Data > GfK/MRI > US Voters > Political Ideology > Somewhat Conservative (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936967 | Branded Data > GfK/MRI > US Voters > Political Ideology > Somewhat Liberal (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936968 | Branded Data > GfK/MRI > US Voters > Political Ideology > Very Conservative (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936969 | Branded Data > GfK/MRI > US Voters > Political Ideology > Very Liberal (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936970 | Branded Data > GfK/MRI > US Voters > Registered Democrats (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936971 | Branded Data > GfK/MRI > US Voters > Registered Independents (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936972 | Branded Data > GfK/MRI > US Voters > Registered Republicans (BlueKai) |

| Data Provider Name | Data Provider ID | Segment ID | Segment Name |
|---|---|---|---|
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936973 | Branded Data > GfK/MRI > US Voters > Registered to Vote (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936974 | Branded Data > GfK/MRI > US Voters > Super voter (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936975 | Branded Data > GfK/MRI > US Voters > Swing Democrats (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936976 | Branded Data > GfK/MRI > US Voters > Swing Independents (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936977 | Branded Data > GfK/MRI > US Voters > Swing Republicans (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 4936978 | Branded Data > GfK/MRI > US Voters > Voted in 2008 general election (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5097899 | Branded Data > Infogroup, Inc > InfoGroup Media Solutions - Audience Xchange > Consumer Xchg > Persona > Conservative Executives (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5097902 | Branded Data > Infogroup, Inc > InfoGroup Media Solutions - Audience Xchange > Consumer Xchg > Persona > Green Executives (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5097903 | Branded Data > Infogroup, Inc > InfoGroup Media Solutions - Audience Xchange > Consumer Xchg > Persona > Liberal Executives (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5097920 | Branded Data > Infogroup, Inc > InfoGroup Media Solutions - Audience Xchange > Donor Xchg > Political > Conservative Causes (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5097921 | Branded Data > Infogroup, Inc > InfoGroup Media Solutions - Audience Xchange > Donor Xchg > Political > General Causes (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5097923 | Branded Data > Infogroup, Inc > InfoGroup Media Solutions - Audience Xchange > Donor Xchg > Political > Liberal Causes (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5097927 | Branded Data > Infogroup > Consumer > US Politics (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5097928 | Branded Data > Infogroup > Consumer > US Politics > Political Party (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5097929 | Branded Data > Infogroup > Consumer > US Politics > Political Party > Democrat (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5097930 | Branded Data > Infogroup > Consumer > US Politics > Political Party > Independent (BlueKai) |

| Data Provider Name | Data Provider ID | Segment ID | Segment Name |
|---|---|---|---|
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5097931 | Branded Data > Infogroup, Inc > InfoGroup Media Solutions - Audience Xchange > Political Xchg > Political Party > Middle Of The Road (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5097932 | Branded Data > Infogroup > Consumer > US Politics > Political Party > Republican (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5097933 | Branded Data > Infogroup, Inc > InfoGroup Media Solutions - Audience Xchange > Political Xchg > Political Party > Undeclared (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5097957 | Branded Data > Infogroup, Inc > InfoGroup Media Solutions - Audience Xchange > Political Xchg > Voter Segment > Type > Democrat Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5097961 | Branded Data > Infogroup, Inc > InfoGroup Media Solutions - Audience Xchange > Political Xchg > Voter Segment > Type > Independent Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5097964 | Branded Data > Infogroup, Inc > InfoGroup Media Solutions - Audience Xchange > Political Xchg > Voter Segment > Type > Liberal Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5097968 | Branded Data > Infogroup, Inc > InfoGroup Media Solutions - Audience Xchange > Political Xchg > Voter Segment > Type > Republican Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5097971 | Branded Data > Infogroup, Inc > InfoGroup Media Solutions - Audience Xchange > Political Xchg > Voter Segment > Type > Undeclared Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5097974 | Branded Data > Infogroup, Inc > InfoGroup Media Solutions - Audience Xchange > Political Xchg > Voter Segment > Type > Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5098093 | Branded Data > TruSignal > Politics > General > Social View (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5098096 | Branded Data > TruSignal > Politics > General > Social View > Conservative (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5098097 | Branded Data > TruSignal > Politics > General > Social View > Liberal (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151076 | Oracle AddThis > Premium > U.S. Political > Advocacy > Conservative (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151077 | Oracle AddThis > Premium > U.S. Political > Advocacy > Liberal (BlueKai) |

| Data Provider Name | Data Provider ID | Segment ID | Segment Name |
|---|---|---|---|
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151078 | Branded Data > AddThis > Premium > U.S. Political > Advocacy > Petition Signers (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151079 | Branded Data > AddThis > Premium > U.S. Political > Advocacy > Tea Party (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151082 | Oracle AddThis > Premium > U.S. Political > Issues > Homeland Security (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151083 | Branded Data > AddThis > Premium > U.S. Political > Issues > Immigration (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151084 | Branded Data > AddThis > Premium > U.S. Political > Issues > Sharing Economy (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151085 | Oracle AddThis > Premium > U.S. Political > Issues > Small Business (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151086 | Branded Data > AddThis > Premium > U.S. Political > Issues > Taxes (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151087 | Branded Data > AddThis > Premium > U.S. Political > Issues > Technology & Infrastructure (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151088 | Branded Data > AddThis > Premium > U.S. Political > Issues > Welfare (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151089 | Branded Data > AddThis > Premium > U.S. Political > People > 2016 Presidential Candidates (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151090 | Branded Data > AddThis > Premium > U.S. Political > People > 2016 Presidential Candidates > Democrats (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151092 | Branded Data > AddThis > Premium > U.S. Political > People > 2016 Presidential Candidates > Democrats > Bernie Sanders (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151097 | Branded Data > AddThis > Premium > U.S. Political > People > 2016 Presidential Candidates > Democrats > Hillary Clinton (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151098 | Branded Data > AddThis > Premium > U.S. Political > People > 2016 Presidential Candidates > Republicans (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151099 | Branded Data > AddThis > Premium > U.S. Political > People > 2016 Presidential Candidates > Republicans > Donald Trump (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151102 | Branded Data > AddThis > Premium > U.S. Political > People > 2016 Presidential Candidates > Republicans > Jeb Bush (BlueKai) |

| Data Provider Name | Data Provider ID | Segment ID | Segment Name |
|---|---|---|---|
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151104 | Branded Data > AddThis > Premium > U.S. Political > People > 2016 Presidential Candidates > Republicans > Marco Rubio (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151105 | Branded Data > AddThis > Premium > U.S. Political > People > 2016 Presidential Candidates > Republicans > Ted Cruz (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151106 | Branded Data > AddThis > Premium > U.S. Political > People > Democrat Incumbents (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151107 | Branded Data > AddThis > Premium > U.S. Political > People > Republican Incumbents (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151108 | Oracle AddThis > Premium > U.S. Political > Politics > Political Influentials (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5151109 | Branded Data > AddThis > Premium > U.S. Political > Politics > Undecided Voter (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5374261 | Branded Data > NVG > EveryOne > Conservatives (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5616258 | Branded Data > Media Source > LBDigital > US Political (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5616259 | Branded Data > Media Source > LBDigital > US Political > Republican Voter (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5616260 | Branded Data > Media Source > LBDigital > US Political > Republican Donor (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5616261 | Branded Data > Media Source > LBDigital > US Political > Young Republican (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5616262 | Branded Data > Media Source > LBDigital > US Political > Conservative Outdoorsman (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5616263 | Branded Data > Media Source > LBDigital > US Political > Traditional Republican (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5616264 | Branded Data > Media Source > LBDigital > US Political > Democratic Voter (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5616265 | Branded Data > Media Source > LBDigital > US Political > Democratic Donor (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5616266 | Branded Data > Media Source > LBDigital > US Political > Female Democratic Supporter (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5616267 | Branded Data > Media Source > LBDigital > US Political > Giving-For-Green Democrat (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5616268 | Branded Data > Media Source > LBDigital > US Political > Professional Democrat (BlueKai) |

| Data Provider Name | Data Provider ID | Segment ID | Segment Name |
|---|---|---|---|
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5616270 | Branded Data > Media Source > LBDigital > US Political > Opportunity-Seeking Democrat (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5616271 | Branded Data > Media Source > LBDigital > US Political > Independent Voter (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5616272 | Branded Data > Media Source > LBDigital > US Political > Independent Donor (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5616273 | Branded Data > Media Source > LBDigital > US Political > Swing State Voter (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5826071 | Branded Data > Alliant > Interest Propensities > Politics (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5826072 | Branded Data > Alliant > Interest Propensities > Politics > Bernie Sanders Voter Propensity (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5826074 | Branded Data > Alliant > Interest Propensities > Politics > Conservative Republican Propensity (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5826077 | Branded Data > Alliant > Interest Propensities > Politics > Donald Trump Voter Propensity (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5826082 | Branded Data > Alliant > Interest Propensities > Politics > Hillary Clinton Voter Propensity (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5826083 | Branded Data > Alliant > Buyers With Social Interest > Politics > John Kasich Voter Propensity (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5826084 | Branded Data > Alliant > Interest Propensities > Politics > Liberal Democrat Propensity (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5826085 | Branded Data > Alliant > Interest Propensities > Politics > Middle of the Road Democrat Propensity (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5826086 | Branded Data > Alliant > Interest Propensities > Politics > Middle of the Road Republican Propensity (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 5826088 | Branded Data > Alliant > Buyers With Social Interest > Politics > Ted Cruz Voter Propensity (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 6069192 | Branded Data > Alliant > Premium > Products & Services Propensities > Premium Politically Conservative - Propensity (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 6069194 | Branded Data > Alliant > Products & Services Propensities > Politically Conservative - Propensity (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 6069195 | Branded Data > Alliant > Products & Services Propensities > Politically Liberal - Propensity (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 6217379 | Branded Data > Mobilewalla > US Political (BlueKai) |

| Data Provider Name | Data Provider ID | Segment ID | Segment Name |
|---|---|---|---|
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 6217381 | Branded Data > Mobilewalla > US Political > Conservative (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 6217382 | Branded Data > Mobilewalla > US Political > Liberal (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 7050032 | Branded Data > ALC > Wealth Window > Donors & Philanthropists > Politically Conservative Causes (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 7050033 | Branded Data > ALC > Wealth Window > Donors & Philanthropists > Politically Liberal Causes (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 7050034 | Branded Data > ALC > Wealth Window > Lifestyle/Interest > Politically Conservative TV Watchers (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 7050035 | Branded Data > ALC > Wealth Window > Lifestyle/Interest > Politically Liberal TV Watchers (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 7050036 | Branded Data > ALC > Wealth Window > US Political Affiliation (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 7050037 | Branded Data > ALC > Wealth Window > US Political Affiliation > Democrat (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 7050040 | Branded Data > ALC > Wealth Window > US Political Affiliation > Independent (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 7050041 | Branded Data > ALC > Wealth Window > US Political Affiliation > Republican (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 8946136 | Branded Data > Merkle > Lifestyle > Donors > Politics Donor - Conservative (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 8946137 | Branded Data > Merkle > Lifestyle > Donors > Politics Donor - Liberal (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 9764388 | Branded Data > ALC > Consumer > Donors > Politically Conservative (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 9765663 | Branded Data > Infogroup > TargetReady > Behavior Models > Household > US Political > Liberal (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 9765665 | Branded Data > Infogroup > TargetReady > Behavior Models > Household > US Political > Leaning Conservative (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 9765666 | Branded Data > Infogroup > TargetReady > Behavior Models > Household > US Political > Leaning Liberal (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 9765667 | Branded Data > Infogroup > TargetReady > Behavior Models > Household > US Political > Active Voice (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 9765668 | Branded Data > Infogroup > TargetReady > Behavior Models > Household > US Political > Conservative (BlueKai) |

| Data Provider Name | Data Provider ID | Segment ID | Segment Name |
|---|---|---|---|
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 9850069 | Branded Data > Infogroup > Consumer > US Politics > Voter Attributes -- Co-op Sourced > Political Leaning -- Co-op Sourced > Very Socially Conservative -- Co-op Sourced (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 9850071 | Branded Data > Infogroup > Consumer > US Politics > Voter Attributes -- Co-op Sourced > Political Leaning -- Co-op Sourced > Very Socially Liberal -- Co-op Sourced (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 9850073 | Branded Data > Infogroup > Consumer > US Politics > Voter Attributes -- Co-op Sourced > Political Leaning -- Co-op Sourced > Social Conservatives -- Co-op Sourced (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 9850074 | Branded Data > Infogroup > Consumer > US Politics > Voter Attributes -- Co-op Sourced > Political Leaning -- Co-op Sourced > Social Liberals -- Co-op Sourced (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 9850075 | Branded Data > Infogroup > Consumer > US Politics > Voter Attributes -- Co-op Sourced > Political Leaning -- Co-op Sourced > Fiscal Conservatives -- Co-op Sourced (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 9850078 | Branded Data > Infogroup > Consumer > US Politics > Voter Attributes -- Co-op Sourced > Political Leaning -- Co-op Sourced > Fiscal Liberals -- Co-op Sourced (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 9850079 | Branded Data > Infogroup > Consumer > US Politics > Voter Attributes -- Co-op Sourced > Tea Party -- Co-op Sourced > Supporters -- Co-op Sourced (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 9850080 | Branded Data > Infogroup > Consumer > US Politics > Voter Attributes -- Co-op Sourced > Tea Party -- Co-op Sourced > Opponents -- Co-op Sourced (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 10993702 | Branded Data > AdAdvisor by Neustar > Demographics > Political Propensity > Somewhat Conservative Political Outlook (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 10993729 | Branded Data > AdAdvisor by Neustar > Demographics > Political Propensity > Any Conservative Political Outlook (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 10993751 | Branded Data > AdAdvisor by Neustar > Demographics > Political Propensity > Very Conservative Political Outlook (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 11924314 | Branded Data > Infogroup > Consumer > InfoPersona > Country Club Conservatives (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12201651 | Branded Data > MRI > U.S. Political Action > Somewhat Liberal (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12201692 | Branded Data > MRI > U.S. Political Action > Passive Civics (BlueKai) |

| Data Provider Name | Data Provider ID | Segment ID | Segment Name |
|---|---|---|---|
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12201731 | Branded Data > MRI > U.S. Political Action > Local Participants (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12201762 | Branded Data > MRI > U.S. Political Action > Middle of the Road (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12201801 | Branded Data > MRI > U.S. Political Action (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12201833 | Branded Data > MRI > U.S. Political Action > Unaffiliated Self-identity (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12201873 | Branded Data > MRI > U.S. Political Action > Political Activist (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12201909 | Branded Data > MRI > U.S. Political Action > Very Conservative (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12201949 | Branded Data > MRI > U.S. Political Action > Democrat Self-identity (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12201973 | Branded Data > MRI > U.S. Political Action > Republican Self-identity (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12202014 | Branded Data > MRI > U.S. Political Action > Strictly Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12202048 | Branded Data > MRI > U.S. Political Action > Net Conservative (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12202072 | Branded Data > MRI > U.S. Political Action > Other-party Self-identity (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12202106 | Branded Data > MRI > U.S. Political Action > Vote & Sign (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12202137 | Branded Data > MRI > U.S. Political Action > Contacted Politician (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12202154 | Branded Data > MRI > U.S. Political Action > Political Influencer (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12202186 | Branded Data > MRI > U.S. Political Action > Somewhat Conservative (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12202223 | Branded Data > MRI > U.S. Political Action > Civic Advocates (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12202245 | Branded Data > MRI > U.S. Political Action > Very Liberal (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12202279 | Branded Data > MRI > U.S. Political Action > Politically Authority (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 12202314 | Branded Data > MRI > U.S. Political Action > Net Liberal (BlueKai) |

| Data Provider Name | Data Provider ID | Segment ID | Segment Name |
|---|---|---|---|
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 13208750 | Branded Data > Infogroup > Consumer > Donor > Veteran's Causes > Liberal Donors (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 13208769 | Branded Data > Infogroup > Consumer > Donor > Veteran's Causes > Conservative Donors (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 13915767 | Branded Data > ALC > Aristotle Political Precision (US) > Political Affiliation by Party > Conservative-Very Conservative (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 16259527 | Branded Data > Specialists Marketing Services > US Political Party > Republican/Conservative (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 17985248 | Branded Data > Mobilewalla > Australia > Roy Morgan Taxonomy > 400 Hearth and Home > 408 Cautious Conservatives (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 18305974 | Branded Data > ALC > Aristotle Political Precision (US) > Voters by Voting History > 2020 First - Time Presidential Year Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 18305981 | Branded Data > ALC > Aristotle Political Precision (US) > Voters by Voting History > 2nd Super Tuesday Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 18305982 | Branded Data > ALC > Aristotle Political Precision (US) > Voters by Voting History > 2nd Super Tuesday Voters - Democrat (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 18305983 | Branded Data > ALC > Aristotle Political Precision (US) > Voters by Voting History > 2nd Super Tuesday Voters - Republican (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 18305984 | Branded Data > ALC > Aristotle Political Precision (US) > Voters by Voting History > Cord Cutters - Democrat (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 18305985 | Branded Data > ALC > Aristotle Political Precision (US) > Voters by Voting History > 2018 First - Time Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 18305986 | Branded Data > ALC > Aristotle Political Precision (US) > Voters by Voting History > Super Tuesday Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 18305987 | Branded Data > ALC > Aristotle Political Precision (US) > Voters by Voting History > Super Tuesday Voters - Democrat (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 18305988 | Branded Data > ALC > Aristotle Political Precision (US) > Voters by Voting History > Super Tuesday Voters - Republican (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 18305989 | Branded Data > ALC > Aristotle Political Precision (US) > Voters by Voting History > Unregistered Conservative Prospective Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 18305990 | Branded Data > ALC > Aristotle Political Precision (US) > Voters by Voting History > Unregistered Liberal Prospective Voters (BlueKai) |

| Data Provider Name | Data Provider ID | Segment ID | Segment Name |
|---|---|---|---|
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 18305991 | Branded Data > ALC > Aristotle Political Precision (US) > Voters by Voting History > Unregistered Prospective Voters (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 18518192 | Branded Data > Affinity Answers > US Politics > Bernie Sanders (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 18518194 | Branded Data > Affinity Answers > US Politics > Conservative News Outlets (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 18518196 | Branded Data > Affinity Answers > US Politics > Liberal Media Personalities (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 18855664 | Branded Data > ShareThis > Political > Political View > Conservative (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 18855669 | Branded Data > ShareThis > Political > Political View > Liberal (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 18857774 | Branded Data > Comscore > TV > Personas > Political Conservatives (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 18857777 | Branded Data > Comscore > TV > Personas > Political Liberals (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 19398556 | Branded Data > AcquireWeb - Claritas > P$YCLE > 27 Conservative Couples (BlueKai) |
| Audiences by Oracle (BlueKai, Datalogix, AddThis) | 1262 | 25126893 | Branded Data > NVG > EveryOne > Conservatives (BlueKai) |