TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
CHRISTIN HILL (CA SBN 247522)
CHill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
WHITNEY O'BYRNE (CA SBN 325698)
WOByrne@mofo.com
ERIK MANUKYAN (CA SBN 340307)
EManukyan@mofo.com
EMMA BURGOON (CA SBN 348097)
EBurgoon@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:    213.892.5200
Facsimile:    213.892.5454

Attorneys for Defendant
ORACLE AMERICA, INC.

*Additional counsel on next page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | Case No. 3-22-cv-04792-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ORACLE AMERICA, INC.'S MOTION TO DISMISS PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Judge:  Hon. Richard Seeborg<br><br>Date: March 14, 2024<br>Time: 1:30 p.m.<br>Courtroom:  3<br><br>Date Action Filed:  August 19, 2022<br>SAC Filed:  November 17, 2023<br>Trial Date:  Not set |

ZACHARY S. NEWMAN (NY SBN 5651518)
Admitted *pro hac vice*
ZNewman@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone:    212.468.8000
Facsimile:    212.468.7900

KYLE ZIPES (CA SBN 251814)
Kyle.Zipes@oracle.com
NARGUES M. EDER (CA SBN 260289)
Nargues.M.Eder@oracle.com
ORACLE AMERICA, INC.
500 Oracle Parkway
Redwood Shores, CA 94065
Telephone:    650.506.7000

Attorneys for Defendant
ORACLE AMERICA, INC.

## [PROPOSED] ORDER

Before the Court is Defendant Oracle America, Inc.'s Motion to Dismiss Portions of Plaintiffs' Second Amended Complaint. Oracle moves pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6).

Having considered all of the papers filed by the parties in connection with Oracle's motion to dismiss, the argument of counsel, the pleadings and papers on file in this action, and all other matters properly before the Court, and for good cause appearing,

IT IS HEREBY ORDERED THAT:

1.     Oracle's request for consideration of **Exhibits A and B** incorporated into Plaintiffs' Second Amended Complaint is GRANTED.

2.     Oracle's motion to dismiss Plaintiffs' third and sixth causes of action for failure to state a claim pursuant to Rules 8 and 12(b)(6) is GRANTED. Plaintiffs' claims are dismissed as follows:

   a. **Intrusion Upon Seclusion Under Florida Law (Third Cause of Action)** for failure to allege intrusion into a private place and failure to allege a "highly offensive" intrusion.

   b. **Federal Wiretap Act (ECPA) (Sixth Cause of Action)** for failure to state a claim because Oracle did not act with the primary purpose of committing a crime or tort.

Plaintiffs' Third and Sixth Causes of Action are DISMISSED WITHOUT LEAVE TO AMEND.

IT IS SO ORDERED.

Dated:
                                        _____
                                        Honorable Richard Seeborg
                                        United States District Judge