Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorney for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Katz-Lacabe, and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | Case No. 3:22-cv-04792-RS<br><br>**DECLARATION OF DAVID T. RUDOLPH IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SURREPLY**<br><br>Judge: Hon. Richard Seeborg<br><br>Date Action Filed: August 19, 2022<br>Trial Date: None set |

I, David T. Rudolph, declare:

1.      I am a partner at the law firm of Lieff Cabraser Heimann & Bernstein, LLP and counsel for the Plaintiffs.  The following declaration is based on my personal knowledge.  If called to testify, I could testify competently as to the matters set forth herein.  I am submitting this declaration in support of Plaintiffs' Administrative Motion for Leave to File Surreply.

2.      On February 29, 2024, I emailed counsel for Oracle America, Inc. ("Oracle"), to notify them that Plaintiffs intended to seek leave to file a surreply to address Oracle's February

16, 2024 production of Plaintiffs' personal data.  In that email, I asked whether Oracle would stipulate to allow Plaintiffs to file a surreply.

3.    On March 1, 2024, Zak Newman, counsel for Oracle, responded that Oracle would not stipulate to allow Plaintiffs to file a surreply.  Mr. Newman stated Oracle's position as follows:

> Oracle declines to stipulate to Plaintiffs' request to file a sur-reply brief. In your filing, please note that Oracle opposes the request for leave.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Berkeley, California on March 1, 2024.

>           */s/ David T. Rudolph*
>           David T. Rudolph

RUDOLPH DECLARATION ISO PLAINTIFFS'
MOTION FOR LEAVE TO FILE A SURREPLY
CASE NO. 3:22-CV-04792-RS

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all signatories above have concurred in the filing of this document.

Dated: March 1, 2024

By: _/s/ Michael W. Sobol_
Michael W. Sobol

RUDOLPH DECLARATION ISO PLAINTIFFS'
MOTION FOR LEAVE TO FILE A SURREPLY
CASE NO. 3:22-CV-04792-RS