UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL KATZ-LACABE, et al.,

Plaintiffs,

v.

ORACLE AMERICA, INC.,

Defendant.

Case No. 22-cv-04792-RS

**ORDER GRANTING ADMINISTRATIVE MOTION AND SETTING BRIEFING SCHEDULE**

Plaintiffs' administrative motion for leave to file a surreply in opposition to Defendant's motion to dismiss is granted. Plaintiffs are directed to file their surreply by March 11, 2024, and Defendant is directed to file any response by March 18, 2024. The motion hearing scheduled for March 14, 2024, will be vacated and rescheduled for March 28, 2024, at 1:30 pm. No further briefing will be accepted on this motion.

**IT IS SO ORDERED**.

Dated: March 4, 2024

_____
RICHARD SEEBORG
Chief United States District Judge