Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | Case No. 3:22-cv-04792-RS<br><br>**NOTICE OF APPEARANCE OF AMELIA A. HASELKORN FOR PLAINTIFFS**<br><br>Judge: Hon. Richard Seeborg<br><br>Date Action Filed:    August 19, 2022<br>Trial Date: None set |

NOTICE OF APPEARANCE OF
AMELIA A. HASELKORN FOR PLAINTIFFS;
CASE NO. 3:22-CV-04792

2957330.1

PLEASE TAKE NOTICE THAT Amelia A. Haselkorn of Lieff Cabraser Heimann & Bernstein LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111, hereby appears in the above-captioned case on behalf of Plaintiffs Michael Katz-Lacabe and Dr. Jennifer Golbeck.

Dated: March 8, 2024

*/s/ Amelia A. Haselkorn*
Amelia A. Haselkorn (SBN 339633)
ahaselkorn@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorney for Plaintiffs and the Class*

NOTICE OF APPEARANCE OF
AMELIA A. HASELKORN FOR PLAINTIFFS;
CASE NO. 3:22-CV-04792

2957330.1