Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
Amelia A. Haselkorn (SBN 339633)
ahaselkorn@lchb.com
LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Attorney for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | Case No. 3:22-cv-04792-RS<br><br>**DECLARATION OF DAVID T. RUDOLPH IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Richard Seeborg<br><br>Date: March 28, 2024<br>Time: 1:30pm<br>Courtroom: 3<br><br>Date Action Filed: August 19, 2022<br>Trial Date: None set |

I, David T. Rudolph, declare:

1. I am a partner at the law firm of Lieff Cabraser Heimann & Bernstein, LLP ("LCHB").

2. I have personal knowledge of the matters set forth herein, and if called to testify thereto, I could and would do so competently.

-1-

DECLARATION OF DAVID T. RUDOLPH
CASE NO. 3:22-CV-04792

3. I submit this Declaration in support of Plaintiffs' Administrative Motion to File Under Seal ("Motion").

4. Paragraph XII.4 of the Protective Order prohibits a party from filing in the public record any disclosure or discovery material that is designated as "Protected Material" without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons. "Protected Material" includes documents that have been designated as "Confidential" or "Highly Confidential." ECF No. 28 at ¶ II.14.

5. On February 16, 2024, Oracle produced records of Plaintiffs' data generated from its systems, showing tens of thousands of data points and inferences about Plaintiffs Michael Katz-Lacabe and Dr. Jennifer Golbeck, collected over many years. Oracle designated these records as "Highly Confidential—Attorneys' Eyes Only" under the Protective Order.

6. The records produced included two spreadsheets, ORCL_KATZ000160571 and ORCL_KATZ000160574, which reflect at least portions of the profiles Oracle created on Plaintiffs.[1] These two spreadsheets contain attributes drawn from Plaintiffs' respective personal information, called "audiences." Audiences reveal information about Plaintiffs' website browsing activities, geolocation history, brick-and-mortar purchases, and credit card purchases, including Plaintiffs' spending habits and preferences.

7. The "audience spreadsheets" (spreadsheets containing Plaintiffs' audience attributes) reflect at least portions of the profiles Oracle created on Plaintiffs.

8. Pursuant to Civil LR 79-5(a), and so as not to burden the Court with a voluminous under seal filing (which would consist of thousands of pages of sealable personal information), Plaintiffs have not lodged the audience spreadsheets with the Court. Instead, Plaintiffs quote particularly sensitive information contained in these spreadsheets in their surreply brief.

---

[1] The records also include two spreadsheets, ORCL_KATZ000160572 and ORCL_KATZ000160577, which reflect personal demographic data that Oracle collected about the Plaintiffs. Oracle designated these records as "Highly Confidential" under the Protective Order as well.

-2-                    DECLARATION OF DAVID T. RUDOLPH
                       CASE NO. 3:22-CV-04792

9.     Quotations in the surreply brief come from cells in three columns of the audience spreadsheets: one which characterizes the group; another which, if available, provides a detailed description of the type of person included in that group; and a third which indicates when the audience was last updated.

10.     Specifically, Plaintiffs request that the Court seal narrowly tailored portions of their surreply brief that contain direct quotations of sensitive personal information from Oracle's audience spreadsheets.

11.     Plaintiffs were unable to obtain a stipulation prior to filing. On March 7, 2024, counsel for Plaintiffs requested that Oracle stipulate to the filing of the Surreply Brief under seal in light of its direct quotations for the documents at issue. On March 8, 2024, counsel for Oracle stated that Oracle could not "provide its position on sealing without further detail on what information from the cited documents Plaintiffs intend to reference." Plaintiffs provided further information on what they sought to seal on the same day. On March 11,  shortly before the filing of the surreply brief, counsel for Oracle responded to Plaintiffs, stating "Oracle will not oppose your motion to file the referenced information under seal," but did not otherwise address Plaintiffs' request to stipulate to filing under seal.

12.     Attached hereto as Exhibit A is a true and correct copy of the unredacted version of Plaintiff' Surreply Brief in Opposition to Defendant's [Third] Motion to Dismiss Portions of Plaintiffs' Second Amended Complaint. Highlighted within the document and identified in the table below are the portions Plaintiffs seek to file under seal.

13.     One or more of the following justifications support sealing of each audience name or audience description that Plaintiffs seek to seal in Exhibit A.

        a.     First, an audience name or description that reveals personal information is sealable. Where the audience name or description reveals, for example, sensitive health information or ethnicity, that information is sealable.

DECLARATION OF DAVID T. RUDOLPH
CASE NO. 3:22-CV-04792

b.      Second, an audience name entry that inherently reveals specific types of sensitive purchases is sealable. Where the title of the audience name reveals, for example, specific types of pharmaceutical purchases, that audience name is sealable.

c.      Third, an audience name entry or audience description that exposes a sensitive consumer tendency is sealable. Where the title of the audience name alone or the audience description reveals, for example, the frequency at which a consumer purchases, the likelihood that a consumer will purchase, or the amount a consumer is likely to spend on a sensitive a product such as alcohol, pharmaceutical drugs, birth control, or sensitive medical supplies, that audience name is sealable.

d.      Fourth, an audience name that reveals a sensitive medical condition is sealable. Where the audience name reveals, for example, specific health or medical diagnoses, that audience name is sealable.

e.      Fifth, an audience name that reveals a person's reproductive decisions is sealable. Where the audience name relates to, for example, whether a person or family member may be pregnant, that audience name is sealable.

f.      Sixth, an audience name that exposes a person's private beliefs or opinions is sealable. Where the audience name reveals, for example, a person's political leanings or religious beliefs, that audience name is sealable.

g.      Lastly, an audience name that exposes a person's participation in or propensity to engage in protected political speech is sealable. Where the audience name reveals, for example, a person's propensity to engage in certain religious services or political activities, that audience name is sealable.

| Page/Footnote | Spreadsheet | Row | Sealing Justification |
| --- | --- | --- | --- |
| Page 5 n.8 | ORCL_KATZ000160571 | 37733 | Audience name reveals sensitive personal health information. Audience name reveals specific type of sensitive purchases. |
| Page 5 n.8 | ORCL_KATZ000160574 | 53457 | Audience name reveals sensitive |

-4-

DECLARATION OF DAVID T. RUDOLPH
CASE NO. 3:22-CV-04792

| | | | personal health information. Audience name reveals specific type of sensitive purchases. |
|---|---|---|---|
| Page 5 n.8 | ORCL_KATZ000160571 | 34955 | Audience name reveals sensitive personal health information. Audience name reveals specific type of sensitive purchases. |
| Page 5 n.8 | ORCL_KATZ000160574 | 53460 | Audience name reveals sensitive personal health information. Audience name reveals specific type of sensitive purchases. |
| Page 5 n.8 | ORCL_KATZ000160571 | 34957 | Audience name reveals personal health information. Audience name reveals specific type of purchases. |
| Page 5 n.8 | ORCL_KATZ000160574 | 52399 | Audience name reveals sensitive personal health information. Audience name reveals specific type of sensitive purchases. Audience name exposes sensitive consumer tendency. |
| Page 5 n.8 | ORCL_KATZ000160571 | 16830 | Audience name reveals sensitive personal health information. Audience name reveals specific type of sensitive purchases. |
| Page 5 n.8 | ORCL_KATZ000160574 | 51888 | Audience name reveals sensitive personal health information. Audience name reveals specific type of sensitive purchases. Audience name exposes sensitive consumer tendency. |
| Page 5 n.9 | ORCL_KATZ000160571 | 37437 | Audience name reveals sensitive medical condition. |
| Page 5 n.9 | ORCL_KATZ000160574 | 56193 | Audience name reveals sensitive medical condition. |
| Page 5 n.9 | ORCL_KATZ000160574 | 57415 | Audience name reveals sensitive personal health information. |
| Page 5 n.9 | ORCL_KATZ000160574 | 57415 | Audience description reveals sensitive personal health information. |
| Page 5 n.9 | ORCL_KATZ000160574 | 57410 | Audience name reveals sensitive personal health information. Audience name exposes sensitive consumer tendency. |
| Page 5 n.9 | ORCL_KATZ000160574 | 57410 | Audience description reveals sensitive personal health information. Audience description exposes sensitive consumer tendency. |
| Page 5 n.10 | ORCL_KATZ000160572 | EB5 | Revealing personal information. |

-5-

| Page 5 n.10 | ORCL_KATZ000160571 | 11439 | Audience name reveals sensitive personal health information. Audience name reveals specific type of sensitive purchases. |
| Page 5 n.10 | ORCL_KATZ000160571 | 7767 | Audience name reveals sensitive personal health information. Audience name exposes sensitive consumer tendency. |
| Page 5 n.10 | ORCL_KATZ000160571 | 18797 | Audience name reveals sensitive personal health information. Audience name exposes sensitive consumer tendency. |
| Page 5 n.10 | ORCL_KATZ000160571 | 37725 | Audience name reveals sensitive personal health information. Audience name exposes sensitive consumer tendency. Audience name exposes reproductive decision. |
| Page 5 n.11 | ORCL_KATZ000160571 | 27398 | Audience name reveals personal information. |
| Page 5 n.11 | ORCL_KATZ000160577 | AS3 | Revealing personal information. |
| Page 5 n.11 | ORCL_KATZ000160574 | 16112 | Audience name reveals personal information. |
| Page 5 n.12 | ORCL_KATZ000160571 | 27002 | Audience name reveals sensitive personal information. Audience name exposes sensitive consumer tendency. Audience name exposes reproductive decision. |
| Page 5 n.12 | ORCL_KATZ000160574 | 29198 | Audience name reveals sensitive personal information. Audience name exposes sensitive consumer tendency. Audience name exposes reproductive decision. |
| Page 5 n.13 | ORCL_KATZ000160571 | 25401 | Audience name reveals sensitive personal information. Audience name exposes political beliefs or opinions. |
| Page 5 n.13 | ORCL_KATZ000160574 | 57632 | Audience name reveals sensitive personal information. Audience name exposes political beliefs or opinions. |
| Page 5 n.13 | ORCL_KATZ000160571 | 36033 | Audience name reveals sensitive personal information. Audience name exposes political beliefs or opinions. |
| Page 5 n.13 | ORCL_KATZ000160571 | 22276 | Audience name reveals sensitive personal information. Audience name exposes political beliefs or opinions. |

-6-

DECLARATION OF DAVID T. RUDOLPH
CASE NO. 3:22-CV-04792

| Page 5 n.13 | ORCL_KATZ000160571 | 1245 | Audience name reveals personal information. Audience description exposes political beliefs or opinions. |
|---|---|---|---|
| Page 5 n.13 | ORCL_KATZ000160571 | 1245 | Audience description exposes private beliefs or opinions. Audience description exposes consumer tendency. |
| Page 5–6 n.14 | ORCL_KATZ000160571 | 35996 | Audience name reveals sensitive personal information. Audience name exposes religious beliefs or opinions. |
| Page 5–6 n.14 | ORCL_KATZ000160574 | 59138 | Audience name reveals sensitive personal information. Audience name exposes religious beliefs or opinions. |
| Page 6 n.15 | ORCL_KATZ000160571 | 5399 | Audience name reveals sensitive personal information. Audience name reveals specific sensitive types of purchases. |
| Page 6 n.15 | ORCL_KATZ000160574 | 19427 | Audience name reveals sensitive personal information. Audience name reveals specific type of purchases. Audience name exposes sensitive consumer tendency. |

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Berkeley, California, this 11th day of March, 2024.

/s/ David T. Rudolph
David T. Rudolph

-7-

## **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all signatories above have concurred in the filing of this document.

Dated: March 11, 2024                              By: */s/ Michael W. Sobol*
                                                   Michael W. Sobol