# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware, <br><br> Defendant. | Case No. 3:22-cv-04792-RS <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Judge: Hon. Richard Seeborg <br><br> Date: March 28, 2024 <br> Time: 1:30pm <br> Courtroom: 3 <br><br> Date Action Filed: August 19, 2022 <br> Trial Date: None set |

Plaintiffs filed an Administrative Motion to File Under Seal Portions of Plaintiffs' Surreply Brief pursuant to Civil Local Rules 7-11 and 79-5. Upon consideration of the Administrative Motion and the papers submitted in support, IT IS HEREBY ORDERED that portions of Plaintiffs' Surreply Brief are to be sealed as follows:

| Page/Footnote | Information from Oracle's Records | Sealed |
|---|---|---|
| Page 5 n.8 | ORCL_KATZ000160571, Row 37733 | |
| | ORCL_KATZ000160574, Row 53457 | |
| | ORCL_KATZ000160571, Row 34955 | |
| | ORCL_KATZ000160574, Row 53460 | |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
ADMIN. MOTION TO FILE UNDER SEAL;
CASE NO. 3:22-CV-04792

2957329.1

| Page/Footnote | Information from Oracle's Records | Sealed |
|---|---|---|
|  | ORCL_KATZ000160571, Row 34957 |  |
|  | ORCL_KATZ000160574, Row 52399 |  |
|  | ORCL_KATZ000160571, Row 16830 |  |
|  | ORCL_KATZ000160574, Row 51888 |  |
| Page 5 n.9 | ORCL_KATZ000160571, Row 37437 |  |
|  | ORCL_KATZ000160574, Row 56193 |  |
|  | ORCL_KATZ000160574, Row 57415 (name) |  |
|  | ORCL_KATZ000160574, Row 57415 (description) |  |
|  | ORCL_KATZ000160574, Row 57410 (name) |  |
|  | ORCL_KATZ000160574, Row 57410 (description) |  |
| Page 5 n.10 | ORCL_KATZ000160572, Cell EB5 |  |
|  | ORCL_KATZ000160571, Row 11439 |  |
|  | ORCL_KATZ000160571, Row 7767 |  |
|  | ORCL_KATZ000160571, Row 18797 |  |
|  | ORCL_KATZ000160571, Row 37725 |  |
| Page 5 n.11 | ORCL_KATZ000160571, Row 27398 |  |
|  | ORCL_KATZ000160577, Cell AS3 |  |
|  | ORCL_KATZ000160574, Row 16112 |  |
| Page 5 n.12 | ORCL_KATZ000160571, Row 27002 |  |
|  | ORCL_KATZ000160574, Row 29198 |  |
| Page 5 n.13 | ORCL_KATZ000160571, Row 25401 |  |
|  | ORCL_KATZ000160574, Row 57632 |  |
|  | ORCL_KATZ000160571, Row 36033 |  |
|  | ORCL_KATZ000160571, Row 22276 |  |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
ADMIN. MOTION TO FILE UNDER SEAL;
CASE NO. 3:22-CV-04792

2957329.1

| Page/Footnote | Information from Oracle's Records | Sealed |
|---|---|---|
| | ORCL_KATZ000160571, Row 1245 (name) | |
| | ORCL_KATZ000160571, Row 1245 (description) | |
| Page 5–6 n.14 | ORCL_KATZ000160571, Row 35996 | |
| | ORCL_KATZ000160574, Row 59138 | |
| Page 6 n.15 | ORCL_KATZ000160571, Row 5399 | |
| | ORCL_KATZ000160574, Row 19427 | |

**IT IS SO ORDERED.**

Dated:  March ___, 2024        _____

Honorable Richard Seeborg

-3-

2957329.1