1   TIFFANY CHEUNG (CA SBN 211497)
    TCheung@mofo.com
2   CHRISTIN HILL (CA SBN 247522)
    CHill@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California 94105-2482
    Telephone:    415.268.7000
5   Facsimile:    415.268.7522

6   PURVI G. PATEL (CA SBN 270702)
    PPatel@mofo.com
7   WHITNEY O'BYRNE (CA SBN 325698)
    WOByrne@mofo.com
8   ERIK MANUKYAN (CA SBN 340307)
    EManukyan@mofo.com
9   EMMA BURGOON (CA SBN 348097)
    EBurgoon@mofo.com
10  MORRISON & FOERSTER LLP
    707 Wilshire Boulevard, Suite 6000
11  Los Angeles, California  90017-3543
    Telephone:    213.892.5200
12  Facsimile:    213.892.5454

13  Attorneys for Defendant
    ORACLE AMERICA, INC.

14  *Additional counsel on next page*

15              **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17                  **SAN FRANCISCO DIVISION**

18

19  MICHAEL KATZ-LACABE, ET AL.,          Case No. 3-22-cv-04792-RS

20          Plaintiffs,                   **DEFENDANT ORACLE
                                          AMERICA INC.'S ADMINISTRATIVE
21      v.                                MOTION TO CONSIDER WHETHER
                                          PLAINTIFFS' MATERIAL SHOULD BE
22  ORACLE AMERICA, INC., a corporation   SEALED**
    organized under the laws of the State of
23  Delaware,                             Judge:  Hon. Richard Seeborg

24          Defendant.                    Date Action Filed:  August 19, 2022
                                          Trial Date:  Not set
25

26

27

28

1    ZACHARY S. NEWMAN (NY SBN 5651518)
     (Admitted *pro hac vice*)
2    ZNewman@mofo.com
     MORRISON & FOERSTER LLP
3    250 West 55th Street
     New York, New York 10019-9601
4    Telephone:     212.468.8000
     Facsimile:     212.468.7900
5

6    KYLE ZIPES (CA SBN 251814)
     Kyle.Zipes@oracle.com
     NARGUES M. EDER (CA SBN 260289)
7    Nargues.M.Eder@oracle.com
     ORACLE AMERICA, INC.
8    500 Oracle Parkway
     Redwood Shores, California 94065
9    Telephone:     650.506.7000

10    Attorneys for Defendant
     ORACLE AMERICA, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Protective Order entered by this Court, (ECF No. 28), Defendant Oracle America, Inc. respectfully submits this Administrative Motion to Consider Whether Plaintiffs' Material Should be Sealed with respect to the below document:

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Defendant Oracle America Inc.'s Response to Plaintiffs' Sur-Reply to Defendant's Motion to Dismiss Portions of Plaintiffs' Second Amended Complaint | Highlighted portion in yellow at page 8 | Plaintiffs Michael Katz-Lacabe and Jennifer Golbeck |

The portions of the above document subject to this motion contain information designated by Plaintiffs as confidential under the Protective Order. (*See* ECF No. 98-1 at 6.) Oracle submits, along with this Administrative Motion, an unredacted copy of the document referenced above as well as the supporting Declaration of Christin Hill and its attached exhibits.

Dated: March 18, 2024

MORRISON & FOERSTER LLP

By:  */s/ Purvi G. Patel*
Purvi G. Patel

***Attorneys for Defendant***
***Oracle America, Inc.***