1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

9

10

11

12

13

14

15

16

17

| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated, | Case No. 3:22-cv-04792-RS |
|---|---|

Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,

        Plaintiffs,

    vs.

ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,

        Defendant.

Case No. 3:22-cv-04792-RS

**[PROPOSED] ORDER GRANTING THE ADMINISTRATIVE MOTION TO FILE DEFENDANT'S SURREPLY RESPONSE UNDER SEAL**

Judge: Hon. Richard Seeborg

Date: March 28, 2024
Time: 1:30pm
Courtroom: 3

Date Action Filed: August 19, 2022
Trial Date: None set

18

19

20

21

22

Defendant filed an Administrative Motion To Consider Whether Plaintiffs' Material Should Be Sealed in Defendant's Surreply Response pursuant to Civil Local Rules 7-11 and 79-5. Upon consideration of the Administrative Motion and the papers submitted in support, IT IS HEREBY ORDERED that portions of Defendant's Surreply Response are to be sealed as follows:

23

24

25

| Page | Information from Oracle's Records | Sealed |
|---|---|---|
| Page 8 | ORCL_KATZ000160571, Row 36033 | |

26

27

28

[PROPOSED] ORDER GRANTING ADMIN. MOTION
TO FILE UNDER SEAL;
CASE NO. 3:22-CV-04792

1    **IT IS SO ORDERED.**

2

3

4

5    Dated:  March ___, 2024

                                           _____
Honorable Richard Seeborg

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

[PROPOSED] ORDER GRANTING ADMIN. MOTION
TO FILE UNDER SEAL;
CASE NO. 3:22-CV-04792