UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL KATZ-LACABE, et al.,

    Plaintiffs,

v.

ORACLE AMERICA, INC.,

    Defendant.

Case No. 22-cv-04792-RS

**ORDER OF REFERENCE**

Re: Dkt. No. 102

    Pursuant to Local Rule 72-1, it is hereby ordered that this case is referred for all discovery purposes to a Magistrate Judge, with any motions to be heard and considered at the convenience of his or her calendar. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: March 25, 2024

_____

RICHARD SEEBORG
Chief United States District Judge