Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
Amelia A. Haselkorn (SBN 339633)
ahaselkorn@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Katz-Lacabe, and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | Case No. 3:22-cv-04792-RS<br><br>**DECLARATION OF MICHAEL W. SOBOL IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES**<br><br>[N.D. Cal. L.R. 6-2] |

I, Michael W. Sobol, declare:

1. I am a partner the law firm of Lieff Cabraser Heimann & Bernstein, LLP ("LCHB").

2. I have personal knowledge of the matters set forth herein, and if called to testify thereto, I could and would do so competently.

3. I submit this Declaration in support of the Stipulation and [Proposed] Order to Extend Case Deadlines filed by Defendant Oracle America Inc. ("Oracle") and Plaintiffs Michael Katz-Lacabe and Dr. Jennifer Golbeck ("Plaintiffs").

4. I met and conferred with Oracle's counsel on March 21 and 22, 2024 to discuss a potential extension of the remaining case deadlines. The parties agreed to formally mediate this matter and communicated on how an extension of the class certification schedule could facilitate that process.

5. Plaintiffs also believe that an extension is necessary because additional discovery is required. For example, the Court's October 18, 2023 Order to Extend Case Deadlines ("Order") (ECF No. 83) gave Oracle 30 days from the Court's decision on the pending motion to dismiss to file an answer to the Second Amended Complaint ("SAC"). The deadline for Oracle to file an answer to the SAC may thus fall after the current May 1, 2024 deadline for Plaintiffs to move for class certification. In addition, Plaintiffs will then need time to seek discovery regarding any affirmative defenses raised in Oracle's answer.

6. The parties agreed, pending the Court's approval, to extend the deadlines for Plaintiffs' motion for class certification, Oracle's opposition, and Plaintiffs' reply.

7. The parties have previously stipulated five times to extend deadlines in this case (ECF Nos. 21, 50, 52, 59, 82), each of which the Court approved (ECF Nos. 22, 51, 53, 60, 83).

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, this 25th day of March, 2024.

*/s/ Michael W. Sobol*
Michael W. Sobol