Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
Amelia A. Haselkorn (SBN 339633)
ahaselkorn@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | Case No. 3:22-cv-04792-RS<br><br>**STIPULATION AND ORDER TO EXTEND CASE DEADLINES**<br><br>Judge: Hon. Richard Seeborg<br><br>Date Action Filed: August 19, 2022<br>Trial Date: None set |

Pursuant to Civil Local Rule 6-2(a), Plaintiffs Michael Katz-Lacabe and Dr. Jennifer Golbeck ("Plaintiffs") and Defendant Oracle America, Inc. ("Oracle"), by and through their attorneys of record, stipulate as follows:

WHEREAS, on November 17, 2023, Plaintiffs filed the Second Amended Complaint

("SAC") (ECF No. 87);

WHEREAS, on December 22, 2023, Oracle filed a motion to dismiss the SAC ("Motion") (ECF No. 88);

WHEREAS, on March 18, 2024, the parties completed briefing Oracle's Motion (ECF No. 101);

WHEREAS, the hearing on the Motion is scheduled for March 28, 2024 (ECF No. 95);

WHEREAS, the parties met and conferred on March 21 and 22, 2024, and have agreed to formally mediate this matter and agree that an extension of the class certification schedule will facilitate that process;

WHEREAS, the parties acknowledge and agree that they may seek a further extension of the class certification schedule if circumstances so warrant;

WHEREAS, Plaintiffs' motion for class certification and class expert reports are currently due on or before May 1, 2024, Oracle's opposition thereto and expert reports are due on or before June 25, 2024, and Plaintiffs' reply in support and rebuttal expert reports, if any, are due on or before July 23, 2024, with the motion to be heard on August 8, 2024 (ECF No. 83);

WHEREAS, the parties agreed, in light of the foregoing, to extend the deadline for Plaintiffs to file their motion for class certification (Declaration of Michael W. Sobol ("Sobol Decl.") ¶¶ 4–5);

WHEREAS, the parties have previously stipulated five times to extend deadlines in this case (ECF Nos. 21, 50, 52, 59, 82), each of which the Court approved (ECF Nos. 22, 51, 53, 60, 83) (Sobol Decl. ¶ 6);

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that:

1. Plaintiffs shall file their motion for class certification and class expert reports on or before October 1, 2024;

2. Oracle shall file its opposition to Plaintiffs' motion for class certification and class expert reports on or before November 26, 2024;

3. Plaintiffs shall file any reply to Oracle's opposition and rebuttal class expert reports, if any, on or before December 23, 2024; and

4. Plaintiffs shall notice their motion for class certification on January 16, 2025, at 1:30 p.m., or on a date or time otherwise directed by the Court.

Dated: March 25, 2024

**MORRISON & FOERSTER LLP**

By: */s/ Purvi G. Patel*

Tiffany Cheung (CA SBN 211497)
TCheung@mofo.co
Christin Hill (CA SBN 247522)
CHill@mofo.com
Purvi G. Patel (CA SBN 270702)
PPatel@mofo.com
Whitney O'Byrne (CA SBN 325698)
WOByrne@mofo.com
Erik Manukyan (CA SBN 340307)
EManukyan@mofo.com
Emma Burgoon (CA SBN 348097)
EBurgoon@mofo.com
Zachary S. Newman (NY SBN 5651518)
ZNewman@mofo.com
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
*Oracle America, Inc.*

Dated: March 25, 2024

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By: */s/ Michael W. Sobol*

Michael W. Sobol (CA SBN 194857)
msobol@lchb.com

*Attorneys for Plaintiffs*
*Michael Katz-Lacabe and Dr. Jennifer Golbeck*

**ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories

Dated: March 25, 2024

By: */s/ Michael W. Sobol*
Michael W. Sobol

**ORDER**

Pursuant to the parties' stipulation, the Court hereby orders that:

1. Plaintiffs shall file their motion for class certification and class expert reports on or before October 1, 2024;

2. Oracle shall file its opposition to Plaintiffs' motion for class certification and class expert reports on or before November 26, 2024;

3. Plaintiffs shall file any reply to Oracle's opposition and rebuttal class expert reports, if any, on or before December 23, 2024; and

4. Plaintiffs shall notice their motion for class certification on January 16, 2025, at 1:30 p.m., or on a date or time otherwise directed by the Court.

**IT IS SO ORDERED.**

Dated: March 25, 2024

U.S. District Court Judge Richard Seeborg