Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
Amelia A. Haselkorn (SBN 339633)
ahaselkorn@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | Case No. 3:22-cv-04792-RS<br><br>**SIGNATURE ADDENDUM TO JOINT DISCOVERY LETTER BRIEF [DKT. NO. 102]**<br><br>Judge:  Hon. Richard Seeborg<br><br>Date Action Filed:  August 19, 2022<br>Trial Date:  None set |

Pursuant to the instruction of the Court's staff, the parties hereby submit this addendum to add their counsels' signatures to their Joint Discovery Letter Brief (Dkt. No. 102).

1

Respectfully submitted,

2

Dated: March 26, 2024

**MORRISON & FOERSTER LLP**

3

By: _/s/ Christin J. Hill_

4

Purvi G. Patel (CA SBN 270702)
PPatel@mofo.com

5

Tiffany Cheung (CA SBN 211497)
TCheung@mofo.co

6

Christin Hill (CA SBN 247522)
CHill@mofo.com

7

Whitney O'Byrne (CA SBN 325698)
WOByrne@mofo.com

8

Erik Manukyan (CA SBN 340307)

9

EManukyan@mofo.com
Emma Burgoon (CA SBN 348097)

10

EBurgoon@mofo.com
Zachary S. Newman (NY SBN 5651518)

11

ZNewman@mofo.com
425 Market Street

12

San Francisco, California 94105

13

Telephone: 415.268.7000
Facsimile: 415.268.7522

14

15

*Attorneys for Defendant Oracle America, Inc.*

16

Dated: March 26, 2024

**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**

17

18

By: _/s/ Michael W. Sobol_
Michael W. Sobol (CA SBN 194857)

19

msobol@lchb.com
David T. Rudolph (SBN 233457)

20

drudolph@lchb.com
Jallé H. Dafa (SBN 290637)

21

jdafa@lchb.com
John D. Maher (SBN 316157)

22

jmaher@lchb.com
Amelia A. Haselkorn (SBN 339633)

23

ahaselkorn@lchb.com
Nabila Abdallah (SBN 347764)

24

nabdallah@lchb.com
275 Battery Street, 29th Floor

25

San Francisco, CA 94111
Telephone: 415.956.1000

26

Facsimile: 415.956.1008

27

*Attorneys for Plaintiffs Michael Katz-Lacabe
and Dr. Jennifer Golbeck*

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories

Dated:  March 26, 2024

By:   */s/ Michael W. Sobol*
      Michael W. Sobol