| | |
|---|---|
| 1 | TIFFANY CHEUNG (CA SBN 211497) |
|   | TCheung@mofo.com |
| 2 | CHRISTIN HILL (CA SBN 247522) |
|   | CHill@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street, |
| 4 | San Francisco, California 94105-2482 |
|   | Telephone:   415.268.7000 |
| 5 | Facsimile:   415.268.7522 |
| 6 | |
|   | PURVI G. PATEL (CA SBN 270702) |
| 7 | PPatel@mofo.com |
|   | WHITNEY O'BYRNE (CA SBN 325698) |
| 8 | WOByrne@mofo.com |
|   | ERIK MANUKYAN (CA SBN 340307) |
| 9 | EManukyan@mofo.com |
|   | EMMA BURGOON (CA SBN 348097) |
| 10 | EBurgoon@mofo.com |
|   | MORRISON & FOERSTER LLP |
| 11 | 707 Wilshire Boulevard, Suite 6000 |
|   | Los Angeles, California 90017-3543 |
| 12 | Telephone: 213.892.5200 |
| 13 | Facsimile: 213.892.5454 |
| 14 | |
|   | Attorneys for Defendant |
| 15 | ORACLE AMERICA, INC. |
| 16 | *Additional counsel on next page* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated, | Case No. 3:22-cv-04792-RS |
| Plaintiffs, | **NOTICE OF CHANGE IN COUNSEL OF RECORD FOR ORACLE AMERICA, INC.** |
| v. | JUDGE: Hon. Richard Seeborg |
| ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware, | Date Action Filed: August 19, 2022 |
| | Trial Date: Not Set |
| Defendants. | |

NOTICE OF CHANGE IN COUNSEL
CASE NO. 3:22-cv-04792-RS
sf-5881813

1  ZACHARY S. NEWMAN (NY SBN 5651518)
   (Admitted *pro hac vice*)
2  ZNewman@mofo.com
   MORRISON & FOERSTER LLP
3  250 West 55th Street
4  New York, New York 10019-9601
   Telephone: 212.468.8000
5  Facsimile: 212.468.7900

6
   KYLE ZIPES (CA SBN 251814)
7  Kyle.Zipes@oracle.com
   NARGUES M. EDER (CA SBN 260289)
8  Nargues.M.Eder@oracle.com
   ORACLE AMERICA, INC.
9  500 Oracle Parkway
   Redwood Shores, CA 94065
10 Telephone: 650.506.7000

11
   Attorneys for Defendant
12 ORACLE AMERICA, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE IN COUNSEL
CASE NO. 3:22-cv-04792-RS
sf-5881813

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Danielle E. Vallone hereby withdraws as counsel of record for Defendant Oracle America, Inc. Copies of all pleadings, notices, and other court documents pertaining to this action should continue to be served on Morrison & Foerster LLP and Oracle America, Inc. Because Tiffany Cheung, Christin Hill, Purvi G. Patel, Whitney O'Byrne, Erik Manukyan, Emma Burgoon, Zachary S. Newman, Kyle Zipes, and Nargues M. Eder will remain as counsel of record for Defendant Oracle America, Inc., Ms. Vallone's withdrawal will not prejudice any party.

Dated: April 8, 2024         MORRISON & FOERSTER LLP

By: */s/ Danielle E. Vallone*
Danielle E. Vallone (CA Bar No. 302497)
dvallone@mofo.com
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

**Attorneys for Defendant Oracle America, Inc.**

# CERTIFICATE OF SERVICE

I, Danielle E. Vallone, hereby certify that on April 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                        */s/ Danielle E. Vallone*
                                          Danielle E. Vallone