1    TIFFANY CHEUNG (CA SBN 211497)
     TCheung@mofo.com
2    CHRISTIN HILL (CA SBN 247522)
     CHill@mofo.com
3    MORRISON & FOERSTER LLP
     425 Market Street
4    San Francisco, California 94105
     Telephone:    415.268.7000
5    Facsimile:    415.268.7522

6    PURVI G. PATEL (CA SBN 270702)
     PPatel@mofo.com
7    WHITNEY O'BYRNE (CA SBN 325698)
     WOByrne@mofo.com
8    ERIK MANUKYAN (CA SBN 340307)
     EManukyan@mofo.com
9    EMMA BURGOON (CA SBN 348097)
     EBurgoon@mofo.com
10   MORRISON & FOERSTER LLP
     707 Wilshire Boulevard, Suite 6000
11   Los Angeles, California 90017
     Telephone:    213.892.5200
12   Facsimile:    213.892.5454

13   *Additional counsel on next page*

14   *Plaintiffs' counsel on signature page*

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                    **SAN FRANCISCO DIVISION**

18

19   Michael Katz-Lacabe and Dr. Jennifer         Case No. 3-22-cv-04792-RS
     Golbeck, on behalf of themselves and all others
20   similarly situated,                          **STIPULATION AND [PROPOSED]
                                                   ORDER TO EXTEND DEADLINE FOR
21                    Plaintiffs,                  ORACLE'S ANSWER TO
                                                   PLAINTIFFS' SECOND AMENDED
22            v.                                   COMPLAINT**

23   ORACLE AMERICA, INC., a corporation           Judge:  Hon. Richard Seeborg
     organized under the laws of the State of
24   Delaware,                                     Current Deadline: May 3, 2024
                                                   Proposed Deadline: May 17, 2024
25                    Defendants.
                                                   Date Action Filed:  August 19, 2022
26                                                 Trial Date:  Not set

27

28

     STIPULATION AND [PROPOSED] ORDER TO          CASE NO. 3-22-cv-04792-RS
     EXTEND ANSWER DEADLINE
     sf-5896751

1    ZACHARY S. NEWMAN (NY SBN 5651518)
     Admitted *pro hac vice*
2    ZNewman@mofo.com
     MORRISON & FOERSTER LLP
3    250 West 55th Street
     New York, New York 10019-9601
4    Telephone:    212.468.8000
     Facsimile:    212.468.7900
5
     KYLE ZIPES (CA SBN 251814)
6    Kyle.Zipes@oracle.com
     NARGUES M. EDER (CA SBN 260289)
7    Nargues.M.Eder@oracle.com
8    ORACLE AMERICA, INC.
     500 Oracle Parkway
9    Redwood Shores, California 94065
     Telephone:    650.506.7000
10
     Attorneys for Defendant
11   ORACLE AMERICA, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 6-2(a), Plaintiffs Michael Katz-Lacabe and Dr. Jennifer

2  Golbeck and Defendant Oracle America, Inc., by and through their attorneys of record, stipulate

3  as follows:

4    WHEREAS, on April 3, 2024, the Court granted Oracle's motion to dismiss portions of

5  the Second Amended Complaint ("SAC") (ECF No. 114);

6    WHEREAS, Oracle's deadline to answer all non-dismissed claims in the SAC is 30 days

7  after the Court's order on Oracle's motion to dismiss, or May 3, 2024 (ECF No. 83);

8    WHEREAS, the parties have agreed to mediate this matter on April 24, and further agree

9  that an extension of the answer deadline will facilitate that process (Declaration of Purvi G. Patel

10  ("Patel Decl.") ¶ 2);

11    WHEREAS, the parties met and conferred on April 16, and agreed, in light of the

12  foregoing, to extend the deadline for Oracle to file its answer to the SAC by two weeks, up to and

13  including May 17 (*id.*);

14    WHEREAS, in light of the foregoing, in the event Plaintiffs seek an extension of the

15  current class certification briefing deadline, Oracle will agree to a commensurate two-week

16  extension;

17    WHEREAS, the parties have previously stipulated six times to extend deadlines in this

18  case (ECF Nos. 21, 50, 52, 59, 82, 105), each of which the Court approved (ECF Nos. 22, 51, 53,

19  60, 83, 106) (Patel Decl. ¶ 3);

20    NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the

21  Court, that Oracle's deadline to answer all non-dismissed claims in SAC shall be extended by 14

22  days, up to and including May 17, 2024.

23

24  Dated:  April 18, 2024                 MORRISON & FOERSTER LLP

25

26                          By:  */s/ Purvi G. Patel*
                                 Purvi G. Patel

27                               **Attorneys for Defendant**
                                 **Oracle America, Inc.**

28

1

2

Dated:  April 18, 2024

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

3

4

5

6

7

8

9

10

By:  /s/ Michael W. Sobol
　　　　　Michael W. Sobol (SBN 194857)
　　　　　msobol@lchb.com
　　　　　David T. Rudolph (SBN 233457)
　　　　　drudolph@lchb.com
　　　　　Jallé H. Dafa (SBN 290637)
　　　　　jdafa@lchb.com
　　　　　John Maher (SBN
　　　　　jmaher@lchb.com
　　　　　Nabila Abdallah (SBN
　　　　　nabdallah@lchb.com
　　　　　275 Battery Street, 29th Floor
　　　　　San Francisco, CA 94111
　　　　　Telephone: 415.956.1000
　　　　　Facsimile: 415.956.1008

11

12

**_Attorneys for Plaintiffs_**
**_Michael Katz-Lacabe and Dr. Jennifer Golbeck_**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ECF ATTESTATION

2      I, Purvi G. Patel, am the ECF User whose ID and password are being used to file this

3  **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR**

4  **ORACLE'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**.  In

5  accordance with Civil L.R. 5-1(h)(3), concurrence in and authorization of the filing of this

6  document has been obtained from David Rudolph, counsel for Plaintiffs, and I shall maintain

7  records to support this concurrence for subsequent production for the Court if so ordered or for

8  inspection upon request by a party.

9
10      Dated: April 18, 2024                    MORRISON & FOERSTER LLP

11
12                                    By:    /s/ Purvi G. Patel
                                            Purvi G. Patel
13                                          ***Attorneys for Defendant***
                                            ***Oracle America, Inc.***
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court hereby orders that:

1.  Oracle's deadline to answer all non-dismissed claims in SAC shall be extended by 14 days, up to and including May 17, 2024.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Richard Seeborg
United States District Court Judge