TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
CHRISTIN HILL (CA SBN 247522)
CHill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone:   415.268.7000
Facsimile:   415.268.7522

PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
WHITNEY O'BYRNE (CA SBN 325698)
WOByrne@mofo.com
ERIK MANUKYAN (CA SBN 340307)
EManukyan@mofo.com
EMMA BURGOON (CA SBN 348097)
EBurgoon@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone:   213.892.5200
Facsimile:   213.892.5454

*Additional counsel on next page*

*Plaintiffs' counsel on signature page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendants. | Case No. 3-22-cv-04792-RS<br><br>**DECLARATION OF PURVI G. PATEL IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR ORACLE'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**[N.D. CAL. L.R. 6-2]**<br><br>Judge:  Hon. Richard Seeborg<br><br>Date Action Filed: August 19, 2022<br>FAC Filed: May 22, 2023<br>Trial Date: Not set |

| | |
|---|---|
| 1 | ZACHARY S. NEWMAN (NY SBN 5651518) |
| | Admitted *pro hac vice* |
| 2 | ZNewman@mofo.com |
| | MORRISON & FOERSTER LLP |
| 3 | 250 West 55th Street |
| | New York, New York 10019-9601 |
| 4 | Telephone:    212.468.8000 |
| | Facsimile:    212.468.7900 |
| 5 | |
| | KYLE ZIPES (CA SBN 251814) |
| 6 | Kyle.Zipes@oracle.com |
| | NARGUES M. EDER (CA SBN 260289) |
| 7 | Nargues.M.Eder@oracle.com |
| | ORACLE AMERICA, INC. |
| 8 | 500 Oracle Parkway |
| | Redwood Shores, California 94065 |
| 9 | Telephone:    650.506.7000 |
| 10 | |
| | Attorneys for Defendant |
| 11 | ORACLE AMERICA, INC. |
| 12 | |
| ... | |
| 28 | |

PATEL DECL. ISO STIP AND [PROPOSED]
ORDER TO EXTEND ANSWER DEADLINE

Case No. 3-22-cv-04792-RS

sf-5896763

I, Purvi G. Patel, hereby declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP and counsel of record for Defendant Oracle America, Inc. in this action. I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

2. The parties met and conferred on April 16, 2024 to discuss extending Oracle's deadline to file its answer to Plaintiffs' Second Amended Complaint to facilitate a productive mediation session on April 24.

3. The parties have previously stipulated six times to extend deadlines in this case (ECF Nos. 21, 50, 52, 59, 82, 105), each of which the Court approved (ECF Nos. 22, 51, 53, 60, 83, 106).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of April, 2024 at Glen Ellyn, Illinois.

                                              */s/ Purvi G. Patel*
                                              Purvi G. Patel