TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
CHRISTIN HILL (CA SBN 247522)
CHill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone:    415.268.7000
Facsimile:    415.268.7522

PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
WHITNEY O'BYRNE (CA SBN 325698)
WOByrne@mofo.com
ERIK MANUKYAN (CA SBN 340307)
EManukyan@mofo.com
EMMA BURGOON (CA SBN 348097)
EBurgoon@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone:    213.892.5200
Facsimile:    213.892.5454

*Additional counsel on next page*

*Plaintiffs' counsel on signature page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendants. | Case No. 3-22-cv-04792-RS<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR ORACLE'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Richard Seeborg<br><br>Current Deadline: May 3, 2024<br>Proposed Deadline: May 17, 2024<br><br>Date Action Filed: August 19, 2022<br>Trial Date: Not set |

| | |
|---|---|
| 1 | ZACHARY S. NEWMAN (NY SBN 5651518) |
| | Admitted *pro hac vice* |
| 2 | ZNewman@mofo.com |
| | MORRISON & FOERSTER LLP |
| 3 | 250 West 55th Street |
| | New York, New York 10019-9601 |
| 4 | Telephone: 212.468.8000 |
| | Facsimile: 212.468.7900 |
| 5 | |
| | KYLE ZIPES (CA SBN 251814) |
| 6 | Kyle.Zipes@oracle.com |
| | NARGUES M. EDER (CA SBN 260289) |
| 7 | Nargues.M.Eder@oracle.com |
| | ORACLE AMERICA, INC. |
| 8 | 500 Oracle Parkway |
| | Redwood Shores, California 94065 |
| 9 | Telephone: 650.506.7000 |
| 10 | |
| | Attorneys for Defendant |
| 11 | ORACLE AMERICA, INC. |
| 12 | |
| ... | |
| 28 | |

STIPULATION AND ORDER TO EXTEND
ANSWER DEADLINE

CASE NO. 3-22-cv-04792-RS

sf-5896751

1  Pursuant to Civil Local Rule 6-2(a), Plaintiffs Michael Katz-Lacabe and Dr. Jennifer
2  Golbeck and Defendant Oracle America, Inc., by and through their attorneys of record, stipulate
3  as follows:

4  WHEREAS, on April 3, 2024, the Court granted Oracle's motion to dismiss portions of
5  the Second Amended Complaint ("SAC") (ECF No. 114);

6  WHEREAS, Oracle's deadline to answer all non-dismissed claims in the SAC is 30 days
7  after the Court's order on Oracle's motion to dismiss, or May 3, 2024 (ECF No. 83);

8  WHEREAS, the parties have agreed to mediate this matter on April 24, and further agree
9  that an extension of the answer deadline will facilitate that process (Declaration of Purvi G. Patel
10 ("Patel Decl.") ¶ 2);

11 WHEREAS, the parties met and conferred on April 16, and agreed, in light of the
12 foregoing, to extend the deadline for Oracle to file its answer to the SAC by two weeks, up to and
13 including May 17 (*id.*);

14 WHEREAS, in light of the foregoing, in the event Plaintiffs seek an extension of the
15 current class certification briefing deadline, Oracle will agree to a commensurate two-week
16 extension;

17 WHEREAS, the parties have previously stipulated six times to extend deadlines in this
18 case (ECF Nos. 21, 50, 52, 59, 82, 105), each of which the Court approved (ECF Nos. 22, 51, 53,
19 60, 83, 106) (Patel Decl. ¶ 3);

20 NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the
21 Court, that Oracle's deadline to answer all non-dismissed claims in SAC shall be extended by 14
22 days, up to and including May 17, 2024.

23

24 Dated: April 18, 2024                MORRISON & FOERSTER LLP

25
                                        By: */s/ Purvi G. Patel*
26                                           Purvi G. Patel

27                                      **Attorneys for Defendant**
                                        **Oracle America, Inc.**
28

Case 3:22-cv-04792-RS   Document 118   Filed 04/19/24   Page 4 of 6

| | |
|---|---|
| Dated: April 18, 2024 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |

By: */s/ Michael W. Sobol*

Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John Maher (SBN
jmaher@lchb.com
Nabila Abdallah (SBN
nabdallah@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

***Attorneys for Plaintiffs
Michael Katz-Lacabe and Dr. Jennifer Golbeck***

STIPULATION AND ORDER TO EXTEND ANSWER DEADLINE   2   CASE NO. 3-22-cv-04792-RS

sf-5896751

**ECF ATTESTATION**

I, Purvi G. Patel, am the ECF User whose ID and password are being used to file this **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR ORACLE'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**. In accordance with Civil L.R. 5-1(h)(3), concurrence in and authorization of the filing of this document has been obtained from David Rudolph, counsel for Plaintiffs, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: April 18, 2024                    MORRISON & FOERSTER LLP

                                         By:   */s/ Purvi G. Patel*
                                                Purvi G. Patel

                                         ***Attorneys for Defendant***
                                         ***Oracle America, Inc.***

## ORDER

Pursuant to the parties' stipulation, the Court hereby orders that:

1. Oracle's deadline to answer all non-dismissed claims in SAC shall be extended by 14 days, up to and including May 17, 2024.

**IT IS SO ORDERED.**

Dated: April 19, 2024

_____
Honorable Richard Seeborg
United States District Court Judge