Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
Amelia A. Haselkorn (SBN 339633)
ahaselkorn@lchb.com
LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Oracle's counsel on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | Case No. 3:22-cv-04792-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY AND VACATE CASE DEADLINES**<br><br>Judge: Hon. Richard Seeborg<br>Dept: Courtroom: 3<br><br>Date Action Filed: August 19, 2022<br>Trial Date: None set |

Pursuant to Civil Local Rules 7-12 and 6-2, Plaintiffs and Defendant Oracle America Inc. ("Oracle") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on April 24, 2024, the Parties attended an arms-length mediation with a third-party neutral and have thereafter continued negotiations with the third-party neutral's assistance;

WHEREAS, the Parties have now reached a classwide settlement in principle, subject to the approval of the Court;

WHEREAS, staying discovery in this matter and vacating all existing deadlines will preserve judicial resources and allow the Parties to focus their efforts on finalizing the settlement;

WHEREAS, the proposed stay will not prejudice any party and will serve the interests of judicial economy;

NOW, THEREFORE, subject to the approval of the Court, it is hereby stipulated and agreed that:

1. All existing hearings and case deadlines are vacated, including those concerning Plaintiffs' motion to certify interlocutory appeal (Dkt. No. 120), but without prejudice to Plaintiffs renewing that motion should the prospective settlement not be approved;

2. The Parties anticipate they will finalize and execute a full-form settlement agreement on or before July 8, 2024;

3. Plaintiffs will file a motion for preliminary settlement approval promptly after the execution of a settlement agreement.

| | | |
|---|---|---|
| 1 | Dated: May 9, 2024 | */s/ Michael W. Sobol* |
| 2 | | Michael W. Sobol (SBN 194857) |
| | | msobol@lchb.com |
| 3 | | David T. Rudolph (SBN 233457) |
| | | drudolph@lchb.com |
| 4 | | Jallé H. Dafa (SBN 290637) |
| 5 | | jdafa@lchb.com |
| | | John D. Maher (SBN 316157) |
| 6 | | jmaher@lchb.com |
| | | Nabila Abdallah (SBN 347764) |
| 7 | | nabdallah@lchb.com |
| 8 | | Amelia A. Haselkorn (SBN 339633) |
| | | ahaselkorn@lchb.com |
| 9 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | | 275 Battery Street, 29th Floor |
| 10 | | San Francisco, CA  94111-3339 |
| | | Telephone:  415.956.1000 |
| 11 | | Facsimile:  415.956.1008 |
| 12 | | *Attorneys for Plaintiffs and the Class* |
| 13 | | |
| 14 | Dated: May 9, 2024 | */s/ Tiffany Cheung* |
| | | Tiffany Cheung (CA SBN 211497) |
| 15 | | TCheung@mofo.com |
| | | Christin Hill (CA SBN 247522) |
| 16 | | CHill@mofo.com |
| 17 | | MORRISON & FOERSTER LLP |
| | | 425 Market Street |
| 18 | | San Francisco, California 94105 |
| | | Telephone:  415.268.7000 |
| 19 | | Facsimile:  415.268.7522 |
| 20 | | Purvi G. Patel (CA SBN 270702) |
| | | PPatel@mofo.com |
| 21 | | Whitney O'Byrne (CA SBN 325698) |
| | | WOByrne@mofo.com |
| 22 | | Erik Manukyan (CA SBN 340307) |
| | | EManukyan@mofo.com |
| 23 | | Emma Burgoon (CA SBN 348097) |
| 24 | | EBurgoon@mofo.com |
| | | MORRISON & FOERSTER LLP |
| 25 | | 707 Wilshire Boulevard, Suite 6000 |
| | | Los Angeles, California 90017 |
| 26 | | Telephone:  213.892.5200 |
| | | Facsimile:  213.892.5454 |
| 27 | | |
| 28 | | |

```
                                    Zachary S. Newman (NY SBN 5651518)
                                    Admitted pro hac vice
                                    ZNewman@mofo.com
                                    MORRISON & FOERSTER LLP
                                    250 West 55th Street
                                    New York, New York 10019-9601
                                    Telephone: 212.468.8000
                                    Facsimile: 212.468.7900

                                    Kyle Zipes (CA SBN 251814)
                                    Kyle.Zipes@oracle.com
                                    Nargues M. Eder (CA SBN 260289)
                                    Nargues.M.Eder@oracle.com
                                    ORACLE AMERICA, INC.
                                    500 Oracle Parkway
                                    Redwood Shores, California 94065
                                    Telephone: 650.506.7000

                                    *Attorneys for Defendant Oracle America, Inc.*
```

Pursuant to stipulation, **IT IS SO ORDERED**.

Dated: _____     _____
                           Honorable Richard Seeborg
                           United States District Court Judge

## **ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  May 9, 2024          */s/ Michael W. Sobol*
                             Michael W. Sobol