| | |
|---|---|
| 1 | TIFFANY CHEUNG (CA SBN 211497) |
|   | TCheung@mofo.com |
| 2 | CHRISTIN HILL (CA SBN 247522) |
|   | CHill@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street, |
| 4 | San Francisco, California  94105-2482 |
|   | Telephone:    415.268.7000 |
| 5 | Facsimile:     415.268.7522 |
| 6 | PURVI G. PATEL (CA SBN 270702) |
|   | PPatel@mofo.com |
| 7 | WHITNEY O'BYRNE (CA SBN 325698) |
|   | WOByrne@mofo.com |
| 8 | ERIK MANUKYAN (CA SBN 340307) |
|   | EManukyan@mofo.com |
| 9 | EMMA BURGOON (CA SBN 348097) |
|   | EBurgoon@mofo.com |
| 10 | MORRISON & FOERSTER LLP |
|    | 707 Wilshire Boulevard, Suite 6000 |
| 11 | Los Angeles, California  90017-3543 |
|    | Telephone:    213.892.5200 |
| 12 | Facsimile:     213.892.5454 |
| 13 | Attorneys for Defendant |
|    | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL KATZ-LACABE, ET AL., | Case No. 3-22-cv-04792-RS |
| Plaintiffs, | **MICHAEL BURSHTEYN'S NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANT ORACLE AMERICA, INC.** |
| v. | |
| ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware, | Judge:  Hon. Richard Seeborg |
| Defendant. | Date Action Filed:  August 19, 2022 |
|            | SAC Filed:  November 17, 2023 |
|            | Trial Date:  Not set |

| | |
|---|---|
| 1 | ZACHARY S. NEWMAN (NY SBN 5651518) |
| | Admitted *pro hac vice* |
| 2 | ZNewman@mofo.com |
| | MORRISON & FOERSTER LLP |
| 3 | 250 West 55th Street |
| | New York, New York 10019-9601 |
| 4 | Telephone:   212.468.8000 |
| | Facsimile:    212.468.7900 |
| 5 | |
| | KYLE ZIPES (CA SBN 251814) |
| 6 | Kyle.Zipes@oracle.com |
| | NARGUES M. EDER (CA SBN 260289) |
| 7 | Nargues.M.Eder@oracle.com |
| | ORACLE AMERICA, INC. |
| 8 | 500 Oracle Parkway |
| | Redwood Shores, CA 94065 |
| 9 | Telephone:    650.506.7000 |
| 10 | Attorneys for Defendant |
| | ORACLE AMERICA, INC. |

1 | **TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 11-5, Defendant Oracle America, Inc. ("Oracle") requests that Michael Burshteyn be permitted to withdraw as counsel of record for them and that he be removed from the list of counsel receiving ECF notifications in this matter. Oracle will continue to be represented in this matter by Tiffany Cheung, Christin Hill, Purvi G. Patel, Whitney O'Byrne, Erik Manukyan, Emma Burgoon, and Zachary S. Newman of Morrison & Foerster LLP and Kyle Zipes and Nargues M. Eder of Oracle. A proposed order accompanies this notice.

Dated: May 31, 2024

MORRISON & FOERSTER LLP

By: *s/ Tiffany Cheung*
    Tiffany Cheung
    Purvi G. Patel
    Christin Hill

***Attorneys for Defendant***
***Oracle America, Inc.***