| | |
|---|---|
| 1 | TIFFANY CHEUNG (CA SBN 211497) |
|   | TCheung@mofo.com |
| 2 | CHRISTIN HILL (CA SBN 247522) |
|   | CHill@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street, |
| 4 | San Francisco, California 94105-2482 |
|   | Telephone:  415.268.7000 |
| 5 | Facsimile:  415.268.7522 |
| 6 | PURVI G. PATEL (CA SBN 270702) |
|   | PPatel@mofo.com |
| 7 | WHITNEY O'BYRNE (CA SBN 325698) |
|   | WOByrne@mofo.com |
| 8 | ERIK MANUKYAN (CA SBN 340307) |
|   | EManukyan@mofo.com |
| 9 | EMMA BURGOON (CA SBN 348097) |
|   | EBurgoon@mofo.com |
| 10 | MORRISON & FOERSTER LLP |
|   | 707 Wilshire Boulevard, Suite 6000 |
| 11 | Los Angeles, California 90017-3543 |
|   | Telephone:  213.892.5200 |
| 12 | Facsimile:  213.892.5454 |
| 13 | Attorneys for Defendant |
|   | ORACLE AMERICA, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL KATZ-LACABE, ET AL., | Case No. 3-22-cv-04792-RS |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MICHAEL BURSHTEYN'S WITHDRAWAL AS COUNSEL FOR DEFENDANT ORACLE AMERICA, INC.** |
| v. | |
| ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware, | Judge:  Hon. Richard Seeborg |
| Defendant. | Date:<br>Time:<br>Courtroom:  3 |
| | Date Action Filed:  August 19, 2022<br>SAC Filed:  November 17, 2023<br>Trial Date:  Not set |

1  ZACHARY S. NEWMAN (NY SBN 5651518)
   Admitted *pro hac vice*
2  ZNewman@mofo.com
   MORRISON & FOERSTER LLP
3  250 West 55th Street
   New York, New York 10019-9601
4  Telephone:    212.468.8000
   Facsimile:    212.468.7900
5
   KYLE ZIPES (CA SBN 251814)
6  Kyle.Zipes@oracle.com
   NARGUES M. EDER (CA SBN 260289)
7  Nargues.M.Eder@oracle.com
   ORACLE AMERICA, INC.
8  500 Oracle Parkway
   Redwood Shores, CA 94065
9  Telephone:    650.506.7000

10 Attorneys for Defendant
   ORACLE AMERICA, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MICHAEL BURSHTEYN WITHDRAWAL
CASE NO. 3-22-CV-04792-RS

1   The Court, having considered Defendant Oracle America, Inc.'s ("Oracle") notice requesting that Michael Burshteyn be relieved as counsel and further noting that Oracle will continue to be represented by counsel from Morrison & Foerster LLP and Oracle, rules as follows:

**IT IS HEREBY ORDERED** that Michael Burshteyn is permitted to withdraw as counsel for Oracle in the above-captioned action pursuant to L.R. 11-5.  The Clerk is directed to remove Mr. Burshteyn from the ECF distribution list for this action.

Dated: _____

_____
Honorable Richard Seeborg
United States District Judge