Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
Amelia A. Haselkorn (SBN 339633)
ahaselkorn@lchb.com
LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Oracle's counsel on signature page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>        Defendant. | Case No. 3:22-cv-04792-RS<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Judge: Hon. Richard Seeborg<br>Dept: Courtroom: 3<br><br>Date Action Filed: August 19, 2022<br>Trial Date: None set |

1   Plaintiffs and Defendant Oracle America Inc. ("Oracle") (collectively, the "Parties") submit this Joint Status Report regarding settlement.

Pursuant to the Joint Stipulation and Order to Stay Discovery and Vacate Case Deadlines (Dkt. No 124), the Parties are in the process of executing the full-form settlement agreement this week.

Pursuant to the settlement agreement, Plaintiffs anticipate they will file their unopposed motion for preliminary approval of the settlement on July 18, 2024.  The Parties contemplate respectfully requesting that the unopposed motion be heard on an expedited basis on August 8, 2024, in the event the Court does not rule on the motion without oral argument before that date. The Parties will submit a stipulation and proposed order regarding scheduling for any hearing concurrently with Plaintiffs' unopposed motion.

Dated: July 8, 2024

Respectfully submitted,

*/s/ Michael W. Sobol*
Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
Amelia A. Haselkorn (SBN 339633)
ahaselkorn@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorneys for Plaintiffs and the Class*

| | | |
|---|---|---|
| 1 | Dated: July 8, 2024 | */s/ Tiffany Cheung* |
| 2 | | Tiffany Cheung (CA SBN 211497) |
| | | TCheung@mofo.com |
| 3 | | Christin Hill (CA SBN 247522) |
| | | CHill@mofo.com |
| 4 | | MORRISON & FOERSTER LLP |
| 5 | | 425 Market Street |
| | | San Francisco, California 94105 |
| 6 | | Telephone:  415.268.7000 |
| | | Facsimile:  415.268.7522 |
| 7 | | |
| 8 | | Purvi G. Patel (CA SBN 270702) |
| | | PPatel@mofo.com |
| 9 | | Whitney O'Byrne (CA SBN 325698) |
| | | WOByrne@mofo.com |
| 10 | | Erik Manukyan (CA SBN 340307) |
| | | EManukyan@mofo.com |
| 11 | | Emma Burgoon (CA SBN 348097) |
| 12 | | EBurgoon@mofo.com |
| | | MORRISON & FOERSTER LLP |
| 13 | | 707 Wilshire Boulevard, Suite 6000 |
| | | Los Angeles, California 90017 |
| 14 | | Telephone:  213.892.5200 |
| | | Facsimile:  213.892.5454 |
| 15 | | |
| 16 | | Zachary S. Newman (NY SBN 5651518) |
| | | Admitted *pro hac vice* |
| 17 | | ZNewman@mofo.com |
| 18 | | MORRISON & FOERSTER LLP |
| | | 250 West 55th Street |
| 19 | | New York, New York 10019-9601 |
| | | Telephone:  212.468.8000 |
| 20 | | Facsimile:  212.468.7900 |
| 21 | | Kyle Zipes (CA SBN 251814) |
| | | Kyle.Zipes@oracle.com |
| 22 | | Nargues M. Eder (CA SBN 260289) |
| 23 | | Nargues.M.Eder@oracle.com |
| | | ORACLE AMERICA, INC. |
| 24 | | 500 Oracle Parkway |
| | | Redwood Shores, California 94065 |
| 25 | | Telephone:  650.506.7000 |
| 26 | | *Attorneys for Defendant Oracle America, Inc.* |
| 27 | | |
| 28 | | |

## **ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: July 8, 2024            */s/ Michael W. Sobol*
                               Michael W. Sobol