1  Michael W. Sobol (SBN 194857)
   msobol@lchb.com
2  David T. Rudolph (SBN 233457)
   drudolph@lchb.com
3  Jallé H. Dafa (SBN 290637)
   jdafa@lchb.com
4  John D. Maher (SBN 316157)
   jmaher@lchb.com
5  Nabila Abdallah (SBN 347764)
   nabdallah@lchb.com
6  Amelia A. Haselkorn (SBN 339633)
   ahaselkorn@lchb.com
7  LIEFF CABRASER HEIMANN
      & BERNSTEIN, LLP
8  275 Battery Street, 29th Floor
   San Francisco, CA  94111
9  Telephone:  415.956.1000
   Facsimile:  415.956.1008

10  *Oracle's counsel on signature page*

11

12              **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
13                 **SAN FRANCISCO DIVISION**

14  Michael Katz-Lacabe and Dr. Jennifer        Case No. 3:22-cv-04792-RS
    Golbeck, on behalf of themselves and all
15  others similarly situated,                  **JOINT ADMINISTRATIVE MOTION TO**
                                                **SET PRELIMINARY APPROVAL HEARING**
16                                              **DATE**
                     Plaintiffs,
17            vs.                               Judge: Hon. Richard Seeborg
                                                Dept: Courtroom: 3
18  ORACLE AMERICA, INC., a corporation
    organized under the laws of the State of    Date Action Filed: August 19, 2022
19  Delaware,                                   Trial Date: None set

20                   Defendant.

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 7-11, Plaintiffs and Defendant Oracle America Inc. ("Oracle")
2    (collectively, the "Parties") respectfully submit this joint stipulated administrative motion to
3    request that Plaintiffs' unopposed motion for preliminary settlement approval be heard on August
4    8, 2024, in the event the Court does not rule on the motion without oral argument before that date.
5    Plaintiffs will file the motion on or before July 18, 2024.

6    On May 10, 2024, the Court granted the Parties' stipulation (Dkt. No. 124) to stay
7    discovery and vacate case deadlines pending the Parties' execution of a final settlement agreement.
8    On July 8, 2024, the Parties duly finalized and executed the Settlement Agreement.

9    On July 8, 2024, the Parties filed a joint status report (Dkt. No. 128), stating Plaintiffs
10   intended to file their motion for preliminary approval on July 18, 2024, and noting their
11   forthcoming request that the motion be heard on August 8, 2024 in the event the Court does not
12   rule on the motion without oral argument before that date.

13   Civil Local Rule 7-3(a) would ordinarily require, for a motion filed on July 18, 2024, an
14   opposition by August 1, 2024, and a reply by August 8, 2024. However, Plaintiffs intend to file an
15   unopposed motion for preliminary approval of the proposed settlement, and the Parties anticipate
16   that no opposition or reply will be necessary.

17   This joint stipulated administrative motion is filed over three weeks before the proposed
18   hearing date of August 8, 2024. Plaintiffs will file the unopposed motion for preliminary approval
19   on July 18, 2024, three weeks before the proposed hearing date. The Parties also believe an
20   expedited hearing date serves the interests of judicial economy by encouraging the prompt
21   resolution of this case.

22   Therefore, the Parties respectfully request that the Court hear Plaintiffs' unopposed motion
23   for preliminary approval on August 8, 2024, at 1:30 p.m., or on a date or time otherwise directed
24   by the Court in the event the Court does not rule on the motion without oral argument before that
25   date.

26

27

28

1

2     Dated: July 17, 2024                    /s/ Michael W. Sobol
                                              Michael W. Sobol (SBN 194857)
3                                             msobol@lchb.com
                                              David T. Rudolph (SBN 233457)
4                                             drudolph@lchb.com
                                              Jallé H. Dafa (SBN 290637)
5                                             jdafa@lchb.com
                                              John D. Maher (SBN 316157)
6                                             jmaher@lchb.com
                                              Nabila Abdallah (SBN 347764)
7                                             nabdallah@lchb.com
                                              Amelia A. Haselkorn (SBN 339633)
8                                             ahaselkorn@lchb.com
                                              LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
9
                                              275 Battery Street, 29th Floor
10                                            San Francisco, CA  94111-3339
                                              Telephone:  415.956.1000
11                                            Facsimile:  415.956.1008

12
                                              *Attorneys for Plaintiffs and the Class*
13

14    Dated: July 17, 2024                    /s/ Tiffany Cheung
                                              Tiffany Cheung (CA SBN 211497)
15                                            TCheung@mofo.com
                                              Christin Hill (CA SBN 247522)
16                                            CHill@mofo.com
                                              MORRISON & FOERSTER LLP
17                                            425 Market Street
                                              San Francisco, California 94105
18                                            Telephone:  415.268.7000
                                              Facsimile:  415.268.7522
19

20                                            Purvi G. Patel (CA SBN 270702)
                                              PPatel@mofo.com
21                                            Whitney O'Byrne (CA SBN 325698)
                                              WOByrne@mofo.com
22                                            Erik Manukyan (CA SBN 340307)
                                              EManukyan@mofo.com
23                                            Emma Burgoon (CA SBN 348097)
                                              EBurgoon@mofo.com
24                                            MORRISON & FOERSTER LLP
                                              707 Wilshire Boulevard, Suite 6000
25                                            Los Angeles, California 90017
                                              Telephone:  213.892.5200
26                                            Facsimile:  213.892.5454

27

28

1

2

Zachary S. Newman (NY SBN 5651518)
Admitted *pro hac vice*

3

ZNewman@mofo.com
MORRISON & FOERSTER LLP

4

250 West 55th Street
New York, New York 10019-9601

5

Telephone:  212.468.8000
Facsimile:  212.468.7900

6

7

Kyle Zipes (CA SBN 251814)
Kyle.Zipes@oracle.com

8

Nargues M. Eder (CA SBN 260289)
Nargues.M.Eder@oracle.com

9

ORACLE AMERICA, INC.
500 Oracle Parkway

10

Redwood Shores, California 94065
Telephone:  650.506.7000

11

12

*Attorneys for Defendant Oracle America, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT ADMINISTRATIVE MOTION TO SET
PRELIMINARY APPROVAL HEARING DATE
CASE NO. 3:22-CV-04792

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  July 17, 2024          */s/ Michael W. Sobol*
                               Michael W. Sobol
                               LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

JOINT ADMINISTRATIVE MOTION TO SET
PRELIMINARY APPROVAL HEARING DATE
CASE NO. 3:22-CV-04792