Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
Amelia A. Haselkorn (SBN 339633)
ahaselkorn@lchb.com
LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Oracle's counsel on signature page*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | Case No. 3:22-cv-04792-RS<br><br>**STIPULATION TO SET PRELIMINARY APPROVAL HEARING DATE**<br><br>Judge: Hon. Richard Seeborg<br>Dept: Courtroom: 3<br><br>Date Action Filed: August 19, 2022<br>Trial Date: None set |

1  Pursuant to Civil Local Rule 7-11(a), Plaintiffs and Defendant Oracle America Inc.
2  ("Oracle") (collectively, the "Parties"), by and through their respective counsel of record, hereby
3  stipulate as follows:

4  WHEREAS, on May 10, 2024, the Court granted the Parties' stipulation (Dkt. No. 124) to
5  stay discovery and vacate case deadlines pending the Parties' execution of a final settlement
6  agreement;

7  WHEREAS, the Parties duly finalized and executed the Settlement Agreement on July 8,
8  2024;

9  WHEREAS, on July 8, 2024, the Parties filed a joint status report (Dkt. No. 128) stating
10 Plaintiffs intended to file their motion for preliminary approval of the settlement on July 18, 2024,
11 and noting their forthcoming request that the motion be heard on August 8, 2024 in the event the
12 Court does not rule on the motion without oral argument before that date;

13 WHEREAS, Civil Local Rule 7-3(a) would ordinarily require an opposition by August 1,
14 2024, and a reply by August 8, 2024;

15 WHEREAS, Plaintiffs intend to file an unopposed motion for preliminary approval of the
16 proposed settlement, and the Parties anticipate that no opposition or reply will be necessary;

17 WHEREAS, the instant stipulation, joint administrative motion, and proposed order, are
18 filed over three weeks before the proposed hearing date of August 8, 2024;

19 WHEREAS, Plaintiffs' unopposed motion for preliminary approval will be filed on July
20 18, 2024, three weeks before the proposed hearing date of August 8, 2024;

21 WHEREAS, an expedited hearing date serves the interests of judicial economy by
22 encouraging the prompt resolution of this case;

23 NOW, THEREFORE, pursuant to Civil Local Rule 7-11, and subject to the approval of
24 the Court, it is hereby stipulated and agreed that:

25 1.  The Parties shall request that Plaintiffs' unopposed motion for preliminary
26 settlement approval be heard on August 8, 2024, at 1:30 p.m., or on a date or time otherwise
27 directed by the Court.
28

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: July 17, 2024 | */s/ Michael W. Sobol* |
| | | Michael W. Sobol (SBN 194857) |
| 4 | | msobol@lchb.com |
| 5 | | David T. Rudolph (SBN 233457) |
| | | drudolph@lchb.com |
| 6 | | Jallé H. Dafa (SBN 290637) |
| | | jdafa@lchb.com |
| 7 | | John D. Maher (SBN 316157) |
| 8 | | jmaher@lchb.com |
| | | Nabila Abdallah (SBN 347764) |
| 9 | | nabdallah@lchb.com |
| | | Amelia A. Haselkorn (SBN 339633) |
| 10 | | ahaselkorn@lchb.com |
| | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 11 | | 275 Battery Street, 29th Floor |
| 12 | | San Francisco, CA  94111-3339 |
| | | Telephone:  415.956.1000 |
| 13 | | Facsimile:  415.956.1008 |
| 14 | | *Attorneys for Plaintiffs and the Class* |

| | | |
|---|---|---|
|1| Dated: July 17, 2024 | */s/ Tiffany Cheung* |
|2| | Tiffany Cheung (CA SBN 211497) |
| | | TCheung@mofo.com |

Dated: July 17, 2024

*/s/ Tiffany Cheung*
Tiffany Cheung (CA SBN 211497)
TCheung@mofo.com
Christin Hill (CA SBN 247522)
CHill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone:  415.268.7000
Facsimile:  415.268.7522

Purvi G. Patel (CA SBN 270702)
PPatel@mofo.com
Whitney O'Byrne (CA SBN 325698)
WOByrne@mofo.com
Erik Manukyan (CA SBN 340307)
EManukyan@mofo.com
Emma Burgoon (CA SBN 348097)
EBurgoon@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone:  213.892.5200
Facsimile:  213.892.5454

Zachary S. Newman (NY SBN 5651518)
Admitted *pro hac vice*
ZNewman@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone:  212.468.8000
Facsimile:  212.468.7900

Kyle Zipes (CA SBN 251814)
Kyle.Zipes@oracle.com
Nargues M. Eder (CA SBN 260289)
Nargues.M.Eder@oracle.com
ORACLE AMERICA, INC.
500 Oracle Parkway
Redwood Shores, California 94065
Telephone:  650.506.7000

*Attorneys for Defendant Oracle America, Inc.*

**ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: July 17, 2024        */s/ Michael W. Sobol*
                            Michael W. Sobol
                            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP