1  Michael W. Sobol (SBN 194857)
   msobol@lchb.com
2  David T. Rudolph (SBN 233457)
   drudolph@lchb.com
3  Jallé H. Dafa (SBN 290637)
   jdafa@lchb.com
4  John D. Maher (SBN 316157)
   jmaher@lchb.com
5  Nabila Abdallah (SBN 347764)
   nabdallah@lchb.com
6  Amelia A. Haselkorn (SBN 339633)
   ahaselkorn@lchb.com
7  LIEFF CABRASER HEIMANN
      & BERNSTEIN, LLP
8  275 Battery Street, 29th Floor
   San Francisco, CA  94111
   Telephone:  415.956.1000
9  Facsimile:  415.956.1008

*Attorneys for Plaintiffs and the Class*

*Oracle's counsel on following page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | Case No. 3:22-cv-04792-RS<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO SET PRELIMINARY APPROVAL HEARING DATE**<br><br>Judge: Hon. Richard Seeborg<br>Dept: Courtroom: 3<br><br>Date Action Filed: August 19, 2022<br>Trial Date: None set |

| | |
|---|---|
| 1 | Tiffany Cheung (CA SBN 211497) |
| 2 | TCheung@mofo.com |
|   | Christin Hill (CA SBN 247522) |
| 3 | CHill@mofo.com |
|   | MORRISON & FOERSTER LLP |
| 4 | 425 Market Street |
|   | San Francisco, California 94105 |
| 5 | Telephone:  415.268.7000 |
|   | Facsimile:  415.268.7522 |
| 6 | |
| 7 | Purvi G. Patel (CA SBN 270702) |
|   | PPatel@mofo.com |
| 8 | Whitney O'Byrne (CA SBN 325698) |
|   | WOByrne@mofo.com |
| 9 | Erik Manukyan (CA SBN 340307) |
|   | EManukyan@mofo.com |
| 10 | Emma Burgoon (CA SBN 348097) |
|   | EBurgoon@mofo.com |
| 11 | MORRISON & FOERSTER LLP |
| 12 | 707 Wilshire Boulevard, Suite 6000 |
|    | Los Angeles, California 90017 |
| 13 | Telephone:  213.892.5200 |
|    | Facsimile:  213.892.5454 |
| 14 | |
| 15 | Zachary S. Newman (NY SBN 5651518) |
|    | Admitted *pro hac vice* |
| 16 | ZNewman@mofo.com |
|    | MORRISON & FOERSTER LLP |
| 17 | 250 West 55th Street |
|    | New York, New York 10019-9601 |
| 18 | Telephone:  212.468.8000 |
|    | Facsimile:  212.468.7900 |
| 19 | |
| 20 | Kyle Zipes (CA SBN 251814) |
|    | Kyle.Zipes@oracle.com |
| 21 | Nargues M. Eder (CA SBN 260289) Nargues.M.Eder@oracle.com |
|    | ORACLE AMERICA, INC. |
| 22 | 500 Oracle Parkway |
|    | Redwood Shores, California 94065 |
| 23 | Telephone:  650.506.7000 |
| 24 | |
|    | *Attorneys for Defendant Oracle America, Inc.* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## **[PROPOSED] ORDER**

Before the Court is the parties' Joint Administrative Motion to Set Preliminary Approval Hearing Date. The Court has reviewed the motion and hereby orders as follows:

The Court will hear argument on Plaintiffs' unopposed motion for preliminary settlement approval on August 8, 2024, at 1:30 p.m., or on a date or time otherwise directed by the Court, in the event the Court does not rule on the motion without oral argument before that date.

Dated: _____

_____
Honorable Richard Seeborg
United States District Court Judge