# Calendar for Chief Judge Richard Seeborg
# Thursday, July 18, 2024
# Courtroom #3, 17th Floor
# Court Reporter: Beth Krupa

## 1:30 PM – Motions

3:23-cv-00861-RS  Benefit Cosmetics LLC v. E.L.F. Cosmetics, Inc.

| Plaintiff | Defendant |
|---|---|
| Seth Herring | Anthony Lo Cicero |
| Adaline Hilgard | Chester Rothstein |
| Quynh La | Richard Mandaro |
|  | Christopher Lisiewski |
|  | Stephen Steinberg |

3:24-cv-03859-RS   Fleming v. Marin County Sheriffs Department et al

| Plaintiff | Defendant |
|---|---|
| Joseph Fleming | Jacy Dardine |