Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
Amelia A. Haselkorn (SBN 339633)
ahaselkorn@lchb.com
LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorneys for Plaintiffs and the Class*

*Oracle's counsel on following page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | Case No. 3:22-cv-04792-RS<br><br>**ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO SET PRELIMINARY APPROVAL HEARING DATE**<br><br>Judge: Hon. Richard Seeborg<br>Dept: Courtroom: 3<br><br>Date Action Filed: August 19, 2022<br>Trial Date: None set |

| | |
|---|---|
| 1 | Tiffany Cheung (CA SBN 211497) |
| 2 | TCheung@mofo.com<br>Christin Hill (CA SBN 247522) |
| 3 | CHill@mofo.com<br>MORRISON & FOERSTER LLP |
| 4 | 425 Market Street |
| 5 | San Francisco, California 94105<br>Telephone:  415.268.7000 |
| 6 | Facsimile:  415.268.7522 |
| 7 | Purvi G. Patel (CA SBN 270702)<br>PPatel@mofo.com |
| 8 | Whitney O'Byrne (CA SBN 325698)<br>WOByrne@mofo.com |
| 9 | Erik Manukyan (CA SBN 340307) |
| 10 | EManukyan@mofo.com<br>Emma Burgoon (CA SBN 348097) |
| 11 | EBurgoon@mofo.com<br>MORRISON & FOERSTER LLP |
| 12 | 707 Wilshire Boulevard, Suite 6000<br>Los Angeles, California 90017 |
| 13 | Telephone:  213.892.5200 |
| 14 | Facsimile:  213.892.5454 |
| 15 | Zachary S. Newman (NY SBN 5651518)<br>Admitted *pro hac vice* |
| 16 | ZNewman@mofo.com<br>MORRISON & FOERSTER LLP |
| 17 | 250 West 55th Street |
| 18 | New York, New York 10019-9601<br>Telephone:  212.468.8000 |
| 19 | Facsimile:  212.468.7900 |
| 20 | Kyle Zipes (CA SBN 251814)<br>Kyle.Zipes@oracle.com |
| 21 | Nargues M. Eder (CA SBN 260289) Nargues.M.Eder@oracle.com |
| 22 | ORACLE AMERICA, INC.<br>500 Oracle Parkway |
| 23 | Redwood Shores, California 94065<br>Telephone: 650.506.7000 |
| 24 | |
| 25 | *Attorneys for Defendant Oracle America, Inc.* |
| 26 | |
| 27 | |
| 28 | |

-1-

ORDER GRANTING JOINT ADMIN. MOT. TO SET
PRELIM. APPROVAL HEARING DATE
CASE NO. 3:22-CV-04792

**ORDER**

Before the Court is the parties' Joint Administrative Motion to Set Preliminary Approval Hearing Date. The Court has reviewed the motion and hereby orders as follows:

The Court will hear argument on Plaintiffs' unopposed motion for preliminary settlement approval on August 8, 2024, at 1:30 p.m., or on a date or time otherwise directed by the Court, in the event the Court does not rule on the motion without oral argument before that date.

Dated: July 18, 2024

Honorable Richard Seeborg
United States District Court Judge