# EXHIBIT 2

**Chart of Selected Comparable Case Outcomes (Reverse Chronological)**

| Case | Claims Released | Class Size & Method(s) of Notice | Class Recovery and Relief | Submission of Claims Forms & Average Class Payment | Fees, Costs, and Service Awards | Exposure if Plaintiffs Had Prevailed on Every Claim |
|---|---|---|---|---|---|---|
| *Brown, et al. v. Google LLC*, 4:20-cv-03664 (N.D. Cal)<br><br>Final approval pending (hearing scheduled August 7, 2024) | Claims related to the collection of private browsing data. No monetary claims were released as the court only certified a Rule 23(b)(2) class | Class Size: 136 million<br><br>Proposed Notice: CAFA notice only | Injunctive Relief: The settlement provided that Google must rewrite its Privacy Policy and Incognito Splash Screen to notify readers that it collects private browsing data in Incognito mode and delete misleading documents. Google must also delete/remediate the private browsing data stored in its logs and block Incognito users' third-party cookies, by default, for 5 years. Lastly, Google must delete private browsing detection bits that it used to label data collected during an Incognito session. Plaintiffs' experts valued this relief at $5 billion.<br><br>Common Fund: N/A | N/A | Class counsel requested $217,643,951.05 in attorneys' fees (3.5 multiplier); $7,656,565.32 for reimbursement of expenses; and $30,000 in service awards for the five named plaintiffs. No notice plan was proposed. | Unknown |
| *Clearview AI, Inc., Consumer Privacy Litig., et al., v. Clearview AI, Inc., et al.*, 1:21-cv-00135 (N.D. Ill.)<br><br>Preliminary approval granted June 20, 2024. | Claims related to the collection and use of biometric data | Class Size: Unknown at this time<br><br>Notice: Large-scale media notice campaign, internet sponsored search listings, an informational release, and settlement website | Injunctive Relief: N/A - separate injunctive relief in settling with ACLU<br><br>Common Fund: $51.75 million based on either: a) an amount equal to a 23% stake in Clearview as of 9/6/2023; or b) 17% of Clearview's GAAP recognized revenue for the period commencing on the date of final settlement approval and ending with the election of this latter option, which expires on 9/30/2027. | Claims Rate: Unknown at this time<br><br>Avg. Class Payment: Unknown at this time | Unreported | Unknown |

1

**Chart of Selected Comparable Case Outcomes (Reverse Chronological)**

| Case | Claims Released | Class Size & Method(s) of Notice | Class Recovery and Relief | Submission of Claims Forms & Average Class Payment | Fees, Costs, and Service Awards | Exposure if Plaintiffs Had Prevailed on Every Claim |
|---|---|---|---|---|---|---|
| *In re Google Location History Litig.*, 5:18-cv-05062-EJD (N.D. Cal.)<br><br>Final approval granted May 3, 2024; appeal pending | Claims arising out of Google's tracking and storing of mobile device users' location, despite "Location History" being disabled | Class Size: 247.7 million<br><br>Notice: The notice plan included media notice, an internet digital notice campaign, sponsored search, an informational release to print and broadcast media to approximately 5,000 general media news outlets, and a dedicated settlement website. Approximately 80% of the settlement class received publication notice as estimated by the 826 million impressions that were generated. | Injunctive Relief: Google must send a notification to all Google users who have Location History and Web & App Activity settings enabled (a) explaining how those features collect Location Information, (b) instructing them how to disable those settings, and (c) directing them to new web pages. The settlement also required Google to automatically delete Location History and Web & App Activity by default after at least 18 months when users opt into these settings for the first time and allow users to set their own auto-delete periods.<br><br>Common Fund: $62 million (distributed to 21 *cy pres*) | Claims Rate: N/A (but would have been no more than twenty-five cents before accounting for attorneys' fees/expenses, administrative costs, and service awards)<br><br>Avg. Class Payment: N/A | The court awarded $18.6 million (1.4 multiplier); $151,756.23 for reimbursement of expenses; and $5,000 in service awards to the three named plaintiffs. Class notice estimated to cost between $561,153 to $589,211. The settlement was distributed *cy pres*, but the settlement administrator estimated that a 1% claims rate would cost $1.9 million, a 3% claims rate $4 million, and a 7% claims rate $8.2 million to distribute, had their been a claims process. | Unknown |
| *In re Google Referrer Header Privacy Litigation*, 5:10-cv-04809-EJD (N.D. Cal.)<br><br>Final approval granted October 16, 2023 | Claims arising out of the sharing of search queries with third-party websites and companies | Class Size: 193 million<br><br>Notice: Internet-based banner advertisements, Google keyword search advertising, Gmail advertising, publication on social media platforms, publication on class action websites, and publication in nationally circulated print magazines, as well as a toll-free number and a website. Reached 83% of potential Settlement Class Members | Injunctive Relief: Google agrees to maintain certain disclosures concerning search inquiries on Google's FAQ webpage.<br><br>Common Fund: $23 million | Claims Rate: 1.33% (calculated manually)<br><br>Avg. Class Payment: $7.16 | The court awarded $5.75 million (1.85 multiplier); $43,634.69 for reimbursement of expenses, and $5,000 in service awards for each of the three named plaintiffs. The class administrator was allocated up to $1 million to implement the notice plan. The settlement was distributed *cy pres*. | ". . . any meaningful monetary amount awarded to each Settlement Class member would have resulted in an astronomical judgment far exceeding the value of Google, given the size of the Settlement Class." |
| *In re Facebook, Inc. Consumer Privacy User Profile Litig.*, 18-md-2843 (N.D. Cal.)<br><br>Final approval granted October 10, 2023. Pending appeal. | Claims related to making user data and data about users' friends accessible to third parties | Class Size: 253 million<br><br>Notice: Individual in-app notice to 685 million Facebook accounts, digital banner and social media advertisements, paid campaign to Google to direct people searching for info about the settlement, settlement website, publications in USA Today and People, posts to class action aggregate sites, work with social media influencers | Injunctive Relief: Confirmatory discovery and declarations attesting that the data-sharing practices that Plaintiffs challenged have either stopped or are subject to monitoring under a 2020 consent decree between Facebook and the FTC.<br><br>Common Fund: $725 million | Claims Rate: 5.93%<br><br>Avg. Class Payment: $35 | The court awarded $181,250,000 (1.99 multiplier); $4,101,608.09 for reimbursement of expenses; and $15,000 in service awards for each of the eight named plaintiffs. at preliminary approval, anticipated administrative costs were estimated to be between $3,500,000 and $4,225,000. | Statutory damages of at least $2,500 per consumer under the VPPA and $1,000 per $1,000 per person under the SCA, which courts would probably limit due to class size and due process considerations |

2

**Chart of Selected Comparable Case Outcomes (Reverse Chronological)**

| Case | Claims Released | Class Size & Method(s) of Notice | Class Recovery and Relief | Submission of Claims Forms & Average Class Payment | Fees, Costs, and Service Awards | Exposure if Plaintiffs Had Prevailed on Every Claim |
|---|---|---|---|---|---|---|
| *Facebook, Inc. Internet Tracking Litig.*, 5:12-md-2314 (N.D. Cal.)<br><br>Final approval granted November 10, 2022 | Claims arising out of Facebook's use of tracking cookies on other websites through the Facebook Like button, including federal Wiretap Act claims and common law privacy claims | Class Size: 124 million<br><br>Notice: Direct notice via email as well as published notice using social media, paid search, and dedicated settlement website. Notice was successfully delivered to 86,075,107 email addresses. In addition, the media campaign reached 99% of all class members who were reached directly. | Injunctive Relief: Facebook will delete all data at issue.<br><br>Common Fund: $90 million | Claims Rate: 1,55,8,805 valid claims submitted<br><br>Avg. Class Payment: $39.21 | The court awarded $29.1 million (3.28 multiplier); $393,048.87 for reimbursement of expenses; and $29,000 for seven service awards ($5,000 to four and $3,000 to three).<br><br>The settlement provided for $2,353,535.26 in administrative costs. As of final approval, the settlement administrator had accumulated $1,655,782.54 administrative costs and projected $697,752.72 in further administrative costs. | Estimated $900 million in Wiretap Act taking into account Due Process considerations; however, Wiretap Act damages are discretionary |
| *TikTok, Inc. Consumer Privacy Litig.*, 4:20-cv-4699 (N.D. Ill.)<br><br>Final approval granted August 22, 2022 | Multidistrict litigation alleging TikTok collected, used, and transmitted plaintiffs' biometric and other personal data without their consent through plaintiffs' use of the app | Class Size: 89 million; 1.4 million Illinois Subclass<br><br>Notice: Settlement website, toll-free hotline, direct emails, in-app notifications, media, social media, paid search campaigns, claims-stimulation program | Injunctive Relief: TikTok agreed *not* to do the following, unless disclosed expressly in its Privacy Policy: Use the App to collect or store a user's biometric information or identifiers (as defined by applicable law); Use the App to collect geolocation or GPS data; Use the App to collect information in users' clipboards; Use the App to transmit U.S. user data outside of the U.S.; Store U.S. user data in databases outside of the U.S.; or Pre-upload U.S. user-generated content. TikTok will also require newly designed training on compliance with data privacy and company procedures with annual training.<br><br>Common Fund: $92 million | Claims Rate: 1.4% for the National Class; 13% for the Illinois Subclass<br><br>Avg. Class Payment: $27.19 for the National Class; $163.13 for the Illinois Subclass | The court awarded $29.2 million (2.18 multiplier); $789,944.00 for reimbursement of expenses; and $2,500 total in service awards to the two objectors. At the time of final approval, administrative costs amounted to $3,276,268.43. | Unknown |

3

**Chart of Selected Comparable Case Outcomes (Reverse Chronological)**

| Case | Claims Released | Class Size & Method(s) of Notice | Class Recovery and Relief | Submission of Claims Forms & Average Class Payment | Fees, Costs, and Service Awards | Exposure if Plaintiffs Had Prevailed on Every Claim |
|---|---|---|---|---|---|---|
| *In re: Plaid, Inc. Privacy Litigation*, 20-cv-03056 (N.D. Cal.) <br><br> Final Approval Granted July 20, 2022 | Financial services company obtained extensive financial data and log-in credentials to users' financial accounts through a user interface it designed to have the look and feel of the user's bank account login screen when the username and password were actually being provided to Plaid | Class Size: 98 million <br><br> Notice: Direct notice via email or mail, strategic media campaign, social media advertising, search engine marketing, sponsored listings on class action websites, engagement on social media | Injunctive Relief: Delete certain data from its systems, inform Class Members of their ability to manage the connections made between their financial accounts and chosen applications using Plaid and delete data stored in Plaid's systems; continue to include certain disclosures and features in Plaid's standard Link flow; minimize the data Plaid stores; enhance disclosures in Plaid's End User Privacy Policy about the categories of data Plaid collects, how Plaid uses data, and privacy controls Plaid has made available; and continue to host a dedicated webpage with detailed information about Plaid's security practices <br><br> Common Fund: $58 million | Claims Rate: 1.28% <br><br> Avg. Class Payment: $31.50 | The court awarded $11 million (2.66 multiplier); $115,920.21 for reimbursement of expenses, and $5,000 in service awards for each of the eleven named plaintiffs, totaling $55,000. Administrative costs were not to exceed $5.5 million. | CAPA statutory damages of $5,000 per violation, totaling nearly half a trillion dollars, which would have been "outside the realm of possibility" as it would bankrupt the defendant |
| *In Re: Zoom Video Communications, Inc. Privacy Litigation*, 3:20-cv-02155 (N.D. Cal.) <br><br> Final approval granted April 21, 2022 | Claims arising out of sharing data with third parties and failing to adequately protect consumer data | Class Size: 150 million <br><br> Notice: Email and mail, newspaper, social media, sponsored search, informational release, and settlement website | Injunctive Relief: Over a dozen major changes to its practices, designed to improve meeting security, bolster privacy disclosures, and safeguard consumer data <br><br> Common Fund: $85 million | Claims Rate: 1% <br><br> Avg. Class Payment: $95 for those with a Paid Subscription Claim, and $29 for those with User Claims | The court awarded $21,250,000 million (3.17 multiplier); $130,842.24 for reimbursement of expenses; and $5,000 in service awards for each of the class representatives. At the time of final approval, administrative costs were estimated to be $2,833,000. | Unknown |
| *In re Facebook Biometric Information Privacy Litigation*, 15-cv-03747 (N.D. Cal.) <br><br> Final approval granted February 26, 2021 | Claims arising out of Facebook's collection, storage, or dissemination of biometric data related to facial recognition (excluding affiliated entities Instagram, Inc., WhatsApp Inc., and Oculus VR Inc.) | Class Size: 6.9 - 9.4 million <br><br> Notice: Direct email and Facebook Newsfeed notice, published notice via dedicated settlement website, targeted internet banner ads, and print publication in the *Chicago Tribune* and *Chicago Sun-Times*. Notice was delivered to 10,295,502 email addresses, and the total number of impressions to unique users from the Facebook Newsfeed notice was 9,124,351 (30.47% click-through rate) | Injunctive Relief: Facebook to set its "Face Recognition" default user setting to "off," and delete all existing and stored face templates unless it gains express consent from the user. It will also delete the face templates for any class members who have had no activity on Facebook for three years. <br><br> Common Fund: $650 million | Claims Rate: 22% (1.5 million claims submitted) with 109 opt-outs and 3 objections <br><br> Avg. Class Payment: $342 | The court awarded $97.5 million in attorneys fees (4.71 multiplier); $915,454.37 for reimbursement of expenses; and $7,500 in service awards for the three named plaintiffs. The court awarded $1,828,009.89 in administrative costs. | Plaintiffs' BIPA claims would have provided $1,000 per class member had Facebook been found to have negligently violated the statute, and $5,000 per class member if it were found to have intentionally or recklessly violated the statute. 740 Ill. Comp. Stat. 14/20(1)-(2). |

4

**Chart of Selected Comparable Case Outcomes (Reverse Chronological)**

| Case | Claims Released | Class Size & Method(s) of Notice | Class Recovery and Relief | Submission of Claims Forms & Average Class Payment | Fees, Costs, and Service Awards | Exposure if Plaintiffs Had Prevailed on Every Claim |
|---|---|---|---|---|---|---|
| *In re Google LLC Street View Electronic Comm'cs Litig.*, 3:10-md-021784 (N.D. Cal.)<br><br>Final approval granted March 18, 2020 | Claims arising out of the gather of Wi-Fi network data with its Street View car fleet | Class Size: All persons who used a wireless network device from which Acquired Payload Data was obtained<br><br>Notice: Settlement website, email account and PO Box, toll-free number, live operator, news releases in English and Spanish distributed to 10,000 newsrooms, connected ad blitz, together delivering 560 million ad impressions | Injunctive Relief: Destroy all payload data, shall not collect and store for use in any product or service Payload Data via Street View Vehicles, except with notice and consent, shall comply with all aspects of the Privacy Program, shall host and maintain educational webpages that instruct users on the configuration of wireless security modes and the value of encrypting a wireless network<br><br>Common Fund: $13 million (*cy pres*) | Claims Rate: N/A<br><br>Avg. Class Payment: N/A | The court awarded $3,039,625 (25% of Net Fund after subtracting Litigation and Service Awards and multiplier of 0.56); $750,000 for reimbursement of expenses; and $5,000 in service awards for each of 18 named plaintiffs and $500 for each of 3 named plaintiffs who did not participate in jurisdictional discovery, totaling $91,500 in service awards. Class notice cost $158,000. | Statutory damages of up to $10,000 per class member. However, the court noted an award of statutory damages would have to be the full statutory amount or no statutory damages at all. |
| *In Re: Vizio, Inc., Consumer Privacy Litigation*, 6:16-ml-02693 (C.D. Cal.)<br><br>Final approval granted July 31, 2019 | Claims arising out of the failure to disclose data collection and data sharing practices | Class Size: 16 million<br><br>Notice: Notice via Vizio Smart TVs, email, banner ads, PR Newswire in both English and Spanish, settlement website | Injunctive Relief: Deletion of Class Members' data, deletion of pre-consent data collected from Class Members, and implementation of prominent on-screen disclosures and opt-out forms regarding data collection<br><br>Common Fund: $17 million | Claims Rate: 4.1%<br><br>Avg. Class Payment: $16.50 | The court awarded $5.61 million (1.09 multiplier); $181,808.59 for reimbursement of expenses, and $5,000 in service awards for each of the named plaintiffs. The court approved $122,830.65 in administrative costs. | Unknown |
| *In re Lenovo Adware Litig.*, 15-md-02624 (N.D. Cal. Apr. 24, 2019)<br><br>Final approval granted April 24, 2019 | Claims arising out of the collection of user data, failure to secure such data, and sharing data with third parties | Class Size: 500,000<br><br>Notice: Email, mail, digital media campaign, communication from Amazon to its affected customers, media notice campaign, and website | Injunctive Relief: Separate consent decree with FTC and 32 state attorney generals<br><br>Common Fund: $8.3 million | Claims Rate: 17.6%<br><br>Avg. Class Payment: $40 | The court awarded $2.49 million (0.51 multiplier); $340,798.70 for reimbursement of expenses; and $5,000 in service awards for each of the named plaintiffs. The estimated cost of notice and settlement administration was $300,000. | $35 million |
| *Campbell v. Facebook, Inc.*, 13-05996 (N.D. Cal.)<br><br>Final approval granted August 18, 2017 | Claims arising from the capturing and reading of content from user messages without user consent | Class Size: Unreported<br><br>Notice: Facebook notice, Class counsel's website | Injunctive Relief: Display language in help center for one year regarding the identifying and storing of links in messages<br><br>Common Fund: N/A | Claims Rate: N/A<br><br>Avg. Class Payment: N/A | The court awarded $3,236,304.69 million (0.50 multiplier); $653,695.31 for reimbursement of expenses; and $5,000 in service awards for each of the class representatives. There were no administrative costs because a second round of class notice was not required and no monetary relief had been obtained for distribution. | Unknown |

**Chart of Selected Comparable Case Outcomes (Reverse Chronological)**

| Case | Claims Released | Class Size & Method(s) of Notice | Class Recovery and Relief | Submission of Claims Forms & Average Class Payment | Fees, Costs, and Service Awards | Exposure if Plaintiffs Had Prevailed on Every Claim |
|---|---|---|---|---|---|---|
| *In re Carrier IQ Privacy Litigation*, MDL No. 2330 (N.D. Cal.), 3:12-md-02330<br><br>Final approval granted August 25, 2016 | Claims arising out of the capture and sharing of user communications and data to itself and third parties | Class Size: 79 million<br><br>Notice: Print notice in USA Today and People, Internet notice via banner ads and search-related advertising, settlement website, joint press release | Injunctive Relief: Revised way in which Carrier iQ receives instructions, revision to metrics relating to URLs, guidance to device manufacturers regarding the disablement prior to shipment of logging functions that the manufacturer might have used to debug software installations, and assured that it had fully remediated a software bug<br><br>Common Fund: $9 million | Claims Rate: 0.08%<br><br>Avg. Class Payment: $148.85 | The court awarded $2,250,000 million (0.55 multiplier); $108,933.72 for reimbursement of expenses; and $3,000 in service awards for each of the named plaintiffs and class representatives. The class notice plan was estimated to cost $532,000. | Unknown |