# EXHIBIT A

**Katz-Lacabe, et al. v. Oracle America, Inc.** - Lodestar Summary by Category

Firm Name: Lieff Cabraser Heimann & Bernstein, LLP
Reporting Period: Inception to 08/08/24

**CATEGORY CODES**

1. Draft/Research/File Complaints
2. Plaintiff & Class Communications
3. Document Review
4. Factual Research
5. Legal Research
6. Drafting/Responding to Discovery
7. Discovery Meet and Confers
8. Depositions
9. Pleadings, Briefs and Pretrial Motions
10. Experts
11. Court Appearances/Prep
12. Litigation Strategy and Analysis
13. Class Certification
14. Mediation
15. Settlement & Settlement Approval
16. Administrative
17. Miscellaneous
18. Case Management

| Name | Title | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | Total Hours | Billing Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Attorneys* | | | | | | | | | | | | | | | | | | | | | | |
| Nabila Abdallah | Associate | 20.20 | 4.80 | 30.00 | 7.60 | 109.90 | 137.20 | 40.00 | 32.00 | 207.40 | 11.80 | 32.50 | 342.10 | 0 | 18.00 | 14.50 | 1.60 | 1.90 | 28.80 | 1,040.30 | $530.00 | $551,359.00 |
| Jallé Dafa | Associate | 267.80 | 27.20 | 6.20 | 9.80 | 77.00 | 132.30 | 21.60 | 4.10 | 128.70 | 12.70 | 17.20 | 53.40 | 0 | 0 | 7.30 | 0 | 5.70 | 42.30 | 813.30 | $710.00 | $577,443.00 |
| Roger Geissler | Staff Attorney | 0 | 0 | 1,431.00 | 8.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,439.00 | $525.00 | $755,475.00 |
| Amelia Haselkorn | Associate | 0 | 0 | 13.70 | 13.70 | 41.70 | 71.50 | 9.00 | 0 | 73.80 | 2.20 | 2.00 | 36.20 | 0 | 13.60 | 60.20 | 1.70 | 13.40 | 2.50 | 355.20 | $570.00 | $202,464.00 |
| James Leggett | Staff Attorney | 0 | 0 | 1,146.50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,146.50 | $525.00 | $601,912.50 |
| John Maher | Associate | 93.90 | 0.70 | 2.60 | 66.50 | 17.50 | 80.00 | 47.90 | 0 | 164.70 | 35.10 | 10.30 | 340.10 | 0 | 56.30 | 88.10 | 11.00 | 13.60 | 126.90 | 1,155.20 | $720.00 | $831,744.00 |
| David Rudolph | Partner | 867.60 | 16.90 | 0 | 98.30 | 10.40 | 337.60 | 203.10 | 57.40 | 1,114.20 | 246.10 | 108.80 | 6.40 | 57.60 | 43.70 | 161.90 | 0 | 0 | 5.70 | 3,335.70 | $1,015.00 | $3,385,735.50 |
| Cameron Saunders | Staff Attorney | 0 | 0 | 693.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26.10 | 0 | 0 | 0 | 0 | 0 | 0 | 719.10 | $525.00 | $377,527.50 |
| Jerry Shindelbower | Staff Attorney | 0 | 0 | 1,009.70 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,009.70 | $525.00 | $530,092.50 |
| Michael Sobol | Partner | 234.90 | 2.50 | 33.70 | 11.30 | 17.60 | 119.90 | 6.30 | 4.20 | 220.80 | 45.80 | 70.90 | 86.90 | 2.30 | 46.00 | 146.50 | 0 | 1.00 | 71.30 | 1,121.90 | $1,380.00 | $1,548,222.00 |
| Ryan Sturtevant | Staff Attorney | 12.00 | 0 | 451.60 | 0 | 0 | 6.00 | 0 | 0 | 12.00 | 0 | 0 | 26.10 | 0 | 0 | 0 | 0 | 0 | 0 | 507.70 | $525.00 | $266,542.50 |
| *Support Staff* | | | | | | | | | | | | | | | | | | | | | | |
| Margie Calangian | Litigation Support Specialist | 0 | 0 | 0 | 0 | 0 | 4.60 | 0 | 0 | 0 | 0 | 5.10 | 0 | 0 | 0 | 0 | 17.80 | 2.80 | 9.30 | 39.60 | $535.00 | $21,186.00 |
| Miriam Gordon | Paralegal | 41.20 | 15.40 | 10.00 | 22.10 | 1.60 | 10.30 | 0 | 2.40 | 76.70 | 4.20 | 1.60 | 0.30 | 0 | 5.70 | 15.40 | 22.80 | 15.20 | 1.20 | 246.10 | $510.00 | $125,511.00 |
| Anthony Grant | Litigation Support Specialist | 0 | 0 | 43.90 | 0 | 0 | 0 | 3.20 | 0 | 0 | 0 | 3.10 | 0 | 0 | 0 | 0 | 7.40 | 0 | 0 | 57.60 | $535.00 | $30,816.00 |
| Fawad Rahimi | Litigation Support Specialist | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.30 | 58.90 | 0 | 59.20 | $535.00 | $31,672.00 |
| Jennifer Rudnick | Research Assistant | 0 | 0 | 0 | 8.10 | 11.20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2.80 | 0 | 0 | 0 | 22.10 | $535.00 | $11,823.50 |
| Muna Texier | Litigation Support Specialist | 0 | 0 | 30.90 | 0 | 0 | 0 | 0 | 0 | 0 | 0.20 | 0 | 0 | 0 | 0 | 0 | 0.20 | 0.80 | 0 | 32.10 | $535.00 | $17,173.50 |
| | **TOTAL** | 1,537.60 | 67.50 | 4,902.80 | 245.40 | 286.90 | 899.40 | 331.10 | 100.10 | 1,998.30 | 358.10 | 246.40 | 922.70 | 59.90 | 183.30 | 496.70 | 62.80 | 113.30 | 288.00 | 13,100.30 | | $9,866,699.50 |