# EXHIBIT B

***Katz-Lacabe, et al. v. Oracle America, Inc.*** **- Lodestar Summary by Category**

| Firm Name: | Lieff Cabraser Heimann & Bernstein, LLP |
|---|---|
| Reporting Period: | Inception to 08/08/24 |

| **Disbursement** | **Amount** |
|---|---:|
| Books/Subscriptions | $119.82 |
| Computer Research | $9,472.92 |
| Deposition/Transcripts | $3,268.36 |
| Electronic Database | $6,511.97 |
| Experts/Consultants | $146,198.21 |
| Federal Express/Messenger | $808.34 |
| Mediation Expenses | $37,951.85 |
| Print | $4,952.40 |
| Process Service | $157.20 |
| Deposition Travel | $1,909.45 |
| **Total Expenses:** | **$211,350.52** |