**FILED**

**SEP 19 2024**

**CLERK, U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 941023489

RE: *Katz-Lacabe et al v. Oracle America, Inc.*, case number 3:22-cv-04792-RS

To Whom It May Concern;

I am writing to object to class council asking for 25% of the settlement fund, up to $28.75 million dollars for the firms own gain when attorneys fees and expenses, as documented in Exhibit B, total a mere $211,350. The award that class council is seeking, 136 times their cost to litigate is egregious and devalues the purpose of the settlement.

The attorneys claim in the [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PLAINTIFF SERVICE AWARDS, "the overall result and benefit to the Class from the Settlement support the requested fee because the amount of $115 million in monetary relief provided to the Class is significant, particularly given that Class Members had no out-of-pocket damages, and the Settlement provides meaningful non-monetary relief addressing the alleged privacy violations."

This is misleading as privacy violations often result in damages that go beyond immediate financial harm, such as long-term identity theft risks, emotional distress, and loss of personal trust in institutions. While class members may not have had direct out-of-pocket costs, the violation of their privacy could have lasting effects that cannot be measured solely by monetary compensation.

Additionally, the settlement figure may be seen as inadequate when compared to the potential value of the damages incurred by class members if privacy violations are measured in terms of long-term security risks, potential misuse of data, or increased vulnerability to fraud. In such cases, a settlement of $115 million may not fully account for these less tangible but still significant harms.

I am writing as a member of the class, a natural persons residing in the United States whose personal information, or data derived from their personal information, was acquired, captured, or otherwise collected by Oracle Advertising technologies or made available for use or sale by or through ID Graph, Data Marketplace, or any other Oracle Advertising product or service from August 19, 2018 to the date of final judgment in the Action.

I will not be appearing at Final Approval Hearing, nor do I have an attorney representing me.

Thank you for your time and consideration of attorneys awards,

Gideon Burdick
PO Box 7,
Boonville, CA 95415
216.905.8404

Box 17
Boonville CA 95415

RECEIVED
SEP 19 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Class Action Clerk
US District Court of Northern District of CA
450 Golden Gate Ave
San Francisco, CA 94102-3489