RECEIVED

SEP 3 0 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To:
Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489

From:
Khyber Zaffarkhan
20341 SW Birch St., Suite 100
Newport Beach, CA 92660
drkhybs@gmail.com  dr.khybs@gmail.com
(310) 990-2010

Re: Katz-Lacabe, et al. v. Oracle America, Inc., No. 3:22-cv-04792-RS

## Notice of Objection

I, Khyber Zaffarkhan, have been notified that my personal information was acquired, captured or otherwise collected by Oracle Advertising technologies or made available for use or sale by or through ID Graph, Data Marketplace, or any other Oracle Advertising products.

I intend to appear at the Final Approval Hearing personally.

I do not believe the relief the settlement provides is fair, reasonable nor adequate. If the Class Representatives will receive up to $10,000, that is the ceiling of what the settlement considers as the value of my personal information. As a physician and a high net worth individual, my personal information has far greater value than the class action intimates. Thus, the settlement will not be adequate to address the damages incurred. The settlement should not be approved.

I am not represented by counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing statements regarding class membership are true and correct to the best of my knowledge.

*[signature]*   9/22/2024

Khyber Zaffarkhan



