*Mary Todd*

908 Harold Dr., Unit 29
Incline Village, NV  89451

September 11, 2024

FILED
SEP 25 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
San Francisco Courthouse, Courtroom 3, 17th Floor
450 Golden Gate Avenue
San Francisco, CA  94102
Attn:  Honorable Richard Seeborg

Greetings Your Honor,

I am writing to you as a class member, regarding the handling of settlement claims for case no. 3:22-cv-04792-RS, Katz-Lacabe, et al., v Oracle America, Inc.

I received via email, the legal notice of proposed class action settlement (copy enclosed). There are a number of issues with the outreach that I'd like to bring to your attention.

1. Email is increasingly abused by scammers and spammers.  I assumed the email was one or the other but researched the case to establish its legitimacy.  Given the legal penalties associated with fraudulent use of the US Postal Service, I respectfully ask that going forward you consider that important communications such as this, be mailed via the US Postal Service.

   Also, due to the increasing abuse of email, whether through unauthorized sharing or malintent, I and others are using special purpose email addresses that we establish and delete as soon as the transaction or project is complete.  In this example, US mail would probably have reached me, where email would not.

2. You should know that the notification email contains a non-working link to unsubscribe.  I tried to unsubscribe using several browsers and all displayed a similar message that the link could not connect to the server.

3. Pursuing my intent to unsubscribe I called the phone number provided in the notification email, (1-888-255-4036), which was a complete waste of time.  Following the phone tree, pressing "0" sounded like it would route me to a human.  Instead, it led to more prerecorded information that was completely impertinent to my call.

I followed up with the office of David T. Rudolph at Leiff Cabraser, Heimann & Bernstein, LLP.  A paralegal, Miriam Gordon, helped me with outreach to Angeion

Group, the settlement administrator. I should be unsubscribed at this point and have confirmation that my claim form will be honored without submitting my email address.

Miriam was quite intent about telling me that email is increasingly approved by the courts, as the communication method to reach individual class members for legal notice of class action settlements.

I don't appreciate my email having been shared and used this way so I figured I'd speak up. There are probably many people who feel this way. Thank you for your time and for your consideration.

Sincerely,

*Mary Todd*

Mary Todd

From: Katz-Lacabe v. Oracle Settlement Administrator
donotreply@katzprivacysettlement.com

Subject: Legal Notice of Class Action Settlement: You May Be Entitled To Compensation

Date: Sep 9, 2024 at 11:19:18 PM

To: ███████@yahoo.com

Notice ID: KATL0279710155
Confirmation Code: 4aM37H6wyBAX

United States District Court for the Northern District of California
*Katz-Lacabe et al v. Oracle America, Inc., Case No. 3:22-cv-04792-RS*

### NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

**Our Records Indicate You May Be Entitled to a Payment from a Class Action Settlement Because Your Personal Data May Have Been Collected by Oracle America, Inc.**

*A federal court authorized this notice. You are not being sued. This is not an advertisement.*

([Para la notificación en español, visite el sitio web.](#))

A Settlement has been proposed in class action litigation against Oracle America, Inc. ("Oracle"). This class action alleges that Oracle improperly captured, compiled, and sold individuals' online and offline data to third parties without obtaining their consent. Oracle denies all the allegations made in the lawsuit and any wrongdoing and maintains that its practices were lawful and disclosed to individuals.

**Who is included in the Settlement?** You are included if you are a Settlement Class Member, which is defined as "all natural persons residing in the United States whose personal information, or data derived from their personal information, was acquired, captured, or otherwise collected by Oracle Advertising technologies or made available for use or sale by or through ID Graph, Data Marketplace, or any other Oracle Advertising product or service from August 19, 2018 to the date of final judgment in the Action."

**What does the Settlement provide?** Under the Settlement, Oracle will pay $115 million to establish a Settlement Fund.

To submit your claim, go to: www.KatzPrivacySettlement.com/submit-claim.

Class Counsel will ask the Court to award up to 25% of the Settlement Fund (i.e. up to $28.75 million) for attorneys' fees. In addition, Class Counsel will ask the Court to reimburse them out of the Settlement Fund for the expenses they reasonably incurred and will incur in litigating this case on behalf of Settlement Class Members in an amount not to exceed $225,000. Oracle has reserved the right to object or comment on Class Counsel's request for attorneys' fees and expenses in the District Court and has also agreed not to appeal any order of the District Court awarding attorneys' fees and expenses. Class Counsel will also ask the Court to approve Service Awards of up to $10,000 each for the two Class Representatives named in the complaint as an award for their service to the Settlement Class as Plaintiffs and Class Representatives ($20,000 in total) out of the Settlement Fund. Class Counsel's application for attorneys' fees, expenses, and

Service Awards will be made available on the Settlement Website at www.KatzPrivacySettlement.com before the deadline for you to comment on or object to the Settlement.

After deducting any Court-approved attorneys' fees and expenses and Service Awards for the Class Representatives, and the costs of the Settlement administration, the Settlement Fund will be distributed to Class Members on a *pro rata* basis.

Oracle will also certify that, for as long as it continues to offer the products and services described in the complaint, it will: (i) not capture (a) user-generated information within referrer URLs (*i.e.*, the URL of the previously-visited page) associated with a website user or (b) except for Oracle's own websites, any text entered by a user in an online web form,; and (ii) implement an audit program to reasonably review customer compliance with contractual consumer privacy obligations.

**How do I get a payment?** You must submit a valid Claim Form by **October 17, 2024**. Claim forms may be submitted online at www.KatzPrivacySettlement.com or printed from the website and mailed to the address on the Claim Form. Claim Forms are also available by calling 1-888-255-4036 or emailing Questions@KatzPrivacySettlement.com. You are not required to submit a claim, but if you are in the Settlement Class and do not submit a claim, you will lose your right to claim compensation in connection with the Settlement.

**Your other options.** If you don't want to be legally bound by the Settlement, you must exclude yourself from it by **October 17, 2024**. Unless you exclude yourself, you won't be able to sue or continue to sue Oracle for any claim made in this lawsuit or released by the Settlement Agreement. If you stay in the Settlement (*i.e.*, don't exclude yourself), you may file an objection or other comment no later than **October 17, 2024**. More information about these options is available at www.KatzPrivacySettlement.com.

**Do I have a lawyer in the case?** If you are a Settlement Class Member, you have a lawyer in this case. The Court appointed as "Class Counsel" the law firm of Lieff Cabraser Heimann & Bernstein, LLP to represent Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense.

**The Court's hearing.** The Court will hold the Final Approval Hearing at 1:30 p.m. **on November 14, 2024** in Courtroom 3 (17th Floor) of the San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. There is no requirement that you attend the hearing—you may submit a claim, object, comment or exclude yourself from the Settlement without attending the hearing. At the Final Approval Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, including Class Counsel's application for attorneys' fees, expenses, and for Service Awards.

**How Do I Get More Information?** For more information, including the full notice, claim form and Settlement Agreement visit www.KatzPrivacySettlement.com, or contact the Settlement Administrator by email at Questions@KatzPrivacySettlement.com, by phone at

1-888-255-4036, or by mail at:

    *Katz-Lacabe et al v. Oracle America, Inc.*
    c/o Settlement Administrator
    1650 Arch Street, Suite 2210
    Philadelphia, PA 19103

**If you are member of the Settlement Class, you may go to the Settlement website (www.KatzPrivacySettlement.com) now and make a claim.**

**PLEASE DO NOT CONTACT THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**

**This notice is only a summary.**

Unsubscribe

M. Todd
908 Harold Dr. #29
Incline Village, NV
89451

RENO NV 894
12 SEP 2024 PM 2 L

U.S. District Court, Northern District, CA
San Francisco Courthouse, Courtroom 3, 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Attn: Judge Richard Seeborg

