UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case 3:22-cv-04792-RS

MICHAEL KATZ-LACABE, et al.,
                    Plaintiffs,

vs.

ORACLE AMERICA, INC.,
                    Defendant.

**F I L E D**

OCT 0 3 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## <u>ERWIN ROSENBERG'S OBJECTION TO SETTLEMENT, MOTION FOR EXTENSION OF TIME TO FILE A CLAIM OR AN EXCLUSION FOR A REASONABLE TIME AFTER THIS COURT'S RULING ON HIS OBJECTION AND MOTION FOR LEAVE TO FILE ELECTRONICALLY</u>

Erwin Rosenberg is a Settlement Class Member.  His contact information is 1000 West

Island Blvd. 1011, Email is erwinrosenberg@gmail.com.  Telephone 786-299-2789.

Rosenberg received an email at his email countryerwin@aol.com indicating he is a

settlement class member. RosenbergI does not intend to appear at the Final Approval

Hearing.  The  grounds for the objection is that the settlement notice and exclusion form

require a declaration that one represent that he did not consent.  This requirement is

improper because (1) a person may not know whether he consented to Oracle on some

ocassion by clicking on a pop-up about tracking and/or cookies, and (2) because consent

is not necessary to make a claim in this case.  See October 3, 2023 Order granting in part

and denying in part motion to dismiss, ECF 77 at p. at page 10 footnote 10 which says

"Plaintiffs persuasively argue that FSCA does not require a reasonable expectation of

privacy in electronic communications."  After this Court's ruling on Rosenberg's

objection, Rosenberg would like to have time to consider whether after having reviewed

said ruling he wishes to file a claim or seeks to exclude himself from the class. As such he moves for an extension of time to file a claim or exclude himself after a reasonable time after this Court's ruling on his objection.

In addition, as Rosenberg may deem appropriate to file additional matters with this case and such filings may benefit this Court's consideration of this case, Rosenberg moves for this Court to allow his electronic filing in this case.

CERTIFICATE OF SERVICE

I hereby certify that I mailed this paper for filing to United States District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102-3489 and served on the parties via Local Rule 5-1(h)(1) by CM/ECF.

Respectfully Submitted,

s.t *Erwin Rosenberg*
Erwin Rosenberg
1000 West Island Blvd. # 1011
Aventura, Florida 33160
Tel 305-742-7065
erwinrosenberg@gmail.com

Erwin Rosenberg
6000 West Island Blvd. #1011
Aventura, Florida 33160

28 SEP 2024 PM 5 L

MIAMI FL 330

UNITED STATES DISTRICT COURT

450 GOLDEN GATE AVENUE

BOX 36060

SAN FRANCISCO, CALIFORNIA

94102-3489

RECEIVED

OCT 03 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FOREVER
8911140927122811

USA