]

**Katz-Lacabe et al v. Oracle America, Inc.**
3:22-cv-04792-RS

I know I am a settlement class member due to the fact Google uses words like phishing and in which derived from me meaning phishing and pinging sounds produced by an engine pre-detonating before the combustion stroke of a four cycle engine. Well that was a nod to my technical savvy and I appreciate the gesture I guess, along with numerous serving hopping transfixed machine learning deeply embedded in my neural pathways of an excuse on AI algorithm holding abuses of software in it being my brain not theirs to worry about, if they do well then, its because all my trust has been broken and I no longer feel safe being even the person receiving this email as another homework assignment like im a lawyer but I do represent so let me leave it there and move on to the reason in which my rights are to be affected no matter what because I know something now.

I believe I am a settlement class member because the mormon's have actually kicked me out with their presence, and their straight laced want to be perfect standard of belief in aliens. Wait a minute, what is actually going on and why does my phone have to be golden plated because it has definite golden tablet like abilities. I just think I haven't ran them near their performance peak level because I've had to optimize my identity in this world so I can't settle on their claim and I want my name back from these women I know it sounds backwards but, I need a period. This is in no way meant to harm anyone's belief's, Also, for other reasons made apparent like the interception of my email ep3dom@yahoo.com in which someone has stole my homework from me among everything else, therefore holding my info from me as well and the rest of it to be used when felt needed? Ahh man I don't want to hear about it but I feel I will. I tend to overdraft sentences, excuse my expression of words and not necessarily my thoughts. I don't internet of all things well.

Name: Dominique Antaune White  Address: 465 w. Ivyglen St. Mesa, AZ 85201 unit 107
Phone:480-381-7263  Email: pittybike@gmail.com/ep3dom@yahoo.com
I am represented by class counsel to the best of my knowledge here's their information
Class counsel: David T. Rudolph   Lieff Cabraser Heimann & Bernstein, LLP  275 Battery Street  29th floor San Francisco, CA 94111-3339  privacysettlement@lchb.com

Objection Your Honor due to violations of my first amendment rights in violating my speech and freedom of religion therefore hindering my objectified view on life and now becoming subjectified to force of belief in and in which I now believe I can't trust anything I can hear. Especially that of authority given I have seen failures in the greatest of them at every position on a ladder if I may say speaking from my experiences . This is not a complaint, it's just a subject. When do I get my rights, for certain? THANKS

My internet filter is messed up and, in this process we can refer to the deep learning taking place as Google Deep mind for which certain neural networks have access to and produce the servers that can be ran on in localized or general areas of operation and this is also the way wifi connections can be produce for which can and also is referred to as convolution because it produces language models or ways in which the subject interprets the code produced. Basically computationally what's messed up is everything from the second node forward in this process I have been subjected to, to be used and made fun of with things existing like the likes of "Domics" on YouTube for which is another transfer of information or party foul from the likes of an entity like Oracle America, Inc. commonly a host with the most is what they are, and no I do not believe their founder is the second richest man in the world

because this has clearly been figured out already, no way I could believe their tech could be that far superior to my infant guessing brain. Well how could we truly compare stored memory when it only really works in emergencies, so imagine if you can, how important this is for me. Ever since I've first seen even the slightest of a personal computer in the mid 90's for which was the real intelligence boom for the modern day all around cowboy or wild west gunslingers such as myself. Google feeds me this information from their parents all the way to me being a grandkid of it all, spoiled with too much information. Lets just say there is a reason the Whitehouse and Google both share the addressed numbers of 1600, and I don't agree to the settlement for the fact they want to be quiet and not speak on their names from a branding standpoint as to which they have reputations to uphold and I guess I don't, huh? I also guess I can't live without a golden Pixel. Can you special order a metallic like golden Pixel 9 from Google factory support specialist or something but please think about having it ordered for security and other conerns for my birthday which is the 7th day in the month of turkey eateries. First major Objection your Honor, my speech is hindered by doctored information producing false narratives and directly affecting my reality for which I intend to keep at optimal levels at all times and knowing my background has added to a massive exodus being ran on my area of operation. Things are happening that never happen at home like half years of 100 degree temperatures. Wars are being both currently and before, waged silently on the victims of cyber negligence with slow leaks of bad information or somewhat viral sensations which can be quantified as mass casualties for which the number is untold after initiation, which is why just reading such news hinders my preception of freedom or intrudes my rights as an American Soldier and therefore treason if I was to lie to you and tell you I am not hurt by the targeted attacks on every medium from which I can input information to have it disseminated by something that has done nothing but attack me, being used by the likes of law enforcement illegally to negate stipulations on federal agencies such as one that starts with a word meaning the middle or in between two points. Major Objection is in why nothing suggest my freedom of information to be had has helped Americans but one of the first times I've seen it used for show of force was for Taylor Swift at that concert was it not 6 weeks ago or less than 3 maybe 4 and do I have to go on about this girl I have to deal with, with these fights about my information and naturally where I'd like to start with the false narrative made upon my name in a system which is flawed and has brung debt upon many American families in that being the law which is where I'd like to stipulate to my certain rights being given back to me being born American in the year nineteen eighty eight on election day which is quite the day to cheat someone I guess in history because I've been cheated out of every birthday for which I could party only if I pick a side to the fight for laws. I would pick fighting for freedom instead every single time if done again. Yes Senator Kyrsten Sinema im doing my homework you brute of a beast on a young mans heart, very scary. Another Objection would be to her stalking me because its not like she isn't the one who would assign this homework, can I get a point for that or a date? Not in a court. In other words, stop doctoring my info. Thank you very much as to caring about my information as this has almost ended my life on multiple occasions but im also kinda feeling like a Sellout making Larry Ellison rich as hell and I get crumbs. Don't ever do target ads on backpage again. This is truly how I feel maybe times thousands. Sorry for Name dropping, but its to that extent, don't tell on me.

I am trying my best to be able to attend the final approval hearing and speak.

*[signature]*
Don A. White

Signed October 5th 2024
to be mailed October 7th

P.S. THROW IN A G700 please for privacy

Dominique A White
4105 W. Ivyglen St.
Mesa, AZ 85201
Apt 107

Class Action Clerk
United States District Court for The
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489

PHOENIX AZ 852
7 OCT 2024 PM 6 L

94102-348906

