**Katz-Lacabe et al v. Oracle America, Inc., 3:22-cv-04792-RS**

Christopher L. Williams, Esq.
1006 West Confederate Avenue
Columbia, SC, 29201
(843) 324-5017
chris@williamslitigation.com
christopherlwilliams@gmail.com
Objector *pro se*

NOTICE OF FILING OF ERRATA TO SUPPLEMENTAL OBJECTION BY ATTACHING
INADVERTENTLY OMITTED "EXHIBIT A" (Doc. # 148)

The undersigned inadvertently omitted Exhibit A when submitting my supplemental objection. (Doc. # 148). As a result of this inadvertent omission, I have unsuccessfully attempted to file Exhibit A on two other occasions because I have not complied with the local rules for the first page requirements for e-filing documents.

I very much appreciate the opportunity to e-file documents in this case and I apologize for inadvertently failing to comply with the local rules. Hopefully, I got it right this time.

Attached hereto is Exhibit A to my supplemental objection (Doc. # 148).

                                                                         S/Christopher L. Williams
                                                                        Christopher L. Williams, Esq.
                                                                        1006 West Confederate Avenue
                                                                        Columbia, SC, 29201
                                                                        (843) 324-5017
                                                                        chris@williamslitigation.com
                                                                        christopherlwilliams@gmail.com
                                                                        Objector *pro se*