Emmanuel Pascal                                    10/08/2024
3235 Grand Concourse Apt 4D
Bronx, NY 10468
manuel403011@protonmail.com

**FILED**

Oct 15, 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

- Katz-Lacabe et al v. Oracle America, Inc., the case number is 3:22-CV-04792-RS.

To the United States District Court for the Northern District of California,

I object to the settlement in the case of Katz-Lacabe et al v. Oracle America, Inc. The reason for my objection is because Oracle hasn't provided proof that I was directly affected by Oracle improperly capturing, compiling, and selling my online and offline data to third parties without obtaining my consent. I am not sure I will be able to know if Oracle will disclose what data pertaining to me was affected in this case and how it will or has affected me in a negative way. All I know is that I received an email stating that I may be entitled to a payment from this settlement with a notice ID and confirmation code.

Oracle denying these allegations also brings forth more questions about the alleged handling of this data. I will not attend the final hearing due to the lack of information of how I was affected by the allegations in this case, and because I do not live near the location. I cannot agree to this settlement based on these concerns.

Sincerely,

Emmanuel Pascal

Emmanoel Pascal
3135 Grand Concourse Apt 4D
Bronx, NY 10168

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3494

FOREVER USA

RECEIVED

OCT 15 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA