```
FILED
Oct 15, 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

TO: Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489

I wish to object to the class action settlement being proposed by Katz-Lacabe. I ask that it be rejected and that Katz-Lacabe receive no payments.

Per the Lawyer's web site instructions found at: https://www.katzprivacysettlement.com/
I ask that the court reject their claim for compensation.

a. The name and case number of this lawsuit:
Katz-Lacabe et al v. Oracle America, Inc., the case number is 3:22-cv-04792-RS

b. The basis for believing you are a Settlement Class Member:
I also don't recall how any valuable information may have been captured from my brief interaction with the Oracle web site. All they have is my personal e-mail address, and nothing else.

c. Your full name and mailing address, and email address or telephone number;
David A LeCaptain
3700 Cynthia Ln
Fairfax, IA 52228
dave.lecaptain@gmail.com
319-310-0716

d. A clear and concise statement of all reasons for your objection;
I believe this is frivolous and a waste of the court's time and my tax payer money.
The Lawyers are asking for a large settlement based upon e-mail addresses, but are not required to figure out who I am or how I was affected. If a settlement does get reached, they are asking that they receive a large payment and are not required to notify me in some official way.
Had I not found their e-mail in my SPAM folder, I would have never known that they want to collect a large lawyer fee on my behalf, and I would have never known about it.

e. Whether you intend to appear at the Final Approval Hearing, either in person or through an attorney representing you;
No, I will not be present and I will not hire an attorney to be present.

f. A statement identifying your counsel, if you are represented by counsel;
No, I will not be hiring a counsel to represent me.

g. Your handwritten or electronically imaged written (e.g., "DocuSign") signature. An attorney's signature, or a typed signature, is not sufficient.

*David A LeCaptain* (signature)
David A LeCaptain
October 6, 2024

LECAPTAIN
3700 CYNTHIA LN
FAIRFAX, IA 52228

CEDAR RAPIDS IA 522
8 OCT 2024 PM 1 L

CLASS ACTION CLERK
UNITED STATES COURT
 NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102-3489

94102-3489599

RECEIVED
OCT 15 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA