**FILED**

**OBJECTION TO THE SETTLEMENT BY CLASS MEMBER**

**YONG K. HENRY**

OCT 2 1 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. Katz-Lacabe et al v Oracle America, Inc., Case No.: 3:22-cv-04792-RS

2. This Class Member, Yong K. Henry, here by object to the Class Action Settlement regarding the matter mentioned in paragraph 1. I am a citizen of this great nation, United States of America. Wherefore reading the articles of deception and selling of my personal information without contrite by defendant is not only unconscionable but deliberate and impudent. It breached my rights as a citizen of this country. I am 59 years of age and have made online purchases and a user of geolocation services, as most Americans have in these days of technology.

3. My full name is Yong K. Henry, 222 Kansas Avenue, Henderson, NV 89015, telephone number 973-222-1954, email address is jyng87425@gamil.com.

4. This Class Member fully objects to the Class Action Settlement in the amount of $115,000,000. Based upon the alleged attorney's fees of $28,750,000, plus $225,000 alleged expenses, fee award of approximately $20,000 for the two Class Members would bring the net settlement amount to approximately $86,004,978. Dividing the number of plaintiffs {probably much higher than calculated} 220,000 citizens of this nation equals to **$0.39 cents per Class Member**. The violated citizens of this great nation should suffer again to this unjust settlement?

5. Although I cannot attend the Final Approval Hearing, I beg the Honorable Judge to reject this silly settlement offer so that just relief may be handed down.

6. I am not represented by an attorney.

7. I hereby declare that all statements made on this Objection To The Settlement is correct and truthful, to the best of my knowledge and recollection.

*[signature]*

_____
Yong K. Henry
222 Kansas Avenue
Henderson, NV 89015
jyng87425@gmail.com

10/13/2024

Yong K. Henry
222 Kansas Avenue
Henderson, NV 89015




U.S. POSTAGE PAID
FCM LETTER
HENDERSON, NV 89012
OCT 16, 2024
$0.73
S2323A502578-16

Retail
94102
RDC 99

RECEIVED
OCT 21 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Att: Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489

