Jose A. Ubiles
906 Hyde Park Dr
Round Rock, TX 78665
youbeliss@yahoo.com
254-338-4201

**FILED**

OCT 2 1 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

October 11, 2024

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 941023489

Subject: *Katz-Lacabe et al v. Oracle America, Inc.*, the case number is 3:22-cv-04792-RS)

Dear Class Action Clerk,

I hope this message finds you well. I am writing to formally express my disagreement with the settlement agreement proposed by Oracle.

As a customer, I believe Oracle has a fundamental responsibility to protect our data with the utmost diligence. The recent incidents have highlighted a failure in maintaining that trust, and it's imperative that the company takes comprehensive steps to rectify this.

I am seeking lifetime data protections and credit monitoring services to ensure the security of my personal information moving forward. Oracle must be held accountable for ensuring that such breaches do not recur and that affected customers are provided with long-term safeguards.

This is not a matter of convenience but a necessity to restore confidence and protect against potential future threats. I urge you to consider these points seriously in the resolution of this matter.

Thank you for your attention to this critical issue.

V/r,
Jose A. Ubiles

Jose A Ubiles

906 Hyde Park Dr.

Round Rock, TX 78665

RECEIVED

RIO GRANDE DISTRICT
15 OCT 2024  PM 2  L

OCT 21 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

As in past
USPS is
If you choose
please mail ea

Class Action Clerk

United States District Court for the Northern District of California

450 Golden Gate Avenue

San Francisco, CA 94102-3489

94102-348999