Angela Casler
21945 Parkway Dr.
Red Bluff, CA 96080

10/17/2024

**FILED**
OCT 21 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Class Action Clerk
United States District Court for the Northern District of California
Attn: Case No. 3:22-cv-04792-RS - Katz-Lacabe vs. Oracle America, Inc.
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: Attn: Case No. 3:22-cv-04792-RS - Katz-Lacabe vs. Oracle America, Inc.

Dear Judge Honorable Richard Seeborg:

My name is Angela Casler and I received an email notice ID KATL0071839275 from Lieff Cabraser, Heimann, and Bernstein, LLP stating that my personal data may have been intercepted, collected, analyzed, and sold to third parties without my knowledge or consent. I object to the settlement, but had to exclude myself for many reasons. Therefore, I do not have the right to represent my objections in court to your honor under the current class settlement agreement. Please accept this letter so I can share my personal reasons for choosing exclusion.

The estimated 220 million victims deserve additional required nonmonetary relief in the settlement. I implore the court to consider adding the following protections, because all alleged victims will have lifetime adverse effects, such as identity theft, Digital ID records of all assets and liabilities, biometrics and health records privacy violations, dark web surveillance and manipulation, surveillance by federal, state, and local law enforcement, and even medical treatments performed without one's knowledge or consent. Please consider the following nonmonetary relief be added to the final settlement agreement:

1. The representing lawyers should be allowed to release the discovery to the court docket for 220 million victims to review, in particular the private meetings where deals were brokered with data buyers.
2. The problem in making a decision to become a plaintiff is due to not having a concise list of third parties who will be released in the proposed settlement. Thereby, many alleged victims had to opt out to protect our future violations of privacy. Can the court please consider releasing a clear list of parties each plaintiff would be releasing from discovery documents? In Document 132-2 Exhibit 1 dated 7-18-2024, only a few third parties are listed compared to the original Document 1 filed 8-19-2022.
3. Notified individuals did not have proper time to review the 449 page settlement prior to making a decision to become a plaintiff, exclude, or object. I was notified via email and many friends emails were sent directly to spam. Please extend the deadline and request the settlement administrator allow individuals' to make changes to their original position of plaintiff, exclusion, or objection.

4. Is it required by law that all exclusion/opt out victims have their information sent to Oracle America's counsel? If not, please exclude this requirement in your final decision. This company cannot be trusted to not retaliate against those who opted out. (see: Exhibit 1 Document 132-2 section 6.6 Effect of exclusions.)
5. Please add to the settlement that Oracle America will be responsible for providing all data to individuals impacted by this alleged gross violation, to include all third parties buyers from both the private and public sectors. Please hold Oracle America responsible for transparency and ethics by allowing all victims to receive a paper trail, or chain of custody, of data sales. Furthermore, please hold responsible all of Oracle's third party buyers who will do the same for each victim. Finally, as the public sector entities may not have paid an invoice explicitly for a data sale, but may have paid for another type of service, such as advertising, as is known from the Facebook (now Meta) and Twitter (now X) censorship congressional oversight committee hearings, they too should notify a user whose data was purchased.
6. Oracle America's executives should be fined for violating the trust of the public and users of the internet for selling data to foreign countries, USA governmental agencies, and local law enforcement violating several criminal and civil codes protecting consumer privacy.
7. I am particularly concerned with the sale of biometric and financial data.
8. I have been notified by ID theft monitoring services that my data is now on the "dark web" since 2018. Oracle America should take responsibility and be responsible for deleting our data from the dark web. The FBI visited my employer in November 2023 and advised that we are being surveilled by foreign states, namely China and Iran.
9. No one has any recourse in the proposed settlement since Oracle announced the closure of this business unit as of 9-2024 and the shutdown of "AddThis" since 5-31-2023. We will all face a lifetime of repercussions from the sale of our data. Please protect the future health and financial well-being of the alleged victims. This data is currently being used by optogenetics researchers and entities that are practicing precision medicine of gene, hormone, and protein therapies via exposure to pulses of LED and UV lights, as well as very low electromagnetic frequencies (EMF) that activate graphene and hydrogel in many consumer products and pharmaceuticals. Computer programmers can identify an individual's brain waves or body's EMF frequencies and send a computer code to a user's device that cross-platforms to the individual to turn on or turn off genes, proteins, and/or hormones using a MAC address and/or IP address. Data brokers can use this data to enter a person into the Wide Body Area Network and become a human experiment by explicitly targeting an individual for precision medicine without their knowledge or consent. Molecular communication precision medicine is a common biotech practice approved by the Food and Drug Administration (FDA), in 2016. Judge Seeborg, the gross negligence of data usage far exceeds financial identity theft and how buyers are using the data within the Internet of Things (IoT). It should be required in the settlement that building a digital ID of financial, economic, and behavior should be at the explicit permission of an individual or entity. People should pay for this service who want it. Medical/health record data should not be intercepted and analyzed by big tech companies without consent. Medical decisions should be made between one's doctor and the patient.

2

10. Please consider ordering Oracle America to provide lifetime identity theft protection service as well as dark web monitoring and removal service for any individual or entity in which they brokered the sale of private information – not just for the plaintiffs.
11. Please consider adding to the final settlement that Oracle will be responsible for sending a cease and desist letter to all their third parties they sold data to, in which each buyer will stop re-selling each person's data purchased from Oracle America. In addition, please consider ordering third parties named in the "2022 request for jury trial" to allow an individual or entity to receive a chain of custody from that organization. In summary, consumers need a full chain of custody since 2018.
12. Please consider that Oracle should set up an advising office to assist each individual and entity. It is suggested that Oracle America set up this fund from its profits from data sales and not be from the proposed settlement of $115 million. The advisor will facilitate and complete the chain of custody for each person whose rights were violated. They took the time to intercept and analyze this data and should take the time to fully rectify the situation. Please hold them accountable for nonmonetary relief via governance and social responsibility.
13. This case protects the consumer for a short duration, as Oracle has closed the ad business as of 09-2024. Now that this business unit is closed, please consider adding instructions to never sell the data related to this case in the future. Please consider requiring Oracle to secure data related to this case forever, never destroy it, and be prohibited from selling it or transferring it to a new owner if a merger or acquisition may occur anytime in the future. Please protect consumers from future misconduct.

Thank you Judge Seeborg for hearing this case on such an important matter to millions of Californians. Please consider addendums of nonmonetary considerations to the settlement agreement.

Sincerely,

Angela Casler

Email: bankang@yahoo.com

As in past
USPS is re
If you choose to
please mail ea

SACRAMENTO CA 957
18 OCT 2024 PM 6 L

Class Action Clerk
US District Court of Northern CA
Attn: Case No 3: 22-cv-04792-RS
450 Golden Gate Ave.
San Francisco, CA 94102-3489

Angela Casler
21945 Parkway Dr.
Red Bluff, CA 96080