2024-09-14

*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
San Francisco, CA 94102
Attention: Chief District Judge Richard Seeborg

FILED

OCT 21 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

San Francisco Courthouse, Courtroom 3 – 17th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

Subject: Katz-Lacabe et al v. Oracle America, Inc.; Case No. 3:22-cv-04792-RS

Dear Chief District Judge Richard Seeborg,

I received notification of proposed class action settlement via email. See enclosure 1. This is unacceptable. I expect formal notification of any legal actions delivered via United States (U.S.) Postal Service certified mail, official accounts such as Login.com, through a local court, or through a local lawyer. Given the shear volume of phishing, spear phishing, and waling efforts committed in the U.S., email notification is unacceptable. I responded to the email in-kind. See enclosure 2. I expect you to set the following legal standards. First, is formal notification of legal actions specified above.

Given that the Office of Personnel Management, American Telephone and Telegraph, Oracle, etc. have lost my Personal Identifiable Information (PII) and businesses continue to lose my PII; I expect a business to contact me via certified U.S. Postal Service mail or equivalent before opening any accounts or otherwise doing business with me assuming we are not doing business in person. For online accounts, the business is expected to implement international standards such as International Organization for Standardization -27001 or National Institute of Standards and Technology 800-63B. For in-person business, I expect the business to verify my identity using my Driver's License (REAL ID Act compliant) and a second form of identification such as my military identification, verification email, verification text, etc.

I'm shifting back to cash only in person business transactions as much as possible to minimize my exposure to international criminal activities. Therefore, I also expect you to uphold the tradition of mandatory acceptance of U.S. currency for all business transactions.

Finally, the assertion by your court that by taking no action or otherwise excluding myself through the mandated website is pure overpriced lawyer B.S. Most states and the Federal Government have minimum wage laws. I can command up to a $600/hr fee billable in whole hours. My fellow countrymen value their time as well. Therefore, if a court assigns work to a citizen such as requiring an exclusion form or claim form to be completed for a class action law suit, the court owes the citizen at least minimum wage for their effort. Therefore, I expect you to change your process to reflect the following. No action is required by an individual unless they are paid for their time. A claim is automatically assumed and paid. If the individual accepts the award by cashing the check, then they have agreed not to file a suit in the future. If the person does not cash the check, then

they have exempted themselves from the suit.  Note, I will never give up any of the rights afforded to me as a Citizen of the U.S. that I have earned through service to my country.

Sincerely,

Adam Charles DaeGorn (U.S. Navy Retired)
1114 Evans Rd.
Aiken, S.C. 29803

**Phishing Email or Case No. 3:22-cv-04792-RS**

From: Adam DaeGorn (daegorn89060@yahoo.com)
To: questions@katzprivacysettlement.com; rscrd@cand.uscourts.gov; rspo@cand.uscourts.gov
Date: Saturday, September 14, 2024 at 05:33 AM EDT

To whom it may concern,

I don't know how you got my email but, do not send me any more Phishing emails. If you are legit, send me a certified letter through the US Postal Service as is the common Legal/Business practice.

This statement assumes you are legitimate. As far as the assertion that by taking no action or not excluding myself from your case I give up my rights to seek legal action in the future is pure overpriced lawyer BS. I will never give up any of the rights I have as a citizen of the United States of America and that I earned through my military service.

Sincerely,
Adam C. DaeGorn
Retired Navy

*Enclosure 1*

**Legal Notice of Class Action Settlement: You May Be Entitled To Compensation**

From: Katz-Lacabe v. Oracle Settlement Administrator (donotreply@katzprivacysettlement.com)
To: daegorn89060@yahoo.com
Date: Thursday, September 12, 2024 at 01:47 AM EDT

*Enclosure 2*

Notice ID: KATL0181692462
Confirmation Code: 4Duw7jFWUQe9

United States District Court for the Northern District of California
*Katz-Lacabe et al v. Oracle America, Inc.*, Case No. 3:22-cv-04792-RS

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

**Our Records Indicate You May Be Entitled to a Payment from a Class Action Settlement Because Your Personal Data May Have Been Collected by Oracle America, Inc.**

*A federal court authorized this notice. You are not being sued. This is not an advertisement.*

(**Para la notificación en español, visite el sitio web.**)

A Settlement has been proposed in class action litigation against Oracle America, Inc. ("Oracle"). This class action alleges that Oracle improperly captured, compiled, and sold individuals' online and offline data to third parties without obtaining their consent. Oracle denies all the allegations made in the lawsuit and any wrongdoing and maintains that its practices were lawful and disclosed to individuals.

**Who is included in the Settlement?** You are included if you are a Settlement Class Member, which is defined as "all natural persons residing in the United States whose personal information, or data derived from their personal information, was acquired, captured, or otherwise collected by Oracle Advertising technologies or made available for use or sale by or through ID Graph, Data Marketplace, or any other Oracle Advertising product or service from August 19, 2018 to the date of final judgment in the Action."

**What does the Settlement provide?** Under the Settlement, Oracle will pay $115 million to establish a Settlement Fund.

To submit your claim, go to: **www.KatzPrivacySettlement.com/submit-claim**.

Class Counsel will ask the Court to award up to 25% of the Settlement Fund (i.e. up to $28.75 million) for attorneys' fees. In addition, Class Counsel will ask the Court to reimburse them out of the Settlement Fund for the expenses they reasonably incurred and will incur in litigating this case on behalf of Settlement Class Members in an amount not to exceed $225,000. Oracle has reserved the right to object or comment on Class Counsel's request for attorneys' fees and expenses in the District Court and has also agreed not to appeal any order of the District Court awarding attorneys' fees and expenses. Class Counsel will also ask the Court to approve Service Awards of up to $10,000 each for the two Class Representatives named in the complaint as an award for their service to the Settlement Class as Plaintiffs and Class Representatives ($20,000 in total) out of the Settlement Fund. Class Counsel's application for attorneys' fees, expenses, and Service Awards will be made available on the Settlement Website at **www.KatzPrivacySettlement.com** before the deadline for you to comment on or object to the Settlement.

9/14/24, 6:47 AM  Yahoo Mail - Legal Notice of Class Action Settlement. You May Be Entitled to Compensation

Case 3:22-cv-04792-RS   Document 161   Filed 10/21/24   Page 5 of 8

After deducting any Court-approved attorneys' fees and expenses and Service Awards for the Class Representatives, and the costs of the Settlement administration, the Settlement Fund will be distributed to Class Members on a *pro rata* basis.

Oracle will also certify that, for as long as it continues to offer the products and services described in the complaint, it will: (i) not capture (a) user-generated information within referrer URLs (*i.e.*, the URL of the previously-visited page) associated with a website user or (b) except for Oracle's own websites, any text entered by a user in an online web form,; and (ii) implement an audit program to reasonably review customer compliance with contractual consumer privacy obligations.

**How do I get a payment?** You must submit a valid Claim Form by **October 17, 2024**. Claim forms may be submitted online at **www.KatzPrivacySettlement.com** or printed from the website and mailed to the address on the Claim Form. Claim Forms are also available by calling 1-888-255-4036 or emailing **Questions@KatzPrivacySettlement.com**. You are not required to submit a claim, but if you are in the Settlement Class and do not submit a claim, you will lose your right to claim compensation in connection with the Settlement.

**Your other options.** If you don't want to be legally bound by the Settlement, you must exclude yourself from it by **October 17, 2024**. Unless you exclude yourself, you won't be able to sue or continue to sue Oracle for any claim made in this lawsuit or released by the Settlement Agreement. If you stay in the Settlement (*i.e.*, don't exclude yourself), you may file an objection or other comment no later than **October 17, 2024**. More information about these options is available at **www.KatzPrivacySettlement.com**.

**Do I have a lawyer in the case?** If you are a Settlement Class Member, you have a lawyer in this case. The Court appointed as "Class Counsel" the law firm of Lieff Cabraser Heimann & Bernstein, LLP to represent Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense.

**The Court's hearing.** The Court will hold the Final Approval Hearing at **1:30 p.m. on November 14, 2024** in Courtroom 3 (17th Floor) of the San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. There is no requirement that you attend the hearing—you may submit a claim, object, comment or exclude yourself from the Settlement without attending the hearing. At the Final Approval Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, including Class Counsel's application for attorneys' fees, expenses, and for Service Awards.

**How Do I Get More Information?** For more information, including the full notice, claim form and Settlement Agreement visit **www.KatzPrivacySettlement.com**, or contact the Settlement Administrator by email at **Questions@KatzPrivacySettlement.com**, by phone at 1-888-255-4036, or by mail at:

> *Katz-Lacabe et al v. Oracle America, Inc.*
> c/o Settlement Administrator
> 1650 Arch Street, Suite 2210
> Philadelphia, PA 19103

**If you are member of the Settlement Class, you may go to the Settlement website (www.KatzPrivacySettlement.com) now and make a claim.**

**PLEASE DO NOT CONTACT THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**

**This notice is only a summary.**

Unsubscribe

Adam Charles Kaegroon
1114 Evans Rd
Aiken, SC 29803

U.S. POSTAGE PAID
FCM LETTER
AIKEN, SC 29803
OCT 15, 2024
$1.01

94102
RDC 99
S2324M500167-58

U.S. District Court Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102
Attn: Chief District Judge Richard Seeborg
Court Room 3 - 17th Floor

94102-348999

RECEIVED
OCT 21 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



RECEIVED

OCT 21 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA