1  Diana Spangler
2  322 Marable Lane
3  Dallas, Georgia 30132
4  Telephone (770-861-4990)
5  Dianaspangler@live.com
6  Class Member

**FILED**

Oct 21, 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court for the Northern District of California

| | |
|---|---|
| Katz-Lacabe et al | Case No. 3:22-cv-04792-RS. |
| Plaintiffs | Settlement Agreement filed 07/18/24. |
| Diana Spangler | |
| Class Member | **CLASS MEMBER OBJECTION TO** |
| THE | |
| | **"NOTICE ORDER FOR CLASS** |
| v. | **SETLEMENT PROVIDED TO CLASS** |
| | **MEMBER"** |
| Oracle America.INC., | |
| Defendants | Judge: Hon. Richard Seeborg |
| | Hearing Date: November 14, 2024 |
| | Time: 1:30 pm |

Class Member Diana Spangler ("Ms. Spangler") objects to the "NOTICE OF SETLEMENT ADMINISTRATION" provided to class member by Angeion Group, LLC ("Settlement Administrator") received 10/09/2024 on the following grounds:

1. Diana Spangler is a class member of the class settlement. Angeion Group, LLC, provided notice of class settlement via email on October 09, 2024, to class member with email containing faulty links. Class member attempted to contact the Settlement

1

30    Administrator through the provided links with class member receiving an invalid ad-
31    dress on all seven links.
32  2. The court findings that class representatives would adequately protect the interest of the
33     settlement class. Class representatives notice to class member failed to meet the class
34     notice requirement as directed and set forth in 7.23 of the settlement agreement, to Allow
35     class members to submit a claim.
36  3. Angeion Group, LLC, notice fails to allow class member to be excluded and bounds class
37     member to the conditions of class settlement, forcing class member to give up rights.

---

[2] Angeion Group, LLC, class notification failed to allow for class member to exercise her right for restitution for unlawful dissemination, brokering of her private information, by providing notice with faulty links that class member could not utilized to revised available documentations regarding action or to summit a claim. *See* attached Exhibit 1 page Email.

_____ on this day of October 21, 2024

Class Member Signature

2

Outlook

Fw:

From Parent Education for Exceptional Children spangler <dianaspangler@live.com>
Date Mon 10/21/2024 4:21 PM
To    Diana Spangler <parenteducationforspecialneeds@gmail.com>

Exhibit 1

**From:** Diana Spangler <parenteducationforspecialneeds@gmail.com>
**Sent:** Monday, October 21, 2024 2:25 PM
**To:** Diana <dianaspangler@live.com>
**Subject:**

1:30

◀ Mail



Safari can't open the page because the address is invalid.

AA   e11.katzprivacysettlement.com   ↻

Sent from my iPhone