Edward Jason Stanek
9417 Enfield Dr
Johnston, IA 50131
515-239-7280

October 16, 2024

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 941023489

**FILED**

**OCT 21 2024**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## Objection to Proposed Settlement of Katz-Lacabe et al v. Oracle America, Inc. case number is 3:22-cv-04792-RS

Dear Class Action Clerk, I am a Settlement Class Member with Notice ID KATL0355179803 with confirmation code AwFyL44aL7FL. I was notified of the proposed settlement via email address jason.stanek@aol.com on October 10, 2024 and I object to the proposed settlement of the Katz-Lacabe et al v. Oracle America, Inc. case number 3:22-cv-04792-RS.

I object to the settlement for the following reasons:

(1) Oracle America, Inc. is likely to have been enriched far beyond the settlement amount, and such a small settlement amount compared to the likely billion dollars or more of enrichment emboldens those engaged in apparent illegal activity so long as they can deny or cover it up.
(2) The proposed settlement amount of pennies per Settlement Class Member are likely to be disbursed primarily to attorneys and provide no effective relief to compensate those in the class for apparent and purported illegal activity, while Oracle America, Inc, its executives, shareholders, and attorneys have made substantial gains.
(3) Oracle America, Inc. remains in business despite its apparent and purported illegal activities.
(4) Oracle America, Inc. executives, employees, and others complicit in the apparent and purported illegal activities remain empowered.
(5) The proposed settlement does not permit the settlement to be used as evidence in criminal proceedings against the company, its executives, employees and others complicit in the apparent and purported illegal activities.
(6) I was notified only seven days before the deadline to object, and suspect others have also received inadequate notification and opportunity to identify objections to the proposed settlement.

I do not currently intend to appear at the Final Approval Hearing due to work and other obligations, but do hope that my objections are received and taken seriously and that Oracle America, Inc. and complicit agents, executives, and employees can be properly held accountable for its apparent and purported illegal activities, and that Settlement Class Members can be properly protected from the continued operation of Oracle America, Inc.

Sincerely,

*[signature]* 10/16/2024

Jason Stanek, PhD, MBA