Edward Jason Stanek
417 Enfield Drive
Johnston, IA 50131

RECEIVED
OCT 21 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Class Action Clerk
United States District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102 3489

94102-348999

9589 0710 5270 1952 9784

DES MOINES IA 500
16 OCT 2024 PM 2
RDC 99

R2304E105251-33
$8.95
U.S. POSTAGE PAID
FCM LETTER
CLIVE, IA 50325
OCT 16, 2024

94102