While I, Mark A. Todero II, will not be appearing at the Final Approval Hearing, I do hereby Object and Require that I be removed from the Settlement Class due to the absurd claims of Oracle America, Inc. ("Oracle") that it has done nothing wrong, and that Oracle believes by paying this fraction of their company worth back to the victims of its wrongdoing, it is making up for the unlawful and improper activities of its agents as seen in the Settlement excerpt below:

"Oracle enters into this Agreement without in any way acknowledging any fault, liability, or wrongdoing of any kind. Oracle further denies the truth of any of the claims asserted in the Action, including any allegations that Plaintiffs or any member of the Settlement Class has been harmed by any conduct by Oracle, whether as alleged in the Action or otherwise. Oracle further asserts that no injury has been alleged by the Action, and Oracle's practices are lawful and proper." -Case 3:22-cv-04792-RS Document 132-2 Filed 07/18/24 Page 16 of 60

It is my firm belief that the PEOPLE connected to Oracle who are relevant to these acts should face actual penalties, i.e. fines and jail time commensurate to the number of victims affected by their actions. It is in hopes of further prosecution of the involved MEN and WOMEN for their crimes related to the issues in this case that I am OBJECTING to the settlement terms and EXCLUDING myself from the Settlement Class.

FILED

OCT 22 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mark A. Todero II

*Katz-Lacabe et al v. Oracle America, Inc.*, case number: 3:22-cv-04792-RS

I, Mark A. Todero II, was informed by representatives of the Class Counsil that I meet the criteria of the Settlement Class.

My point of contact information is as follows:

Mailing address: 17 Maple Ave. Pine Grove, Pennsylvania, 17963

Email: marktodero@gmail.com

N Todoro
17 Maple Ave
Pine Grove PA 17963

HARRISBURG PA 171
16 OCT 2024 PM 3 L

Class Action Clerk

U.S. District Court for the Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102 3489

RECEIVED
OCT 22 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-348999