

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 941023489

October 16, 2024

re: Objection to Oracle Data Privacy Settlement; Katz-Lacabe et al v. Oracle America, Inc.,
   case number: 3:22-cv-04792-RS

Dear Clerk and Court,

I am a privacy victim of the Oracle Data breach. I received a notice by email. My claim information is:

Submitted Claim ID: KATL0735486544
Confirmation Code: TarkTUJ43R73

I am writing to object to the settlement amount is woefully insufficient due to the problems it is causing me and other class action members, and because it is merely another tax deduction for the mega billionaire corporation of Oracle and it's founder Larry Ellison.

This violation of my and others' privacy is nothing less than having a "peeping tom" looking into our private homes and taking pictures of our privacy and selling the pictures.
This is such a violation of privacy for me that I am experiencing serious anxiety and sadness. It affects me mentally, emotionally, and financially.
I am in the process of having to have a screening for housing and this is causing me a processing issue because I chose to freeze my credit for security purposes after this email privacy violation notice and this has caused me delays, and much inconvenience, and problems with trying to acquire a residence.

I object to the monetary part and amount of the settlement. It is not sufficient.
I agree with the non-monetary part of the settlement.
I do not intend to appear at the Final Approval Hearing, either in person or through an attorney representing me.
I have no counsel and I am not represented by an attorney.

Thank you for considering my objection.

Ms. Patrice Rothfeder
55 E Bridge St  Apt 203
Saugerties NY 12477
845-419-9097
spaceangel999@yahoo.com