From: Michael Clark <clark.michael.c@gmail.com>
Sent: Monday, October 14, 2024 4:05 PM
To: RS CRD <RSCRD@cand.uscourts.gov>
Subject: Objection to Settlement for Katz-Lacabe et al v. Oracle America, Inc., Case number is 3:22-cv-04792-RS

CAUTION - EXTERNAL:


Per the description provided at
https://www.katzprivacysettlement.com/faqs?id=21 please accept this communication as an objection to the Settlement for Katz-Lacabe et al v. Oracle America, Inc., the case number is 3:22-cv-04792-RS (per a).

Please find attached my signature (per g) and an email thread in which I attempted to communicate with the Settlement Administrator. In the email thread, I am informed "You are a settlement class member if you received notice of this settlement. No additional proof is needed from you to participate in the settlement."; this provides the basis for believing I am a Settlement Class Member (per b).

Based on a phone conversation with the court secretary, I understand that point c is only required to preemptively provided maximal communication avenues; My name is Michael Clark, and I may be best contacted via email at
clark.michael.c+katzprivacysettlement@gmail.com
(per c, partial).

I do not intend to appear at the Final Approval Hearing owing to travel costs, both financial and time (per e), nor do I have an attorney or counsel (per e and f).

My objections follow (per d):

1. This lawsuit is directed at protecting customer data from being sold by Oracle, but the method of distributing compensation to the aggrieved settlement class members requires them to permit Angeion Group, LLC to sell their data (see the email thread for details). I feel it is unreasonable to impose a harm in an attempt to correct a harm of the same nature.

2. The support offered by the Settlement Administrator is significantly sub-par. In the attached email thread, I received 4 non-answer responses to my inquiries of how to protect my personal data; 2 were completely irrelevant, the other 2 sending me to the same privacy policy I referenced in my inquiries. This refusal to answer substantially reduces my trust in the overall process, and in the Settlement Administrator particularly. I do not trust this Settlement Administrator and would like them to be replaced, independent of my first objection.
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**FILED**

Oct. 14 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

 **Outlook**

**Re: Re: Legal Notice of Class Action Settlement: You May Be Entitled To Compensation**

From: Oracle Data Privacy Settlement <questions@katzprivacysettlement.com>
Date: Mon 10/14/2024 6:47 AM
To: Michael Clark <clark.michael.c@gmail.com>

Thank you for contacting the Katz Privacy Settlement Administrator.

Below is a link to our Privacy Policy as posted on the website:

https://angeion-public.s3.amazonaws.com/docs/Privacy_Policy.pdf

Thank you,
Katz Privacy Settlement Administrator
www.KatzPrivacySettlement.com


> On October 8, 2024 at 5:38:51 PM UTC, questions@katzprivacysettlement.com wrote:
>
> Thank you for contacting the Katz Privacy Settlement Administrator.
>
> Your inquiry has been escalated for further review. We will return with more feedback as soon as it is available; thank you for your patience.
>
> Thank you,
> Katz Privacy Settlement Administrator
> www.KatzPrivacySettlement.com
>
>> On October 2, 2024 at 6:49:40 PM UTC, clark.michael.c@gmail.com wrote:
>> It appears you did not understand my question.
>>
>> You might notice I link and cite multiple lines from that privacy policy in this email thread.
>>
>> How can I prevent my name, address, and phone number from being used for marketing purposes by Angeion Group, LLC, if I register at KatzPrivacySettlement.com as a Settlement Class Member?
>>
>> El mié, 2 oct 2024 a la(s) 10:36 a.m., Oracle Data Privacy Settlement (questions@katzprivacysettlement.com) escribió:
>> >
>> > Thank you for contacting the Katz Privacy Settlement Administrator.

```
>
> Below is a link to our Privacy Policy as posted on the website:
>
> https://angeion-public.s3.amazonaws.com/docs/Privacy_Policy.pdf
>
> Thank you,
> Katz Privacy Settlement Administrator
> www.KatzPrivacySettlement.com
>
>
> On September 27, 2024 at 10:28:25 PM UTC, clark.michael.c@gmail.com wrote:
>
> It appears you did not understand my question.
>
> How can I prevent my name, address, and phone number from being used
> for marketing purposes by Angeion Group, LLC, if I register at
> KatzPrivacySettlement.com as a Settlement Class Member?
>
> El vie, 27 sept 2024 a la(s) 2:22 p.m., Oracle Data Privacy Settlement
> (questions@katzprivacysettlement.com) escribió:
> >
> >
> > Thank you for contacting the Katz Privacy Settlement Administrator.
> >
> > Please try using a different internet browser or a desktop computer to submit your claim online. You can also try clearing the cache on your internet browser. Be sure to enter your Claim Number and Confirmation Code exactly as they appear on the Notice, including any letters and numbers. If you continue to experience difficulties, please let us know.
> >
> > If you received an "Error 403" message when trying to submit your Claim, please provide the submission ID provided in the error message so we may better assist you.
> >
> > Thank you,
> > Katz Privacy Settlement Administrator
> > www.KatzPrivacySettlement.com
> >
> >
> >
> >
> >
> >
> >
> > On September 25, 2024 at 8:50:39 PM UTC, clark.michael.c@gmail.com wrote:
> >
> > Thank you for that answer. Now that I know I'm a Settlement Class
> > Member, another question remains unanswered:
> >
> > How can I prevent my name, address, and phone number from being used
> > for marketing purposes by Angeion Group, LLC, if I register at
> > KatzPrivacySettlement.com as a Settlement Class Member?
> >
> > Angeion Group, LLC states in their privacy policy
> > (https://angeion-public.s3.amazonaws.com/docs/Privacy_Policy.pdf):
> > - For example, we may use these technologies to:... Improve our
> > marketing efforts, including using targeted advertising.
> > - The information we collect using cookies and similar technologies
> > may or may not be directly personally identifiable, but we ... link it
> > to personal information that you provide or is otherwise collected
> > during your use of the site... Although you are not required to accept
> > cookies when you visit the Site, you may be unable ... to submit a
```

```
> > claim if all cookies are rejected.
> > - You may choose to provide us with personal information in an e-mail
> > message to one of the addresses listed throughout the Site or by
> > submitting your information in the "Contact" section of the Site… We
> > … also use this information to market or promote relevant services
> > to you… By providing this information, you may receive occasional
> > e-mail messages from us.
> > - Generally, we may use information you provide to us through the
> > Site: … To improve our marketing and promotional activities; and For
> > any other purpose identified in an applicable privacy notice,
> > click-through agreement, or other agreement between you and us.
> > - We … also share aggregated information with … advertisers … so
> > they can better understand and/or market to our audience.
> > - Other third parties may deliver cookies to your computer or mobile
> > or tablet device for the purpose of tracking your online behaviors
> > across nonaffiliated websites and delivering targeted advertisements
> > either on the Site or on other websites.
> > - Please provide your full name, postal address, and e-mail address so
> > that we can find you on our mailing lists.
> > - … we currently do not make any guarantee that we will honor Do Not
> > Track signals.
> >
> > This settlement came from a lawsuit related to corporate overreach and
> > sale of private information. This has made me sensitive to privacy
> > invasion, and I am extremely uncomfortable with the overreach seen
> > here. Can we resolve this? It does not seem reasonable that a court
> > settlement over the harms caused by Oracle that I should result in
> > harms by Angeion instead.
> >
> > El mié, 25 sept 2024 a la(s) 9:44 a.m., Oracle Data Privacy Settlement
> > (questions@katzprivacysettlement.com) escribió:
> > >
> > > Thank you for contacting the Katz Privacy Settlement Administrator.
> > >
> > > You are a settlement class member if you received notice of this settlement. No additional proof is needed from you to participate in the settlement.
> > >
> > > As ordered by the Court, Oracle securely provided the Settlement Administrator with Class Member Data to effectuate Notice of the Settlement.
> > >
> > > Likewise, the Settlement Administrator was ordered to carry out the Notice Plan and perform all other tasks that the Settlement Agreement requires of it.
> > >
> > > Thank you,
> > > Katz Privacy Settlement Administrator
> > > www.KatzPrivacySettlement.com
> > >
> > >
> > >
> > >
> > >
> > >
> > >
> > > On September 24, 2024 at 11:26:55 PM UTC, clark.michael.c@gmail.com wrote:
> > >
> > > How do I know if I am a Settlement Class Member?
> > >
> > > El mar, 24 sept 2024 a la(s) 3:03 p.m., Oracle Data Privacy Settlement
```

> > > (questions@katzprivacysettlement.com) escribió:
> > > >
> > > > Thank you for contacting the Katz Privacy Settlement Administrator.
> > > >
> > > > You may log into the claim portal using your Claim ID and Confirmation Code to make edits to your contact information. The claim portal is located here: www.katzprivacysettlement.com/submit-claim
> > > >
> > > > The deadline to edit a claim is October 17, 2024.
> > > >
> > > > Thank you,
> > > > Katz Privacy Settlement Administrator
> > > > www.KatzPrivacySettlement.com
> > > >
> > > >
> > > >
> > > > [RM9E3V-V4XXV]
> > >
> > > [RM9E3V-V4XXV]
> >
> > [RM9E3V-V4XXV]
>
> [RM9E3V-V4XXV]

[RM9E3V-V4XXV] [RM9E3V-V4XXV]

