Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Dear Clerk:

I object to this settlement.

a.  The name and case number of this lawsuit (*Katz-Lacabe et al v. Oracle America, Inc.*, the case number is 3:22-cv-04792-RS);

**Katz-Lacabe et al v. Oracle America, Inc., the case number is 3:22-cv-04792-RS**

b.  The basis for believing you are a Settlement Class Member;

You are part of the Settlement if you are in the Settlement Class. The Court decided that, if the Settlement is approved, the Settlement Class will encompass "**All natural persons residing in the United States whose personal information, or data derived from their personal information, was acquired, captured, or otherwise collected by Oracle Advertising technologies or made available for use or sale by or through ID Graph, Data Marketplace, or any other Oracle Advertising product or service from August 19, 2018 to the date of final judgment in the Action.**" On

FILED
OCT 2 2 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

numerous occasions between August 18, 2018 and the current date I have done business with Oracle, most significantly with their Java products and support.

c.   Your full name and mailing address, and email address or telephone number;

**James Keating
1104 Treesdale Way
Joliet, IL 60431
tekkguy007@gmail.com**

d.   A clear and concise statement of all reasons for your objection;

**It is my opinion that corporations may not pay a millions of dollars for wrongdoing, and then additionally claim they did no wrongdoing. In doing so, the CEO and Board are acting recklessly by spending shareholders money for no valid reason. They should be forced to go to a juried trial, and a determination of wrongdoing should be settled.**

e.   Whether you intend to appear at the Final Approval Hearing, either in person or through an attorney representing you;

**I will not be attending. I have no representation.**

f.   A statement identifying your counsel, if you are represented by counsel;

**Not represented.**

g.   Your handwritten or electronically imaged written (e.g., "DocuSign") signature. An attorney's signature, or a typed signature, is not sufficient.


Sincerely,

*[signature]*

