UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL KATZ-LACABE, et al.,

    Plaintiffs,

v.

ORACLE AMERICA, INC.,

    Defendant.

Case No. 22-cv-04792-RS

**ORDER SEALING LETTER**

An individual has filed a letter containing personally identifying information with the Class Action Clerk. That letter, requesting inclusion in the class, shall be sealed before it is docketed.

**IT IS SO ORDERED**.

Dated: October 25, 2024

_____
RICHARD SEEBORG
Chief United States District Judge