From: Voss
81 Hayes Road
Bromley
BR2 9AE
GB

RECEIVED
OCT 24 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Class Action Clerk
U.S. District Court for the
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102-3489
USA



BY AIR MAIL
par avion
Royal Mail