Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
Amelia A. Haselkorn (SBN 339633)
ahaselkorn@lchb.com
Nabila Abdallah (SBN 347764)
nabdallah@lchb.com
LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Katz-Lacabe, and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | Case No. 3:22-cv-04792-RS<br><br>**DECLARATION OF DAVID T. RUDOLPH IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES** |

I, David T. Rudolph declare:

1.    I am a partner at the law firm of Lieff Cabraser Heimann & Bernstein, LLP, counsel to Plaintiffs and, with my partner Michael W. Sobol, serve as Court-appointed Settlement Class Counsel ("Class Counsel"). Dkt. 135 ¶ 7. I am a member in good standing of the California State Bar. I have personal knowledge of the matters set forth in this Declaration based on my day-to-day participation in the prosecution and settlement of this case, and, if called to testify thereto, could and would do so competently.

2.      I respectfully submit this Declaration in Support of Plaintiffs' Motion for Final Approval of the Class Action Settlement and to supplement my Declaration in Support of Plaintiffs' Motion for Attorneys' Fees (Dkt. 136-1).

**A.      <u>Notice</u>**

3.      As part of the ongoing efforts on behalf of the Class, Class Counsel has regularly conferred with the Settlement Administrator since the Court granted preliminary settlement approval to ensure that the Notice Plan was fully implemented and that the claims administration process was proceeding smoothly.

4.      As of October 29, 2024, myself and colleagues at Lieff Cabraser have directly responded to questions about the Settlement and claim form process received via email, phone, and mail from approximately 521 individuals, and sent the claim form, opt-out form, detailed notice, and the operative complaint to approximately 104 individuals.

5.      The majority of these communications involved providing assurance that the notice received was not a scam and providing help walking Class Members through the Claim Form. A large constituency of questions also involved Class Members who were surprised to be in the Class since they could not recall ever using an Oracle product.

6.      Under my and Mr. Sobol's direction, to the best of my knowledge, my colleagues at Lieff Cabraser or I have responded to every communication received, including follow up questions, except where, after multiple attempts, the person's voicemail was full.

7.      I personally spoke with and corresponded in writing with numerous Class Members, fielding questions about the nature of the litigation and the claims asserted, assisting with opt-outs and other administrative issues, and providing general information about the Settlement and claims process.

8.      I understand from Oracle's Counsel that Oracle's in-house legal helpline responded to at least a dozen Settlement Class members' questions concerning the Settlement as well.

9.    Attached as **Exhibit 1** is a true and correct copy of an email dated October 3, 2024 between Objector Anthony Trupia and Oracle's counsel, which was forwarded to Class Counsel by Oracle's counsel. *See* Dkt. 164.

10.    Attached as **Exhibit 2** is a true and correct copy of an email dated October 17, 2024 sent by Objector Anthony Trupia to Class Counsel and Oracle's counsel. *See id.*

11.    Attached as **Exhibit 3** is a true and correct copy of correspondence dated September 13, 2024 between Objector Christopher Williams and the Settlement Administrator, which Mr. Williams forwarded to Class Counsel. *See* Dkts. 137 and 148.

12.    Attached as **Exhibit 4** is a document styled as an "objection," which Oracle's counsel represented was sent via email to Defendant Oracle. The document does not include all requisite information pursuant to the Court's Preliminary Approval Order, and also appears to only ask a single question: "22 USC 1641 (1) provides that a 'Person' means a **natural person** (emphasis added). How have the plaintiffs determined who are "natural" persons to be included in this claim ?"

**B.    Lodestar**

13.    Since preliminary approval, Class Counsel has conservatively expended 546.7 hours on this Settlement, decreasing the lodestar multiplier to 2.79. This work has included responding to Class Member inquiries, overseeing the Settlement Administrator, and moving for final approval. In particular, under Class Counsel's direction, two paralegals spent over 134 hours answering Class Members' questions about the Settlement. Class Counsel also fielded inquiries and directly communicated with numerous Class Members.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, this 31th day of October, 2024.

*/s/ David T. Rudolph*
David T. Rudolph

DECLARATION OF DAVID T. RUDOLPH IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT CASE NO. 3:22-CV-04792-RS

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all signatories above have concurred in the filing of this document.

Dated: October 31, 2024                    By:  */s/ Michael W. Sobol*
                                                 Michael. W. Sobol