# EXHIBIT 1

## Gordon, Miriam

| | |
|---|---|
| **From:** | Newman, Zak <ZNewman@mofo.com> |
| **Sent:** | Friday, October 4, 2024 6:43 PM |
| **To:** | Rudolph, David T.; Sobol, Michael W.; Maher, John D. |
| **Cc:** | Cheung, Tiffany |
| **Subject:** | FW: [EXT] Incoming Objections to Class Action Settlement: Katz-Lacabe et al v. Oracle America, Inc. |

David – flagging for you and your team that we received the below email yesterday.

Zak

**Zak Newman** (he/him)
Associate
znewman@mofo.com
T +1 (212) 336-4070

**MORRISON FOERSTER**

---

**From:** T T <trupiaar@gmail.com>
**Sent:** Thursday, October 3, 2024 9:30 AM
**To:** Cheung, Tiffany <TCheung@mofo.com>
**Subject:** [EXT] Incoming Objections to Class Action Settlement: Katz-Lacabe et al v. Oracle America, Inc.

Hi Tiffany:

I don't expect much to come from this email right away, but I figured I would provide it as a courtesy, I try to at least provide notice before I send someone's career spiraling into the garbage can.

I am an active pro se litigant, I've been active for about four years now. The most recent case I've filed is in Federal District Court in Oklahoma right now, NO. CIV-24-498-SLP. I've been working on a pretty big project with spam callers over the last year, long story short, I made well over 100 grand this year suing spam callers to my phone, and I'm about to go back to Twitter to discuss it and show everyone how they could take home an easy 30 - 60k before Christmas suing over the spam calls to their phones. It's complicated, but long story short, I expect the video I'm about to release to go massively viral. I did a post on OpenAI over a year ago that hit half a million views easy, and people barely know who OpenAI is. The spam calls and the money you can take for them will be a much hotter topic. I expect this video will take millions of views and spawn many new lawsuits against the defendants I will be discussing.

So this brings me to your case with Oracle. Me and some other pro se litigants have all been discussing this very avidly. You are easily the hottest topic in pro se law right now. We've all come to the conclusion that our best course of action will be to oppose your settlement. I wasn't surprised to check the docket today and see objections to the settlement are already starting to roll in. I intend to mention you briefly in my return/spam video, and then within a week or two to do a special specifically on you and this lawsuit, and how you're all ripping us off trying to settle this for 30 cents per person. I don't really know how to say this, this is the most outrageous class action settlement I've ever seen, I imagine you are super stoked to be getting out so cheap, and none of us want to let this stand.

If these videos go the way I expect, you will have hundreds of copies of this lawsuit filed against your client. The plaintiff attorneys have clearly done good work here, copying it is the way to go. I'll happily explain to other potentially interested litigants that I copy good lawsuits all the time, they could easily copy Katz and file it for nothing. So I have a fair settlement offer in mind for you to settle this with me privately. Literally, nuisance value. If you want it before I torpedo this settlement, you need to call me ASAP and let me know. My podcast mic arrives tomorrow, and I hope to have this video running on twitter, youtube, and rumble by Monday at the latest. I'm not going to reach out to you multiple times, I will not wait or delay the moves I plan to make on twitter. If my videos go viral as expected, they will have more financial value to me than any settlement you want to offer later when it's too late. It's now or never for you, and I would recommend TODAY.

If you like your fancy incredibly high paying job, be a good counselor, bring up reality with your client, and let them know they will need to make some private settlements on the side if they want to keep this sweetheart deal they scored. One way or another, we will speak soon.


Anthony Trupia
516-984-0142
Trupiaar@gmail.com


=================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.