# EXHIBIT 2

**From:**     T T
**To:**       Haselkorn, Amelia A.; Dafa, Jallé H.; Maher, John D.; Abdallah, Nabila M.; Sobol, Michael W.; tcheung@mofo.com
**Subject:**  [EXT] The Racket known as Katz-Lacabe et al v. Oracle America, Inc.
**Date:**     Thursday, October 17, 2024 2:03:10 PM

To All of You:

I've been watching these objections roll in while I wait for mine to post these last few days... You guys are really outrageous, it's kind of incredible to witness. The most recent objections especially make it clear you are ripping us all off. I don't think this is going to go as smoothly for you as you expected; what you're doing here is disgraceful, and many competent parties are going to contribute to pointing it out.

While I understand the overwhelming number of Americans are so tired of all of you failing us that they won't even show up to collect when significant damages are rightfully owed to them, I'm shocked you all think those of us that are paying attention would let you just slide something this outrageous right past us... It really stretches the bounds of reason from every angle.  I can't stop you from surveilling and then ripping off the rest of America because I'm not an attorney, but you're certainly not getting away with surveilling and ripping me off personally. Whether I take the money directly out of your bank accounts in cold hard cash, or damage you in the courts and social media, you are paying for this, I'm certainly not letting it go. You guys love sticking to your 'policies'... My personal ironclad "policy" is to never let corporate malfeasance or legal malpractice go, ever again, when I have standing to do something about it. I'm tired of corporate abuse, and you have to pay for it when you do it to me. It's just policy.

Your client spied on me and everybody else for 6 years, you made a pile of money doing it, you are now caught red handed, this scheme is over. Do the right thing, pick up the phone, and settle this with me fairly and privately, or, alternatively, do not cry and call me with low-ball offers later when I turn the end of this case into the beginning, because any settlement offer I propose in the future will point out to your clients this was a stupid plan and I told you so from the start. There will be no more emails after this, from here on out, it will be complaints, summons, and motions. I value the time I have to spend on activities like this highly, remember that if you want to call or email me later.

Anthony Trupia
516-984-0142
Trupiaar@gmail.com <mailto:Trupiaar@gmail.com>