# EXHIBIT 3

## Gordon, Miriam

| | |
|---|---|
| **From:** | Christopher Williams <chris@williamslitigation.com> |
| **Sent:** | Friday, September 13, 2024 4:14 PM |
| **To:** | PrivacySettlement |
| **Subject:** | [EXT] FW: Katz-Lacabe et al v. Oracle America, Inc., Document Request rneiman@angeiongroup.com |
| **Attachments:** | Condensed Motion for Approval with Exhibits.pdf |

To all the money hungry attorneys at Leif – please see the below for a brief tip that perhaps you can incorporate in your own practice.

**From:** Christopher Williams
**Sent:** Friday, September 13, 2024 6:12 PM
**To:** rneiman@angeiongroup.com
**Cc:** Oracle Data Privacy Settlement <questions@katzprivacysettlement.com>; PrivacySettlement@lchb.com.
**Subject:** RE: Katz-Lacabe et al v. Oracle America, Inc., Document Request rneiman@angeiongroup.com

Thanks, I have received it.  And here is a quick tip for your staff and Plaintiff's Counsel  if you actually want to provide information to class members, but that's obviously not your goal here.  Even knowing that, I'll go ahead and provide you the tip free of charge – printing the document you sent to PDF reduced it to a 10.5 MB file and made it a small enough file to attach with ease.  I have sent it back to you so you are aware of that.  We all learn something new everyday so maybe you should add this to your toolbox – as should the plaintiffs' counsel seeking 30 million dollars for a settlement that does nothing for class members.

**From:** Risa Neiman <securefiletransfer@angeiongroup.com>
**Sent:** Friday, September 13, 2024 5:06 PM
**To:** Christopher Williams <chris@williamslitigation.com>
**Subject:** Katz-Lacabe et al v. Oracle America, Inc., Document Request rneiman@angeiongroup.com

Mr. Williams,

Per your request, here is the full and complete Motion for Settlement and all exhibits.

**Risa Neiman**

*Director of Operations*

Angeion Group

Files attached to this message

| Filename | Size | Checksum (SHA256) |
| --- | --- | --- |
| Plaintiffs' Unopposed Notice of Motion and Motion for Preliminary Approval of Class Action Settlement and Direction of Notice Under Rule 23(e).w.exhibits.pdf | 39.2 MB | 4c49f83190a90c560d0ee39ce9336de0070a8469f141c2182607d18ccb19f5 |

Please click on the following link to download the attachments:

https://securefiles.angeiongroup.com/message/A5rtzfOCTkXjlDMlZ24Hle

This email or download link can be forwarded to anyone.

The attachments are available until: **Sunday, 13 October.**

Message ID: A5rtzfOCTkXjlDMlZ24Hle



Download Files

If you need assistance accessing or using this system, please contact support at securefiletransfer@angeiongroup.com.

**Angeion Group Secure File Transfer — Secure File Transfer System:**

**https://securefiles.angeiongroup.com**