# EXHIBIT 4

Kenneth Derek PILLAY
PO Box 2052
Saratoga, CA 95070
(408) 679-3998
ken@pillay.com


**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**


| | | |
|---|---|---|
| MICHAEL KATZ-LACABE and DR. JENNIFER GOLDBECK, | ) ) ) | Case No. 3:22-cv-04792-RS |
| on behalf of themselves and all others similarly situated, | ) ) ) | CLASS ACTION |
| | ) ) | OBJECTION OF CLASS MEMBER |
| Plaintiffs, | ) ) | KENNTH DEREK PILLAY |
| | ) ) | TO |
| vs. | ) ) | PROPOSED SETTLEMENT |
| ORACLE AMERICA, INC., | ) ) | |
| Defendant | ) ) | Judge: Hon. Richard Seeborg Courtroom: 3 Hearing date: November 14, 2024 Hearing time: 1:30 p.m. |

The Notice for the proposed settlement provides that:

"You are included if you are a Settlement Class Member, which is defined as "all **natural persons** (emphasis added) residing in the United States whose personal information, or data derived from their personal information, was acquired, captured, or otherwise collected by

Oracle Advertising technologies or made available for use or sale by or through ID Graph, Data Marketplace, or any other Oracle Advertising product or service from August 19, 2018 to the date of final judgment in the Action."

22 USC 1641 (1) provides that a "Person" means a **natural person** (emphasis added).

How have the plaintiffs determined who are "natural" persons to be included in this claim ?

Respectfully submitted,

*/s Kenneth Derek PILLAY /*