**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated, | Case No. 3:22-cv-04792-RS |
| Plaintiffs, | Honorable Richard Seeborg |
| vs. | **DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP RE: IMPLEMENTATION OF THE NOTICE PLAN & SETTLEMENT ADMINISTRATION** |
| ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware, | |
| Defendant. | |

I, Steven Weisbrot, declare and state as follows:

1. I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). Angeion specializes in designing, developing, analyzing, and implementing large-scale, un-biased, legal notification plans.

2. I have personal knowledge of the matters stated herein. In forming my opinions regarding notice in this action, I have drawn from my extensive class action experience, as described in the Declaration of Steven Weisbrot of Angeion Group re: Settlement Administration Protocol and Proposed Notice Plan (Dkt. No. 132-5) ("Notice Plan Declaration").

3. Angeion was appointed as Settlement Administrator and directed to carry out the Notice Plan in conformance with the Settlement Agreement and Release ("Agreement"), and to perform all other tasks required by the Agreement. *See* Order Granting Preliminary Approval of Class Action Settlement (Dkt. No. 135).

4. The purpose of this declaration is to provide the Parties and the Court with a summary of the work performed to implement the Court-approved Notice Plan, and to provide an update regarding the number of Claim Forms received, requests for exclusion received, and objections to the Settlement.

### NOTICE PURSUANT TO THE CLASS ACTION FAIRNESS ACT OF 2005

5. The Agreement was filed with the Court on July 18, 2024. Accordingly, pursuant to 28 U.S.C. §§ 1715(b), Angeion caused notice of the Settlement ("CAFA Notice") to be sent to the Attorneys General of all U.S. states and territories, and the Attorney General of the United States on July 26, 2024. A true and accurate copy of the CAFA Notice is attached hereto as **Exhibit A**.

### SUMMARY OF THE NOTICE PLAN

6. The Notice Plan implemented in this Settlement featured a comprehensive and multi-faceted media campaign that was designed to independently fulfill and satisfy due process requirements. Specifically, the media campaign, which consisted of state-of-the-art internet notice ("Programmatic Display Advertising"), social media notice via Facebook, Instagram, and X, and a paid search campaign via Google, was designed to deliver an approximate 80.10% reach with an

average frequency of 3.02 times each by delivering over 619 million impressions.

7.    The media campaign ultimately **exceeded expectations** by delivering an approximate **83.33%** reach with an average frequency of 3.18 times each by delivering over 679 million impressions.[1]

8.    The Federal Judicial Center states that a publication notice plan that reaches 70% of class members is one that reaches a "high percentage" and is within the "norm." Barbara J. Rothstein & Thomas E. Willging, Federal Judicial Center, "Managing Class Action Litigation: A Pocket Guide for Judges," at 27 (3d Ed. 2010).

9.    Further, the approximate 83.33% reach achieved in this Settlement exceeds the reach percentages achieved in two prior settlements administered by Angeion which received final approval in the Northern District of California.[2] Specifically, the *Koller* settlement was granted final approval by this Court, which found:

> The Parties complied in all material respects with the Notice Plan set forth in the Settlement Agreement. The Court finds that the Notice Plan set forth in the Settlement Agreement, and effectuated pursuant to the Preliminary Approval Order, constituted the best notice practicable under the circumstances and constituted due and sufficient notice to the Settlement Class of the pendency of the Litigation; the existence and terms of the Settlement Agreement; their rights to make claims, exclude themselves, or object; and the matters to be decided at the Final Approval Hearing. Further, the Notice Plan satisfied the requirements of the United States and California Constitutions, Rule 23 of the Federal Rules of Civil Procedure, and any other applicable law.[3]

10.    In addition, the reach percentage achieved in this Settlement exceeds the reach percentages achieved in two recent settlements administered by Angeion that received final approval in September 2024.[4]

---

[1] These numbers were calculated using objective syndicated advertising data relied upon by most advertising agencies and brand advertisers. It was further verified by sophisticated media software and calculation engines that cross reference which media is being purchased with the media habits of our specific Target Audience.

[2] *See Marek v. Molson Coors Beverage Company*, No. 3:21-cv-07174 (N.D. Cal.), in which final approval was granted on August 15, 2023 (approximate 82.41% reach). *See Koller v. Med Foods Inc.,* No. 3:14-cv-02400-RS (N.D. Cal.), in which final approval was granted on June 28, 2018 (approximate 78.89% reach).

[3] *See Order Granting Final Approval of Class Action Settlement and Judgment,* No. 3:14-cv-02400-RS (N.D. Cal.) (Dkt. No. 169, ¶ 7).

[4] *See Barnes v. Unilever United States Incorporated*, No. 1:21-cv-06191 (N.D. Ill.), in which final approval was granted on September 16, 2024. The media plan in *Barnes* achieved an approximate 80.74% reach. There

2

11. The approximate 83.33% reach achieved by the media campaign portion of the Notice Plan is separate and independent from the additional robust notice efforts undertaken in this Settlement, which included disseminating notice via significant email notice and reminder email notice campaigns, complemented by two national press releases, and the implementation of a dedicated Settlement Website and toll-free hotline.

### MEDIA NOTICE

12. On August 29, 2024, Angeion commenced a robust and comprehensive media campaign featuring state-of-the-art internet notice, and social media notice via leading social media platforms Facebook, Instagram, and X, using advanced technology to programmatically target advertisements regarding the Settlement to members of the Target Audience, *i.e.*, to individuals most likely to be members of the Settlement Class.[5]

13. Media campaign advertisements were disseminated through September 25, 2024, utilizing websites accessible on computers, mobile phones, and tablets, and via the social media platforms' desktop sites, mobile sites, and mobile apps to deliver over 679 million impressions.

14. Programmatic internet advertisements were placed on notable websites including yahoo.com, espn.com, foxnews.com, washingtonpost.com, usatoday.com, nytimes.com, cnn.com, msn.com, weather.com, nypost.com, politico.com, people.com, huffpost.com, realtor.com, cnbc.com, abcnews.go.com, nbcnews.com, cbssports.com, nbcsports.com, newsmax.com, thehill.com, forbes.com, latimes.com, reuters.com, npr.org, bloomberg.com, businessinsider.com, and usatoday.com, amongst others.

15. True and accurate copies of the internet notice advertisements and social media advertisements are attached hereto as **Exhibits B and C**, respectively.

16. Concurrently, Angeion commenced a paid search campaign via Google. The paid search campaign complemented the programmatic internet and social media notice by driving

---

was also notice sent via email to a small percentage of the Class for which email addresses were available. *See also Counts v. Arkk Food Company, et al.*, No. 1:23-cv-00236, in which final approval was granted on September 26, 2024. The media plan in *Counts* achieved an approximate 81.80% reach (no direct notice available in that settlement).

[5] *See* Notice Plan Declaration, ¶¶ 29-35.

Settlement Class Members who were actively searching for information about the Settlement to the dedicated Settlement Website.

<div align="center">**DIRECT NOTICE**</div>

**Settlement Class Member Data**

17. On or about August 9, 2024, Oracle's Counsel provided Angeion with data containing the email addresses for members of the Settlement Class. The data contained 849,579,961 records. Angeion analyzed the data to identify duplicative records and assigned unique Notice identification numbers to each of the 843,006,891 unique records (the "Class List").

18. Angeion then subjected the email addresses on the Class List to a cleansing and validation process. The email cleansing process is designed to remove extra spaces, fix common typographical errors in domain names, and correct insufficient domain suffixes (*e.g.*, gmal.com to gmail.com, gmail.co to gmail.com, yaho.com to yahoo.com, etc.). The email addresses on the Class List were then subjected to an email validation process whereby each email address was compared to known bad email addresses and crosschecked against lists of known invalid domains.[6] Email addresses that were not designated as a known bad address were verified by contacting the Internet Service Provider ("ISP") to determine whether the email address exists.

19. As a result of the above-described efforts, a total of 455,765,810 unique email addresses were preliminarily identified as valid. To my knowledge, this email campaign represents the single largest email-based Legal Notification campaign ever effectuated.

**Email Notice**

20. Between August 29, 2024 and September 28, 2024, Angeion disseminated the Email Notice to the 455,765,810 records with valid email addresses on the Class List. A true and accurate copy of the Email Notice is attached hereto as **Exhibit D**.

21. To optimize deliverability, Angeion strategically staggered the release of the Email Notices, starting with a smaller number of emails and gradually increasing the volume of emails sent

---

[6] Angeion maintains a database of email addresses that were returned as permanently undeliverable, commonly referred to as a hard bounce, from prior campaigns. Where an address has been returned as a hard bounce within the last year, that email is designated as a known bad email address.

to a given domain. It has been our experience that this form of "priming" or "warming up" serves to minimize the probability of ISPs blocking email notices. The chart below illustrates the number of initial Email Notices sent by week:

| Date Range Sent | Emails Sent |
|---|---|
| August 29, 2024 – September 04, 2024 | 79,011,524 |
| September 05, 2024 – September 11, 2024 | 116,060,155 |
| September 12, 2024 – September 18, 2024 | 111,685,915 |
| September 19, 2024 – September 25, 2024 | 112,985,139 |
| September 26, 2024 – September 28, 2024 | 36,023,077 |
| Total | 455,765,810 |

22.    As illustrated above, all Email Notices were sent by September 28, 2024. In total, 319,889,462 Email Notices were deemed successfully delivered (70.19%) and 135,876,348 were unable to be delivered (29.81%). Of the Email Notices that were delivered, over 24 million had statuses indicating the Email Notice was either clicked or opened, which in my opinion greatly exceeds typical results in Legal Notice campaigns.

**Reminder Email Notice Campaign**

23.    At the direction of the Parties, Angeion caused an additional round of Email Notice ("Reminder Email Notice") to be distributed to 343,812,487 records where a Claim Form had not yet been filed and whose initial Email Notice was not classified as a hard bounce.[7] The volume of the Reminder Email Notice campaign would have by itself represented one of the largest email notice campaigns undertaken in any class action and was undertaken *in additi*on to the Notice Plan that was approved by this Court, exceeding customary notice efforts deployed in similar matters.

24.    The Reminder Email Notice campaign that commenced on or about October 7, 2024 provided Settlement Class Members with an additional opportunity to submit a Claim Form, request exclusion from the Settlement, or object to the Settlement. A true and accurate copy of the Reminder Email Notice is attached hereto as **Exhibit E**.

<div align="center">

**PRESS RELEASES**

</div>

---

[7] Excluded from the email list were records for Class Members who informed Angeion they did not wish to receive future communications, and records where it was determined a Claim Form had already been submitted.

<div align="center">5</div>

25.    On September 11, 2024, Angeion caused a press release announcing the Settlement to be distributed over PR Newswire to further spread news of the settlement.

26.    Angeion caused a second press release regarding the Settlement to be distributed over PR Newswire on October 1, 2024. The press releases contributed to the overall earned media garnered in this Settlement, which is discussed in greater detail below. True and accurate copies of the press releases are attached hereto as **Exhibit F**.

## SOCIAL MEDIA MONITORING

27.    As part of the Notice Plan, Angeion commenced active listening on Facebook, Instagram, and X, where traffic on these social media platforms was monitored by Angeion for discussion of the Settlement. Where appropriate, Angeion responded by directing Settlement Class Members to the Settlement Website where Settlement Class Members can view answers to frequently asked questions about the Settlement, including important dates and deadlines.

## MEDIA MONITORING

28.    Angeion's media team used advanced software to gauge the impact of the earned media garnered in this Settlement. In total, it was determined the Settlement received approximately 41,300,000 coverage views, 32,600 engagements[8] and 1.79 billion in online readership. In practice, this means that combined, there was approximately 1.79 billion visits across the various the online websites where the Settlement received coverage. Notable sources that covered the Settlement on its website include MSN, Yahoo Finance, Associated Press, Business Insiders, USA Today, Reuters, and the Washington Examiner, amongst others.

29.    Attached hereto as **Exhibit G** is a summary of the earned media garnered, as well as highlights of the earned media.

## SETTLEMENT WEBSITE

30.    On August 28, 2024, Angeion established the following website devoted to this Settlement: www.KatzPrivacySettlement.com ("Settlement Website"). The Settlement Website contains general information about this Settlement, including important dates and deadlines, and

---

[8] Engagements represent the combined total of likes, comments and shares on social media platforms.

6

answers to frequently asked questions. The Settlement Website also has a "Contact Us" page whereby Settlement Class Members can send a message with any additional questions to a dedicated email address and were able to submit a Claim Form via a customized secure online portal during the claim filing period.

31.     The Settlement Website also featured a customized virtual assistant that provided Settlement Class Members with automated immediate responses to questions regarding the Settlement. To date, 91,264 Settlement Website visitors interacted with the custom developed virtual assistant.

32.      Settlement Class Members can also review or download relevant Court documents, including the Detailed Notice[9], the Claim Form, Request for Exclusion Form, the Order Granting Preliminary Approval of Class Action Settlement, the Agreement, the operative Complaint filed in this Action, and Plaintiffs' Motion for Attorneys' Fees. True and accurate copies of the Detailed Notice, Claim Form, and Request for Exclusion Form are attached hereto as **Exhibits H, I, and J**, respectively.

33.     As of October 28, 2024, the Settlement Website has had 27,448,373 page views and 14,570,277 sessions, which represents the number of individual sessions initiated by all users.

## TOLL-FREE PHONE NUMBER

34.     On August 28, 2024, Angeion established the following toll-free line dedicated to this case: 1-888-255-4036. The toll-free line utilizes an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions, the ability to request a Detailed Notice or Claim Form and includes general information about the Settlement including important dates and deadlines. The toll-free line is accessible 24 hours a day, 7 days a week.

35.     As of October 28, 2024, there have been 40,639 calls to the toll-free telephone number representing approximately 195,239 minutes of use.

## CLASS MEMBER COMMUNICATION

36.     In addition to the responses to frequently asked questions available on the Settlement Website, customized virtual assistant and toll-free IVR telephone support, Angeion received and

---

[9] Available in English and Spanish.

responded to over 28,000 emails sent by potential members of the Settlement Class. Angeion's staff also handled over 179 phone calls with potential Settlement Class Members. Many of these communications involved providing assurance that the notice received was not a scam or assistance with submitting a Claim Form. Angeion mailed a copy of the Detailed Notice and/or Claim Form to each of the approximately 1,816 individuals who requested one or both.

**CLAIM FORM SUBMISSIONS**

37.    The deadline for Settlement Class Members to submit a Claim Form was October 17, 2024. As of October 28, 2024, Angeion has received approximately 3,234,120 timely Claim Form submissions and approximately 68 late Claim Form submissions.

38.    Throughout the Notice period, the claims processing functionality properly operated, without any systemic issues that would have impeded the submission of claims.

**Fraud Detection**

39.    All online Claim Form submissions received have preliminarily passed fraud detection review. Angeion is continuing its comprehensive fraud detections efforts via AngeionAffirm, its proprietary fraud detection system, in conjunction with Angeion's strategic partner, ClaimScore.[10]

40.    In addition to the ongoing comprehensive fraud detection review, these Claim Form submissions are still subject to final audits, including the full assessment of each claim's validity and a review for duplicate submissions. Angeion will conduct a final review of all claims and provide the parties with a report as to the number of claims which are determined to be valid, rejected, or deficient.

**Claim Forms Received**

41.    The approximate 3.2 million Claim Form submissions received represents the second most claim submissions Angeion has received in any of the 100+ privacy/data incident cases Angeion has previously administered[11], surpassing the number of claim submissions received in the notable settlements listed below:[12]

---

[10] *See* Notice Plan Declaration, ¶¶ 51-52 for additional details regarding AngeionAffirm and ClaimScore.

[11] *In re: Facebook Inc. Consumer Privacy User Profile Litigation*, No. 3:18-md-02843-VC (N.D. Cal.) received over 17.7 million claims (after fraud review and deduplication), which was the most claims filed in class action history.

[12] These settlements were all granted final approval by their respective courts.

| Case Name | Case No. | Court | Claims Received |
|---|---|---|---|
| Lundy, et al. v. Meta Platforms Inc. | 3:18-cv-06793-JD | N.D. Cal. | 2.4 million + |
| In re: Facebook Internet Tracking Litigation | 5:12-md-02314-EJD | N.D. Cal. | 2.1 million + |
| In re: Google Plus Profile Litigation | 5:18-cv-06164-EJD | N.D. Cal. | 1.8 million + |
| In re: TikTok Inc., Consumer Privacy Litigation | 1:20-cv-04699 | N.D. Ill. | 1.2 million + |
| Cottle, et al. v. Plaid Inc. | 4:20-cv-03056-DMR | N.D. Cal. | 1.19 million + |

42.     This is especially impressive since the class members in the Google, Facebook/Meta, and TikTok settlements had pre-existing relationships with those respective defendants, and therefore were familiar with the defendants' services. By contrast, the Settlement Class Members in this Settlement did not have a comparable pre-existing relationship nor familiarity with the defendant, Oracle America, Inc. In my opinion, this Settlement more closely resembles the *Plaid* Settlement, which received just under 1.2 million claim submissions. Likewise, notice in *Plaid* was disseminated via a combination of media notice and direct notice.

**REQUESTS FOR EXCLUSION**

43.     The deadline for Settlement Class Members to request exclusion from the Settlement was October 17, 2024. As of October 29, 2024, Angeion has received 467 timely requests for exclusion and 14 late requests for exclusion from the Settlement. Angeion is currently reviewing these requests for exclusion for validity. A list containing the names of the individuals who have requested exclusion from the Settlement is attached hereto as **Exhibit K and K-1**, respectively.

**OBJECTIONS TO THE SETTLEMENT**

44.     The deadline for Settlement Class Members to object to the Settlement was October 17, 2024. As of October 30, 2024, Angeion was made aware of 28 objections to the Settlement. The Dkt. Nos. associated with the objections are included on the list attached hereto as **Exhibit L**. Below is a summary of the objections that pertain to notice and administration aspects of the Settlement.

**Dkt. Nos. 137, 148, 149, 151 and 153 – Christopher L. Williams**

45.     Objector disagrees with the costs to provide notice, administration, and distribution services for this Settlement. As discussed in the Notice Plan Declaration ¶ 59, Angeion has agreed to provide notice, administration, and distribution services for a total amount not to exceed $4.8 million. Included in that estimate are costs associated with the independent, due process media notice campaign

discussed therein, as well as the costs to disseminate notice via the largest email notification campaign in class action history that I am aware of. The caveat included with respect to the estimated costs relates to potential changes in the scope of services covered by the estimate, including the assumed class size for notice, administration, and distribution purposes, stating that deviations from the underlying foundational assumptions that guided the development of the estimate may impact overall costs. The cost estimates, which are inherently uncertain, are based upon limited information available to Angeion at the time the estimate was developed, standard assumptions utilized by industry for the purpose of developing such estimates, as well as Angeion's experience administering similar settlements.

46.    The objection also referenced a request to receive specific documents relating to the Settlement. Angeion provided documents relevant to the Settlement administration to the objector via email.

47.    The objection states it is "premature to approve the Settlement without knowing how many Class Members were properly notified". This declaration describes the robust and multifaceted notice tactics implemented to effectuate the Court-approved Notice Plan, as well as the additional Reminder Email Notice efforts that were undertaken which were above and beyond the requirements of the Court-approved Notice Plan. Given the due process media notice campaign is targeted at an overinclusive proxy Target Audience (as discussed in the Notice Plan Declaration), it is not possible to affirmatively state the exact number of Settlement Class Members that received notice. As described herein, the comprehensive media plan delivered an approximate 83.33% reach to the overinclusive Target Audience, and was supplemented by two of the largest email-based Legal Notification programs in this country's history.

48.    The objection also references specific terms of the Settlement negotiated by the parties. Angeion was not involved with, nor privy to, the negotiation of or rationale underlying such terms. Accordingly, Angeion is unable to comment and takes no position in response to the other aspects of the objection.

**Dkt. Nos. 146 and 173 – Roger M. Loeb**

49.     Mr. Loeb's supplemental objection (Dkt. No. 173) indicated the Email Notice was received in his spam folder. As described in the Notice Plan Declaration ¶¶ 23-26, Angeion employs industry best practices to increase the deliverability of email notifications. Angeion also attempts to coordinate with email providers and other third-parties to reduce the possibility that Court-Ordered notifications are blocked, flagged as spam, or otherwise handled in a manner that reduces the likelihood of delivery. Regardless of best efforts made and best practices followed, inevitably some percentage of emails will be marked as spam. This is true in virtually every mass email campaign, whether in the class action or marketing context, because individual email recipients (or their email administrator) control their security settings via their ISP or email client. These are the settings that influence what is and what is not categorized as spam by the receiving entity irrespective of the Settlement Administrator's efforts.

50.     It is important to note, the large volume of media coverage garnered by this Settlement and multiple rounds of direct notice all served to provide notice of the Settlement and were utilized in addition to the independent and comprehensive due process media notice campaign.

**Dkt. No. 152 – Kimberley Cane**

51.     In addition to submitting an objection, this objector submitted a request to be excluded from the Settlement.

**Dkt. No. 155 – David A. LeCaptain**

52.     This objection indicated the Email Notice was received in the objector's spam folder. This was addressed above pertaining to the Roger M. Loeb objection (Dkt. No. 173).

**Dkt. No. 157 – Yong Henry**

53.     In addition to submitting an objection, this objector submitted a request to be excluded from the Settlement.

**Dkt. No. 159 – Christian Loszpe**

54.     In addition to submitting an objection, this objector submitted a request to be excluded from the Settlement.

**Dkt. No. 160 – Angela Casler**

11

55. In addition to submitting an objection, this objector submitted a request to be excluded from the Settlement and submitted a Claim Form. The objector subsequently withdrew the Claim Form submission but has not withdrawn the request to be excluded from the Settlement.

**Dkt. No. 162 – Diana Spangler**

56. Objection indicated that the links in the Email Notice received did not work properly. Angeion reviewed the original Email Notice sent and confirmed that the links were functioning properly, and as intended. Further, other Settlement Class Members who received an Email Notice in the same batch as the objector did not report any trouble with links. Based on Angeion's experience, issues with links contained in emails are typically related to browser configurations and/or individual security settings, which usually can be resolved by turning off the VPN (if one is utilized), trying another device (*i.e.* a mobile phone, tablet), or by disabling browser plug-ins that block link tracking. We did not locate any records that demonstrate this individual contacted Angeion about this issue.

57. Angeion has since been in contact with Ms. Spangler wherein a pdf of the Claim Form was provided and she was advised she could complete the Claim Form if she wishes, and it will be considered timely. We do not have a returned Claim Form as of the date of this declaration.

**Dkt. No. 163 – Edward Jason Stanek**

58. Objection stated that the Settlement Class Member was "notified only seven days before the deadline to object." The notice that the objector is referencing was the *Reminder* Email. According to Angeion's records, the objector's initial Email Notice was delivered on September 9, 2024, at approximately 10:33 p.m. Central Time to the same email address as the Reminder Email Notice.

59. Angeion has since reached out to Mr. Stanek via email and provided a pdf of the Claim Form, along with an indication he could complete it and return it to us, and it will be considered timely. We do not have a returned Claim Form as of the date of this declaration.

**Dkt. No. 164 – Anthony Trupia**

60. In addition to submitting an objection, this objector submitted a request to be excluded from the Settlement.

**Dkt. No. 167 – Michael Clark**

61.     Objection alleged that Settlement Class Members must permit Angeion to sell their data in order to receive compensation under the Settlement. This is <u>not</u> accurate. Pursuant to the terms of the Agreement, Angeion will keep the identities and contact information of members of the Settlement Class confidential, using them only for purposes of administrating this Settlement.[13] This is in compliance with the Protective Order entered in this matter (Dkt. No. 28) and is consistent with Angeion's policies for handling class member data.

**Dkt. No. 172 – Dan Kelley**

62.     The objector indicated he received notice on October 8, 2024. Angeion searched the Class List but was unable to locate the email address that was listed in the objection. As a result, Angeion can confirm that Email Notice was not sent to the email address that the objector lists in the objection. As discussed above, all Email Notices for this Settlement were initially sent on or before September 28, 2024.

63.     The objector claimed the Settlement Website allegedly had "pop-up rules" and ad "blockers" that would prevent a claimant from receiving confirmation that a Claim Form was submitted. This is not accurate. The Settlement Website is not constructed or configured to include the features referenced, as these are typically configuration settings available in a user's browser. Further, the confirmation of submission is presented directly in the Settlement Website and a separate confirmation email is sent to the email address provided in the claim submission.

64.     The objector also indicated having difficulty with the "submit" button on the online Claim Form. The online Claim Form is structured such that an incomplete Claim Form may not be submitted until all the required fields are completed. If there are fields that are incomplete such that a Claim Form cannot be submitted, the Settlement Website displays an error message that shows the fields that must be completed in order to submit a Claim Form. After the user resolves the error by completing the requisite fields, the Settlement Website allows the Claim Form to be submitted. Angeion attempted to recreate an issue with the submit button but was unable to do so. Further,

---

[13] *See* Settlement Agreement and Release (Dkt. No. 132-2, § 7.1).

Angeion was unable to locate any communication that was sent from the email address provided in the objection that pertained to claim filing issues, nor that came from the Settlement Website's "contact us" form directly.

65.     Angeion has since confirmed receipt of a Claim Form from Mr. Kelley.

## OTHER CORRESPONDENCE

66.     Angeion was informed Ashley Terrell contacted the Court regarding the reminder Email Notice that was received. Angeion reviewed this inquiry and confirmed Ashley Terrell's inclusion as a Settlement Class Member on the Class List. Angeion's records indicate Ashley Terrell's (initial) Email Notice was successfully delivered on September 18, 2024, at approximately 5:50 a.m. Pacific Time. The Email Notice was delivered to the same email address as the reminder Email Notice was successfully delivered to. Angeion has since reached out to Ms. Terrell via phone and email and provided a pdf of the Claim Form, along with an indication she could complete it and return it to us, and it will be considered timely. We do not have a returned Claim Form as of the date of this declaration, however, Ms. Terrell indicated she intends to complete and return the Claim Form.

67.     Angeion was informed Alejandro Velez Martinez contacted the Court regarding difficulty filing a claim. With Angeion's assistance, Mr. Martinez successfully submitted a Claim Form.[14]

## CONCLUSION

68.     As discussed above, the robust state-of-the-art media plan **exceeded expectations** by independently delivering an approximate 83.33% reach with an average frequency of 3.18 times each. The 83.33% reach is separate and apart from the Email Notice efforts, which to the best of my knowledge represented the largest email notification campaign ever undertaken in any class action in history. The reach achieved by the media campaign is likewise independent from the other comprehensive notice efforts, which included disseminating hundreds of millions reminder Email Notices, issuing two national press releases, developing and implementing a dedicated Settlement

---

[14] Note: the claimant responded "No" to the Claim Form question regarding residing "in the United States at any point between August 19, 2018 and the present day." Based on that response, the claimant is not eligible to receive a payment.

Website with a customized virtual assistant programmed to provide automated immediate responses to Settlement Class Member inquiries, and establishing the dedicated toll-free interactive voice response system, which further served to inform Settlement Class Members of their rights and options under the Settlement.

69.    It remains my professional opinion that the comprehensive and multifaceted Notice Plan implemented herein provided full and proper due process notice to Settlement Class Members before the claims, opt-out, and objection deadlines by way of the state-of-the art media plan while additionally providing notice of the Settlement via the largest email notification campaign that I am aware of in any class action in history. Moreover, it is my professional opinion that the Notice Plan was the best notice that is practicable under the circumstances, and fully comported with Fed. R. Civ. P. 23, and the Northern District's Procedural Guidance for Class Action Settlements.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Dated: October 31, 2024

_____
STEVEN WEISBROT

# Exhibit A



**1650 Arch Street • Suite 2210 • Philadelphia PA 19103**
**www.angeiongroup.com**

---

**July 26, 2024**

VIA USPS PRIORITY MAIL

United States Attorney General & Appropriate Officials

**Re: Notice of Proposed Class Action Settlement**

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of Oracle America, Inc., hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** *Katz-Lacabe, et al., v. Oracle America, Inc.*
> **Case Number:** 3:22-cv-04792-RS
> **Jurisdiction:** United States District Court for the Northern District of California
> **Date Settlement Filed with Court:** July 18, 2024

In accordance with the requirements of 28 U.S.C. § 1715, copies of the documents referenced below will be made available at https://www.angeiongroup.com/cafa/.

1. **28 U.S.C. § 1715(b)(1)-Complaint:** The Class Action Complaint filed with the Court on August 19, 2022 (Dkt. No. 1); the First Amended Class Action Complaint filed with the Court on August 29, 2023 (Dkt. No. 72) and (redacted) supporting Exhibits A and B (Dkt. No. 84); and the Second Amended Class Action Complaint filed with the Court on November 17, 2023 and (redacted) supporting Exhibits A, B, and C (Dkt. No. 87-87-3).

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** The Court has set a hearing on Plaintiffs' unopposed motion for preliminary settlement approval at 1:30 PM PT on August 8, 2024 in Courtroom 3 (17th Floor) of the San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** The proposed Detailed Notice, Email Notice, and the Declaration of Steven Weisbrot describing the proposed Notice Plan, each filed with the Court on July 18, 2024.

Notice of Proposed Class Action Settlement

4.  **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** The Settlement Agreement and Release filed with the Court on July 18, 2024.

5.  **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** There are no other settlements or agreements made between counsel for the Parties related to the class defined in the proposed settlement.

6.  **28 U.S.C. § 1715(b)(6)-Final Judgment:** As of the date of this Notice, no Final Judgment or notice of dismissal has been entered in this case.

7.  **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:** At this time, it is not feasible to provide a breakdown of Class Members by state.  Based on public reports, Settlement Class Counsel estimates there are likely 220 million Class Members. See Declaration of David T. Rudolph in Support of Preliminary Settlement Approval (ECF No. 132-1, ¶ 25). These Class Members may be domiciled anywhere in the United States. The estimated proportional share of the Settlement benefits is not available, as it is contingent on the Class Member submission of a Claim Form.

8.  **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court has not issued a judicial opinion concerning the proposed settlement at this time.

If you have any questions regarding the details of the case and settlement, please contact Oracle's counsel at:

Tiffany Cheung
**MORRISON & FOERSTER, LLP**
425 Market Street
San Francisco, CA 94105
TCheung@mofo.com
Telephone: 415.268.7000

# Exhibit B

You May Be Entitled to a *Payment* from a Class Action Settlement Because Your *Data* May Have Been Collected by Oracle America, Inc.

CLICK HERE TO LEARN MORE

You May Be Entitled
to a *Payment* from
a Class Action
Settlement Because
Your *Data* May Have
Been Collected by
Oracle America, Inc.

CLICK HERE TO LEARN MORE

You May
Be Entitled
to a *Payment*
from a Class
Action Settlement
Because Your
*Data* May Have
Been Collected by
Oracle America, Inc.

CLICK HERE
TO LEARN MORE



You May Be Entitled to a *Payment* from a Class Action Settlement Because Your *Data* May Have Been Collected by Oracle America, Inc.

CLICK HERE TO LEARN MORE

You May Be Entitled to a *Payment* from a Class Action Settlement Because Your *Data* May Have Been Collected by Oracle America, Inc.

**LEARN MORE**



You May Be Entitled to a Payment from a Class Action Settlement Because Your Data May Have Been Collected by Oracle America, Inc.
LEARN MORE

You May Be Entitled to a *Payment* from a Class Action Settlement Because Your *Data* May Have Been Collected by Oracle America, Inc.

LEARN MORE



You May Be Entitled to a Payment from a Class Action Settlement Because Your Data May Have Been Collected by Oracle America, Inc.

LEARN MORE

You May Be Entitled to a Payment from this Class Action Settlement because Your *Data* May Have Been Collected by Oracle America, Inc.

LEARN MORE

You May Be
Entitled to a
*Payment* from
a Class Action
Settlement
Because Your
*Data* May
Have Been
Collected
by Oracle
America, Inc.



**CLICK HERE TO
LEARN MORE**

You May Be Entitled to a *Payment* from ... Sett... Data May Have Been Collected by Oracle America, Inc.

CLICK HERE YOU LEARN MORE

cv-04792-RS    Document 175-6    Filed 10/31/24    Pag

You May Be
Entitled to a
*Payment* from
a Class Action
Settlement
Because Your
*Data* May Have
Been Collected by
Oracle America, Inc.

*CLICK
HERE TO
LEARN
MORE*



You May Be Entitled to a *Payment* from ... Sett... *Data* May Have Been Collected by Oracle America, Inc.

CLICK HERE
LEARN MORE

You May Be Entitled to a *Payment* from a Class Action Settlement Because Your *Data* May Have Been Collected by Oracle America, Inc.

CLICK HERE TO LEARN MORE

# Exhibit C

Angeion Group
Sponsored · 🌐

You May Be Entitled to a Payment from a Class Action Settlement Because Your Data May Have Been Collected by Oracle America, Inc.



KATZPRIVACYSETTLEMENT.COM

**Oracle Advertising Class Action Settlement**
Click here for more information

Learn more

**Angeion Group**
Sponsored · 🌐

You May Be Entitled to a Payment from a Class Action Settlement Because Your Data May Have Been Collected by Oracle America, Inc.



katzprivacysettlement.com

**Oracle Advertising Class Action Settlement**

Learn more



angeion_group
Sponsored

Learn more  >

angeion_group You May Be Entitled to a Payment from a Class Action Settlement Because Your Data May Have Been Collected by Oracle America, Inc.



**Angeion Group**  @AngeionGroup

US residents whose data was collected or sold by Oracle Advertising since August 19, 2018, may be able to receive a payment from a class action settlement.

www.katzprivacysettlement.com
Oracle Advertising Class Action Settlement



**Angelon Group**
Sponsored · 🌐

You May Be Entitled to a Payment from a Class Action Settlement Because Your Data May Have Been Collected by Oracle America, Inc.

KATZPRIVACYSETTLEMENT.COM

**Oracle Advertising Class Action Settlement**
Click here for more information

Learn more



**Angeion Group**
Sponsored · 🌐

You May Be Entitled to a Payment from a Class Action Settlement Because Your Data May Have Been Collected by Oracle America, Inc.

katzprivacysettlement.com
**Oracle Advertising Class Action Settlement**

Learn more

**angeion_group**
Sponsored



Learn more  >



angeion_group You May Be Entitled to a Payment from a Class Action Settlement Because Your Data May Have Been Collected by Oracle America, Inc.

*Instagram*

**angeion_group**
Sponsored

   

**Learn more**  ❯

angeion_group You May Be Entitled to a Payment from a Class Action Settlement Because Your Data May Have Been Collected by Oracle America, Inc.

**Angeion Group** 🌀 @AngeionGroup

US residents whose data was collected or sold by Oracle Advertising since August 19, 2018, may be able to receive a payment from a class action settlement.



www.katzprivacysettlement.com
Oracle Advertising Class Action Settlement



**Angeion Group**
Sponsored · 🌐

You May Be Entitled to a Payment from a Class Action Settlement Because Your Data May Have Been Collected by Oracle America, Inc.

KATZPRIVACYSETTLEMENT.COM
**Oracle Advertising Class Action Settlement**
Click here for more information

Learn more



**angeion_group**
Sponsored



Learn more  >



angeion_group You May Be Entitled to a Payment from a Class Action Settlement Because Your Data May Have Been Collected by Oracle America, Inc.



angeion_group
Sponsored



**Learn more**  ❯

    

angeion_group You May Be Entitled to a Payment from a Class Action Settlement Because Your Data May Have Been Collected by Oracle America, Inc.



**Angeion Group** 🏛️ @Angeion Gro...

US residents whose data was collected or sold by Oracle Advertising since August 19, 2018, may be able to receive a payment from a class action settlement.

www.katzprivacysettlement.com

Oracle Advertising Class Action Settlement

**Angelon Group**
Sponsored · 🌐

You May Be Entitled to a Payment from a Class Action Settlement Because Your Data May Have Been Collected by Oracle America, Inc.



KATZPRIVACYSETTLEMENT.COM
**Oracle Advertising Class Action Settlement**
Click here for more information

Learn more

**Angeion Group**
Sponsored · 🌐

You May Be Entitled to a Payment from a Class Action Settlement Because Your Data May Have Been Collected by Oracle America, Inc.



katzprivacysettlement.com
**Oracle Advertising Class Action Settlement**

Learn more

angeion_group
Sponsored



Learn more  〉

angeion_group You May Be Entitled to a Payment from a Class Action Settlement Because Your Data May Have Been Collected by Oracle America, Inc.



**angeion_group**
Sponsored

⋯



   

**Learn more**    ›

♡  ○  ◁

angeion_group You May Be Entitled to a Payment from a Class Action Settlement Because Your Data May Have Been Collected by Oracle America, Inc.

**Angeion Group** @AngeionGroup

US residents whose data was collected or sold by Oracle Advertising since August 19, 2018, may be able to receive a payment from a class action settlement.



www.katzprivacysettlement.com
Oracle Advertising Class Action Settlement

04792-RS   Document 175-6   Filed 10/31/24

# Exhibit D

| | |
|---|---|
| **From:** | Katz Privacy Settlement |
| **Sent:** | |
| **To:** | |
| **Subject:** | Legal Notice of Class Action Settlement: You May Be Entitled To Compensation |

Notice ID:

Confirmation Code:

United States District Court for the Northern District of California

*Katz-Lacabe et al v. Oracle America, Inc., Case No. 3:22-cv-04792-RS*

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

---

**Our Records Indicate You May Be Entitled to a Payment from a Class Action Settlement Because Your Personal Data May Have Been Collected by Oracle America, Inc.**

---

*A federal court authorized this notice. You are not being sued. This is not an advertisement.*

**(Para la notificación en español, visite el sitio web.)**

A Settlement has been proposed in class action litigation against Oracle America, Inc. ("Oracle"). This class action alleges that Oracle improperly captured, compiled, and sold individuals' online and offline data to third parties without obtaining their consent. Oracle denies all the allegations made in the lawsuit and any wrongdoing and maintains that its practices were lawful and disclosed to individuals.

**Who is included in the Settlement?** You are included if you are a Settlement Class Member, which is defined as "all natural persons residing in the United States whose personal information, or data derived from their personal information, was acquired, captured, or otherwise collected by Oracle Advertising technologies or made available for use or sale by or through ID Graph, Data Marketplace, or any other Oracle Advertising product or service from August 19, 2018 to the date of final judgment in the Action."

**What does the Settlement provide?** Under the Settlement, Oracle will pay $115 million to establish a Settlement Fund.

1

To submit your claim, go to: **www.KatzPrivacySettlement.com/submit-claim**.

Class Counsel will ask the Court to award up to 25% of the Settlement Fund (i.e. up to $28.75 million) for attorneys' fees. In addition, Class Counsel will ask the Court to reimburse them out of the Settlement Fund for the expenses they reasonably incurred and will incur in litigating this case on behalf of Settlement Class Members in an amount not to exceed $225,000. Oracle has reserved the right to object or comment on Class Counsel's request for attorneys' fees and expenses in the District Court and has also agreed not to appeal any order of the District Court awarding attorneys' fees and expenses. Class Counsel will also ask the Court to approve Service Awards of up to $10,000 each for the two Class Representatives named in the complaint as an award for their service to the Settlement Class as Plaintiffs and Class Representatives ($20,000 in total) out of the Settlement Fund. Class Counsel's application for attorneys' fees, expenses, and Service Awards will be made available on the Settlement Website at **www.KatzPrivacySettlement.com** before the deadline for you to comment on or object to the Settlement.

After deducting any Court-approved attorneys' fees and expenses and Service Awards for the Class Representatives, and the costs of the Settlement administration, the Settlement Fund will be distributed to Class Members on a *pro rata* basis.

Oracle will also certify that, for as long as it continues to offer the products and services described in the complaint, it will: (i) not capture (a) user-generated information within referrer URLs (*i.e.*, the URL of the previously-visited page) associated with a website user or (b) except for Oracle's own websites, any text entered by a user in an online web form,; and (ii) implement an audit program to reasonably review customer compliance with contractual consumer privacy obligations.

**How do I get a payment?** You must submit a valid Claim Form by **October 17, 2024**. Claim forms may be submitted online at **www.KatzPrivacySettlement.com** or printed from the website and mailed to the address on the Claim Form. Claim Forms are also available by calling 1-888-255-4036 or emailing **Questions@KatzPrivacySettlement.com**. You are not required to submit a claim, but if you are in the Settlement Class and do not submit a claim, you will lose your right to claim compensation in connection with the Settlement.

**Your other options.** If you don't want to be legally bound by the Settlement, you must exclude yourself from it by **October 17, 2024**. Unless you exclude yourself, you won't be able to sue or continue to sue Oracle for any claim made in this lawsuit or released by the Settlement Agreement. If you stay in the Settlement (*i.e.*, don't exclude yourself), you may file an objection or other comment no later than **October 17, 2024**. More information about these options is available at **www.KatzPrivacySettlement.com**.

**Do I have a lawyer in the case?** If you are a Settlement Class Member, you have a lawyer in this case. The Court appointed as "Class Counsel" the law firm of Lieff Cabraser Heimann & Bernstein, LLP to represent Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense.

**The Court's hearing.** The Court will hold the Final Approval Hearing at **1:30 p.m. on November 14, 2024** in Courtroom 3 (17th Floor) of the San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. There is no requirement that you attend the hearing—you may submit a claim, object, comment or exclude yourself from the Settlement without attending the hearing. At the Final Approval Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, including Class Counsel's application for attorneys' fees, expenses, and for Service Awards.

**How Do I Get More Information?** For more information, including the full notice, claim form and Settlement Agreement visit **www.KatzPrivacySettlement.com**, or contact the Settlement Administrator by email at **Questions@KatzPrivacySettlement.com**, by phone at 1-888-255-4036, or by mail at:

> *Katz-Lacabe et al v. Oracle America, Inc.*
> c/o Settlement Administrator
> 1650 Arch Street, Suite 2210
> Philadelphia, PA 19103

**If you are member of the Settlement Class, you may go to the Settlement website (www.KatzPrivacySettlement.com) now and make a claim.**

**PLEASE DO NOT CONTACT THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**

**This notice is only a summary.**

Unsubscribe

3

# Exhibit E

**From:**  Katz-Lacabe v. Oracle Settlement Administrator

**Sent:**
**To:**
**Subject:**  Last Chance to Submit Your Claim Form in the Katz Privacy Settlement

## REMINDER: THE DEADLINE TO SUBMIT A CLAIM FORM IN THE $115 MILLION KATZ-LACABE V. ORACLE CLASS ACTION SETTLEMENT IS OCTOBER 17, 2024

**Notice ID:**

**Confirmation Code:**

**<ins>Our Records Indicate You May Be Entitled to a Payment from this Settlement</ins>**

**Visit [www.KatzPrivacySettlement.com](www.KatzPrivacySettlement.com) to submit your Claim Form before the October 17, 2024 deadline.**

You can also download a Claim Form to submit by mail. Your completed Claim Form must be postmarked no later than **October 17, 2024**.

**October 17, 2024** is also the deadline to **opt out** of or **object** to the Settlement. For complete information, please visit **[www.KatzPrivacySettlement.com](www.KatzPrivacySettlement.com)**.

**Questions?** Contact the Settlement Administrator:

Katz-Lacabe et al v. Oracle America, Inc.
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email: **[Questions@KatzPrivacySettlement.com](Questions@KatzPrivacySettlement.com)**
Call Toll-Free: 1-888-255-4036

Unsubscribe

# Exhibit F

# Settlement Administrator Angeion Group Announces $115 Million Proposed Class Action Settlement Involving Oracle America, Inc.

NEWS PROVIDED BY
**Angeion Group** →
Sep 11, 2024, 17:06 ET

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

PHILADELPHIA, Sept. 11, 2024 /PRNewswire/ -- A Settlement has been proposed in class action litigation against Oracle America, Inc. ("Oracle"). This class action alleges that Oracle improperly captured, compiled, and sold individuals' online and offline data to third parties without obtaining their consent. Oracle denies all the allegations made in the lawsuit and any wrongdoing and maintains that its practices were lawful and disclosed to individuals.

The Court will decide whether to approve the proposed Settlement. If approved, the Settlement will resolve the litigation entitled *Katz-Lacabe et al v. Oracle America, Inc.*, Case No. 3:22-cv- 04792-RS, which is pending before Judge Richard Seeborg in the Northern District of California.

**Who is included in the Settlement?** You are included if you are a Settlement Class Member, which is defined as "all natural persons residing in the United States whose personal information, or data derived from their personal information, was acquired, captured, or otherwise collected by Oracle Advertising technologies or made available for use or sale by or through ID Graph, Data Marketplace, or any other Oracle Advertising product or service from August 19, 2018 to the date of final judgment in the Action."

**What does the Settlement provide?** Under the Settlement, Oracle will pay $115 million to establish a Settlement Fund.

To submit your claim, go to: **www.KatzPrivacySettlement.com/submit-claim**.

Class Counsel will ask the Court to award up to 25% of the Settlement Fund (*i.e.,* up to $28.75 million) for attorneys' fees. In addition, Class Counsel will ask the Court to reimburse them out of the Settlement Fund for the expenses they reasonably incurred and will incur in litigating this case on behalf of Settlement Class Members in an amount not exceed $225,000. Oracle has reserved the right to object or comment on Class Counsel's request for attorneys' fees and expenses in the District Court and has also agreed not to appeal any order of the District Court awarding attorneys' fees and expenses. Class Counsel will also ask the Court to approve Service Awards of up to $10,000 each for the two Class Representatives named in the complaint as an award for their service to the Settlement Class as Plaintiffs and Class Representatives ($20,000 in total) out of the Settlement Fund. Class Counsel's application for attorneys' fees, expenses, and Service Awards will be made available on the Settlement Website at **www.KatzPrivacySettlement.com** before the deadline for Settlement Class Members to comment on or object to the Settlement.

After deducting any Court-approved attorneys' fees and expenses and Service Awards for the Class Representatives, and the costs of the Settlement administration, the Settlement Fund will be distributed to Settlement Class Members on a *pro rata* basis.

Oracle will also certify that, for as long as it continues to offer the products and services described in the complaint, it will: (i) not capture (a) user-generated information within referrer URLs (*i.e.*, the URL of the previously-visited page) associated with a website user or (b) except for Oracle's own websites, any text entered by a user in an online web form,; and (ii) implement an audit program to reasonably review customer compliance with contractual consumer privacy obligations.

**How do I get a payment?** You must submit a valid Claim Form by **October 17, 2024**. Claim forms may be submitted online at **www.KatzPrivacySettlement.com** or printed from the website and mailed to the address on the Claim Form. Claim Forms are also available by calling 1-888-255-4036 or emailing **Questions@KatzPrivacySettlement.com**. You are not required to submit a claim, but if you are in the Settlement Class and do not submit a claim, you will lose your right to claim compensation in connection with the Settlement.

**Your other options.** If you don't want to be legally bound by the Settlement, you must exclude yourself from it by **October 17, 2024**. Unless you exclude yourself, you won't be able to sue or continue to sue Oracle for any claim made in this lawsuit or released by the Settlement Agreement. If you stay in the Settlement (*i.e.*, don't exclude yourself), you may file an objection or other comment no later than **October 17, 2024**. More information about these options is available at **www.KatzPrivacySettlement.com**.

**Do I have a lawyer in the case?** If you are a Settlement Class Member, you have a lawyer in this case. The Court appointed as "Class Counsel" the law firm of Lieff Cabraser Heimann & Bernstein, LLP to represent Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense.

**The Court's hearing.** The Court will hold the Final Approval Hearing at **1:30 p.m. on November 14, 2024** in Courtroom 3 (17th Floor) of the San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. There is no requirement that you attend the hearing—you may submit a claim, object, comment or exclude yourself from the Settlement without attending the hearing. At the Final Approval Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, including Class Counsel's application for attorneys' fees, expenses, and for Service Awards.

**How Do I Get More Information? This notice is only a summary.** For more information, including the full notice, claim form and Settlement Agreement visit **www.KatzPrivacySettlement.com**, or contact the Settlement Administrator by email at **Questions@KatzPrivacySettlement.com**, by phone at 1-888-255-4036, or by mail at: *Katz-Lacabe et al v. Oracle America, Inc.,* c/o Settlement Administrator**,** 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

**Media Contact:**

Angeion Group

Shiri Lasman

(215) 563-4116

SOURCE Angeion Group

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

# GET STARTED

**440k+**
**Newsrooms &**
**Influencers**

**9k+**
**Digital Media**
**Outlets**

**270k+**
**Journalists**
**Opted In**

# Settlement Administrator Angeion Group Issues a REMINDER that OCTOBER 17, 2024, is the Deadline in the $115 Million Proposed Class Action Settlement Involving Oracle America, Inc.

NEWS PROVIDED BY
**Angeion Group** →
Oct 01, 2024, 09:00 ET

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

**Deadline for Filing a Claim is October 17, 2024.**

PHILADELPHIA, Oct. 1, 2024 /PRNewswire/ -- A Settlement has been proposed in class action litigation against Oracle America, Inc. ("Oracle"). This class action alleges that Oracle improperly captured, compiled, and sold individuals' online and offline data to third parties without obtaining their consent. Oracle denies all the allegations made in the lawsuit and any wrongdoing and maintains that its practices were lawful and disclosed to individuals.

The Court will decide whether to approve the proposed Settlement. If approved, the Settlement will resolve the litigation entitled *Katz-Lacabe et al v. Oracle America, Inc.*, Case No. 3:22-cv- 04792-RS, which is pending before Judge Richard Seeborg in the Northern District of California.

**Who is included in the Settlement?** You are included if you are a Settlement Class Member, which is defined as "all natural persons residing in the United States whose personal information, or data derived from their personal information, was acquired, captured, or otherwise collected by Oracle Advertising technologies or made available for use or sale by or through ID Graph, Data Marketplace, or any other Oracle Advertising product or service from August 19, 2018 to the date of final judgment in the Action."

**What does the Settlement provide?** Under the Settlement, Oracle will pay $115 million to establish a Settlement Fund.

To submit your claim, go to: **www.KatzPrivacySettlement.com/submit-claim**.

The deadline to file a valid Claim is October 17, 2024.

Class Counsel will ask the Court to award up to 25% of the Settlement Fund (*i.e.,* up to $28.75 million) for attorneys' fees. In addition, Class Counsel will ask the Court to reimburse them out of the Settlement Fund for the expenses they reasonably incurred and will incur in litigating this case on behalf of Settlement Class Members in an amount not exceed $225,000. Oracle has reserved the right to object or comment on Class Counsel's request for attorneys' fees and expenses in the District Court and has also agreed not to appeal any order of the District Court awarding attorneys' fees and expenses. Class Counsel will also ask the Court to approve Service Awards of up to $10,000 each for the two Class Representatives named in the complaint as an award for their service to the Settlement Class as Plaintiffs and Class Representatives ($20,000 in total) out of the Settlement Fund. Class Counsel's application for attorneys' fees, expenses, and Service Awards will be made available on the Settlement Website at **www.KatzPrivacySettlement.com** before the deadline for Settlement Class Members to comment on or object to the Settlement.

After deducting any Court-approved attorneys' fees and expenses and Service Awards for the Class Representatives, and the costs of the Settlement administration, the Settlement Fund will be distributed to Settlement Class Members on a *pro rata* basis.

Oracle will also certify that, for as long as it continues to offer the products and services described in the complaint, it will: (i) not capture (a) user-generated information within referrer URLs (*i.e.*, the URL of the previously-visited page) associated with a website user or (b) except for Oracle's own websites, any text

entered by a user in an online web form,; and (ii) implement an audit program to reasonably review customer compliance with contractual consumer privacy obligations.

**How do I get a payment?** You must submit a valid Claim Form by **October 17, 2024**. Claim forms may be submitted online at **www.KatzPrivacySettlement.com** or printed from the website and mailed to the address on the Claim Form. Claim Forms are also available by calling 1-888-255-4036 or emailing **Questions@KatzPrivacySettlement.com**. You are not required to submit a claim, but if you are in the Settlement Class and do not submit a claim, you will lose your right to claim compensation in connection with the Settlement.

**Your other options.** If you don't want to be legally bound by the Settlement, you must exclude yourself from it by **October 17, 2024**. Unless you exclude yourself, you won't be able to sue or continue to sue Oracle for any claim made in this lawsuit or released by the Settlement Agreement. If you stay in the Settlement (*i.e.*, don't exclude yourself), you may file an objection or other comment no later than **October 17, 2024**. More information about these options is available at **www.KatzPrivacySettlement.com**.

**Do I have a lawyer in the case?** If you are a Settlement Class Member, you have a lawyer in this case. The Court appointed as "Class Counsel" the law firm of Lieff Cabraser Heimann & Bernstein, LLP to represent Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense.

**The Court's hearing.** The Court will hold the Final Approval Hearing at **1:30 p.m. on November 14, 2024** in Courtroom 3 (17th Floor) of the San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. There is no requirement that you attend the hearing—you may submit a claim, object, comment or exclude yourself from the Settlement without attending the hearing. At the Final Approval Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, including Class Counsel's application for attorneys' fees, expenses, and for Service Awards.

**How Do I Get More Information? This notice is only a summary.** For more information, including the full notice, claim form and Settlement Agreement visit **www.KatzPrivacySettlement.com**, or contact the Settlement Administrator by email at **Questions@KatzPrivacySettlement.com**, by phone at 1-888-255-4036, or by mail at: *Katz-Lacabe et al v. Oracle America, Inc.,* c/o Settlement Administrator**,** 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

**Media Contact:**

Angeion Group

Shiri Lasman

(215) 563-4116

SOURCE Angeion Group

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

# GET STARTED

| **440k+** | **9k+** | **270k+** |
|:---:|:---:|:---:|
| **Newsrooms &** | **Digital Media** | **Journalists** |
| **Influencers** | **Outlets** | **Opted In** |

# Exhibit G



# Katz-Lacabe et al v. Oracle America, Inc.



# Contents

**Summary** ............................................................. 3

**Highlights** ............................................................. 6

**Coverage** ............................................................. 10

Katz-Lacabe et al v. Oracle America, Inc.

2

# Summary

Katz-Lacabe et al v. Oracle America, Inc.



# 1.62K

**Pieces of Coverage**

Total number of online, offline and social clips in this book



# 41.3M

**Estimated Views**

Prediction of lifetime views of coverage, based on audience reach & engagement rate on social

# 1.79B

**Audience**

Combined total of publication-wide audience figures for all outlets featuring coverage



# 32.6K

**Engagements**

Combined total of likes, comments and shares on social media platforms

# 28K

**Social Shares**

Number of times the online articles have been shared on social media

# 2.67K

**Twitter Retweets**

Number of times the posts have been Retweeted on Twitter



## 7.51K
**Twitter Shares**

Number of times the online
articles have been shared on
Twitter

# Highlights

Katz-Lacabe et al v. Oracle America, Inc.



**MSN**

Oracle class-action suit: Three days left to claim a share of $115 million settlement

126M    562K



**Washington Examiner - Political Ne...**

Oracle class-action suit: Three days left to claim share of settlement - Washington...

2.67M    11.4K    7



**International Business Times**

Deadline To File Claim For Oracle Settlement Fast Approaching

628K    1.01K



**The US Sun**

Americans to get up to $4k in data breach settlement with just a bank statement

23.4M    144K    3



**KTSM 9 News**

Access to this page has been denied

281K    2.64K



**AP News**

Settlement Administrator Angeion Group Issues a REMINDER that OCTOBER 17,...

53M    138K



### Denver Gazette

Oracle class-action: If you browse the web, you may be eligible for cut of $115M...

👥 1.72M   👁 18.8K



### AOL.com

How to get your share of Oracle's $115 million class-action settlement; deadline i...

👥 24.9M   👁 292K



### Yahoo Finance - Stock Market Live,...

How to get your share of Oracle's $115 million class-action settlement; deadline i...

👥 46.5M   👁 244K



### USA TODAY

How to get your share of Oracle's $115 million class-action settlement; deadline i...

👥 93.7M   👁 183K   ⤳ 491



### Internewscast Journal – Top Leadi...

Oracle Agrees to Settle Data Privacy Case – Internewscast Journal

👥 20.1K   👁 2.14K



### Insurance Journal

Oracle To Pay $115M To Settle Suit Over Tracking Consumer Data

👥 197K   👁 1.32K   ⤳ 2



**TimesDaily**

Oracle settles suit over tracking your data. How to file a claim

👥 61.6K    👁 673



**MarketBeat: Stock Market News a...**

Stock market today: Wall Street stays stuck in place as it counts down to a rate cut

👥 1.77M    👁 18.5K

# Coverage



## MSN

Your customizable and curated collection of the best in trusted news plus coverage of sports,...

**94**
Domain Authority ?
Provided by
**MOZ**

**126M**
Unique Visits ?
Provided by
**SimilarWeb**

October 14, 2024         ONLINE

# Oracle class-action suit: Three days left to claim a share of $11...

msn.com/en-us/money/companies/oracle...



Estimated Views    **562K** ⊘

Estimated views calculated based on audience size and socia...

Engagements    **0** ⊘

Total number of social engagements

Katz-Lacabe et al v. Oracle America, Inc.                    13



# Washington Examiner - Political News and Conservative Analysis About Congress, the President, and the Federal Government

Washington Examiner delivers breaking news, latest news, and current news. Stay informed with nation...

**87**
Domain Authority ?
Provided by MOZ

**2.67M**
Unique Visits ?
Provided by SimilarWeb

October 14, 2024    🌐 ONLINE

## Oracle class-action suit: Three days left to claim share of...

[washingtonexaminer.com/policy/econom...](washingtonexaminer.com/policy/econom...)

**Estimated Views**

**11.4K** ✓

Estimated views calculated based on audience size and socia...

**Engagements**

**7** ✓

Total number of social engagements





**International Business Times**

International Business Times is the leading provider of business news and financial news from the US...

**92**
Domain Authority ?
Provided by
MOZ

**628K**
Unique Visits ?
Provided by
SimilarWeb

October 14, 2024        🌐 ONLINE

# Deadline To File Claim For Oracle Settlement Fast Approaching

ibtimes.com/deadline-file-claim-oracle-set...

Estimated Views        **1.01K** ✓

Estimated views calculated based on audience size and socia...

Engagements        **0** ✓

Total number of social engagements







Katz-Lacabe et al v. Oracle America, Inc.        15



# The US Sun

The Best for News, Sport, Entertainment, Celebrities

**75**
Domain
Authority ?

Provided by
**MOZ**

**23.4M**
Unique
Visits ?

Provided by
**SimilarWeb**

October 14, 2024    🌐 ONLINE

# Final days for Americans to claim share of $115m...

the-sun.com/money/12667196/privacy-set...



**Estimated Views**     **144K** ✓

Estimated views
calculated based on
audience size and socia...

**Engagements**     **8** ✓

Total number of social
engagements

Katz-Lacabe et al v. Oracle America, Inc.                    17

# Romulan News Channel – News delivered daily from the Neutral Zone

**20**
Domain Authority

Provided by
**MOZ**







October 13, 2024     ONLINE

## Days left to claim cash in Oracle settlement that...

romulans.net/2024/10/13/days-left-to-clai...

Engagements    **0**

Total number of social engagements

Katz-Lacabe et al v. Oracle America, Inc.



# MSN

Your customizable and curated collection of the best in trusted news plus coverage of sports,...

**94**
Domain Authority ?
Provided by
**MOZ**

**126M**
Unique Visits ?
Provided by
**SimilarWeb**

October 13, 2024     ONLINE

# Days left to claim cash in Oracle settlement that...

msn.com/en-us/money/companies/days-l...



Estimated Views    **562K** ⊘

Estimated views calculated based on audience size and socia...

Engagements    **0** ⊘

Total number of social engagements

Katz-Lacabe et al v. Oracle America, Inc.                                    19

## KTSM 9 News

Local El Paso News, Weather and Sports.

**66**
Domain
Authority ⍰

Provided by
**MOZ**

**281K**
Unique
Visits ⍰

Provided by
**SimilarWeb**

🌐 ONLINE

# Days left to claim cash in Oracle settlement...

[ktsm.com/news/national-news/days-left-t...](ktsm.com/news/national-news/days-left-t...)



Estimated Views

**2.64K** ⊘

Estimated views calculated based on audience size and socia...

Engagements

**0** ⊘

Total number of social engagements

Katz-Lacabe et al v. Oracle America, Inc.                    20



## The Hill
Unbiased Politics News

**92**
Domain Authority ?
Provided by
MOZ

**19.3M**
Unique Visits ?
Provided by
SimilarWeb

🌐 ONLINE

# Days left to claim cash in Oracle settlement...

thehill.com/homenews/nexstar_media_wi...



Estimated Views    **60.6K** ✓

Estimated views calculated based on audience size and socia...

Engagements    **0** ✓

Total number of social engagements

 **Learning in the Open**

| **32** | **3.82K** |
|---|---|
| Domain Authority ⑦ | Unique Visits ⑦ |
| Provided by  MOZ | Provided by ⑤ SimilarWeb |

October 08, 2024        ⊕ ONLINE

# Oracle Data Privacy Lawsuit:- Katz-Lacabe et al v. Oracle...

learningintheopen.org/2024/10/08/oracle...

---

Estimated Views    **1.08K** ⊘

Estimated views calculated based on audience size and socia...

Engagements    **0** ⊘

Total number of social engagements



# FreePress | The Voice of Your Community | Press Releases

**4**

Domain Authority

Provided by
MOZ





ONLINE

# FreePress | The Voice of Your Community | Press Releases

pr.milfordfreepress.com/article/Settlemen...

Engagements

**0**

Total number of social engagements



## BCN News

We are proud to be a partner with STEM in Schools and Summa Caussa to help educate you on the...

**21**
Domain Authority ?
Provided by
MOZ

**361**
Unique Visits ?
Provided by
SimilarWeb

January 15, 2020        🌐 ONLINE

# Articles-latest-news - Business Class News

businessclassnews.com/articles/articles-l...

**Estimated Views**

**169** ✓

Estimated views calculated based on audience size and socia...

**Engagements**

**0** ✓

Total number of social engagements



**PR Newswire**

SETTLEMENT ADMINISTRATOR ANGEION GROUP ISSUES A REMINDER THAT OCTOBER 17, 2024, IS THE DEADLINE IN THE $115 MILLION PROPOSED CLASS ACTION SETTLEMENT INVOLVING ORACLE AMERICA, INC.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

**Deadline for Filing a Claim is October 17, 2024.**

PHILADELPHIA, Oct. 1, 2024 /PRNewswire/ -- A Settlement has been proposed in class action litigation against Oracle America, Inc. ("Oracle"). This class action alleges that Oracle improperly captured, compiled, and sold individuals' online and offline data to third parties without obtaining their consent. Oracle denies all the allegations made in the lawsuit and any wrongdoing and maintains that its practices were lawful and disclosed to individuals.

The Court will decide whether to approve the proposed Settlement. If approved, the Settlement will resolve the litigation entitled *Katz-Lacabe et al v. Oracle America, Inc.*, Case No. 3:22-cv-04792-RS, which is pending before Judge Richard Seeborg in the Northern District of California.

**Who is included in the Settlement?** You are included if you are a Settlement Class Member, which is defined as "all natural persons residing in the United States whose personal information, or data derived from their personal information, was acquired, captured, or otherwise collected by Oracle Advertising technologies or made available for use or sale by or through ID Graph, Data Marketplace, or any other Oracle Advertising product or service from August 19, 2018 to the date of final judgment in the Action."

**What does the Settlement provide?** Under the Settlement, Oracle will pay $115 million to establish a Settlement Fund.

To submit your claim, go to: **www.KatzPrivacySettlement.com/submit-claim**.

The deadline to file a valid Claim is October 17, 2024.

Class Counsel will ask the Court to award up to 25% of the Settlement Fund (*i.e.*, up to $28.75 million) for attorneys' fees. In addition, Class Counsel will ask the Court to reimburse them out of the Settlement Fund for the expenses they reasonably incurred and will incur in litigating this case on behalf of Settlement Class Members in an amount not exceed $225,000. Oracle has reserved the right to object or comment on Class Counsel's request for attorneys' fees and expenses in the District Court and has also agreed not to appeal any order of the District Court awarding attorneys' fees and expenses. Class Counsel will also ask the Court to approve Service Awards of up to $10,000 each for the two Class Representatives named in the complaint as an award for their service to the Settlement Class as



## AP News

Stay informed and read the latest news today from The Associated Press, the definitive source for...

**92**
Domain Authority ?

Provided by
**MOZ**

**53M**
Unique Visits ?

Provided by
**SimilarWeb**

October 01, 2024    🌐 ONLINE

# Settlement Administrator Angeion Group Issu...

apnews.com/press-release/pr-newswire/l...

Estimated Views

**138K** ⊘

Estimated views calculated based on audience size and socia...

Engagements

**0** ⊘

Total number of social engagements



AP SETS THE STANDARD FOR POLITICAL REPORTING.    **DONATE**

AP ☰ WORLD U.S. ELECTION 2024 POLITICS SPORTS ENTERTAINMENT BUSINESS SCIENCE FACT CHECK ODDITIES ••• 🔍

• Yahya Sinwar    Harris-Trump    Guardians beat Yankees    Supermoon and c

PRESS RELEASE: Paid Content from PR Newswire. The AP news staff was not involved in its creation.

### Settlement Administrator Angeion Group Issues a REMINDER that OCTOBER 17, 2024, is the Deadline in the $115 Million Proposed Class Action Settlement Involving Oracle America, Inc.

Published 2:53 PM UTC, October 1, 2024        Share ⬆

A federal court authorized this notice. This is not a solicitation from a lawyer.

Deadline for Filing a Claim is October 17, 2024.

PHILADELPHIA, Oct. 1, 2024 /PRNewswire/ -- A Settlement has been proposed in class action litigation against Oracle America, Inc. ("Oracle"). This class action alleges that Oracle improperly captured, compiled, and sold individuals' online and offline data to third parties without obtaining their consent. Oracle denies all the allegations made in the lawsuit and any wrongdoing and maintains that its practices were lawful and disclosed to individuals.

The Court will decide whether to approve the proposed Settlement. If approved, the Settlement will resolve the litigation entitled Katz-Lacabe et al v. Oracle America, Inc., Case No. 3:22-cv- 04792-RS, which is pending before Judge Richard Seeborg in the Northern District of California.

Who is included in the Settlement? You are included if you are a Settlement Class Member, which is defined as "all natural persons residing in the United States whose

# Holliston - Local Town Pages | The Voice of Your Community | Press Releases

LocalTownPages Holliston is your community-based newspaper, direct mailed to 5,893 residents and businesses, providing loc...

**9**
Domain Authority ?
Provided by
**MOZ**

**214**
Unique Visits ?
Provided by
**SimilarWeb**

September 11, 2024        🌐 ONLINE

# Holliston - Local Town Pages | The Voice of Your Community |...

pr.hollistontownnews.com/article/Settlem...

Estimated Views    **156** ✓

Estimated views calculated based on audience size and socia...

Engagements    **0** ✓

Total number of social engagements



# Exhibit H

United States District Court for the Northern District of California

# Notice of Proposed Class Action Settlement

## *Katz-Lacabe et al v. Oracle America, Inc.*

### Important Information – Read Carefully

---

<u>A federal court authorized this Notice. This is not an advertisement.</u>

A Settlement has been proposed in class action litigation against Oracle America, Inc. ("Oracle"). This class action alleges that Oracle improperly captured, compiled, and sold individuals' online and offline data to third parties without obtaining their consent. Oracle denies all the allegations made in the lawsuit and any wrongdoing and maintains that its practices were lawful and disclosed to individuals.

**You are included in this Settlement, and your rights may be affected by this Settlement, if you are a Settlement Class Member**, which is defined as "all natural persons residing in the United States whose personal information, or data derived from their personal information, was acquired, captured, or otherwise collected by Oracle Advertising technologies or made available for use or sale by or through ID Graph, Data Marketplace, or any other Oracle Advertising product or service from August 19, 2018 to the date of final judgment in the Action."

This Notice summarizes the proposed Settlement and your legal rights. For the precise terms of the Settlement, see the Settlement Agreement available at **www.KatzPrivacySettlement.com.**

Under the Settlement, Oracle has agreed to certain nonmonetary relief, further described below.

In addition, the Settlement establishes a $115 million Settlement Fund, to be used for cash payments to Settlement Class Members who submit valid claims for compensation, after deducting the costs of the settlement administration, court-approved attorneys' fees and expenses, and Service Awards for two Class Representatives. The amount of monetary payments issued to Settlement Class Members will depend on the number of valid claims received. In exchange for the benefits the Settlement provides, Settlement Class Members will release any and all claims they may have (whether known or unknown) regarding the allegations in the complaint.

The Court will decide whether to approve the proposed Settlement. If approved, the Settlement will resolve the litigation entitled *Katz-Lacabe et al v. Oracle America, Inc.*, Case No. 3:22-cv-04792-RS, which is pending before Judge Richard Seeborg in the Northern District of California.

The class action settlement approval process may take several months, or more if there is an appeal.

### **<u>Please Read this Notice Carefully.</u>**

**This Settlement affects your legal rights even if you do nothing.**

**Questions? Go to <u>www.KatzPrivacySettlement.com</u> or call 1-888-255-4036.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | |
| --- | --- | --- |
| **FILE A CLAIM FOR COMPENSATION** | You may file a Claim Form in order to receive a monetary payment from the Settlement Fund. Filing a Claim Form is the only way to receive a payment from this Settlement.<br><br>For detailed information about how to file a Claim Form, *see* Question 16. To go right to the Settlement website to file a claim, click **www.KatzPrivacySettlement.com**. | Deadline:<br>**October 17, 2024** |
| **EXCLUDE YOURSELF FROM THIS SETTLEMENT** | You can exclude yourself from the Settlement by informing the Settlement Administrator that you want to "opt-out" of the Settlement by sending a Request for Exclusion. If the Settlement becomes final, this is the only option that allows you to retain your rights to individually sue for claims relating to the allegations in the complaint. You will not receive a payment from the Settlement if you exclude yourself.<br><br>For detailed information about excluding yourself from the Settlement, *see* Question 27. | Deadline:<br>**October 17, 2024** |
| **OBJECT TO OR COMMENT ON THE SETTLEMENT** | You may object to the Settlement by writing to the Court about why you don't think the Settlement should be approved.<br><br>You can also write the Court to provide comments or reasons why you support the Settlement.<br><br>For detailed information about how to object to or comment on the Settlement, *see* Question 21. | Deadline:<br>**October 17, 2024** |
| **GO TO THE FINAL APPROVAL HEARING** | You may, but are not required to, attend the Final Approval Hearing where the Court may hear arguments concerning the approval of the Settlement. If you wish to speak at the Final Approval Hearing, you must state your intention to do so in your written objection or comment.<br><br>For detailed information about attending the Final Approval Hearing, *see* Question 24. | Deadline:<br>**November 14, 2024** |
| **DO NOTHING** | Unless you exclude yourself, you are automatically part of the Settlement. If you do nothing, you will not get a payment from this Settlement and will give up the right to sue, continue to sue, or be part of another suit against Oracle related to the legal claims resolved by this Settlement. | No Deadline |

**This Settlement affects your legal rights even if you do nothing.**

**Questions? Go to www.KatzPrivacySettlement.com or call 1-888-255-4036.**

# What this Notice Contains

**BACKGROUND INFORMATION** ..................................................................................... **1**

    1.     Why is there a notice?.......................................................................................... 1

    2.     What is this litigation about? ............................................................................... 1

    3.     Who is the defendant in the lawsuit? ................................................................... 1

    4.     Why is this a class action? .................................................................................. 1

    5.     Why is there a settlement? .................................................................................. 2

    6.     Who and what is the Settlement Administrator?.................................................. 2

**CLASS MEMBERSHIP** ................................................................................................... **2**

    7.     Who is in the Settlement? ................................................................................... 2

    8.     Are there exceptions to being included?.............................................................. 2

**THE LAWYERS FOR CLASS MEMBERS** ...................................................................... **2**

    9.     Do I have a lawyer in the case? .......................................................................... 2

    10.    How will Class Counsel be paid? ........................................................................ 3

**BENEFITS FOR CLASS MEMBERS**............................................................................... **3**

    11.    What monetary benefits does the Settlement provide?......................................... 3

    12.    How is the amount of a valid claim determined? ................................................ 4

    13.    How will valid claims be paid?............................................................................ 4

    14.    What nonmonetary benefits does the Settlement provide?................................... 4

    15.    Will all Settlement Class Members who file claims receive the same amount?..... 4

**HOW TO FILE A CLAIM** ............................................................................................... **5**

    16.    How do I file a claim for compensation?.............................................................. 5

    17.    Can I submit multiple claims? ............................................................................ 5

    18.    What happens if my claim is not accepted?......................................................... 5

    19.    When and how will I receive the benefits I claim from the Settlement?................ 6

**LEGAL RIGHTS RESOLVED THROUGH THE SETTLEMENT** ..................................... **6**

    20.    What am I giving up to stay in the Settlement Class? .......................................... 6

**OBJECTING TO THE SETTLEMENT** ............................................................................ **6**

    21.    If I don't like the Settlement, how do I tell the Court? ......................................... 6

**This Settlement affects your legal rights even if you do nothing.**

**Questions? Go to <u>www.KatzPrivacySettlement.com</u> or call 1-888-255-4036.**

# What this Notice Contains
## (continued)

**Page**

22.   What is the difference between objecting and excluding myself?........................ 7

23.   Do I need to attend the Final Approval Hearing if I file an objection? .................. 8

**FINAL APPROVAL HEARING** ....................................................................................... **8**

24.   When and where will the Court decide whether to approve the Settlement? ......... 8

25.   Do I have to come to the hearing? ..................................................................... 8

26.   May I speak at the hearing? .............................................................................. 8

**EXCLUDING YOURSELF FROM THE SETTLEMENT** ........................................... **9**

27.   How do I exclude myself from the Settlement?..................................................... 9

28.   If I do not exclude myself, can I sue Oracle for the same thing later? .................. 9

29.   If I exclude myself, am I still represented by Class Counsel? .............................. 10

**DOING NOTHING**.......................................................................................................... **10**

30.   What happens if I do nothing? .......................................................................... 10

**GETTING MORE INFORMATION** .............................................................................. **10**

31.   How do I get more information?......................................................................... 10

**This Settlement affects your legal rights even if you do nothing.**

**Questions? Go to <u>www.KatzPrivacySettlement.com</u> or call 1-888-255-4036.**

## BACKGROUND INFORMATION

### 1.    Why is there a notice?

A Court authorized this notice because you have a right to know how the proposed Settlement may affect your rights. This notice explains the nature of the litigation, the general terms of the proposed Settlement, and what it may mean to you. This notice also explains the ways you may participate in, or exclude yourself from, the Settlement.

### 2.    What is this litigation about?

The complaint in this case alleges that Oracle tracks individuals' online activity (*e.g.*, web browsing) and offline activity (*e.g.*, in-store purchases, geolocation) and combines this and other information and makes this and other derivative data available to third parties without individuals' consent. The complaint alleges that Oracle's conduct was unlawful and violated individuals' privacy rights. Oracle denies all the allegations made in the lawsuit and does not make any admission of guilt or wrongdoing by entering into the Settlement. No court or other entity has made any findings against Oracle nor any determination that the law has been violated.

The time period at issue in this suit is August 19, 2018, to the date of final judgment in this case.

The current complaint filed in this litigation, which describes the specific legal claims alleged by the Plaintiffs and the relief sought, is available on the Settlement Website, at **www.KatzPrivacySettlement.com**. You can also find a copy of the Court's orders on Oracle's motions to dismiss the Plaintiffs' legal claims, which sustained some claims and dismissed others, on the Settlement Website at **www.KatzPrivacySettlement.com**.

### 3.    Who is the defendant in the lawsuit?

The Defendant is Oracle America, Inc., a technology corporation. Oracle is a Delaware corporation with its principal place of business in Austin, Texas.

### 4.    Why is this a class action?

In a class action, one or more people file a lawsuit to assert legal claims on behalf of themselves and other persons who have experienced the same or similar circumstances. Here, two people who are proposed Settlement Class Members filed a class action complaint and serve as named Plaintiffs and "Class Representatives" in the lawsuit. In this capacity, they represent the interests of all the Settlement Class Members.

Even if you have not filed your own lawsuit against Oracle regarding the allegations described in this notice, if you are a Settlement Class Member, this Settlement still affects you because the Settlement applies to all Settlement Class Members.

**This Settlement affects your legal rights even if you do nothing.**

**Questions? Go to www.KatzPrivacySettlement.com or call 1-888-255-4036.**

- 1 -

## 5.    Why is there a settlement?

The Court has not decided in favor of Plaintiffs or Oracle on the ultimate merits of Plaintiffs' claims. Instead, both sides agreed to a Settlement. Settlements avoid the uncertainty of a trial and appeals, while providing benefits to Settlement Class Members when the Settlement becomes final. Class Representatives and the attorneys for the Class ("Class Counsel," *see* Question 9) believe that the Settlement is in the best interests of the Settlement Class Members.

## 6.    Who and what is the Settlement Administrator?

The Court has appointed Angeion Group, LLC as the Settlement Administrator. The Settlement Administrator's role is to effectuate the court-approved class notice program, receive, validate and pay (from the Settlement Fund) the Settlement Class members' valid claims, and to generally administer the Settlement as provided in the Settlement Agreement.

## CLASS MEMBERSHIP

## 7.    Who is in the Settlement?

You are part of the Settlement if you are in the Settlement Class. The Court decided that, if the Settlement is approved, the Settlement Class will encompass "All natural persons residing in the United States whose personal information, or data derived from their personal information, was acquired, captured, or otherwise collected by Oracle Advertising technologies or made available for use or sale by or through ID Graph, Data Marketplace, or any other Oracle Advertising product or service from August 19, 2018 to the date of final judgment in the Action."

## 8.    Are there exceptions to being included?

Yes. The Settlement Class does not include: (i) Oracle; (ii) Oracle's parents, subsidiaries, affiliates, officers, directors, investors, and employees; (iii) any entity in which Oracle has a controlling interest; (iv) any individual who would otherwise be included in the Settlement Class, but has agreed, in another proceeding, to release claims covered by this Settlement prior to the Claim Form deadline identified in Section 3.6 of the Settlement Agreement; and (v) any judge presiding over this case, their staff, and the members of the judge's immediate family.

## THE LAWYERS FOR CLASS MEMBERS

## 9.    Do I have a lawyer in the case?

If you are a Settlement Class Member, you have a lawyer for purposes of the Settlement. The Court appointed as "Class Counsel" the law firm of Lieff Cabraser Heimann & Bernstein, LLP to represent Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense.

You may contact Class Counsel using the following information:

**This Settlement affects your legal rights even if you do nothing.**

**Questions? Go to www.KatzPrivacySettlement.com or call 1-888-255-4036.**

- 2 -

David T. Rudolph
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor, San Francisco, CA 94111-3339
PrivacySettlement@lchb.com

## 10. How will Class Counsel be paid?

Class Counsel will apply to the Court to be paid from the Settlement Fund, and any payment will be made only in the amount that is approved by the Court.

Class Counsel will ask the Court to award up to 25% of the Settlement Fund (*i.e.* up to $28.75 million) for attorneys' fees. In addition, Class Counsel will ask the Court to reimburse them out of the Settlement Fund for the expenses they reasonably incurred and will incur in litigating this case on behalf of Settlement Class Members in an amount not exceed $225,000.

Class Counsel will also ask the Court to approve Service Awards of up to $10,000 each for the two Class Representatives named in the complaint as an award for their service to the Settlement Class as Plaintiffs and Class Representatives ($20,000 in total) out of the Settlement Fund.

Class Counsel's application for attorneys' fees, expenses, and Service Awards will be made available on the Settlement Website at **www.KatzPrivacySettlement.com** before the deadline for you to comment on or object to the Settlement. You can also request a copy of the application by contacting the Settlement Administrator at **Questions@KatzPrivacySettlement.com**.

The Court will decide the attorneys' fees and expenses, and Service Awards to be paid. Any attorneys' fees, expenses, or Service Awards approved by the Court will be paid from the $115 million Settlement Fund. Oracle has agreed not to oppose the request for the Service Awards. Oracle has reserved the right to object or comment on Class Counsel's request for attorneys' fees and expenses in the District Court and has also agreed not to appeal any order of the District Court awarding attorneys' fees and expenses.

## BENEFITS FOR CLASS MEMBERS

## 11. What monetary benefits does the Settlement provide?

Under the Settlement, Oracle will pay $115 million to establish a Settlement Fund.

The Settlement Fund will be used to pay Settlement Class Members who submit a valid claim, the Settlement Administrator's costs and fees for providing class notice and administering the Settlement, any court-approved attorneys' fees and expenses, and Service Awards for the Class Representatives. Other than the Settlement Fund, Oracle will have no financial obligations to Class Representatives, Settlement Class Members, Class Counsel, any other attorney representing any Settlement Class Member, or the Settlement Administrator with respect to the Released Claims.

**This Settlement affects your legal rights even if you do nothing.**

**Questions? Go to www.KatzPrivacySettlement.com or call 1-888-255-4036.**

## 12.    How is the amount of a valid claim determined?

After first deducting any court-approved attorneys' fees and expenses, Service Awards for the Class Representatives, and the Settlement Administrator's costs and fees, the resulting Net Settlement Fund will be distributed to Settlement Class Members who have submitted a Valid Claim on a *pro rata* basis. The amount of the payments to individual Settlement Class Members will depend on the number of Valid Claims that are filed. Because the final payment amount cannot be calculated before all claims for compensation are received and verified, it is not possible to provide the precise amount of the payment for each valid claim before the deadline to file claims.

## 13.    How will valid claims be paid?

Settlement Class Members who submit a Valid Claim will be able to choose whether to receive their payment via Zelle, Venmo, ACH Transfer, virtual prepaid card or paper check.

If any electronic transfers fail or any paper checks are uncashed, the Settlement Administrator may make a second *pro rata* payment based on the non-transferred funds to Settlement Class Members who previously received payments. However, if the remaining amount is too small to make individual distributions viable, or other reasons make further distributions infeasible or unfair, the remaining funds will be distributed to one or more nonprofit organizations approved by the Court.

## 14.    What nonmonetary benefits does the Settlement provide?

No later than the Effective Date of the Settlement Agreement, Oracle will certify that, for as long as it continues to offer the products and services described in the complaint, it will: (i) not capture (a) user-generated information within referrer URLs (*i.e.*, the URL of the previously-visited page) associated with a website user or (b) except for Oracle's own websites, any text entered by a user in an online web form; and (ii) implement an audit program to reasonably review customer compliance with contractual consumer privacy obligations.

## 15.    Will all Settlement Class Members who file claims receive the same amount?

Yes. Each Settlement Class Member who submits a valid claim for compensation will be paid one equal *pro rata* share from the Net Settlement Fund (the $115 million Settlement Fund minus any award of attorneys' fees and expenses, settlement administration costs, and Service Awards for the Class Representatives). Each Settlement Class Member is entitled to submit only one claim for compensation from the Net Settlement Fund.

**This Settlement affects your legal rights even if you do nothing.**

**Questions? Go to www.KatzPrivacySettlement.com or call 1-888-255-4036.**

- 4 -

## HOW TO FILE A CLAIM

### 16.    How do I file a claim for compensation?

To claim a cash payment, you need to file a Claim Form. There are two options to file your claim:

(1) <u>File Online:</u> You may fill out and submit the Claim Form online at **www.KatzPrivacySettlement.com**. This is the quickest way to file a claim.

(2) <u>File by Mail:</u> Alternatively, you can download a copy of the Claim Form (available at **www.KatzPrivacySettlement.com**), or ask the Settlement Administrator to mail a Claim Form to you by calling 1-888-255-4036. Fill out your Claim Form, and mail it (including postage) to: *Katz-Lacabe et al v. Oracle America, Inc.*, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

Your Claim Form must provide the following information along with a personal attestation under the penalty of perjury that the information is true to the best of your knowledge: (i) full legal name and any aliases or nicknames; (ii) current mailing address, email address, and phone number; (iii) you resided in the United States during the Settlement Class period; (iv) you have not submitted more than one claim; (v) any acquisition, capture, or collection of your personal information by Oracle was without your consent; and (v) information specified by the Settlement Administrator sufficient to make a distribution by the provided electronic means.

The deadline to file a claim is **October 17, 2024** (this is the last day to file online and postmark deadline for mailed claims).

### 17.    Can I submit multiple claims?

No. Each Settlement Class Member may submit only one claim.

### 18.    What happens if my claim is not accepted?

The Settlement Administrator may reject Claim Forms that are duplicates of another claim, are reasonably suspected to be fraudulent, or are submitted after the deadline. The Settlement Administrator may also reject claim forms submitted by individuals it reasonably determines are not members of the Settlement Class. Before rejecting a claim, the Settlement Administrator may notify the claimant to give the claimant an opportunity to correct any deficiency.

**This Settlement affects your legal rights even if you do nothing.**

**Questions? Go to www.KatzPrivacySettlement.com or call 1-888-255-4036.**

**19.    When and how will I receive the benefits I claim from the Settlement?**

Payments for Valid Claims will be made after the Settlement becomes final by the means designated on your Claim Form. The Settlement will become final only if, and after, Final Approval is granted by the Court and any appeals to Final Approval of the Settlement are resolved. This process may take longer than one year. Please be patient.

If, after you submit a Claim Form, you change your mailing address, email address, or the electronic payment information provided on your Claim Form, it is your responsibility to inform the Settlement Administrator of your updated information. You may do so by contacting the Settlement Administrator using the contact information in Question 31.

## LEGAL RIGHTS RESOLVED THROUGH THE SETTLEMENT

**20.    What am I giving up to stay in the Settlement Class?**

If you do not exclude yourself from the Settlement Class, you will stay in the Settlement Class and you will therefore be giving up what are called "Released Claims" against the "Released Parties" as these terms are defined in paragraph 10.2 and paragraph M of the Settlement Agreement. This means that you are giving up the right to claim compensation for the claims raised in the complaint and any other claims that may arise from the facts alleged in the complaint that you may have against Oracle or the Released Parties (again, as defined in paragraph 10.2 and paragraph M of the Settlement Agreement).

All the decisions by the Court will bind you unless you exclude yourself from the Settlement (*see* Questions 27–29).

Paragraph 10.2 and paragraph M of the Settlement Agreement define the claims that will be released by Settlement Class Members who do not exclude themselves from the Settlement and the parties who will be released. You can access the Settlement Agreement and read the details of the legal claims being released at **www.KatzPrivacySettlement.com**. If you have any questions about what this means, you can contact Class Counsel or the Settlement Administrator (*see* Questions 9 and 31).

## OBJECTING TO THE SETTLEMENT

**21.    If I don't like the Settlement, how do I tell the Court?**

If you do not exclude yourself from the Settlement, you can ask the Court to deny approval by filing an objection. You can object to any aspect of the Settlement, to Class Counsel's request for attorneys' fees and expenses, or to the request for Service Awards.

Objecting to the Settlement means asking the Court to deny approval to the Settlement. You can't ask the Court to order a larger monetary payment from Oracle as part of the Settlement, or to change the commitments Oracle has agreed to make under the Settlement. The Court can only

**This Settlement affects your legal rights even if you do nothing.**

**Questions? Go to www.KatzPrivacySettlement.com or call 1-888-255-4036.**

approve or reject the Settlement. If the Court denies approval of the Settlement, Oracle will not be required to comply with the terms of the Settlement Agreement, no Settlement payments will be sent out, and the lawsuit will continue. If that is what you want to happen, you may object.

Any objection to the proposed settlement must be in writing and contain the following:

a.      The name and case number of this lawsuit (*Katz-Lacabe et al v. Oracle America, Inc.*, the case number is 3:22-cv-04792-RS);

b.      The basis for believing you are a Settlement Class Member;

c.      Your full name and mailing address, and email address or telephone number;

d.      A clear and concise statement of all reasons for your objection;

e.      Whether you intend to appear at the Final Approval Hearing, either in person or through an attorney representing you;

f.      A statement identifying your counsel, if you are represented by counsel;

g.      Your handwritten or electronically imaged written (e.g., "DocuSign") signature. An attorney's signature, or a typed signature, is not sufficient.

Any objection to the proposed settlement must be submitted to the Court either by filing them electronically or in person at any location of the United States District Court for the Northern District of California, or by mailing them to the Class Action Clerk, United States District Court for the Northern District of California, and be filed or postmarked on or before **October 17, 2024**.

<div align="center">
Class Action Clerk<br>
United States District Court for the Northern District of California<br>
450 Golden Gate Avenue<br>
San Francisco, CA 94102-3489
</div>

## 22.      What is the difference between objecting and excluding myself?

You object to the Settlement when you disagree with some aspect of the Settlement and think the Court should not give Final Approval to the Settlement. An objection, like a comment, allows your views to be heard in Court.

Excluding yourself from the Settlement means that you are no longer a Settlement Class Member and don't want the Settlement (including monetary payments) to apply to you. Once you are excluded, you lose any right to object to any aspect of the Settlement because the case no longer affects you.

<div align="center">

**This Settlement affects your legal rights even if you do nothing.**

**Questions? Go to www.KatzPrivacySettlement.com or call 1-888-255-4036.**

</div>

### 23.    Do I need to attend the Final Approval Hearing if I file an objection?

If you file a timely written objection, you may, but are not required to, appear at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney.

## FINAL APPROVAL HEARING

### 24.    When and where will the Court decide whether to approve the Settlement?

The Court will hold the Final Approval Hearing at **1:30 p.m.** on **November 14, 2024** in Courtroom 3 (17th Floor) of the San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. The hearing may be postponed to a different date or time or location without notice. The hearing may be scheduled to occur telephonically or by videoconference. Please check **www.KatzPrivacySettlement.com**, or Judge Richard Seeborg's Calendar (available at **https://apps.cand.uscourts.gov/CEO/cfd.aspx?7141**) for any updates about the Settlement or the Final Approval Hearing. If the date or time, or the format, of the Final Approval Hearing changes, an update to the Settlement Website or the Court's Calendar is the only way you will be informed of the change.

At the Final Approval Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court may listen to people who appear at the hearing and who have provided notice of their intent to appear at the hearing (*see* Question 21). The Court may also consider Class Counsel's application for attorneys' fees, expenses and for Service Awards. At or after the hearing, the Court will decide whether to approve the Settlement and to approve Class Counsel's application for attorneys' fees, expenses and Service Awards.

### 25.    Do I have to come to the hearing?

No, you may attend at your own expense, but you do not have to. If you submit a written objection, the Court will consider it even if you do not appear at the hearing. You may also pay your own lawyer to attend, but it is not required.

### 26.    May I speak at the hearing?

At the hearing, the Court will at its discretion hear any objections and arguments concerning the fairness of the Settlement.

As described more fully above in response to Question 21, you are eligible to speak at the Final Approval Hearing if you (a) have mailed your written comment or objection to the Court on or before the postmark deadline, and (b) identified in your comment or objection whether you intend to appear at the Final Approval Hearing.

You cannot speak at the hearing if you exclude yourself from the Settlement Class.

**This Settlement affects your legal rights even if you do nothing.**

**Questions? Go to www.KatzPrivacySettlement.com or call 1-888-255-4036.**

## EXCLUDING YOURSELF FROM THE SETTLEMENT

### 27.    How do I exclude myself from the Settlement?

If you want to keep the right to sue or continue to sue Oracle or the other released entities (*see* Question 20) based on claims this Settlement resolves, you must exclude yourself from the Class (sometimes called "opting out").

To exclude yourself from the Settlement, you must mail a Request for Exclusion to the Settlement Administrator. A Request for Exclusion from is available for download from the settlement Website: **www.KatzPrivacySettlement.com.** The Request for Exclusion must include:

a.    The name and case number of this lawsuit (*Katz-Lacabe et al v. Oracle America, Inc.*, the case number is 3:22-cv-04792-RS);

b.    Your full name and mailing address, email address, and telephone number;

c.    A clear statement that you want to be excluded from the Settlement; and

d.    If you are represented by an attorney and, if you are, the attorney's name, address, and phone number;

e.    Your handwritten or electronically imaged written (*e.g.*, "DocuSign") signature. An attorney's signature, or a typed signature, is not sufficient.

You must mail your Request for Exclusion, postmarked no later than **October 17, 2024**, to:

*Katz-Lacabe et al v. Oracle America, Inc.*
Attn: Exclusion
P.O. Box 58220
Philadelphia, PA 19102

You cannot exclude yourself by mailing a notification to any other location or after the deadline of **October 17, 2024**. You cannot exclude yourself by telephone or by email. Your exclusion letter must be signed by you, personally, and not your lawyer or anyone else acting on your behalf. "Mass" or "class" opt-outs made on behalf of multiple persons or classes of persons will be deemed invalid.

### 28.    If I do not exclude myself, can I sue Oracle for the same thing later?

No. Unless you exclude yourself, you give up the right to sue Oracle and the other released entities (*see* Question 20) for the claims that this Settlement resolves.

**This Settlement affects your legal rights even if you do nothing.**

**Questions? Go to www.KatzPrivacySettlement.com or call 1-888-255-4036.**

**29.    If I exclude myself, am I still represented by Class Counsel?**

No. Class Counsel represents the members of the Settlement Class. If you exclude yourself from the Settlement Class, you are not represented by Class Counsel.

## DOING NOTHING

**30.    What happens if I do nothing?**

If you do nothing, and if the Settlement becomes final, you will be part of the Settlement Class. By doing nothing, you will have not submitted a Valid Claim and therefore will not receive any monetary compensation from the Settlement. You will also give up your rights to sue (or continue to sue) Oracle or the Released Parties (*see* Question 20) for claims arising out of or related to the allegations in the Plaintiffs' complaint.

## GETTING MORE INFORMATION

**31.    How do I get more information?**

This notice summarizes the proposed Settlement. The precise terms are in the Settlement Agreement itself. You can get a copy of the Settlement Agreement, view other case documents, and get additional information, updates, and answers to Frequently Asked Questions, by visiting **www.KatzPrivacySettlement.com**.

All of the case documents that have been filed publicly in this case are also available online through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov. This case is called *Katz-Lacabe et al v. Oracle America, Inc.* and the case number is 3:22-cv-04792-RS. You may obtain case documents by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, San Francisco Division, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

You can also get additional information or request a copy of the Settlement Agreement by calling toll free 1-888-255-4036 or writing to the Settlement Administrator via email to **Questions@KatzPrivacySettlement.com** or by mail to *Katz-Lacabe et al v. Oracle America, Inc.*, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

**PLEASE DO NOT CONTACT THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**

**This Settlement affects your legal rights even if you do nothing.**

**Questions? Go to www.KatzPrivacySettlement.com or call 1-888-255-4036.**

# Exhibit I

**Your claim must be submitted online or postmarked by: October 17, 2024**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

*KATZ-LACABE ET AL V. ORACLE AMERICA, INC., CASE NO. 3:22-CV-04792*

**www.KatzPrivacySettlement.com**

**KAT**

## CLAIM FORM INSTRUCTIONS

You may submit your Claim Form online at **www.KatzPrivacySettlement.com** or by U.S. Mail to the following address: *Katz-Lacabe et al v. Oracle America, Inc.*, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

1. You must complete the entire Claim Form. Please type or write your responses legibly.

2. If your Claim Form is incomplete or missing information, the Settlement Administrator may contact you for additional information. If you do not respond by the deadline provided by the Settlement Administrator, the Settlement Administrator will be unable to process your claim, and you will waive your right to receive money under the Settlement.

3. You may only submit one Claim Form.

4. If you have any questions, please contact the Settlement Administrator by email at **Questions@KatzPrivacySettlement.com**, by telephone at 1-888-255-4036, or by mail at the address listed above.

5. Submission of this Claim Form does not guarantee payment. Your Claim Form must be approved by the Claims Administrator.

6. **You must notify the Settlement Administrator if your contact or payment information changes. If you do not, even if you submit a valid claim under the Settlement, you may not receive your payment.**

7. **DEADLINE:** Your claim must be submitted online by **October 17, 2024**. Claim Forms submitted by mail must be postmarked no later than **October 17, 2024**.

<table>
<tr><td>**Your claim must be submitted online or postmarked by: October 17, 2024**</td><td>UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br><br>*KATZ-LACABE ET AL V. ORACLE AMERICA, INC., CASE NO. 3:22-CV-04792*<br><br>**www.KatzPrivacySettlement.com**</td><td>**KAT**</td></tr>
</table>

## I. CONTACT INFORMATION AND RESIDENCY VERIFICATION

Provide your contact information and residency status as requested below. You must notify the Settlement Administrator if your contact information changes after you submit this form.

| | |
|---|---|
| **First Name** | **Last Name** |

| | |
|---|---|
| **Alias or Nickname (if any)** | **Street Address** |

| | | | |
|---|---|---|---|
| **City** | **State** | **Zip Code** | **Phone Number** |

| | |
|---|---|
| **Email Address** | ***Notice ID (optional)** |

\* If you received a Notice about the Settlement by email, please provide the Notice ID located above your name on the Notice you received. If you do not have a Notice ID, you may still be eligible to submit a claim.

| Did you reside in the United States at any point between August 19, 2018, and the present day? | Yes ☐<br>No ☐ |
|---|---|

## II. PAYMENT SELECTION

Please select one of the following payment options:

☐ Venmo - Mobile number on account: ___ ___ ___-___ ___ ___-___ ___ ___ ___

☐ Zelle - Email address or Mobile number on account: _____

☐ Virtual Prepaid Card - Email address for delivery: _____

☐ Physical Check - Payment will be mailed to the address provided above.

## III. ATTESTATION UNDER PENALTY OF PERJURY

By signing below and submitting this Claim Form, I hereby attest under penalty of perjury that to the best of my knowledge the information provided in this Claim Form is true and correct, that nobody has submitted another claim in connection with this Settlement on my behalf, that I have not submitted any other Claim Form in connection with this action, and that any acquisition, capture, or collection of my personal information by Oracle was without my consent.

_____    Date: _____

Signature                                                                    MM  /  DD  /  YYYY

_____

Print Full Name

# Exhibit J

**Your exclusion must be postmarked by: October 17, 2024**

**United States District Court
for the Northern District of California**
*Katz-Lacabe et al v. Oracle America, Inc.*
Case No. 3:22-cv-04792-RS

**KAT**

## EXCLUSION FORM

To exclude yourself from the Settlement, you must mail this **Exclusion Form** to the Settlement Administrator so it is postmarked by **October 17, 2024**. You cannot exclude yourself by telephone or by email. Your exclusion letter must be signed by you, personally, and not your lawyer or anyone else acting on your behalf. "Mass" or "class" opt-outs made on behalf of multiple persons or classes of persons will be deemed invalid. (* Denotes required field)

### CLASS MEMBER INFORMATION

**First Name***

**Last Name***

**Street Address***

**City***

**State***

**Zip Code***

**Email Address***

**Telephone Number***

**Notice ID (if known)**

### ATTORNEY INFORMATION (IF APPLICABLE)

☐ **If you are represented by an attorney, please check this box and enter the attorney's name, address, and phone number below.**

**Attorney Name**

**Attorney Company**

**Attorney Address**

**Attorney Telephone Number**

Page **1** of **2**

<table>
<tr><td>

**Your exclusion must be postmarked by: October 17, 2024**

</td><td>

**United States District Court for the Northern District of California**
*Katz-Lacabe et al v. Oracle America, Inc.*
Case No. 3:22-cv-04792-RS

**EXCLUSION FORM**

</td><td>

**KAT**

</td></tr>
</table>

---

**SIGNATURE AND ATTESTATION**

---

I am a natural person who resided in the United States at any point between August 19, 2018 and the present day.  Any acquisition, capture, or collection of my personal information by Oracle during the same period was without my consent.

I wish to be excluded from the Settlement Class in Katz-Lacabe et al v. Oracle America, Inc., Case No. 3:22-cv-04792-RS.

I understand that by submitting this form I am requesting exclusion under penalty of perjury from the Class, and I will not receive any money or benefits.

_____    Date*: _____/_____/_____
 Signature*                                                                          MM        DD        YYYY

**\*Mail your completed Exclusion Form to the Settlement Administrator at the address below, so it is postmarked by October 17, 2024.  You must personally sign this form (by hand or electronic signature) in order for it to be considered valid.**

Katz-Lacabe et al v. Oracle America, Inc.
Attn: Exclusion
P.O. Box 58220
Philadelphia, PA 19102

# Exhibit K

**Katz-Lacabe et al v. Oracle America, Inc.**
**Timely Requests for Exclusion**

| | First Name | Last Name |
|---|---|---|
| 1 | CARMEN | ADAMES PEREZ |
| 2 | KELVIN | ADAMS |
| 3 | MARK | ADAMS |
| 4 | VASHONE | ADAMS |
| 5 | NICHOLAS | ADE |
| 6 | CAMERON | ALLEN |
| 7 | BARBARA | ANDERSON |
| 8 | JOSEPHINE | ARNOLD |
| 9 | JEANNE | ASH |
| 10 | PATRICIA | ASHLEY |
| 11 | SCOTT | ASIALA |
| 12 | LAURIE | ASTERN |
| 13 | PATRICIA | AUSTIN |
| 14 | CATRINA | BAILEY |
| 15 | CINDY | BARKER |
| 16 | BARRIE | BARNETT |
| 17 | THOMAS R | BARONI |
| 18 | BRENDA | BASILE |
| 19 | KALPANA | BATNI |
| 20 | CHRISTOPHER | BATTON |
| 21 | WESLEY | BECKER |
| 22 | SUSAN | BEGLEY |
| 23 | BRYAN | BELCHER |
| 24 | JUDITH | BELL |
| 25 | MARLENE | BELZ |
| 26 | DAVID | BEMIS |
| 27 | ROBERT | BENHAM |
| 28 | BRADLEY | BENJAMIN |
| 29 | VICKIE | BERGER |
| 30 | GENEVIEVE | BERGESON |
| 31 | CARLA | BETROS-AYBAR |
| 32 | PRIMA | BHAN |
| 33 | DONNA | BJORKQUIST |
| 34 | STEPHEN | BJORKQUIST |
| 35 | BENJAMIN | BLAIR - JOANNOU |
| 36 | GEOFFREY | BLAKELEY |
| 37 | GEOFFREY | BLAKELEY |
| 38 | ABE | BLATZ |
| 39 | ELSIE | BLATZ |
| 40 | MITCHELL | BOLLMAN |
| 41 | DEANNA | BRADSHAW |
| 42 | DANIEL | BRAKELEY |

| 43 | BRENDA | BRITT |
|----|--------|-------|
| 44 | BRIAN | BRITT |
| 45 | ANDREA | BROCKMAN |
| 46 | CREGG | BROWN |
| 47 | MARY | BROWN |
| 48 | WAYNE | BROWN |
| 49 | RALEIGH | BROWNE |
| 50 | MICHAEL | BROWNING |
| 51 | AMY | BRUMETT |
| 52 | JUDITH | BUKOFSER |
| 53 | SUSAN | BULGER |
| 54 | JOHN | BURY |
| 55 | KYLE | CALABRESE |
| 56 | KIMBERLEY | CANE |
| 57 | DAVID | CANTY |
| 58 | GIULIA | CARAMELLI |
| 59 | WILLIAM | CARROLL |
| 60 | HARRY | CARTLAND |
| 61 | CAROL | CASADONTE |
| 62 | KYLE | CASHIN |
| 63 | ANGELA | CASLER |
| 64 | JAMES | CASLER |
| 65 | JENNIFER | CASTA |
| 66 | KAREN | CASTIGLIONE |
| 67 | TRISTAN | CHADWICK |
| 68 | DOMUNIQUE | CHAMBUS |
| 69 | ELEANOR | CHAN |
| 70 | DEBORAH | CHAPMAN |
| 71 | KRYSTYNA | CHESTER |
| 72 | STANLEY | CHITTICK |
| 73 | RYAN | CLARK |
| 74 | AMANDA | CLEMENTS |
| 75 | ANNE M | CLIFFORD |
| 76 | BONNIE (BONITA) | COGHLAN |
| 77 | RONDALL | COLEMAN |
| 78 | MELANIE | CONRAD |
| 79 | JOAN | COOPER |
| 80 | MARIE | COUTARD |
| 81 | STORM | COUTARD |
| 82 | WILKY | COUTARD |
| 83 | GINO | COVERTY |
| 84 | TIMOTHY | CROSBY |
| 85 | DANIEL | CRUMBLEY |
| 86 | PAMELA | CURTIS |
| 87 | NGHIEP | DAO |
| 88 | STEPHANIE | DAY |
| 89 | TANIA | DE LA TORRE |

| 90 | ABRAHAM | DECUIR |
|---|---|---|
| 91 | KARLA | DECUIR |
| 92 | ELSTON | DIAL |
| 93 | IVANKA | DILOVA |
| 94 | ADRIENNE | DIMAURO |
| 95 | DOSTIN | DOBERENZ |
| 96 | CAITLIN | DOHERTY |
| 97 | KRISTINE | DONOHUE |
| 98 | JEFFREY | DOWNING |
| 99 | ALESIA | DRAGGON |
| 100 | JO | DRAKE |
| 101 | CRYSTAL | DURHAM |
| 102 | AARON | DURLAND |
| 103 | JENNETTE | EBARKS |
| 104 | ELIZABETH | EBLING |
| 105 | OTEGA | EJEGBAVWO |
| 106 | DERRICK | ELEY |
| 107 | JULIIAS | ELLIS |
| 108 | MARK | ELSTEIN |
| 109 | CHRISTOPHER | ENDOM |
| 110 | AARON | ENTEEN |
| 111 | HARVEY | ESHENBAUGH |
| 112 | TOM | EVANOFF |
| 113 | CINDY | EVANS |
| 114 | GORDON | EVANS |
| 115 | VERNELLE | EVANS |
| 116 | ELIZABETH | EVANS GORDON |
| 117 | NANCY | FAIELLA |
| 118 | MARTHA | FARLEY-RAY |
| 119 | GEORGE | FARR |
| 120 | SUZANNE | FILEGE |
| 121 | DOUGLAS | FITZGERALD |
| 122 | MARK | FITZGERALD |
| 123 | FRANKLIN | FLOOD |
| 124 | PAULA | FOND |
| 125 | JOYCE | FONG |
| 126 | ROSS | FRAZER |
| 127 | AUDREY | FREUDBERG |
| 128 | HARRIET | FRIEDMAN |
| 129 | THEODORE | GAJDA |
| 130 | CADEN | GANTT |
| 131 | KIMBERLY | GANTT |
| 132 | RICHARD | GANTT |
| 133 | TERESA | GARCIA-BROWN |
| 134 | DMITRI | GARIN |
| 135 | JASON | GARNER |
| 136 | NICHOLAS | GAUTHIER |

| 137 | DANIEL | GAYNOR |
|---|---|---|
| 138 | MICHAELLE | GEROUX |
| 139 | BRIAN | GEYER |
| 140 | RAINY | GIBSON |
| 141 | ANDERS | GILCHRIST |
| 142 | CAROLE | GILMAN |
| 143 | CUD | GILMAN |
| 144 | GREGORY | GLYNN |
| 145 | DAVID | GOLDEN |
| 146 | JAMES | GORDON |
| 147 | WILLIAM | GRIMES |
| 148 | ROSELLA | GROVES |
| 149 | MIA | GU |
| 150 | JEFFREY | GUBALA |
| 151 | HECTOR | GUTIERREZ |
| 152 | JODY | HAGGARD |
| 153 | TERRY | HALTER |
| 154 | DIAMOND | HAMILTON |
| 155 | SUE | HAMILTON |
| 156 | LAURA | HAMMER OZKAN |
| 157 | MARY | HARBAUGH |
| 158 | PEGGY | HARSTVEDT |
| 159 | LAURIE | HATHAWAY |
| 160 | JOHN | HATZMANN |
| 161 | GORDON R | HAUGLIE |
| 162 | MARILYNN | HAWKINS |
| 163 | TERESA | HAWKINS |
| 164 | THOMAS | HAWLEY |
| 165 | JOYCE | HAZARD |
| 166 | YONG | HENRY |
| 167 | EDUARDO | HERNANDEZ - CRUZ |
| 168 | GEORGE E | HILL |
| 169 | CHRISTINE | HINES |
| 170 | MATTHEW | HNRI |
| 171 | CINDY | HOLLISTER |
| 172 | JOSEPPH | HOLLUMS |
| 173 | LYNDSAY | HOUSER LEES |
| 174 | WALLACE | HOWELL |
| 175 | ELEANOR | HUANG |
| 176 | MARK | JACKSON |
| 177 | OWEN | JACKSON |
| 178 | REGINA | JACKSON |
| 179 | AARON | JACOBS |
| 180 | LUNDIN | JANET |
| 181 | TIMOTHY | JANSSEN |
| 182 | PEACHES | JENSEN |
| 183 | CHARLES | JODREY |

| | | |
|---|---|---|
| 184 | DEANGELO | JOHNSON |
| 185 | STEVEN | JOHNSON |
| 186 | CHRISTINA | JONES |
| 187 | SANDRA | JONES |
| 188 | VIRGINIA | JONES |
| 189 | PIERRE | JOVER |
| 190 | BROCK | JUERGENS |
| 191 | JOSEPH | JUROFCIK |
| 192 | JERRY | JUSTICE |
| 193 | GAYLE | KAMEI |
| 194 | KATTYA | KANCYLARYSTA |
| 195 | ARYEH | KATZ |
| 196 | KARL | KENNA |
| 197 | SARAH | KERNAN |
| 198 | NICKEN | KHACHADOURIAN |
| 199 | VICKEN | KHAGHADOURIAN |
| 200 | KYUNGHEE | KIM |
| 201 | SAMUEL | KIRK |
| 202 | CHERYL | KISIEL |
| 203 | LOURDES | KITE |
| 204 | JENACIE | KLINGER |
| 205 | ERIKA | KOHANSKY |
| 206 | JENNA | KRAWCZYK |
| 207 | VICKIE | KRITES |
| 208 | JOSEPH | KUBIAK |
| 209 | KARL - HEINZ | KUCHENREUTHER |
| 210 | ANNA | LA |
| 211 | MATTIE | LAFOUNTAIN |
| 212 | BERTHA | LAKOV |
| 213 | ALEC | LAMB |
| 214 | RODNEY | LASHLEY |
| 215 | IMANI | LATTA |
| 216 | AMANDA | LAWS |
| 217 | KLAYTON | LAWS |
| 218 | PATRICIA | LAYLOR |
| 219 | HEAKYUNG | LEE |
| 220 | JAE | LEE |
| 221 | JERIESHA | LEE |
| 222 | LINDA | LEE |
| 223 | STEVEN | LEE |
| 224 | MELISSA | LEGGIO |
| 225 | KATYRIA | LEON |
| 226 | ALEXIS | LEONARD |
| 227 | AVRAM | LICHTENSTEIN |
| 228 | JOSHUA | LINSBCOMB |
| 229 | SCOTT | LIPES |
| 230 | KIMBERLY | LOSNIER |

| | | |
|---|---|---|
| 231 | CRISTIAN | LOSZPE |
| 232 | CHRISTINE | LOVELACE |
| 233 | NICHOLAS | LUBACH |
| 234 | VINCENT | LUCAS |
| 235 | NANCY | MACDONALD |
| 236 | HALINA J ZBIGNIEW | MACNIAK |
| 237 | TISH | MACURIO |
| 238 | MICHELLE | MAGGIO |
| 239 | JUSTIN | MAGHEN |
| 240 | SHWETA | MAHADEVAN |
| 241 | MARIO | MALCOLM |
| 242 | MADISON | MANSG |
| 243 | DONNA | MAROME |
| 244 | CAROLYN | MARTIN |
| 245 | PAULA | MARTINEZ |
| 246 | KATHLEEN | MARUCCI |
| 247 | LINDA | MASHBURN |
| 248 | KRISTEN | MATTHEW |
| 249 | LEVOY | MAY |
| 250 | DARREN | MAYBERRY |
| 251 | ANDREA | MAZUR |
| 252 | CATHY | MCCALL |
| 253 | GARRETT | MCCONNELL |
| 254 | ABBYE | MCDONALD |
| 255 | ANTHONY | MCDONALD |
| 256 | YANIEK | McDONALD |
| 257 | MAUREEN | MCHELLAN |
| 258 | MARY | MCPARTLAND |
| 259 | DAVID | MCQUADE |
| 260 | LORRAINE | MELTON |
| 261 | STACEY | MENON |
| 262 | MISTY | MESSICK |
| 263 | TAMARA | MICHAUD |
| 264 | ROBERT | MICHELUCCI |
| 265 | APRIL | MICHENER AKA LEE |
| 266 | DAIVD | MIDCAP SR |
| 267 | IGOR | MILEWSKI |
| 268 | PAMELA | MILLEN |
| 269 | MICHAEL | MILLER |
| 270 | HURLEY | MINISH |
| 271 | MONA | MISFELDT |
| 272 | SHANNON | MITCHELL |
| 273 | KIM | MONTROSE |
| 274 | DANIEL | MORIARTY |
| 275 | ATSUSHI | MORIMURA |
| 276 | ANDREW | MORRIS |
| 277 | KENNETH | MORRISON |

| 278 | MARIA | MUDOZ RODRIGUEZ |
|---|---|---|
| 279 | LINDA | MUDRY |
| 280 | ERIK | MULLER |
| 281 | AMY | MUSSAY |
| 282 | JANE | MYERS |
| 283 | SUSAN | MYERS |
| 284 | MARIAN | NANCE |
| 285 | ROBERT | NARDIL |
| 286 | CHARLES | NATALIE |
| 287 | MAGDY | NAWAR |
| 288 | MARINA | NAWAR |
| 289 | REBECCA | NEELY |
| 290 | ANTHONY | NEISLER |
| 291 | ALICIA | NELSON |
| 292 | AMANDA | NEWSOME |
| 293 | JAIME | NGUYEN |
| 294 | MARTHA MUTHONI | NJOROGE |
| 295 | CHRISTOPHER | NORTH |
| 296 | MATTHEW | NORTH |
| 297 | TAYLOR | OBERST |
| 298 | JANET | OELKLAS |
| 299 | HEATHER D | OLIVER |
| 300 | SONYA L | OLIVER |
| 301 | JEREMY | OLSON |
| 302 | LYUDMILA | ORLOVA |
| 303 | GLORIA | ORMUZ |
| 304 | ALFONSO | ORTIZ |
| 305 | BRYAN | OTTESON |
| 306 | ASHLEY | PACHECO |
| 307 | CHRISTOPHER | PALMA |
| 308 | IRENE | PANG |
| 309 | ERIC | PAPENFUSS |
| 310 | SEAN | PARKES |
| 311 | DHAVAL | PATEL |
| 312 | MERLE | PATTERSON |
| 313 | LIZA-MARIE | PEET |
| 314 | NICOLE | PENNY |
| 315 | JEFFREY | PETERSEN |
| 316 | JOHN | PETRILLI |
| 317 | DALORIS | PFISTER |
| 318 | PAUL | PHILLIPS |
| 319 | LORA | PICKAR |
| 320 | TYLER | PLESARSKI |
| 321 | ALEX | PLOTKIN |
| 322 | MONICA | POLLICH |
| 323 | DERMA | POOL |
| 324 | GREGORY | POOL |

| 325 | JAISANEAH | PRABHAKARAN |
|---|---|---|
| 326 | FRANK | QUEVEDO |
| 327 | PAUL | RANDAZZO |
| 328 | JOHN | RASILE |
| 329 | GEORGE | RAY |
| 330 | SARA | REGAN |
| 331 | JANINE | RENZELMAN |
| 332 | ARANZA M | RETTURA |
| 333 | JAMES | REX |
| 334 | DONALD | RHOADS |
| 335 | AGNES | RICHARDSON |
| 336 | WILLIAM | RICHARDSON JR |
| 337 | ELIZABETH | RIDDLE |
| 338 | RALPH | RIEDEL |
| 339 | DANA | RIVKIND |
| 340 | KELLIE | ROGERS |
| 341 | TOM | ROGERS |
| 342 | JOHN | ROLLER |
| 343 | EUGENIA | ROLLINS |
| 344 | JOHN | ROSECRANS |
| 345 | HECTOR | RUBIO - GARCIA |
| 346 | FEDERICO | RUBIO - SANCHEZ |
| 347 | AARON | RUDOLPH |
| 348 | LINDA | RUHL |
| 349 | DONA | RULE |
| 350 | JOEL | RUSSELL |
| 351 | PATT | RUTLIDGE |
| 352 | BOB | RUTZEL |
| 353 | TARI | RYDEEN |
| 354 | HEIDI | SAAS |
| 355 | TERESA | SALM |
| 356 | LAURA | SANGAILA |
| 357 | DORY | SANGERMAN |
| 358 | JONATHAN | SATO |
| 359 | TEURKO | SATO |
| 360 | HAAKON | SAXBERG |
| 361 | JOHN | SCHIAVO |
| 362 | KRYSTAL | SCHOFIELD |
| 363 | JENNIFER | SCHOOLEY |
| 364 | DYLAN | SCHUH |
| 365 | MARSHA | SEIDEL |
| 366 | ONKUUR | SEN |
| 367 | MAUREEN | SHAFER |
| 368 | CLIFFORD | SHEPARD |
| 369 | HUSAM | SHILU |
| 370 | WILFORD | SHRADER |
| 371 | ALIZON | SHULDINER |

| | | |
|---|---|---|
| 372 | ALEXANDER | SICILIA |
| 373 | KRISTI | SILVESTRO |
| 374 | LUCIANO | SILVESTRO |
| 375 | LEUNARD | SIMPSON |
| 376 | RYEN | SKAGGS |
| 377 | JONATHAN | SMITH |
| 378 | MARK | SMITH |
| 379 | MELANIE | SMITH |
| 380 | PATTY | SMITH |
| 381 | STACY | SMITH |
| 382 | TODD | SMITH |
| 383 | BARRETT | SNIDER |
| 384 | MICHAEL | SPAKE |
| 385 | WILLARD | SPARKS |
| 386 | DONALD | SPINKS |
| 387 | ANNA | STANFIELD |
| 388 | CINTON ADAM | STANFIELD |
| 389 | LISA | STERLING |
| 390 | STEVEN | STONER |
| 391 | STEPHANY | SUMMER |
| 392 | SOPHIA | TAI |
| 393 | YULIYA | TAKH |
| 394 | GORDON | TAM |
| 395 | LEEANN | TAM |
| 396 | COLLEEN | TAPSCOTT |
| 397 | GREG | TARLE |
| 398 | BRITTANY | THOMAS |
| 399 | GORDON | THOMAS |
| 400 | STEVEN | THOMPSON |
| 401 | TRACEY | THOMPSON |
| 402 | HERNON DREGO | TORIASCO |
| 403 | JERRY | TOWNSEND |
| 404 | JAMES | TROY |
| 405 | ANTHONY | TRUPIA |
| 406 | BORYS | TSARYOV |
| 407 | SVITLANA | TSARYOVA |
| 408 | JUSTIN | TURNER |
| 409 | DANIEL | TYLER |
| 410 | ANTHONY | ULMER |
| 411 | LUCAS | ULRICH |
| 412 | EMMA | UNGLAUB |
| 413 | SIMON | UNGLAUB |
| 414 | JONATHAN | VANASCO |
| 415 | ANA | VASQUEZ |
| 416 | EDIBER | VELASQUEZ |
| 417 | LUCILLE | VELEZ |
| 418 | VENA | VENTURA-FUATANILLA |

| 419 | JOHN | VENTURINI |
|---|---|---|
| 420 | DONALD | VERMEER |
| 421 | RONALD | VESCIO |
| 422 | JEREMY | WALCH |
| 423 | VICTOR | WALKER |
| 424 | DONNA | WALZ |
| 425 | HAO ZHE | WANG |
| 426 | YUE | WANG |
| 427 | ZHEN HUA | WANG |
| 428 | LINDA | WANNIE |
| 429 | JILLENE | WARD |
| 430 | MELODY | WASHINGTON |
| 431 | JENNIFER | WATSON |
| 432 | JAMES | WEAVER |
| 433 | GREG | WEINBEIMER |
| 434 | ELIZABETH | WEINHEIMER |
| 435 | GARY | WENZEL |
| 436 | PATAKIA | WENZEL |
| 437 | BETH | WERGE |
| 438 | MARCELLA | WESSELS |
| 439 | WARREN | WESSELS |
| 440 | ERIKA E | WHITE |
| 441 | JAMES | WHITE |
| 442 | JESSICA | WHITE |
| 443 | SYLVIA | WHITE |
| 444 | PEGGY | WILKINS |
| 445 | CHARLES | WILKINSON |
| 446 | ROSE | WILKINSON |
| 447 | ANDREA MARIE | WILKOVICH |
| 448 | LYNN | WILLEY |
| 449 | ANITA | WILLIAMS |
| 450 | MALEESA | WILLIAMS |
| 451 | MARK | WILLIAMS |
| 452 | DALE | WILSON |
| 453 | GEORGE | WILSON |
| 454 | ROBIN | WILSON |
| 455 | SCOTT | WINTERS |
| 456 | JANETTE | WIPPER |
| 457 | JEFFREY | WRIGHT |
| 458 | JEANETTE | YACUCCI |
| 459 | CYNTHIA | YAP |
| 460 | GINA | YARD |
| 461 | ANNA | YOUNTZ |
| 462 | EUGENIA | YU |
| 463 | CAROL | ZEIGLER |
| 464 | GEORGIA | ZIEGENBEIN |
| 465 | LAUREL & TERRY | ZODROW |

| | | |
|---|---|---|
| JEREMY | ZUBA | |
| campbellmeg22@gmail.com | | |

**Katz-Lacabe et al v. Oracle America, Inc.**
**Late Requests for Exclusion**

| | First Name | Last Name |
|---|---|---|
| 1 | JENNIFER | ATKINSON |
| 2 | BERNADETTE | AWANA |
| 3 | KEVIN DURELL | BELMONT |
| 4 | MONICA | CRAWFORD |
| 5 | GARRETT | DAY |
| 6 | CHRISTINA | DUMAL |
| 7 | KEVIN | FLORES |
| 8 | TALIA | GREENWALD |
| 9 | BRYAN | IRBY |
| 10 | RICHARD | MANNING |
| 11 | AMELIA | MOYNIHAN |
| 12 | VERONICA | PLOWMAN |
| 13 | TRENTENY | REED |
| 14 | JEAN | WATSON |

# Exhibit L

## Katz-Lacabe et al v. Oracle America, Inc.
## Objections

| | Docket Number | Name | |
|---|---|---|---|
| 1 | 139 | MATTHEW MYERS | |
| 2 | 137 | CHRISTOPHER WILLIAMS* | *same objector as 151 |
| 3 | 140 | GIDEON BURDICK | |
| 4 | 141 | KHYBER ZAFFARKHAN | |
| 5 | 143 | ERWIN ROSENBERG | |
| 6 | 146 | ROGER LOEB* | *same objector as 173 |
| 7 | 147 | DOMINQUE WHITE | |
| 8 | 150 | SARAH FELDMAN | |
| 9 | 151 | CHRISTOPHER WILLIAMS* | *same objector as 137 |
| 10 | 152 | KIMBERLY CANE | |
| 11 | 154 | EMMANUEL PASCAL | |
| 12 | 155 | DAVID LECAPTAIN | |
| 13 | 156 | VADIM EPELBAUM | |
| 14 | 157 | YONG HENRY | |
| 15 | 158 | JOSE UBILES | |
| 16 | 159 | CRISTIAN LOSZPE | |
| 17 | 160 | ANGELA CASLER | |
| 18 | 161 | ADAM DAEGORN | |
| 19 | 162 | DIANA SPANGLER | |
| 20 | 163 | JASON STANEK | |
| 21 | 164 | ANTHONY TRUPIA | |
| 22 | 165 | MARK TODERO II | |
| 23 | 166 | PATRICE ROTHFEDER | |
| 24 | 167 | MICHAEL CLARK | |
| 25 | 168 | JAMES KEATING | |
| 26 | 171 | JEANETTE VOSS | |
| 27 | 172 | DAN KELLEY | |
| 28 | 173 | ROGER LOEB* | *same objector as 146 |