# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated, | Case No. 3:22-cv-04792-RS |
| Plaintiffs, | Honorable Richard Seeborg |
| vs. | **SUPPLEMENTAL DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP RE: UPDATED CLAIM FORMS AND EXCLUSION REQUESTS** |
| ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware, | |
| Defendant. | |

I, Steven Weisbrot, declare and state as follows:

1. I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I have personal knowledge of the matters stated herein. My credentials were provided in my Declaration re: Settlement Administration Protocol and Proposed Notice Plan (Dkt. No. 132-5) ("Notice Plan Declaration").

2. Angeion was appointed as Settlement Administrator and directed to carry out the Notice Plan in conformance with the Settlement Agreement and Release ("Agreement"), and to perform all other tasks required by the Agreement. *See* Order Granting Preliminary Approval of Class Action Settlement (Dkt. No.135).

3. The purpose of this declaration is to provide the Parties and the Court with an update regarding the number of Claim Forms and requests for exclusion received.

## CLAIM FORM SUBMISSIONS

4. The deadline for Settlement Class Members to submit a Claim Form was October 17, 2024. As of November 13, 2024, Angeion has received approximately 3,235,458 timely Claim Form submissions (3,224,736 online and 10,722 paper) and approximately 608 late paper Claim Form submissions. These Claim Form submissions are still subject to final audits, including a final assessment of each claim's validity and a review for duplicate submissions as described in my Declaration RE: Implementation of the Notice Plan & Settlement Administration (ECF 175-6).

## REQUESTS FOR EXCLUSION

5. The deadline for Settlement Class Members to request exclusion from the Settlement was October 17, 2024. As of November 13, 2024, Angeion has received 509 requests for exclusion. Of these, 487 were timely and 16 were late. There were six requests that were deficient, thus not valid (four timely and two late). Lists containing the names of the 487 timely and 16 untimely individuals who requested exclusion from the Settlement are attached hereto as **Exhibits A and B**, respectively.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Dated: November 13, 2024

_____
STEVEN WEISBROT

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all signatories above have concurred in the filing of this document.

Dated: November 13, 2024                    By:  */s/ Michael W. Sobol*
                                                 Michael. W. Sobol

# Exhibit A

# Katz-Lacabe et al v. Oracle America, Inc.
# Timely Requests for Exclusion

|    | First Name | Last Name |
|----|------------|-----------|
| 1  | CARMEN | ADAMES PEREZ |
| 2  | KELVIN | ADAMS |
| 3  | MARK | ADAMS |
| 4  | VASHONE | ADAMS |
| 5  | CAROLYN | ADCOCK |
| 6  | NICHOLAS | ADE |
| 7  | WICLIFF | AESSING |
| 8  | CAMERON | ALLEN |
| 9  | BARBARA | ANDERSON |
| 10 | JOSEPHINE | ARNOLD |
| 11 | JEANNE | ASH |
| 12 | PATRICIA | ASHLEY |
| 13 | SCOTT | ASIALA |
| 14 | LAURIE | ASTERN |
| 15 | PATRICIA | AUSTIN |
| 16 | EMMANUEL | BABADJIDE |
| 17 | CATRINA | BAILEY |
| 18 | CINDY | BARKER |
| 19 | BARRIE | BARNETT |
| 20 | THOMAS R | BARONI |
| 21 | BRENDA | BASILE |
| 22 | KALPANA | BATNI |
| 23 | CHRISTOPHER | BATTON |
| 24 | WESLEY | BECKER |
| 25 | SUSAN | BEGLEY |
| 26 | BRYAN | BELCHER |
| 27 | JUDITH | BELL |
| 28 | MARLENE | BELZ |
| 29 | DAVID | BEMIS |
| 30 | ROBERT | BENHAM |
| 31 | BRADLEY | BENJAMIN |
| 32 | VICKIE | BERGER |
| 33 | GENEVIEVE | BERGESON |
| 34 | CARLA | BETROS-AYBAR |
| 35 | PRIMA | BHAN |
| 36 | DONNA | BJORKQUIST |
| 37 | STEPHEN | BJORKQUIST |
| 38 | BENJAMIN | BLAIR - JOANNOU |
| 39 | GEOFFREY | BLAKELEY |
| 40 | GEOFFREY | BLAKELEY |
| 41 | ABE | BLATZ |
| 42 | ELSIE | BLATZ |

| | | |
|---|---|---|
| 43 | MITCHELL | BOLLMAN |
| 44 | RENEE | BOND |
| 45 | DEANNA | BRADSHAW |
| 46 | DANIEL | BRAKELEY |
| 47 | BRENDA | BRITT |
| 48 | BRIAN | BRITT |
| 49 | ANDREA | BROCKMAN |
| 50 | CREGG | BROWN |
| 51 | MARY | BROWN |
| 52 | WAYNE | BROWN |
| 53 | RALEIGH | BROWNE |
| 54 | MICHAEL | BROWNING |
| 55 | AMY | BRUMETT |
| 56 | JUDITH | BUKOFSER |
| 57 | SUSAN | BULGER |
| 58 | JOHN | BURY |
| 59 | KYLE | CALABRESE |
| 60 | KIMBERLEY | CANE |
| 61 | KIMBERLEY | CANE |
| 62 | DAVID | CANTY |
| 63 | GIULIA | CARAMELLI |
| 64 | WILLIAM | CARROLL |
| 65 | HARRY | CARTLAND |
| 66 | CAROL | CASADONTE |
| 67 | KYLE | CASHIN |
| 68 | ANGELA | CASLER |
| 69 | JAMES | CASLER |
| 70 | JENNIFER | CASTA |
| 71 | KAREN | CASTIGLIONE |
| 72 | TRISTAN | CHADWICK |
| 73 | DOMUNIQUE | CHAMBUS |
| 74 | ELEANOR | CHAN |
| 75 | DEBORAH | CHAPMAN |
| 76 | KRYSTYNA | CHESTER |
| 77 | ELIZABETH | CHEVEZ |
| 78 | STANLEY | CHITTICK |
| 79 | RYAN | CLARK |
| 80 | AMANDA | CLEMENTS |
| 81 | ANNE M | CLIFFORD |
| 82 | BONNIE (BONITA) | COGHLAN |
| 83 | RONDALL | COLEMAN |
| 84 | MELANIE | CONRAD |
| 85 | JOAN | COOPER |
| 86 | MARIE | COUTARD |
| 87 | STORM | COUTARD |
| 88 | WILKY | COUTARD |
| 89 | GINO | COVERTY |

| | | |
|---|---|---|
| 90 | PATRICIA ANN | CRIST (SMITH) M |
| 91 | TIMOTHY | CROSBY |
| 92 | DANIEL | CRUMBLEY |
| 93 | PAMELA | CURTIS |
| 94 | NGHIEP | DAO |
| 95 | STEPHANIE | DAY |
| 96 | TANIA | DE LA TORRE |
| 97 | ABRAHAM | DECUIR |
| 98 | KARLA | DECUIR |
| 99 | ELSTON | DIAL |
| 100 | IVANKA | DILOVA |
| 101 | ADRIENNE | DIMAURO |
| 102 | DOSTIN | DOBERENZ |
| 103 | CAITLIN | DOHERTY |
| 104 | KRISTINE | DONOHUE |
| 105 | JEFFREY | DOWNING |
| 106 | ALESIA | DRAGGON |
| 107 | JO | DRAKE |
| 108 | CRYSTAL | DURHAM |
| 109 | AARON | DURLAND |
| 110 | JENNETTE | EBARKS |
| 111 | ELIZABETH | EBLING |
| 112 | OTEGA | EJEGBAVWO |
| 113 | DERRICK | ELEY |
| 114 | JULIIAS | ELLIS |
| 115 | MARK | ELSTEIN |
| 116 | CHRISTOPHER | ENDOM |
| 117 | AARON | ENTEEN |
| 118 | HARVEY | ESHENBAUGH |
| 119 | TOM | EVANOFF |
| 120 | CINDY | EVANS |
| 121 | GORDON | EVANS |
| 122 | VERNELLE | EVANS |
| 123 | ELIZABETH | EVANS GORDON |
| 124 | NANCY | FAIELLA |
| 125 | MARTHA | FARLEY-RAY |
| 126 | GEORGE | FARR |
| 127 | SUZANNE | FILEGE |
| 128 | DOUGLAS | FITZGERALD |
| 129 | MARK | FITZGERALD |
| 130 | FRANKLIN | FLOOD |
| 131 | PAULA | FOND |
| 132 | JOYCE | FONG |
| 133 | ROSS | FRAZER |
| 134 | AUDREY | FREUDBERG |
| 135 | HARRIET | FRIEDMAN |
| 136 | THEODORE | GAJDA |

| | | |
|---|---|---|
| 137 | CADEN | GANTT |
| 138 | KIMBERLY | GANTT |
| 139 | RICHARD | GANTT |
| 140 | TERESA | GARCIA-BROWN |
| 141 | DMITRI | GARIN |
| 142 | NICHOLAS | GAUTHIER |
| 143 | DANIEL | GAYNOR |
| 144 | MICHAELLE | GEROUX |
| 145 | BRIAN | GEYER |
| 146 | RAINY | GIBSON |
| 147 | ANDERS | GILCHRIST |
| 148 | CAROLE | GILMAN |
| 149 | CUD | GILMAN |
| 150 | GREGORY | GLYNN |
| 151 | DAVID | GOLDEN |
| 152 | ALICIA | GOLICHOWSKI |
| 153 | JAMES | GORDON |
| 154 | WILLIAM | GRIMES |
| 155 | ROSELLA | GROVES |
| 156 | MIA | GU |
| 157 | JEFFREY | GUBALA |
| 158 | HECTOR | GUTIERREZ |
| 159 | JODY | HAGGARD |
| 160 | TERRY | HALTER |
| 161 | DIAMOND | HAMILTON |
| 162 | SUE | HAMILTON |
| 163 | LAURA | HAMMER OZKAN |
| 164 | MARY | HARBAUGH |
| 165 | PEGGY | HARSTVEDT |
| 166 | LAURIE | HATHAWAY |
| 167 | JOHN | HATZMANN |
| 168 | GORDON R | HAUGLIE |
| 169 | MARILYNN | HAWKINS |
| 170 | TERESA | HAWKINS |
| 171 | THOMAS | HAWLEY |
| 172 | JOYCE | HAZARD |
| 173 | YONG | HENRY |
| 174 | EDUARDO | HERNANDEZ - CRUZ |
| 175 | GEORGE E | HILL |
| 176 | CHRISTINE | HINES |
| 177 | MATTHEW | HNRI |
| 178 | CINDY | HOLLISTER |
| 179 | JOSEPPH | HOLLUMS |
| 180 | LYNDSAY | HOUSER LEES |
| 181 | WALLACE | HOWELL |
| 182 | ELEANOR | HUANG |
| 183 | MARK | JACKSON |

| | | |
|---|---|---|
| 184 | OWEN | JACKSON |
| 185 | REGINA | JACKSON |
| 186 | AARON | JACOBS |
| 187 | LUNDIN | JANET |
| 188 | TIMOTHY | JANSSEN |
| 189 | PEACHES | JENSEN |
| 190 | CHARLES | JODREY |
| 191 | DEANGELO | JOHNSON |
| 192 | STEVEN | JOHNSON |
| 193 | CHRISTINA | JONES |
| 194 | SANDRA | JONES |
| 195 | VIRGINIA | JONES |
| 196 | PIERRE | JOVER |
| 197 | BROCK | JUERGENS |
| 198 | JOSEPH | JUROFCIK |
| 199 | JERRY | JUSTICE |
| 200 | GAYLE | KAMEI |
| 201 | KATTYA | KANCYLARYSTA |
| 202 | ARYEH | KATZ |
| 203 | KARL | KENNA |
| 204 | SARAH | KERNAN |
| 205 | NICKEN | KHACHADOURIAN |
| 206 | VICKEN | KHAGHADOURIAN |
| 207 | KYUNGHEE | KIM |
| 208 | SAMUEL | KIRK |
| 209 | CHERYL | KISIEL |
| 210 | LOURDES | KITE |
| 211 | JENACIE | KLINGER |
| 212 | ERIKA | KOHANSKY |
| 213 | JENNA | KRAWCZYK |
| 214 | VICKIE | KRITES |
| 215 | JOSEPH | KUBIAK |
| 216 | KARL - HEINZ | KUCHENREUTHER |
| 217 | ANNA | LA |
| 218 | MATTIE | LAFOUNTAIN |
| 219 | BERTHA | LAKOV |
| 220 | ALEC | LAMB |
| 221 | RODNEY | LASHLEY |
| 222 | IMANI | LATTA |
| 223 | AMANDA | LAWS |
| 224 | KLAYTON | LAWS |
| 225 | PATRICIA | LAYLOR |
| 226 | HEAKYUNG | LEE |
| 227 | JAE | LEE |
| 228 | JERIESHA | LEE |
| 229 | LINDA | LEE |
| 230 | STEVEN | LEE |

| | | |
|---|---|---|
| 231 | MELISSA | LEGGIO |
| 232 | KATYRIA | LEON |
| 233 | ALEXIS | LEONARD |
| 234 | AVRAM | LICHTENSTEIN |
| 235 | JOSHUA | LINSBCOMB |
| 236 | SCOTT | LIPES |
| 237 | KIMBERLY | LOSNIER |
| 238 | CRISTIAN | LOSZPE |
| 239 | CHRISTINE | LOVELACE |
| 240 | NICHOLAS | LUBACH |
| 241 | VINCENT | LUCAS |
| 242 | NANCY | MACDONALD |
| 243 | HALINA J ZBIGNIEW | MACNIAK |
| 244 | TISH | MACURIO |
| 245 | MICHELLE | MAGGIO |
| 246 | JUSTIN | MAGHEN |
| 247 | SHWETA | MAHADEVAN |
| 248 | MARIO | MALCOLM |
| 249 | MADISON | MANSG |
| 250 | DONNA | MAROME |
| 251 | CAROLYN | MARTIN |
| 252 | PAULA | MARTINEZ |
| 253 | KATHLEEN | MARUCCI |
| 254 | LINDA | MASHBURN |
| 255 | KRISTEN | MATTHEW |
| 256 | LEVOY | MAY |
| 257 | DARREN | MAYBERRY |
| 258 | ANDREA | MAZUR |
| 259 | CATHY | MCCALL |
| 260 | GARRETT | MCCONNELL |
| 261 | ABBYE | MCDONALD |
| 262 | ANTHONY | MCDONALD |
| 263 | YANIEK | McDONALD |
| 264 | MAUREEN | MCHELLAN |
| 265 | MARY | MCPARTLAND |
| 266 | DAVID | MCQUADE |
| 267 | STACEY | MENON |
| 268 | MISTY | MESSICK |
| 269 | TAMARA | MICHAUD |
| 270 | ROBERT | MICHELUCCI |
| 271 | APRIL | MICHENER AKA LEE |
| 272 | DAIVD | MIDCAP SR |
| 273 | IGOR | MILEWSKI |
| 274 | PAMELA | MILLEN |
| 275 | MICHAEL | MILLER |
| 276 | HURLEY | MINISH |
| 277 | MONA | MISFELDT |

| | | |
|---|---|---|
| 278 | SHANNON | MITCHELL |
| 279 | KIM | MONTROSE |
| 280 | DANIEL | MORIARTY |
| 281 | ATSUSHI | MORIMURA |
| 282 | ANDREW | MORRIS |
| 283 | KENNETH | MORRISON |
| 284 | MARIA | MUDOZ RODRIGUEZ |
| 285 | LINDA | MUDRY |
| 286 | ERIK | MULLER |
| 287 | AMY | MUSSAY |
| 288 | JANE | MYERS |
| 289 | SUSAN | MYERS |
| 290 | MARIAN | NANCE |
| 291 | ROBERT | NARDIL |
| 292 | CHARLES | NATALIE |
| 293 | MAGDY | NAWAR |
| 294 | MARINA | NAWAR |
| 295 | REBECCA | NEELY |
| 296 | ANTHONY | NEISLER |
| 297 | ALICIA | NELSON |
| 298 | AMANDA | NEWSOME |
| 299 | JAIME | NGUYEN |
| 300 | MARTHA MUTHONI | NJOROGE |
| 301 | CHRISTOPHER | NORTH |
| 302 | MATTHEW | NORTH |
| 303 | TAYLOR | OBERST |
| 304 | JANET | OELKLAS |
| 305 | HEATHER D | OLIVER |
| 306 | SONYA L | OLIVER |
| 307 | JEREMY | OLSON |
| 308 | LYUDMILA | ORLOVA |
| 309 | GLORIA | ORMUZ |
| 310 | ALFONSO | ORTIZ |
| 311 | BRYAN | OTTESON |
| 312 | ASHLEY | PACHECO |
| 313 | CHRISTOPHER | PALMA |
| 314 | IRENE | PANG |
| 315 | ERIC | PAPENFUSS |
| 316 | SEAN | PARKES |
| 317 | DHAVAL | PATEL |
| 318 | MERLE | PATTERSON |
| 319 | LIZA-MARIE | PEET |
| 320 | NICOLE | PENNY |
| 321 | JEFFREY | PETERSEN |
| 322 | JOHN | PETRILLI |
| 323 | DALORIS | PFISTER |
| 324 | PAUL | PHILLIPS |

| | | |
|---|---|---|
| 325 | JERILYN | PHIPPENY |
| 326 | LORA | PICKAR |
| 327 | DERRICK | PINCKNEY |
| 328 | TYLER | PLESARSKI |
| 329 | ALEX | PLOTKIN |
| 330 | MONICA | POLLICH |
| 331 | DERMA | POOL |
| 332 | GREGORY | POOL |
| 333 | JAISANEAH | PRABHAKARAN |
| 334 | LISA | PRICE |
| 335 | FRANK | QUEVEDO |
| 336 | WENDY | RAMOS |
| 337 | PAUL | RANDAZZO |
| 338 | JOHN | RASILE |
| 339 | GEORGE | RAY |
| 340 | SARA | REGAN |
| 341 | JANINE | RENZELMAN |
| 342 | ARANZA M | RETTURA |
| 343 | JAMES | REX |
| 344 | DONALD | RHOADS |
| 345 | AGNES | RICHARDSON |
| 346 | WILLIAM | RICHARDSON JR |
| 347 | ELIZABETH | RIDDLE |
| 348 | RALPH | RIEDEL |
| 349 | RICHARD | RIEG |
| 350 | DANA | RIVKIND |
| 351 | KELLIE | ROGERS |
| 352 | TOM | ROGERS |
| 353 | JOHN | ROLLER |
| 354 | EUGENIA | ROLLINS |
| 355 | JOHN | ROSECRANS |
| 356 | HECTOR | RUBIO - GARCIA |
| 357 | FEDERICO | RUBIO - SANCHEZ |
| 358 | PETER | RUDINSKAS |
| 359 | AARON | RUDOLPH |
| 360 | LINDA | RUHL |
| 361 | DONA | RULE |
| 362 | JOEL | RUSSELL |
| 363 | PATT | RUTLIDGE |
| 364 | BOB | RUTZEL |
| 365 | TARI | RYDEEN |
| 366 | HEIDI | SAAS |
| 367 | TERESA | SALM |
| 368 | LAURA | SANGAILA |
| 369 | DORY | SANGERMAN |
| 370 | JONATHAN | SATO |
| 371 | TEURKO | SATO |

| | | |
|---|---|---|
| 372 | HAAKON | SAXBERG |
| 373 | JOHN | SCHIAVO |
| 374 | KRYSTAL | SCHOFIELD |
| 375 | JENNIFER | SCHOOLEY |
| 376 | DYLAN | SCHUH |
| 377 | MARSHA | SEIDEL |
| 378 | ONKUUR | SEN |
| 379 | MAUREEN | SHAFER |
| 380 | CLIFFORD | SHEPARD |
| 381 | HUSAM | SHILU |
| 382 | WILFORD | SHRADER |
| 383 | ALIZON | SHULDINER |
| 384 | ALEXANDER | SICILIA |
| 385 | KRISTI | SILVESTRO |
| 386 | LUCIANO | SILVESTRO |
| 387 | LEUNARD | SIMPSON |
| 388 | STEFANIA | SINI |
| 389 | RYEN | SKAGGS |
| 390 | ANDRE MARIO | SMITH |
| 391 | JONATHAN | SMITH |
| 392 | MARK | SMITH |
| 393 | MELANIE | SMITH |
| 394 | PATTY | SMITH |
| 395 | STACY | SMITH |
| 396 | TODD | SMITH |
| 397 | BARRETT | SNIDER |
| 398 | MICHAEL | SPAKE |
| 399 | WILLARD | SPARKS |
| 400 | DONALD | SPINKS |
| 401 | ANNA | STANFIELD |
| 402 | CINTON ADAM | STANFIELD |
| 403 | LISA | STERLING |
| 404 | STEVEN | STONER |
| 405 | GABRIEL | STROTHERS |
| 406 | MOHAMMAD | TAHIR |
| 407 | SOPHIA | TAI |
| 408 | KATRINA | TAISACAN |
| 409 | YULIYA | TAKH |
| 410 | GORDON | TAM |
| 411 | LEEANN | TAM |
| 412 | COLLEEN | TAPSCOTT |
| 413 | GREG | TARLE |
| 414 | BRITTANY | THOMAS |
| 415 | GORDON | THOMAS |
| 416 | STEVEN | THOMPSON |
| 417 | TRACEY | THOMPSON |
| 418 | ALBERT | TING |

| | | |
|---|---|---|
| 419 | HERNON DREGO | TORIASCO |
| 420 | JERRY | TOWNSEND |
| 421 | SUSAN | TRACY |
| 422 | JAMES | TROY |
| 423 | ANTHONY | TRUPIA |
| 424 | BORYS | TSARYOV |
| 425 | SVITLANA | TSARYOVA |
| 426 | JUSTIN | TURNER |
| 427 | DANIEL | TYLER |
| 428 | ANTHONY | ULMER |
| 429 | LUCAS | ULRICH |
| 430 | EMMA | UNGLAUB |
| 431 | SIMON | UNGLAUB |
| 432 | JONATHAN | VANASCO |
| 433 | ANA | VASQUEZ |
| 434 | EDIBER | VELASQUEZ |
| 435 | LUCILLE | VELEZ |
| 436 | VENA | VENTURA-FUATANILLA |
| 437 | JOHN | VENTURINI |
| 438 | DONALD | VERMEER |
| 439 | RONALD | VESCIO |
| 440 | JEREMY | WALCH |
| 441 | VICTOR | WALKER |
| 442 | DONNA | WALZ |
| 443 | HAO ZHE | WANG |
| 444 | YUE | WANG |
| 445 | ZHEN HUA | WANG |
| 446 | LINDA | WANNIE |
| 447 | JILLENE | WARD |
| 448 | RICHARD | WARREN |
| 449 | MELODY | WASHINGTON |
| 450 | JENNIFER | WATSON |
| 451 | BRANDON | WEAVER |
| 452 | JAMES | WEAVER |
| 453 | GREG | WEINBEIMER |
| 454 | ELIZABETH | WEINHEIMER |
| 455 | GARY | WENZEL |
| 456 | PATAKIA | WENZEL |
| 457 | BETH | WERGE |
| 458 | MARCELLA | WESSELS |
| 459 | WARREN | WESSELS |
| 460 | ERIKA E | WHITE |
| 461 | JAMES | WHITE |
| 462 | JESSICA | WHITE |
| 463 | SYLVIA | WHITE |
| 464 | PEGGY | WILKINS |
| 465 | CHARLES | WILKINSON |

| | | |
|---|---|---|
| 466 | ROSE | WILKINSON |
| 467 | ANDREA MARIE | WILKOVICH |
| 468 | LYNN | WILLEY |
| 469 | ANITA | WILLIAMS |
| 470 | MALEESA | WILLIAMS |
| 471 | MARK | WILLIAMS |
| 472 | MICAH | WILLIAMS |
| 473 | DALE | WILSON |
| 474 | GEORGE | WILSON |
| 475 | ROBIN | WILSON |
| 476 | SCOTT | WINTERS |
| 477 | JANETTE | WIPPER |
| 478 | JEFFREY | WRIGHT |
| 479 | JEANETTE | YACUCCI |
| 480 | CYNTHIA | YAP |
| 481 | GINA | YARD |
| 482 | ANNA | YOUNTZ |
| 483 | EUGENIA | YU |
| 484 | CAROL | ZEIGLER |
| 485 | GEORGIA | ZIEGENBEIN |
| 486 | LAUREL & TERRY | ZODROW |
| 487 | JEREMY | ZUBA |

# Exhibit B

## Katz-Lacabe et al v. Oracle America, Inc.
## Untimely Requests for Exclusion

|  | First Name | Last Name |
|---|---|---|
| 1 | JENNIFER | ATKINSON |
| 2 | BERNADETTE | AWANA |
| 3 | KEVIN DURELL | BELMONT |
| 4 | THOMAS | BIGGINS |
| 5 | MONICA | CRAWFORD |
| 6 | GARRETT | DAY |
| 7 | CHRISTINA | DUMAL |
| 8 | KEVIN | FLORES |
| 9 | TALIA | GREENWALD |
| 10 | LORNA | HAWKINS |
| 11 | BRYAN | IRBY |
| 12 | JERILYN | PHIPPENY |
| 13 | VERONICA | PLOWMAN |
| 14 | TRENTENY | REED |
| 15 | KATHERINE | SUN |
| 16 | JEAN | WATSON |