# EXHIBIT 1

**Christopher Williams**

**From:** Christopher Williams
**Sent:** Friday, September 6, 2024 8:28 PM
**To:** drudolph@lchb.com
**Subject:** Katz privacy settlement

Dear Mr. Rudolph:

I found your contact information after scouring through numerous documents on the settlement website for the above matter. I have serious concerns about the proposed settlement, including the small monetary relief (even assuming a meager 1.5%-2.5% claim submission rate), the amount of attorneys fees sought (including the hourly rates - particularly when including the multiplier, (3) the express admission that 20% of the settlement class will not receive notice of the settlement but will be bound by it, and (4) other concerns. Please advise if you are able to discuss these issues with me. To be clear, I likely will submit an objection so I want to be candor about that if it presents a conflict, but this is a complex issue and the settlement administrator is not capable of answering all of the legal questions. Please advise at your first opportunity.

 Chris Williams
843.324.5017