Christopher L. Williams, Esq.
1006 West Confederate Avenue
Columbia, SC, 29201
(843) 324-5017
chris@williamslitigation.com
christopherlwilliams@gmail.com
Objector *pro se*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Katz-Lacabe, and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br>Defendant. | Case No. 3:22-cv-04792-RS<br><br>NOTICE OF APPEAL |

Notice is hereby given that Objector *pro se* Christopher Williams hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following Orders and Judgment(s):

(1) November 15, 2024 Final Approval Order and Judgment (Doc. # 180);

(2) November 15, 2024 Order granting Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Plaintiff Service Awards (Doc. # 181);

(3) the District Court's denial of the Objector's request to appear at the November 14, 2024 Fairness Hearing (no ECF Doc. # in the record); and

(4) all interlocutory orders prior to entry of Judgment in this action.

**(Signature line on next page)**

Date: December 13, 2024

Respectfully submitted:

S/Christopher L. Williams
Christopher L. Williams, Esq.
1006 West Confederate Avenue
Columbia, SC, 29201
(843) 324-5017
chris@williamslitigation.com
christopherlwilliams@gmail.com
Objector *pro se*

2
NOTICE OF APPEAL