Kendrick Jan  (CA SBN 105149)
Kendrick Jan, APC
225 Broadway, Suite 2220
San Diego, CA 92101
Telephone:  (619) 231-7702
kj@jan-law.com

John J. Pentz, Esq.  (MA Bar No. 561907)
13133 N. Vistoso Ranch Pl.
Oro Valley, AZ  85755
Telephone: (978) 985-4668
jjpentz3@gmail.com


Counsel for Objector Sarah Feldman

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL KATZ-LACABE and DR. JENNIFER GOLDBECK, on behalf of themselves and all others similarly situated, <br><br>    Plaintiffs, <br>  vs. <br><br> ORACLE AMERICA, INC., <br><br>    Defendant | Case No. 3:22-cv-04792-RS <br><br> NOTICE OF APPEAL |

Objector Sarah Feldman hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Final Approval Order and Judgment (Document 180) and Order Granting Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Plaintiff Service Awards (Document 181), entered on November 15, 2024.

Respectfully submitted,

*/s/ Kendrick Jan*
Kendrick Jan
Kendrick Jan, APC
225 Broadway, Suite 2220
San Diego, CA 92101
Tel.: (619) 231-7702
kj@jan-law.com


*/s/ John J. Pentz*
John J. Pentz, *pro hac vice* forthcoming
13133 N. Vistoso Ranch Pl.
Oro Valley, AZ 85755
Tel.: (978) 985-4668
jjpentz3@gmail.com

Attorneys for Class member/Objector
Sarah Feldman

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing was filed with the Clerk of Court using CM/ECF on December 13, 2024, and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

      By: *s/ Kendrick Jan*