| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 3 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

MICHAEL KATZ-LACABE and JENNIFER GOLBECK,

    Plaintiffs - Appellees,

Mr. CHRISTOPHER WILLIAMS,

    Objector - Appellant,

 v.

ORACLE AMERICA, INC.,

    Defendant - Appellee,

and

SARAH FELDMAN,

    Objector.

No. 24-7650

D.C. No. 3:22-cv-04792-RS
Northern District of California,
San Francisco

ORDER

Appellant did not file the opening brief by the due date. This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT