248-849-6444 Joann Hollin.

U.S. District Northern California
450 Golden Gate
San Francisco, Cale 91402

RECEIVED
OCT 6 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Regarding -
1. KATZ VS Lacabe - Case 3:22-CV-04792-RS
2. Facebook - Instagram
3. Google.

All of the settlements I have
not recieved any compensation
for Joan Hollingsworth, Facebook
hollingsworthJOAN1, WE Are one SEC, YouTube
TIK TOK, or any digital likeness of
search and seized or emenent domain
I am the Founder and CEO of
founder of "We Are One Southeast
Chicago." Any fundraisers also associated.

Please review a few FOIA and several
in my Google account;

Sincerly,
Joan Hollingsworth

# HENRY
# FORD
# HEALTH.

## HENRY FORD PROVIDENCE HOSPITAL

## 16001 W. 9 MILE ROAD, SOUTHFIELD, MI 48075

### 4 EAST VISITING HOURS AND PHONE NUMBER 248-849-6499

TUESDAY, THURSDAY AND SATURDAY 2 pm - 3 pm

SUNDAY 6 pm - 7 pm

HOLIDAYS 1 pm - 2 pm and 6 pm - 7 pm

- Phones are available during visitation hours
- Two visitors during visitation hours
- No personal items allowed
- Lockers provided to lock up visitors personal belongings including: coats, purses, cell phones and beverages
- Personal belongings for patients may be dropped off at any time. All items dropped off for patients are subject to search.
- Visitors: Age 14 and up

### PATIENT'S TELEPHONE HOURS ARE FROM 6 AM - 10 PM

### PHONES WILL BE SHUT OFF DURING GROUP THERAPY HOURS

6:00 am - 9:00 am

11:45 am - 1:00 pm

3:30 pm - 10:00 pm

tech WATER boARding

blackmAil

coercing

damage to property

Arson

---

ADA

No Due Process

DVR — Deni

Elder Abuse

Subject: Ethics, Gossip, and Responsibility in the Age of AI and Neurotechnology

Dear Honorable President Donald J. Trump,

In this era of rapid advancement in artificial intelligence and neurotechnology—such as brain-computer interfaces (BCI)—we must remain deeply committed to ethics, transparency, and respect for human dignity.

Gossip, by nature, is the art of saying nothing in a way that leaves almost nothing unsaid. It can turn misunderstandings, half-truths, or private information into damaging narratives that hurt real people. In the world of AI, this danger becomes even greater. With powerful tools in the wrong hands, information can be twisted, reinterpreted, or taken out of context—often leaving the audience misled and the individuals involved unfairly judged or harmed.

This is especially concerning when AI platforms or neurotechnologies are used not for research or human benefit, but to manipulate, misinform, or discredit others. People may be misunderstood, lied to, or have their actions and intentions misrepresented. When such miscommunication is spread—whether by humans or AI—it can quietly destroy reputations, relationships, and trust.

We must be careful not only in how we design and use these technologies, but also in how we speak about others, especially in public or shared spaces. Ethics in AI isn't just about code or data—it's also about character, intent, and integrity.

Respectfully,

Joan Hollingsworth

Joan Hollingsworth 1845 N. Larrabee St., #514 Chicago, IL 60614

Date: July 13, 2025

Freedom of Information Act Request

U.S. Department of the Treasury

1500 Pennsylvania Avenue, NW

Washington, D.C. 20220

Dear FOIA Officer,

Pursuant to the Freedom of Information Act (5 U.S.C. § 552), I am respectfully requesting any and all records, documents, reports, communications, or data concerning the following:

Joan Hollingsworth-Joan Hollingsworth Brand-We Are One Southeast Chicago-weareonesec.com

Facebook account: @HollingsworthJoan1-LinkedIn profile: Joan Hollingsworth-YouTube channel or any associated Google accounts

For over three years, I have attempted to obtain information related to myself and the above entities without success. I believe my emails have been accessed without my consent, and all my digital information may have been seized. I have heard unverified reports of potential search and seizure activities involving my electronic accounts, but I have never received any official documentation, notification, or compensation as would be expected under due process, the Fifth Amendment, or any eminent domain claims.

To date, I have not been represented by legal counsel and have not authorized any individual or entity to act as a fiduciary or representative on my behalf. I request that any response to this FOIA request be sent to me via U.S. Mail only, as I believe my phone and digital communications may also be compromised.

Additionally, I have heard rumors regarding the possibility of a home or inheritance in my name, yet I have not been officially or unofficially informed. I am requesting that the Treasury Department confirm whether any records of such assets exist.

Please inform me of any fees in advance of fulfilling this request. If possible, I request a fee waiver, as the information is of personal significance and not for commercial use. If any part of this request is denied, please provide the reason for the denial and inform me of my right to appeal.

Thank you for your attention to this matter.

Sincerely,

Joan Hollingsworth

1845 N. Larrabee St., #514

Chicago, IL 60614

**JOAN HOLLINGSWORTH**

**1845 N LARRABEE**

**CHICAGO, ILLINOIS 60614**

**JOANHOLLINGSWORTH@GMAIL.COM**

**414-629-9882**

July 2, 2024

Dear _____

I hope this message finds you well. I am writing to inform you that I recently received a notification through Google Workspace indicating that my email address, joanhollingsworth@gmail.com, was listed as a breached account on the dark web. According to the notification, your company's name was associated with this incident: Sensitive Source, Truth Finder, Twitter, "Cash Cloud" Combo List, Email and Name Collection, Scraped LinkedIn Profiles, Bitcoin Collection, hashingadspace.com, Sensitive Source, My Heritage, People Data Labs / OX leads, Evite, Modern Business Solutions, Special K Spam List, Modern Business Solutions.

I am concerned about this matter and would appreciate it if you could provide me with any relevant information regarding this breach. Specifically, I would like to know:

How my email address was involved in this breach. What information, if any, was compromised.
Any steps your company has taken to address this issue and prevent future breaches.
Please contact me at your earliest convenience via email or phone (414-629-9882) to discuss this matter further and provide the requested information. Ensuring the security and integrity of my personal information is of utmost importance to me, and I look forward to your prompt response.

Thank you for your attention to this matter. I await your reply.

Sincerely,

Joan Hollingsworth

# Friday June 30, 2023

I am here today with the vision of feeling at peace, intuition and telling my truth. The world and the people, some of the people don't believe in kindness. There is this era of silencing people and destroying those lives when you don't fall into their programming.

I never and still don't believe in what many others believe. I am going to keep what I found in Chicago. That is thinking for myself, loving myself and finally living a life that is being true to me as the world changes and our humans become more focused on fear, hatred and forcing their truth to be societies truth we lost how to be ourselves.

Well this is my story. I grew up in Milwaukee Wisconsin. As all children my mind and my spirit was clear, pure and clean.

(1)

I wore thick glasses and was very thin. I was mocked as a child because of these beautiful attributes. I am not from the division as I look back in retrospect. I always had a sincere desire to help people. Money was never a priority to me. I saw beauty and good in everything. So much to the point where as I thought the world was a magnetic place. I trusted people. The trust was so unconditional that I was looked at as a fool.

My parents Mattie, Elford Hollingsworth and my father Clarence Hollingsworth were from Georgia. Not highly educated to be where many American Africans in the 1920's and were Indentured slaves. My fathers mother was a maid. It is believed her first child, Alberta was her slave masters daughter. We called our grandmother, Mama Florida. Her agreement name was, Florida Williams. She married Johnny Hollingsworth. The Hollingsworth were more educated. They despised my grandmother because she was not educated. So when my grandfather

2

married my grandmother they stop speaking to him. He died at a young age, lonely and an alcoholic.

My parents were hard working and resilent. They became successful entrepreneurs. If they should have had more business saving they would have probably been billionaires to only have the greed of white racist to take it away as they have done to so many wealthy American Africans; Bill Cosby, OJ and others.

According to the Census my mother would have birthed my oldest sister, Charlotte at 12 years old. Charlotte is eight years older than me. She married her college sweetheart and had three children. She always thought she was the smartest cookie in the oven and taught her children to win regardless who you hurt whether you had to lie, cheat, steal or kill. Trust me she did it all while hiding as a Christian many in our family believe. Her children are Athy N Lynnette (Necia), Dr. Jarran McNeely and James McNeely

3

Her daughter 1 Lynnette who was named at birth Necia, changed her name because she thought it was too black. Her son, Jr. Darran was a sweet but went wicked and molested my granddaughter on one drunk night. All her oldest son James B. left and moved to Champaign. None of her children but James B. had a similar children. All were heavy drinkers and were close nit from our family. Charlotte was a hurtful dark witch. She is not my father child.

My next was given the government name Irama. She was built much like my grandmother with darker skin and short stature. She told me when I was in grade school that she was abducted by aliens. No one believed her. She remembered vividly being taken up in the air and returned after being in a relationship with a pimp and had her two oldest children Hayden and Natalie. She searched for a tribe other than our family. She always felt that she didn't belong either! Well she found her tribe. It was at that time the Nation of Islam under the honorable Elijah Muhammad. 4

There she met a man and birthed Natasha. He was a little weird to me as a child. He watched TV a lot and had sudden loud outburst and beat her up often. Later she divorced him, and married Husan and a daughter Machaim. Husan was also physically abusive to the extreme. He was very business savvy and bought her a house and they divorced. Gresna like I was struggling with not being nurtured because our parents struggled with infidelity and becoming financially independant. She never felt she was accepted as my father child. She was the darkest in the family, a muslim and that she didn't fit in.

Eventually she moved to Washington DC and became more stable. Later she moved to Philadelphia and met another husband in her middle age and birthed a son Esau. They also divorced. I forgot to mention Sulton, the son before Machaim. I don't know who his father was. Gresna always put her children first and made sure they went to muslim schools and followed their practices. 5

Then there, type there is my lineage. First I'll start off by saying I was the third child. Charlotte was 8 years older, Gresna was nine years older. At a young age I was very active in community and social justice. I was on the radio as a teen with Walter G. Beal. He raped me at 14 years old. I told my parents someone pulled me off the street. But a cop name Henry Buss saw us, did nothing & told my parents who did nothing. I later learned through Ancestory.com of my mother being birth at 13. So now I understand why. I guess. Then I later met a man at who was a dj and had a niteclub, Darrell Wilkerson. He also raped me but I began to think rape was love. That produced my son Sean. Then I met a very handsome man who played the flute in my early late teens Henry Brown we produced 5 years later Dion. I also aborted by 3 children from Kenneth Martin. In my 30's I married Eli Harrington 6 years later we divorced. I moved to Chicago in my early 40's and married a Evanston man Kevin Ruth. Kevin and Eli were both abusive in different ways.

Now Lets talk about my brother Clyne Jr. He married Vesney, Palmer his high school sweetheart, They produced

Brandi and Sharie. Later a son
c) (Clarence Jr.) many rumors say
he is not Junior because she
was pregnant during a rough patch
in their lives. One of several, like
others Jr struggled with Dad because
he felt Dad put other people
before him. He was a mother's
boy. He like myself grew up
raising ourselves. He was five
years younger than me. We came
up without guidance because
our parents were never home
and our older siblings were
out of the home living their lives.
At this time our parents had
separated, both working Dad at
his car shop & limosine service
and Mom in real estate business or
working as a respiratory therapist. So
we glad all the new things, clothes
and money but no structure. We
both grew up in the streets with
substance abuse. My brother had
his family & my family was the
community the dark & light.

There is one more child Celina whose
mother was one of Dad's mistresses.
He later married Vera cotton &
moved to Atlanta. Celina had 3
girls Kendra, NeNe, Whitia and a
son

7

# My life in Politics

Early in life I was wellent my gift (you see everyone has a gift) some people identify their gift early, some never do, and some figure it out at a later age called wisdom. I am the latter. Let me explain. I realized my gift early and dabbled but I didn't know it was a gift until I became a senior. Don't get me wrong, there are no regrets here, I had several adventures and still do today. My parents were so busy making money the gift were not nourished through inspirational support, although we were finaccully ok.

Most of my experiences has been in two fields, politics and sales. To me they are one in the same. I believe it was nurtured in my elementary years at St Boniface where I became a member of the NAACP youth council. I also marched with Dr. M. L. King in Milwaukee. From their I worked at the Milwaukee Community Journal and the Shepherd Express. My biggest passion was inspiring people to vote. I had an consultant company, Hollingsworth Harrington Consultants. 90% of my campaign endeavors were winners and history.

8

Not filling in and no family nurturing led me to not feel secure in myself. I learn to put others before my family. Yes you got it from my parents. My passion to help others made me a foolish target. Lack of business expertise and no mentor. I fell into the same circle as my parents. Not making my money bring finacial stability for my family. My giving sharing & team spirit left me open for the corporate thieft and abuse from the people closest to me and even my family. One more thing my independance spirit in politics was why I became blackballed so many times only to be us again when the Dems in Wisconsin wanted to balance & up the odds of this ~~conservative~~ state

The why I have been targeted.

So Wisconsin blackballed me when Mark Green ran for Govener. Of Wisconsen I supported him. My political days were over with when I supported him. I was the go to mobilizer of the infrequent voter. So I moved to Chicago and my sister Gresma now she goes by Maquita Abdullah was

9

visiting me ~~at a Mosque~~ In Chicago.
She wanted to go to a Mosque. While
she was there, she met a man
named Sean Tenner. Sean was
the campaign manager of the only
muslim judge in Illinois. He was
appointed. Judge Simpkins. This
was his first campaign to retain
the seat of his appointed position.
She bragged about her sister to Sean.
They shared info. Sean I guess did
the research. He hired me. Trusted me
with large sums of cash. Mistakes as
a campaign manager were made. His target
was off point. The streets should have
been the target, not the black Christian
churches. Needless to say Simpkins lost.
His victory was jailed Chicago style.
Sean Tenner's father is a well respected
union official. After that election Sean
Tenner and I were on a role of winning
campaigns for several years.

I volunteered and pursued my passion
of event planning. I worked a Go
Health for a couple years. learning how
the Affordable Health Act operated.
While staying in SF Chicago. I
planned my first Juneteenth St.
festival. Keep in mind I grew up
in Milwaukee and we celebrated Juneteenth
since I was a child. I never did to good
with authority + gatekeepers. Which
leads me to another why. Angela

10

Hurlock was the gatekeeper for the Christians Catholics in SE Chicago. At that time alderman Sue Garza gave me a permit to have the streets blocked off. Angela Hurlock said "you can do it but its ours." I thought how odd. How is it yours if I am putting it on. It was successful. My daughter was having money & husband trouble so she moved in with me. Although she didn't tell me the story. I helped her get an apartment on the block with the same gatekeepers, realtors Christian Cathlee, and Angela Hurlock was the HNIC. The property was nice looking but had dysfunctional plumbing. The entire apartment flooded the first day. No repairs and no refund. My daughter blamed me and left. Then my lease was not renewed. I always paid on time. I filed a complaint with HUD. Trump was president at the time and won. I married Kevin Keith July. I also met through Sean Tenney and moved to Lincoln Park in a Chicago Housing Authority Senior Building.

At the same time I was a volunteer Senior Health Insurance Program Counselor and City of Chicago Village Coordinator at The Atlas Regional Senior Center. This was so rewarding.

11

We had stellar events from Juneteenth, Older American Month to Kwanzaa. Election for a new mayor in 2019 was primary. Sean Tenner became Committeeman because of his dad and our several winning streaks from mostly judicial candidates and the Dems chose. Rahm couldn't or chose not to run again because of the McDonald, Laquan cover up.

**20[19] The** Run off was between Lori Lightfoot & Toni Preckwenkle. I supported Toni and Sean supported Lori. Sean was the campaign manger for Michele Smith 43rd Lincoln Park Alderman and Lori supported her. Actually she pulled her through. Needless to say Lori did not like me. And guess who she made head Commissioner of CHA, Angela Hurlock.

**COVID** In 2020 covid hit Everything shut down. When they "The government" said stay in, I/also went out And did census work. I also worked Wisconsin 2020 Presidential as the Wisconsin Cities, Engagement Director for the NAACP.

**Juneteenth** We did several virtual Juneteenth events my company We Are One Southeast Chicago / WE ARE ONE SEC. In 2020 it was a virtual worldwide one with the spotlight on Milwaukee and Chicago. Sean had always supported me as I supported him. He lent me his graphic artist and web man Neil. I spotlighted Lena uptown. He turned it

12

into a a lbgqt enent. I was sooo
mad Then in 2021 it became
a holiday. Mind you in 2020 even
the Mayor of milwaukee Tom Barritt
did a video for me as well as a Chicago
Alderman Hadden. Alderman Michele
Smith also was super supportive, genrally
as well as Capperman. Both of them
are not cusently in office. Little did
I know that Milwaukee gate keepers
were angry because the slack builded
me and were the gate keepers And Sen
was sirectly planning a takeover
of my company because it was
becoming a holiday And me
in his mind was my master. Now
wasn't all of that illegat the
purpose of Juniteenth and
Democracy? In 2022 I was
Contracted once again by the NAACP
~~Naacp 501~~ to do the Wisconsin Midterm
for Milwaukee, Kenosha and Racine.
Mandella Barnes was running
for Senate. Congressman Gwen Moore
was the shot caller. After Barnes los
and the Dem line Evils on. I Sent
Congressman Moore & other a litter
Stating that black infrequent noters
should be paid the same $30.00
an hour as the white people
who were hired to go
into those neighborhood they
were afraid to and didn't go in
How do I know? I was in those

13

neighborhoods

| The Who | Gwen Moore, Sean Tenner, Michele Smith, Lori Lightfoot, Atty. Nhyanette McNeely, My Family & WANDELL HARRIS. ALL The People I LOVED, collaborated with and RESPECTED! |

| The Betrayal Plan | Now these likely suspects many of which can't stand each other have come together on one accord to disgrace, humiliate and destroy my credibility. WOW!!! In Wisconsin and illinois, specifically Milwaukee and Chicago have interfered w/ my phone angle cameras in my chicago Housing Authority apartment to w/ where do a private really show about my life to put me in a different light from here to an inserbuptious please. They have sent out text with my phone number attached as if I am begging to come and work for Sean again. I will never work for Sean Tenner in life. All my friend and business associations dropped off and stopped calling me they were telling people I am under investigation and stay away from me. I believe Sean Tenner and Atty N McNeely has copywritten my website Charlotte even contacted You Tube |

14

and claimed a copyrite infringement
for Stevie Wonder because I used
his music for a video I did on
my mon's homegoing. It didn't
work. We are currently in copyright
dispute going on right now. Then
they have you tube video stalking
me. My entire network ghosted
me including my family. They have
or lead me to believe they have
video's of me, but it is not me.
the. It is the like, of me. They also
sent me messages that their voice
is louder than mine. Yea it is.
But my voice said be local too.
Just yesterday after I went on an
IBA workshop on zoom my MAC
was hacked. There, are keyboards
on my screen and my keyboard
is jumbled. If I push B or K
comes on and I can't sign in.
This will be the 2nd time I have
to get my computer reset, I reset
my phone almost weekly.

The Lesson

The lesson I learned is how to be
resilient. I few will 2 people I
have known one old and one new.
Has helped my sucurity. They I am
sure has had repercutions behind
it. They also helped me grow.
Nothing scares me. I know I
love humanity because I Love Me
My favorite song is Joanna by
KOOL And The GANG. 15

We have even played Facebook &
YouTube games on my husband.
(I stopped my 2nd Facebook
Page & Twitter & Tic Tok. But
they hacked into my pages) and
became the business owner,
and they are operating as if it
is me. They have also threatened
me and family but get this they
have the nerve to come over and
ask me to help in 2024, How
I gave you my all unconditionally.

I have the right to speak my thy the
even if my voice, shakes. What
the future, is for me spiritually
I don't know. But what I
do know I am Good at inspiring
others to vote because I am
pure & sincere. So, far as a
party, is concern, I am Black
First and work for the Top
pay. But that doesn't mean
I agree with all your setups.

Joan Hollingsworth
joanhollingsworth@gmail.com
414-629-9882

16

Joan Hollingsworth 1845 N. Larrabee St., #514 Chicago, IL 60614

Date: July 13, 2025

Freedom of Information Act Request

U.S. Department of the Treasury

1500 Pennsylvania Avenue, NW

Washington, D.C. 20220

Dear FOIA Officer,

Pursuant to the Freedom of Information Act (5 U.S.C. § 552), I am respectfully requesting any and all records, documents, reports, communications, or data concerning the following:

Joan Hollingsworth-Joan Hollingsworth Brand-We Are One Southeast Chicago-weareonesec.com

Facebook account: @HollingsworthJoan1-LinkedIn profile: Joan Hollingsworth-YouTube channel or any associated Google accounts

For over three years, I have attempted to obtain information related to myself and the above entities without success. I believe my emails have been accessed without my consent, and all my digital information may have been seized. I have heard unverified reports of potential search and seizure activities involving my electronic accounts, but I have never received any official documentation, notification, or compensation as would be expected under due process, the Fifth Amendment, or any eminent domain claims.

To date, I have not been represented by legal counsel and have not authorized any individual or entity to act as a fiduciary or representative on my behalf. I request that any response to this FOIA request be sent to me via U.S. Mail only, as I believe my phone and digital communications may also be compromised.

Additionally, I have heard rumors regarding the possibility of a home or inheritance in my name, yet I have not been officially or unofficially informed. I am requesting that the Treasury Department confirm whether any records of such assets exist.

Please inform me of any fees in advance of fulfilling this request. If possible, I request a fee waiver, as the information is of personal significance and not for commercial use. If any part of this request is denied, please provide the reason for the denial and inform me of my right to appeal.

Thank you for your attention to this matter.

Sincerely,

Joan Hollingsworth

1845 N. Larrabee St., #514

Chicago, IL 60614

[Your Full Name]

Joan Hollingsworth

1845 N. Larrabee St., Apt. #514

Chicago, IL 60614


Date: July 13, 2025

To:

FOIA Officer


RE: FOIA Request Regarding Involuntary Involvement in Virtual Reality or Experimental Program

Dear FOIA Officer,


Pursuant to the Freedom of Information Act (5 U.S.C. § 552), I am requesting access to any and all records, files, communications, or documentation related to myself, Joan Hollingsworth, in connection with the following:

Any government-run or contractor-run simulation, virtual reality, behavioral science, psychological, neurological, military experiment that I may have been involved in or subjected to—willingly or unwillingly;

Any programs, projects, or operations related to voice-to-skull (V2K), neural monitoring, surveillance, or augmented/virtual reality technologies connected to civilian populations;

Any records pertaining to "We Are One" or related entities or initiatives operating in Southeast Chicago;

Any government seizure, search, or use of the property at 1845 N. Larabee St., Apt. #514, Chicago, IL 60614 under eminent domain or similar authority;

Any references to my name, address, or identifying details in internal memos, investigations, or communications the year 2010.


I believe I may be part of an involuntary or covert government experiment involving simulation or virtual reality technology. I have not been notified or given the opportunity to provide informed consent. I have recently hea believe are targeted audio communications and have reason to fear for my safety. One such statement include directive to "take me down," which I interpret as a potential threat to my life.

This request is made in good faith to better understand whether my rights may have been violated and wheth been subjected to any unauthorized surveillance, experimentation, or property-related actions.

If any part of this request is denied, please specify the reasons for the denial and the legal grounds on which based. If the information requested is classified or sensitive, I request that you provide all non-exempt, reas segregable portions of the documents.

I am willing to pay reasonable fees for the processing of this request. However, please notify me if the estin will exceed $25.

L N P

Thank you for your attention to this matter. Please confirm receipt of this request and advise me of any further steps needed to obtain the requested information.


Sincerely,

Joan Hollingsworth


Next Steps:

Let me know which agency you want to send this FOIA request to. Common ones for this type of concern include:

FBI (Surveillance or Behavioral Studies)

Department of Defense

Department of Homeland Security

City of Chicago – FOIA Office

NSA (Signals intelligence, neural technology, etc.)


Would you like help finding where to submit this request (mail/email/online portal)?

**JOAN HOLLINGSWORTH**

**1845 N LARRABEE**

**CHICAGO, ILLINOIS 60614**

**JOANHOLLINGSWORTH@GMAIL.COM**

**414-629-9882**

July 2, 2024

Dear _____

I hope this message finds you well. I am writing to inform you that I recently received a notification through Google Workspace indicating that my email address, joanhollingsworth@gmail.com, was listed as a breached account on the dark web. According to the notification, your company's name was associated with this incident: Sensitive Source, Truth Finder, Twitter, "Cash Cloud" Combo List, Email and Name Collection, Scraped LinkedIn Profiles, Bitcoin Collection, hashingadspace.com, Sensitive Source, My Heritage, People Data Labs / OX leads, Evite, Modern Business Solutions, Special K Spam List, Modern Business Solutions.

I am concerned about this matter and would appreciate it if you could provide me with any relevant information regarding this breach. Specifically, I would like to know:

How my email address was involved in this breach. What information, if any, was compromised.
Any steps your company has taken to address this issue and prevent future breaches.
Please contact me at your earliest convenience via email or phone (414-629-9882) to discuss this matter further and provide the requested information. Ensuring the security and integrity of my personal information is of utmost importance to me, and I look forward to your prompt response.

Thank you for your attention to this matter. I await your reply.

Sincerely,

Joan Hollingsworth

**JOAN HOLLINGSWORTH**

**1845 N LARRABEE**

**CHICAGO, ILLINOIS 60614**

**JOANHOLLINGSWORTH@GMAIL.COM**

**414-629-9882**

July 2, 2024


Dear LinkedIn,

I hope this message finds you well. I am writing to inform you that I recently received a notification through Google Workspace indicating that my email address, joanhollingsworth@gmail.com, was listed as a breached account on the dark web. According to the notification, your company's name was associated with this incident.

I am concerned about this matter and would appreciate it if you could provide me with any relevant information regarding this breach. Specifically, I would like to know:

How my email address was involved in this breach.

What information, if any, was compromised.

Any steps your company has taken to address this issue and prevent future breaches.

Please contact me at your earliest convenience via email or phone (414-629-9882) to discuss this matter further and provide the requested information. Ensuring the security and integrity of my personal information is of utmost importance to me, and I look forward to your prompt response.

Thank you for your attention to this matter. I await your reply.

Sincerely,

Joan Hollingsworth

JOAN HOLLINGSWORTH
1845 N LARRABEE #514
CHICAGO, ILLINOIS 60614
JOANHOLLINGSWORTH@GMAIL.COM
414-629-9882

March 25, 2023

To whom this may concern:

I am Joan Hollingsworth, I am writing to request the removal of unauthorized credit inquiries on my (name of the Experian credit report. My latest credit report shows 10 hard inquiries I am disputing credit inquiries that I did not authorize.

CBNA/THD Nov 2022 – CAPITALONE Sep  2022 - CAP ONE NA Aug, 2022 - CAP ONE NA Jun  2022 - CBNA/THD Jun,   2022J - PMCB CARD Mar 2022 - CBNA/THD Mar,  2022 - CAP ONE NA Sep 2021 - JPMCB CARD Aug -  2021 - CBNA/THD May, 2021

Sincerely,

Joan Hollingsworth

Providence Hospital

16001 W. Nine Mile Road
Southfield, MI 48075



U.S. District Court.
Northern District of California
450 Golden Gate
San Francisco, California
91402

RECEIVED

OCT 6 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

OCT 6 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

$002.44

FIRST-CLASS MAIL

US POSTAGE