UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 31 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MICHAEL KATZ-LACABE and Dr. JENNIFER GOLBECK, on behalf of themselves and all others similarly situated,

        Plaintiffs - Appellees,

SARAH FELDMAN,

        Objector - Appellant,

  v.

ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,

        Defendant - Appellee,

and

Mr. CHRISTOPHER WILLIAMS,

        Objector.

No. 24-7648

D.C. Nos.
3:22-cv-04792-RS
3:24-cv-00098-SLG

Northern District of California, San Francisco

MANDATE

      The judgment of this Court, entered February 13, 2026, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT