Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
Amelia A. Haselkorn (SBN 339633)
ahaselkorn@lchb.com
LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorney for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,<br><br>Defendant. | Case No. 3:22-cv-04792-RS<br><br>**JOINT STATUS REPORT RE SETTLEMENT**<br><br>Judge: Hon. Richard Seeborg<br>Dept: Courtroom: 3<br><br>Date Action Filed: August 19, 2022<br>Trial Date: None set |

Plaintiffs and Defendant Oracle America, Inc. ("Oracle") (collectively, the "Parties") respectfully submit this Joint Status Report to apprise the Court of the timely implementation of the settlement pursuant to the Court's November 15, 2024 Final Approval Order and Judgment. Dkt. 180.

The United States Court of Appeals for the Ninth Circuit affirmed the Final Approval Order and Judgment on February 13, 2026, and issued its mandate on March 31, 2026. Pursuant to Section 11.1.3 of the Settlement Agreement, the Parties agree that the Effective Date for the Settlement is June 23, 2026. Dkt. 132-2.

The Final Approval Order and Judgment considered and approved the completed notice and claims process. Dkt. 180 at 2–3, 7–8. Accordingly, based on a June 23, 2026 Effective Date, the schedule of remaining dates is as follows:

- *July 6, 2026:* Deadline for Oracle to transfer balance of settlement amount into settlement fund. Dkt. 132-2 ¶ 3.2.14

- *September 21, 2026:* Start of funds distribution. Dkt. 180 at 9.

- *December 7, 2026:* Substantial completion of funds distribution. Dkt. 180 at 9.

- *December 21, 2026:* Begin redistribution of amount remaining in Settlement Fund to class members on pro rata basis (only if necessary, which the Parties do not expect it will be). Dkt. 132-2 at ¶ 3.2.15.4

- *December 28, 2026:* Deadline to file post-distribution accounting with Court, pursuant to the Northern District of California's Procedural Guidance for Class Action Settlements ("Guidance"). Dkt. 180 at 9.[1]

The Parties do not presently believe that a status conference is necessary in light of the timely implementation of the settlement reflected above. The Parties remain available should the Court wish to hold a conference or require any further information.

---

[1] The Guidance instructs parties to file a post-distribution accounting "21 days after the substantial completion of the Net Settlement Fund's distribution." The parties expect distribution will be completed on December 7, 2026, yielding a post-distribution accounting deadline of December 28, 2026. In the event that a further round of pro rata distribution is needed, the date of the post-distribution accounting would be adjusted accordingly. The parties will file an update with the Court if this scenario occurs.

JOINT STATUS REPORT RE SETTLEMENT
CASE NO. 3:22-CV-04792

Respectfully Submitted,

Dated: June 30, 2026

/s/ *Michael W. Sobol*
Michael W. Sobol (SBN 194857)
msobol@lchb.com
David T. Rudolph (SBN 233457)
drudolph@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
Amelia A. Haselkorn (SBN 339633)
ahaselkorn@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorneys for Plaintiffs and the Class*

Dated: June 30, 2026

/s/ *Tiffany Cheung*
Tiffany Cheung (CA SBN 211497)
TCheung@mofo.com
Christin Hill (CA SBN 247522)
CHill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

Purvi G. Patel (CA SBN 270702)
PPatel@mofo.com
Whitney O'Byrne (CA SBN 325698)
WOByrne@mofo.com
Erik Manukyan (CA SBN 340307)
EManukyan@mofo.com
Emma Burgoon (CA SBN 348097)
EBurgoon@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone: 213.892.5200
Facsimile: 213.892.5454

JOINT STATUS REPORT RE SETTLEMENT
CASE NO. 3:22-CV-04792

Zachary S. Newman (NY SBN 5651518)
Admitted *pro hac vice*
ZNewman@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

Kyle Zipes (CA SBN 251814)
Kyle.Zipes@oracle.com
Nargues M. Eder (CA SBN 260289)
Nargues.M.Eder@oracle.com
ORACLE AMERICA, INC.
500 Oracle Parkway
Redwood Shores, California 94065
Telephone: 650.506.7000

*Attorneys for Defendant Oracle America, Inc.*

JOINT STATUS REPORT RE SETTLEMENT
CASE NO. 3:22-CV-04792

## **ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.


Dated:  June 30, 2026                              */s/ Michael W. Sobol*
                                                   Michael W. Sobol

JOINT STATUS REPORT RE SETTLEMENT
CASE NO. 3:22-CV-04792