# Exhibit B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Michael Katz-Lacabe and Dr. Jennifer Golbeck, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

ORACLE AMERICA, INC., a corporation organized under the laws of the State of Delaware,

Defendant.

Case No. 3:22-cv-04792-RS

Honorable Richard Seeborg

**DECLARATION OF JONATHAN P. SHAFFER OF ANGEION GROUP RE: DAVID R. PETE**

I, Jonathan P. Shaffer, declare and state as follows:

1. I am an Associate Project Director at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I am over 21 years of age and am not a party to this action. I am familiar with the matters described in this Declaration based on my personal knowledge, information provided to me by Angeion personnel in the ordinary course of business, and my review of records maintained by Angeion in the ordinary course of its business.

2. The purpose of this Declaration is to provide the Court with details pertaining to the Settlement Notices sent to David R. Pete ("Pete") and the Claim Form submitted by Pete, in response to the motion Pete filed with the Court on September 8, 2026 (the "Pete Filing").

3. On September 7, 2024, Angeion sent notice of the Settlement via email (the "Initial Email Notice") to Pete at the same email address listed in the Pete Filing. Angeion's records reflect that the Initial Email Notice was successfully delivered to Pete's email address on September 7, 2024, at 2:19 a.m. Pacific Time.

4. On October 10, 2024, Angeion sent a Reminder Email Notice to Pete at the same email address used for the Initial Email Notice and listed in the Pete Filing. Angeion's records reflect that the Reminder Email Notice was successfully delivered on October 10, 2024, at 12:45 p.m. Pacific Time.

5. On October 10, 2024 at 8:13 p.m. Pacific Time, an online Claim Form was submitted using the unique notice credentials provided in the Initial Email Notice and Reminder Email Notice (KATL0225560520). Class Members could access their respective online Claim Forms only by using the unique login credentials provided in the Notices. The information provided on Pete's Claim Form, including his full name, mailing address, email address, and telephone number, matches the corresponding information listed in the Pete Filing.

6. Angeion has no record of receiving an exclusion request from Pete on or before the October 17, 2024, deadline for requesting exclusion from the Settlement.

7. On August 28, 2026, Angeion sent an email containing information about the upcoming distribution ("Distribution Update Email") to Pete at the same email address used for the Initial Email Notice and Reminder Email Notice and listed in the Pete Filing. Angeion's records reflect that the Distribution Update Email was successfully delivered on August 28, 2026, at 12:27 p.m. Pacific Time.

8. On September 16, 2026, Angeion sent an email requesting confirmation regarding Mr. Pete's intention for his Claim submitted in the Oracle Settlement. Mr. Pete responded confirming he would like to withdraw and forfeit his Oracle Claim.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Dated: September 21, 2026

JONATHAN P. SHAFFER