**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**MICHAEL KATZ-LACABE, et al.**,
Plaintiffs,
v.
**ORACLE AMERICA, INC.**,
Defendant.
_______________________________________/

FILED
SEP 08 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**Case No. 3:22-cv-04792**

**NOTICE OF MOTION AND MOTION FOR LATE EXCLUSION FROM CLASS ACTION SETTLEMENT BY PRO SE CLASS MEMBER; MEMORANDUM OF POINTS AND AUTHORITIES AND CERTIFICATE OF SERVICE**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, at a date and time to be determined by this Court, before the Honorable Judge presiding over this matter, the undersigned self-represented Class Member respectfully moves this Court for an Order allowing a late exclusion (opt-out) from the Settlement Class in the above-captioned matter.

This Motion is made on the grounds that the Movant did not receive, and was completely unaware of, any aspect of this class action case, its settlement, or its opt-out deadlines for over two years. Compelling the Movant to remain bound by the terms of this Settlement Agreement would result in extraordinary and undue financial, emotional, and physical hardship to the Movant and their family.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION & FACTUAL BACKGROUND

The Movant, David R. Pete, falls within the definition of the Settlement Class in *Katz-Lacabe v. Oracle America, Inc.* However, the Movant was never provided with direct notice, nor did they have actual or constructive knowledge of this litigation or the opt-out deadlines, for a period exceeding two years.

Separately, the Movant is actively proceeding pro se in an independent, pending legal matter against Angeion Group—the Court-appointed Settlement Administrator in this action—arising out of separate litigation. Remaining tied to an action administered by the same entity has caused and continues to pose severe operational, financial, and emotional distress to the Movant and their family.

### II. LEGAL STANDARD FOR LATE EXCLUSION

Under Federal Rule of Civil Procedure 6(b)(1)(B) and established Ninth Circuit precedent, a district court has the equitable discretion to permit a class member to opt out of a class action settlement after the formal deadline has expired upon a showing of "excusable neglect." *Pioneer Investment Services Co. v. Brunswick Associates L.P.*, 507 U.S. 380 (1993); *Silber v. Mabon*, 18 F.3d 1449 (9th Cir. 1994).

## III. ARGUMENT

1. **Reason for Delay and Lack of Notice:** The primary reason for the delay is that the Movant was completely unaware of the litigation or the deadlines for over two years, entirely outside of the Movant's control.

2. **Absence of Prejudice to Parties:** Allowing a single individual to opt out late will not jeopardize or disrupt the structural execution of the settlement for remaining class members.

3. **Severe Hardship:** Denying this motion forces the Movant into a legally binding release overseen by an administrator (Angeion Group) with whom the Movant has an active, adverse pending lawsuit, generating a distinct conflict that imposes genuine financial, emotional, and physical harm.

## IV. CONCLUSION

For the foregoing reasons, the Movant respectfully requests that this Court grant this Motion for Late Exclusion, allowing the Movant to be released from the Settlement Class in *Katz-Lacabe v. Oracle America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2026, a true and correct copy of the foregoing **Notice of Motion and Motion for Late Exclusion from Class Action Settlement by Pro Se Class Member** was served via First-Class U.S. Mail, postage prepaid, upon the following designated addresses:

**1. Clerk of Court**
U.S. District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**2. Settlement Administrator (Angeion Group)**
Katz-Lacabe et al v. Oracle America, Inc.
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

Executed on this 1st day of September, 2026, at Beaumont, Texas.

Respectfully submitted,

**David R. Pete, Pro Se**

6355 Chinn Ln
Beaumont, TX 77708
Phone: 409-998-0229 / 409-242-1918
Email: DPETEDAVIDPETE@YAHOO.COM

*This is for informational purposes only. For medical advice or diagnosis, consult a professional. AI responses may include mistakes.*

David R Pete
9-1-2026

DAVID R. PETE
6355 CHINN LN #2105
Beaumont, TX 77708

HOUSTON TX RPDC 773
3 SEP 2026 PM 2 L




U.S. DISTRICT Court
for the Northern Dist of
California
450 Golden Gate Avenue
San Francisco, CA 94102

RECEIVED
SEP 08 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA